Michelle Sinnott (AK Bar No. 1506049)
Brook Brisson (AK Bar No. 0905013)
TRUSTEES FOR ALASKA
121 W Fireweed Ave, Ste. 105
Anchorage, AK 99503
Phone: (907) 276-4244
Fax: (907) 276-7110
msinnott@trustees.org
bbrisson@trustees.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, *et al.*, <br><br> Defendants. | Case No. 3:26-cv-00272 |

## PLAINTIFFS' NOTICE OF RELATED CASE
(Local Rules 3.1(b) and 16.1(e))

Pursuant to Local Civil Rules 3.1 and 16.1(e), Plaintiffs Friends of Alaska

National Wildlife Refuges, Alaska Wilderness League, Sierra Club, and Wilderness

Watch (collectively Friends) provide notice of the following related cases filed on

November 12, 2025 in the United States District Court for the District of Alaska: *Friends*

*of Alaska National Wildlife Refuges et al. v. Burgum et al.*, Civil Case No. 3:25-cv-

Pls. Not. of Related Case
*Friends of Alaska National Wildlife Refuges v. U.S. Army Corps of Engr's*
Case No. 3:26-cv-00272                                                Page 1 of 4

00318-SLG, *Native Village of Hooper Bay et al. v. Burgum et al.*, Civil Case No. 3:25-cv-00316-SLG and *Defenders of Wildlife v. Burgum et al.*, Civil Case No. 3:25-cv-00319-SLG.

Those cases challenge the Secretary of the U.S. Department of the Interior's (Secretary) land exchange agreement with the King Cove Corporation (2025 Exchange Agreement) and seek to invalidate, vacate, and set aside the exchange agreement and supporting decision, as well as any appraisals, patents, and warranty deeds authorized, executed, or issued to any party pursuant to the 2025 Exchange Agreement.

This action challenges the U.S. Army Corps of Engineers issuance of a Clean Water Act Section 404 permit to the Alaska Department of Transportation and Public Facilities authorizing construction of a road on lands exchanged to the King Cove Corporation pursuant to the 2025 Exchange Agreement. While coordination of case management of the three pending cases challenging the 2025 Land Exchange and this action is appropriate to conserve judicial and party resources, Friends do not request consolidation given the distinct legal claims asserted in the different actions. L.Civ.R. 16.1(e)(3). All three pending cases are currently assigned to the Honorable Sharon L. Gleason, and judicial economy warrants maintaining this common assignment.

Friends also provide notice of the following closed cases:

1. *Agdaagux Tribe of King Cove, et al. v. Jewell, et al.*, Case No. 3:14-cv-0110-HRH (D. Alaska, filed June 4, 2014), *dismissed sub nom.* Agdaagux Tribe of King Cove, et al. v. Zinke, et al., Case No. 15-35875 (9th Cir. 2017).

Pls. Not. of Related Case
*Friends of Alaska National Wildlife Refuges v. U.S. Army Corps of Engr's*
Case No. 3:26-cv-00272                                          Page 2 of 4

Case 3:26-cv-00272-ACP    Document 4    Filed 07/22/26    Page 2 of 4

2. *Friends of Alaska Wildlife Refuges, et al. v. Zinke, et al.*, Case No. 3:18-cv-00029-SLG (D. Alaska, filed Jan. 31, 2018), *dismissed sub nom.* Friends of Alaska Wildlife Refuges, et al. v. Bernhardt, et al., Case No. 19-35451 (9th Cir. 2019) ("*Friends*").

3. *Friends of Alaska Wildlife Refuges, et al. v. Bernhardt, et al.*, Case No. 3:19-cv-00216-JWS (D. Alaska, filed Aug. 7, 2019), *dismissed sub nom.* Friends of Alaska Wildlife Refuges, *et al.* v. Haaland, *et al.*, Case No. 20-35721 (9th Cir. 2023) ("*Friends II*").

These closed cases involved the same geographic area as the present cases. The *Friends* and the *Friends II* cases challenged the Secretary's execution of two prior land exchange agreements with the King Cove Corporation to build a road through the Izembek National Wildlife Refuge and Wilderness.

Respectfully submitted this 22nd day of July, 2026,

 s/ Michelle Sinnott
Michelle Sinnott (AK Bar No. 1506049)
Brook Brisson (AK Bar No. 0905013)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs*

Pls. Not. of Related Case
*Friends of Alaska National Wildlife Refuges v. U.S. Army Corps of Engr's*
Case No. 3:26-cv-00272                                           Page 3 of 4

# CERTIFICATE OF SERVICE

I certify that on July 22, 2026, I caused a copy of the PLAINTIFFS' NOTICE OF RELATED CASE to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system.

For the parties who have not yet registered an appearance, a copy will be served via USPS Certified Mail:

U.S Army Corps of Engineers
HQ, U.S. Army Corps of Engineers
Office of the Chief Counsel - CECC-Z
441 G Street, NW
Washington, DC 20314

Colonel Victor Trujillo
U.S. Army Corps of Engineers – Alaska District
P.O. Box 6898
JBER, Alaska 99506-0898

Civil Process Clerk
Office of the U.S. Attorney
Civil Division, District of Alaska, Anchorage Office
222 West 7th Ave., Room 253 #9
Anchorage, AK 99501

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

s/ Michelle Sinnott
Michelle Sinnott

Pls. Not. of Related Case
*Friends of Alaska National Wildlife Refuges v. U.S. Army Corps of Engr's*
Case No. 3:26-cv-00272                                                  Page 4 of 4