Documents In Support of Plaintiffs' Motion For Temporary Restraining Order and Preliminary Injunction

| Exhibits | |
|---|---|
| Ex. 1 | U.S. Army Corps of Engineers Alaska District, Public Notice of Application for Permit, No. POA-2010-00286 (Dec. 12, 2025) |
| Ex. 2 | U.S. Army Corps of Engineers, Alaska District, Clean Water Act Section 404 Permit, POA-2010-00286 (July 9, 2026) |
| Ex. 3 | U.S. Fish & Wildlife Serv., Record of Decision Izembek Nat'l Wildlife Refuge Land Exchange/Road Corridor (2013) |
| Ex. 4 | Agreement for the Exchange of Lands Between King Cove Corporation and the United States (Oct. 21, 2025) |
| Ex. 5 | U.S. Patent No. 50-2026-0001 (Oct. 22, 2025) |
| Ex. 6 | Warranty deed, No. 2025-000209-0, Recording District: 305 Aleutian Islands (Oct. 22, 2025). |
| Ex. 7 | Email, Trustees for Alaska to Corps regarding AKDOT application materials (Dec. 15, 2025) |
| Ex. 8 | Friends, Comments on Public Notice of Application for Permit, Reference Number POA-2010-00286 (Jan. 12, 2026) |
| Ex. 9 | Dr. Siobhan Fennessy, Expert Report (Jan. 7, 2026) |
| Ex. 10 | Email, John Sargent, Corps, to Tyler Riberio, AKDOT regarding mitigation measures (Feb. 19, 2026). |
| Ex. 11 | U.S. Army Corps of Engineers, Memorandum for Record, Department of the Army Environmental Assessment and Statement of Findings, POA-2010-00286 at 1-2 (July 8, 2026) |
| Ex. 12 | Alaska Dep't of Transportation and Public Facilities, Environmental Document, King Cove to Cold Bay Road Project (March 2026) |
| Ex. 13 | Alaska Dep't of Transportation and Public Facilities, King Cove to Cold Bay Road Project Alternatives Analysis (March 10, 2026) |
| Ex. 14 | U.S. Fish and Wildlife Service, Draft Compatibility Determination (July 2026) |
| Ex. 15 | Excerpts, U.S. Army Corps of Engineers, Alaska District, Final Environmental Impact Statement, King Cove Access Project (Dec. 2003) |
| Ex. 16 | Excerpts, U.S. Army Corps of Engineers, Alaska District, King Cove-Cold Bay: Assessment of Non-Road Alternatives (June 18, 2015) |
| Ex. 17 | Alaska Dep't of Transportation and Public Facilities, Statewide Design & Engineering Services, 203 PIDP Grant Application, Cold Bay: Failing Dock Infrastructure Replacement |
| Ex. 18 | Excerpts, U.S. Fish and Wildlife Service, Draft Supplemental Environmental Impact Statement (Nov. 15, 2024) |

*Friends of Alaska National Wildlife Refuges, v. U.S. Army Corps of Engr's,*
Case No. 3:26-cv-00272-ACP                                    Page 1

| | |
|---|---|
| Ex. 19 | Brianne Rogers Declaration |
| Ex. 20 | Doug Damberg Declaration |
| Ex. 21 | Kevin Proscholdt Declaration |
| Ex. 22 | Desiree Sorenson-Groves Declaration |
| Ex. 23 | Andy Moderow Declaration |
| Ex. 24 | Dan Ritzman Declaration |
| Ex. 24 | Marilyn Sigman Declaration |
| Ex. 25 | Dr. Siobhan Fennessy Declaration |
| Ex. 26 | Michelle Sinnott Declaration |

*Friends of Alaska National Wildlife Refuges, v. U.S. Army Corps of Engr's*,
Case No. 3:26-cv-00272-ACP                                           Page 2