FRIENDS OF ALASKA NATIONAL
WILDLIFE REFUGES, *et al.*,

                Plaintiffs,

                v.                Case No. 3:26-cv-00272

U.S. ARMY CORPS OF ENGINEERS,
*et al.*,

                Defendants.

## DECLARATION OF COUNSEL

I, Michelle Sinnott, hereby state as follows:

1.      I am a Senior Staff Attorney at Trustees for Alaska, a nonprofit public interest law firm. I represent the Plaintiffs, Friends of Alaska National Wildlife Refuges, Alaska Wilderness League, National Wildlife Refuge Association, Sierra Club, and Wilderness Watch, in the above-captioned case. I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify to them.

2.      Because Plaintiffs filed this case on July 22, 2026, Federal Defendants have not yet filed an administrative record. Therefore, Plaintiffs have had to obtain documents relevant to their motion for preliminary relief from a variety of publicly available sources, as well as from Defendants. Plaintiffs have made efforts to cite documents that are likely to be in the administrative record for this case or that could be judicially noticed.

*Friends of Alaska National Wildlife Refuges v. U.S. Army Corps of Engr's*   Ex. 26, page 1 of 2
Case No. 3:26-cv-00272                             Page 1 of 2
Case 3:26-cv-00272-ACP   Document 8-27   Filed 07/24/26   Page 1 of 4

3.	Exhibits 1-18, as identified in the attached Exhibit List and filed with the Motion for a Temporary Restraining Order and Preliminary Injunction are true and correct copies or excerpts of the identified documents.

I certify under penalty of perjury that the foregoing is true and correct.


Executed this 24ᵗʰ day of July, 2026 in Anchorage, Alaska.


            s/ Michelle Sinnott        
           Michelle D. Sinnott

*Friends of Alaska National Wildlife Refuges v. U.S. Army Corps of Engr's*  Ex. 26, page 2 of 2
Case No. 3:26-cv-00272  Page 2 of 2
Case 3:26-cv-00272-ACP  Document 8-27  Filed 07/24/26  Page 2 of 4

Documents In Support of Plaintiffs' Motion For Temporary Restraining Order and Preliminary Injunction

| Exhibits | |
|---|---|
| Ex. 1 | U.S. Army Corps of Engineers Alaska District, Public Notice of Application for Permit, No. POA-2010-00286 (Dec. 12, 2025) |
| Ex. 2 | U.S. Army Corps of Engineers, Alaska District, Clean Water Act Section 404 Permit, POA-2010-00286 (July 9, 2026) |
| Ex. 3 | U.S. Fish & Wildlife Serv., Record of Decision Izembek Nat'l Wildlife Refuge Land Exchange/Road Corridor (2013) |
| Ex. 4 | Agreement for the Exchange of Lands Between King Cove Corporation and the United States (Oct. 21, 2025) |
| Ex. 5 | U.S. Patent No. 50-2026-0001 (Oct. 22, 2025) |
| Ex. 6 | Warranty deed, No. 2025-000209-0, Recording District: 305 Aleutian Islands (Oct. 22, 2025). |
| Ex. 7 | Email, Trustees for Alaska to Corps regarding AKDOT application materials (Dec. 15, 2025) |
| Ex. 8 | Friends, Comments on Public Notice of Application for Permit, Reference Number POA-2010-00286 (Jan. 12, 2026) |
| Ex. 9 | Dr. Siobhan Fennessy, Expert Report (Jan. 7, 2026) |
| Ex. 10 | Email, John Sargent, Corps, to Tyler Riberio, AKDOT regarding mitigation measures (Feb. 19, 2026). |
| Ex. 11 | U.S. Army Corps of Engineers, Memorandum for Record, Department of the Army Environmental Assessment and Statement of Findings, POA-2010-00286 at 1-2 (July 8, 2026) |
| Ex. 12 | Alaska Dep't of Transportation and Public Facilities, Environmental Document, King Cove to Cold Bay Road Project (March 2026) |
| Ex. 13 | Alaska Dep't of Transportation and Public Facilities, King Cove to Cold Bay Road Project Alternatives Analysis (March 10, 2026) |
| Ex. 14 | U.S. Fish and Wildlife Service, Draft Compatibility Determination (July 2026) |
| Ex. 15 | Excerpts, U.S. Army Corps of Engineers, Alaska District, Final Environmental Impact Statement, King Cove Access Project (Dec. 2003) |
| Ex. 16 | Excerpts, U.S. Army Corps of Engineers, Alaska District, King Cove-Cold Bay: Assessment of Non-Road Alternatives (June 18, 2015) |
| Ex. 17 | Alaska Dep't of Transportation and Public Facilities, Statewide Design & Engineering Services, 203 PIDP Grant Application, Cold Bay: Failing Dock Infrastructure Replacement |
| Ex. 18 | Excerpts, U.S. Fish and Wildlife Service, Draft Supplemental Environmental Impact Statement (Nov. 15, 2024) |

*Friends of Alaska National Wildlife Refuges, v. U.S. Army Corps of Engr's*,
Case No. 3:26-cv-00272-ACP

| | |
|---|---|
| Ex. 19 | Brianne Rogers Declaration |
| Ex. 20 | Doug Damberg Declaration |
| Ex. 21 | Kevin Proscholdt Declaration |
| Ex. 22 | Desiree Sorenson-Groves Declaration |
| Ex. 23 | Andy Moderow Declaration |
| Ex. 24 | Dan Ritzman Declaration |
| Ex. 24 | Marilyn Sigman Declaration |
| Ex. 25 | Dr. Siobhan Fennessy Declaration |
| Ex. 26 | Michelle Sinnott Declaration |

*Friends of Alaska National Wildlife Refuges, v. U.S. Army Corps of Engr's,*
Case No. 3:26-cv-00272-ACP                                                    Page 2