## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

FRIENDS OF ALASKA NATIONAL
WILDLIFE REFUGES, *et al.*,

              Plaintiffs,

      v.

U.S. ARMY CORPS OF ENGINEERS,
*et al.*,

              Defendants.

Case No. 3:26-cv-00272-ACP

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, Dkt. No. _____, and all materials submitted in support of and opposition to the motion, IT IS ORDERED that the Motion is GRANTED.

Defendants U.S. Army Corps of Engineers *et al.* are hereby restrained and enjoined from allowing the State of Alaska Department of Transportation and Public Facilities, including any contractors, operators, or anyone else, from engaging in any ground-disturbing activities in reliance on Corps Permit POA-2010-00286 until this Court has fully and finally adjudicated the merits of this case.

1

DATED this _____ day of August, 2026, at Anchorage, Alaska.


HON. AARON C. PETERSON
United States District Judge