Michelle D. Sinnott (AK Bar No. 1506049)
Brook Brisson (AK Bar No. 0905013)
TRUSTEES FOR ALASKA
121 W. Fireweed Ln., Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
Fax: (907) 276-7110
msinnott@trustees.org
bbrisson@trustees.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-00272-ACP |

**MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**
(Local Civil Rule 7.3(a))

Pursuant to Local Civil Rule 7.3(a), Plaintiffs Friends of Alaska National Wildlife Refuges et al. (collectively, Friends) move this Court to expedite consideration of their Motion for a Temporary Restraining Order and Preliminary Injunction (Motion), filed concurrently. Plaintiffs respectfully request a ruling on the Motion by August 31, 2026.

Mot. to Expedite Consideration of Pls.' Mot. for TRO/Prelim. Inj.                    Page 1
*Friends of Alaska National Wildlife Refuges, v. U.S. Army Corps of Engr's*,
Case No. 3:26-cv-00272-ACP

Case 3:26-cv-00272-ACP    Document 9    Filed 07/24/26    Page 1 of 4

Following the U.S. Department of the Interior's (Interior) execution of a land-exchange agreement with the King Cove Corporation (KCC) and the execution of title documents, the Alaska Department of Transportation and Public Facilities (AKDOT) applied to the U.S. Army Corps of Engineers (Corps) for a permit under Section 404 of the Clean Water Act (CWA) to fill wetlands to construct a road connecting the communities of King Cove and Cold Bay.[1] The Corps granted the permit on July 9, 2026.[2] Construction on the road is anticipated to begin on September 1, 2026.[3] Friends is requesting a decision by August 31 to ensure that ground disturbing activities do not begin before the Court has an opportunity to rule on the Motion. Plaintiffs are not requesting an expedited briefing schedule because the default timelines provided under Local Civil Rule 7.2 will allow sufficient time for briefing the Motion.

Counsel for Plaintiffs conferred with Defendants' counsel to try to eliminate the need for the Motion but could not reach an agreement.[4] Defendants counsel stated they take no position on this motion.

Based on the foregoing and to avoid irreparable harm, Friends has determined that the Motion is necessary. Time is of the essence with regard to the Motion because AKDOT plans to begin road constructive activities on September 1. Friends respectfully

---

[1] Decl. of Michelle Sinnott ¶ 3.

[2] *Id*. ¶ 9.

[3] Supp. Not. of Construction Timeline, *Friends of Alaska Nat'l Wildlife Refuges v. Burgum*, No. 3:25-cv-00318-SLG (D. Alaska July 24, 2026), ECF No. 43.

[4] Decl. of Michelle Sinnott ¶¶ 13-14.

Mot. to Expedite Consideration of Pls.' Mot. for TRO/Prelim. Inj.                Page 2
*Friends of Alaska National Wildlife Refuges, v. U.S. Army Corps of Engr's*,
Case No. 3:26-cv-00272-ACP

request the court grant this motion to expedite and endeavor to issue a decision on the

Motion by no later than August 31, 2026.

Respectfully submitted this 24th day of July, 2026.

 s/ Michelle Sinnott
Michelle D. Sinnott (AK Bar No. 1506049)
Brook Brisson (AK Bar No. 0905013)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs*

Mot. to Expedite Consideration of Pls.' Mot. for TRO/Prelim. Inj.  Page 3
*Friends of Alaska National Wildlife Refuges, v. U.S. Army Corps of Engr's,*
Case No. 3:26-cv-00272-ACP

<u>CERTIFICATE OF SERVICE</u>

I certify that on July 24, 2026, I caused a copy of MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system.

For the parties who have not yet registered an appearance, a copy will be served, as agreed to by the parties, via email:

Daniel Martin, Daniel.Martin3@usdoj.gov
Laura Brown, Laura.J.S.Brown@usdoj.gov
Mark Widerschein, Mark.Widerschein@usdoj.gov
Alexa Penalosa, Alexa.Penalosa@usdoj.gov

s/ Michelle Sinnott
Michelle D. Sinnott

Mot. to Expedite Consideration of Pls.' Mot. for TRO/Prelim. Inj.          Page 4
*Friends of Alaska National Wildlife Refuges, v. U.S. Army Corps of Engr's*,
Case No. 3:26-cv-00272-ACP