**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, *et al*., <br><br> Plaintiffs, <br> v. <br><br><br> U.S. ARMY CORPS OF ENGINEERS, *et al*., <br><br> Defendants. | Case No. 3:26-cv-00272-ACP |

**[PROPOSED] ORDER GRANTING MOTION TO EXPEDITE CONSIDERATION OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Before the Court at Docket ___ is Plaintiffs' Motion to Expedite Consideration of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. Upon consideration of the motion made pursuant to Local Civil Rule 7.3(a), and good cause being shown, IT IS ORDERED that the motion is hereby GRANTED. Consideration of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction' is expedited. The Court will endeavor to enter a ruling on the motion by August 31, 2026.

DATED this _____ day of July, 2026 at Anchorage, Alaska.

_____
HON. AARON C. PETERSON
United States District Judge
