Daniel J. Martin
United States Department of Justice - ENRD
Environmental Defense Section
Washington, DC 20044
Phone: (202) 598-1869
Email: daniel.martin3@usdoj.gov

*Attorney for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

FRIENDS OF ALASKA NATIONAL
WILDLIFE REFUGES, ALASKA
WILDERNESS LEAGUE,
NATIONAL WILDLIFE REFUGE
ASSOCIATION, SIERRA CLUB, and
WILDERNESS WATCH,

      Plaintiffs,

v.

U.S. ARMY CORPS OF ENGINEERS
and COLONEL VICTOR TRUJILLO,
in his official capacity as Commander
of the Alaska District of the U.S. Army
Corps of Engineers,

      Defendants

Case No. 3:26-cv-00272

## NOTICE OF APPEARANCE

Please enter the appearance of Daniel J. Martin as counsel for the United States in

this matter.

*Friends of Alaska Nat'l Wildlife Refuges v. U.S. Army Corps of Eng'rs*,
No. 3:26-cv-00272
Page 1
Case 3:26-cv-00272-ACP    Document 10    Filed 07/27/26    Page 1 of 3

Respectfully submitted on **July 27**, 2026,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

*/s/ Daniel J. Martin*
DANIEL J. MARTIN
United States Department of Justice - ENRD
Environmental Defense Section
Washington, DC 20044
Phone: (202) 598-1869
Email: daniel.martin3@usdoj.gov
*Attorney for Defendants*

*Friends of Alaska Nat'l Wildlife Refuges v. U.S. Army Corps of Eng'rs*,
No. 3:26-cv-00272                                                        Page 2

# CERTIFICATE OF SERVICE

I certify that on **July 27,** 2026, I caused to be filed electronically the foregoing NOTICE OF APPEARANCE using the Court's CM/ECF system, which sends a Notice of Electronic Filing to counsel of record.

/s/ Daniel J. Martin
DANIEL J. MARTIN

*Attorney for Defendants*

*Friends of Alaska Nat'l Wildlife Refuges v. U.S. Army Corps of Eng'rs*,
No. 3:26-cv-00272                                            Page 3