James F. Clark

Law Office of James F. Clark 1109 C Street

Juneau, AK 99801

ABA No.6907025

(907) 723-6952

jfclarkiii@gmail.com

Attorney for Defendant—Intervenors

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:26-cv-00272-ACP |
| U.S. ARMY CORPS OF ENGINEERS, et al., | ) ) ) | |
| Defendants, | ) ) | |
| v. | ) ) | |
| KING COVE CORPORATION, and CITY OF KING COVE | ) ) ) | |
| Proposed Defendant-Intervenors | ) ) | |
| _____ | ) | |

**UNOPPOSED MOTION FOR LEAVE TO INTERVENE AS DEFENDANT-INTERVENORS**

By and through its undersigned legal counsel, and pursuant to Fed. R. Civ. P. 24(a) and Rule 7 of this Court, King Cove Corporation (hereinafter KCC) and the City of King Cove (hereinafter collectively referred to as Movants), hereby move to intervene as

1

Defendants in the above-captioned litigation. Movants seek intervention as of right under Rule 24(a) (2) or, alternatively, seek permissive intervention under Rule 24(b) (2).

A Memorandum of Points and Authorities in Support of Proposed Defendant-Intervenors Motion to Intervene, proposed Order, proposed Answer, and Corporate Disclosure Certificate accompany this motion as required by Fed. R. Civ. P. 24(c), LCvR 7(c) and (j), LCvR 7.1.

Pursuant to LCvR 7(m), counsel for Movants has conferred with counsel for other parties to determine whether they will oppose this motion. Movants' counsel represents that Plaintiffs' counsel states that Plaintiffs will not oppose Movants' Motion to Intervene in exchange for Movants' agreement (which has been given) to immediately provide Plaintiff notice of any change in the September 1st roads construction schedule. The Federal Government's counsel states that it takes no position regarding Movants' proposed intervention.

Date: August 4, 2026                    Respectfully submitted,

_s/ James F. Clark_
James F. Clark
Law Office of James F. Clark
1109 C Street
Juneau, AK 99801
(907) 723-6952 (cellphone)
jfclarkiii@gmail.com
Ak Bar # 6907025

Attorney for Proposed Defendant-Intervenors

2

# CERTIFICATE OF SERVICE

I certify that on August 4, 2026, I caused a copy of MOVANTS KING COVE CORPORATION's AND THE CITY OF KING COVE's MOTION FOR LEAVE TO INTERVENE AS DEFENDANT-INTERVENORS and attachments to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system.

Date: August 4, 2026

*s/ James F. Clark*
James F. Clark
Law Office of James F. Clark
1109 C Street
Juneau, AK 99801
(907) 723-6952 (cellphone)
jfclarkiii@gmail.com
Ak Bar # 6907025

Attorney for Proposed Defendant-Intervenors

3