CORI MILLS
ACTING ATTORNEY GENERAL

Sean P. Lynch
Chief Assistant Attorney General
sean.lynch@alaska.gov
Alaska Bar No. 0710065

Sarah E. Angell
Assistant Attorney General
sarah.angell@alaska.gov
Alaska Bar No. 2411152

State of Alaska Department of Law
P.O. Box 110300
Juneau, Alaska 99811-0300
907-465-3600 phone
907-465-2417 fax

*Attorneys for the State of Alaska*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, ALASKA WILDERNESS LEAGUE, NATIONAL WILDLIFE REFUGE ASSOCIATION, SIERRA CLUB, and WILDERNESS WATCH, Plaintiffs, | ) | **Case No. 3:26-cv-00272-ACP** |
| v. | ) | |
| U.S. ARMY CORPS OF ENGINEERS and COLONEL VICTOR TRUJILLO, in his official capacity as Commander of the Alaska District of the U.S. Army Defendants. | ) | |

**STATE OF ALASKA'S SUPPLEMENT TO ITS OPPOSITION TO MOTION FOR TRO AND PI.**

On August 6, 2026, State of Alaska, City of King Cove, and King Cove Corporation, filed an Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. The State of Alaska now files this supplement to that Opposition.

While the statements on pages 21[1] and 25[2] of the Opposition regarding wetland avoidance in the 2026 construction session are factually accurate, the statement in ¶ 17 of the Lockwood Declaration[3] requires clarification. While initial construction requires no discharge of fill into wetlands, the edge of a wetland at Station 130.00 is permitted to be filled during the full project build out at a later time. That wetland edge can be, and will be, avoided in the initial stage of construction to restore ORV access routes to Kinzarof Lagoon.

The attached Declaration of David Lowell, AKDOT Construction Engineer in the Southcoast Region, clarifies this point. Mr. Lowell is responsible for overseeing

---

1 Case no 3:26-cv-00272-ACP, *State, KC, KCC Opp. to Mot. For TRO & PI;* ECF 18 at 21, ("construction of the initial 2.8 miles will not result in the discharge of any fill into WOTUS.").

2 Case no 3:26-cv-00272-ACP, *Mot. For TRO &Prelim. Inj.* ECF 18 at 25,("any impacts to wetlands are not slated to occur until construction in 2027").

3 Case no 3:26-cv-00272-ACP, *Lockwood Declaration.* ECF 18-2 at ¶ 17, ("There are no wetlands along the alignment from the beginning of the Project until the unnamed creek at MP 2.6.").

construction of the Project and ensuring work is performed in compliance with all Permit requirements.

Respectfully submitted,

August 7, 2026.

CORI MILLS
ACTING ATTORNEY GENERAL

By: *Sarah E. Angell*
Sarah E. Angell
Alaska Bar No. 2411152

And: *Sean P. Lynch*
Sean P. Lynch
Alaska Bar No. 0710065

State of Alaska Department of Law
P.O. Box 110300
Juneau, Alaska 99811-0300
907-465-3600 phone
907-465-2417 fax

*Attorneys for the State of Alaska*