Michelle D. Sinnott (AK Bar No. 1506049)
Brook Brisson (AK Bar No. 0905013)
TRUSTEES FOR ALASKA
121 W. Fireweed Ln., Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
Fax: (907) 276-7110
msinnott@trustees.org
bbrisson@trustees.org

*Attorneys for Plaintiffs*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, *et al*., <br><br> Plaintiffs, <br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, *et al*., <br><br> Defendants. | Case No. 3:26-cv-00272-ACP |

## RESPONSE TO NOTICE OF INTENT TO CONSOLIDATE

Plaintiffs Friends of Alaska Wildlife Refuges *et al.* (collectively, Friends) submit this response to the Court's Notice of Intent to Consolidate this case with *Native Village of Hooper Bay v. U.S. Army Corps of Engineers*, Case No. 3:26-cv-000274-ACP, ECF No. 13 (Aug. 6, 2026).

Friends do not oppose consolidation for purposes of more efficient case management. However, Friends respectfully request that, if the Court concludes

Resp. to Notice of Intent to Consolidate                                                      Page 1
*Friends of Alaska National Wildlife Refuges v. U.S. Army Corps of Engr's*,
Case No. 3:26-cv-00272-ACP

consolidation is warranted, each case retain its separate identity, and each group of plaintiffs be permitted to file its own separate briefs and motions, and otherwise make independent litigation decisions. *See Hall v. Hall*, 584 U.S. 59, 67 (2018) ("From the outset, we understood consolidation not as completely merging the constituent cases into one, but instead as enabling more efficient case management while preserving the distinct identities of the cases and the rights of the separate parties in them."); *Schnabel v. Lui*, 302 F.3d 1023, 1035 (9th Cir. 2002) (explaining "consolidation" can mean multiple things, including allowing separate cases to "retain [their] separate character, with separate judgments entered"). While both cases are based on the same set of facts and challenge the same permit, and while some claims overlap, each set of plaintiffs has also brought distinct claims for relief, and each has its own distinct interests and approach to the litigation. For example, Friends have filed a Motion for a Temporary Restraining Order and Preliminary Injunction; no similar motion has been filed in the *Native Village of Hooper Bay* case. Moreover, the plaintiffs in *Native Village of Hooper Bay* have a claim under the Endangered Species Act, while Friends do not. Additionally, three of the plaintiffs in *Native Village of Hooper Bay* are Tribes, with distinct interests and obligations. Requiring joint briefing or otherwise restricting briefing or motion practice would prejudice Friends' ability to protect their unique interests. In addition, consolidation (absent each case retaining its separate identity) could have unintentional procedural consequences in one or both cases, particularly on appeal.

Resp. to Notice of Intent to Consolidate                                                      Page 2
*Friends of Alaska National Wildlife Refuges v. U.S. Army Corps of Engr's*,
Case No. 3:26-cv-00272-ACP

Case 3:26-cv-00272-ACP    Document 22    Filed 08/10/26    Page 2 of 4

Friends understands the need for judicial efficiency and commits to engage with plaintiffs in the *Native Village of Hooper Bay* case, as well as with Defendants and potential Intervenor-Defendants in both cases on issues of case management and scheduling, similar to how Friends and the parties have done in the three cases challenging the land-exchange decision.

Respectfully submitted this 10th day of August, 2026.

      s/Brook Brisson
Brook Brisson (AK Bar No. 0905013)
Michelle D. Sinnott (AK Bar No. 1506049)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs*

Resp. to Notice of Intent to Consolidate                               Page 3
*Friends of Alaska National Wildlife Refuges v. U.S. Army Corps of Engr's*,
Case No. 3:26-cv-00272-ACP

CERTIFICATE OF SERVICE

I certify that on August 10, 2026, I caused a copy of RESPONSE TO NOTICE OF INTENT TO CONSOLIDATE to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system.

s/ Brook Brisson
Brook Brisson

Resp. to Notice of Intent to Consolidate                                    Page 4
*Friends of Alaska National Wildlife Refuges v. U.S. Army Corps of Engr's*,
Case No. 3:26-cv-00272-ACP