**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

<table>
<tr>
<td>FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>Defendants,<br><br>KING COVE CORPORATION, CITY OF KING COVE, and the STATE OF ALASKA,<br><br>Defendant-Intervenors.</td>
<td>3:26-cv-00272-ACP<br><br>LEAD CASE</td>
</tr>
<tr>
<td>NATIVE VILLAGE OF HOOPER BAY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>Defendants,<br><br>KING COVE CORPORATION, CITY OF KING COVE, and the STATE OF ALASKA,<br><br>Defendant-Intervenors.</td>
<td>3:26-cv-000274-ACP<br><br>CONSOLIDATED</td>
</tr>
</table>

## ORDER CONSOLIDATING CASES

Friends of Alaska National Wildlife Refuges filed this lawsuit challenging the Army Corps of Engineers' decision to issue a permit under Section 404 of the Clean Water Act. (Dkt. 1)[1] Within days, a different group of plaintiffs filed a similar case challenging the same permitting decision. *Native Vill. of Hooper Bay, et al. v. U.S. Army Corps of Eng'rs*, 3:26-cv-00274-ACP. The two cases are not identical, but they are substantially similar, so the Court invited briefing on whether to consolidate the cases. (Dkt. 13)

Only the Plaintiffs filed briefs, and none opposed consolidation. (Dkt. 22) The filings acknowledge that the cases "are based on the same set of facts and challenge the same permit." (*Id.* at 2) The Plaintiffs, however, request that "each case retain its separate identity, and each group of plaintiffs be permitted to file its own separate briefs and motions, and otherwise make independent litigation decisions." (*Id.*)

The two cases are **CONSOLIDATED**. The cases share common questions of law and fact because they challenge the same permitting decision on similar, if not identical, bases. *See* Fed. R. Civ. P. 42. Consolidation will conserve private and public resources.

The cases will retain separate identities. All parties will be permitted to make independent litigation decisions and submit their own briefs, subject to future case management orders. The case caption is amended as shown. All future filings in these consolidated case shall be filed in the lead case: 3:26-cv-00272-ACP.

---

[1] The docket citations in this order are to the lead case, 3:26-cv-00272-ACP.

IT IS SO ORDERED.

DATED August 18, 2026, at Anchorage, Alaska.

/s/ *Aaron Christian Peterson*
Aaron Christian Peterson
United States District Judge