Michelle D. Sinnott (AK Bar No. 1506049)
Brook Brisson (AK Bar No. 0905013)
TRUSTEES FOR ALASKA
121 W. Fireweed Ln., Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
Fax: (907) 276-7110
msinnott@trustees.org
bbrisson@trustees.org

*Attorneys for Plaintiffs*

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al.*,<br><br>Defendants,<br><br>and<br><br>KING COVE CORPORATION, *et al.,*<br><br>Intervenor-Defendants. | Case No. 3:26-cv-00272-ACP |
| NATIVE VILLAGE OF HOOPER BAY, *et al.,*<br><br>Plaintiffs, | Case No. 3:26-cv-00274-ACP |

v.

U.S. ARMY CORPS OF ENGINEERS, *et al.*,

Defendants,

and

KING COVE CORPORATION, *et al.*,

Intervenor-Defendants.

**MOTION TO SUPPLEMENT THE MOTION FOR TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION, ECF No. 8**

**EXPEDITED DECISION REQUESTED BY AUGUST 21**

Pursuant to Local Rule of Civil Procedure 7.1(d), Plaintiffs, Friends of Alaska National Wildlife Refuges et al. (Friends) move to supplement their Motion for Temporary Restraining Order and Preliminary Injunction (Injunction Motion), ECF No. 8, to address the impact of the Court's August 18, 2026 decision in *Friends of Alaska National Wildlife Refuges v. Burgum*, Case No. 3:25-cv-00318-SLG. Counsel for Friends conferred with opposing counsel regarding their position on this motion. Counsel for Federal Defendants stated they do not oppose this motion. Counsel for Intervenor-Defendants State of Alaska and King Cove Corporation (KCC) stated they oppose.

Friends' Injunction Motion was fully briefed on August 14. Four days later, on August 18, the Court vacated the October 21, 2025 land exchange between the U.S.

Department of the Interior (Interior) and KCC. *Friends of Alaska National Wildlife Refuges v. Burgum*, Case No. 3:25-cv-00318-SLG, ECF 44 (D. Alaska Aug. 18, 2026) [hereinafter Vacatur Order]. The Court held that in approving the land exchange, Interior violated Title XI of the Alaska National Interest Lands Conservation Act (ANILCA), 16 U.S.C. §§ 3161–3173, and other federal statutes. *Id*. at 36–46, 89.

The Court's vacatur of the land exchange occurred after Friends' Injunction Motion was fully briefed. As a result, there is good cause to supplement the Injunction Motion because the Court's August 18, 2026 holding that Interior violated ANILCA Title XI is dispositive of this case and the pending motion. As explained in more detail in the attached Proposed Supplemental Brief, Ex. 1, the Corps, like Interior, did not comply with ANILCA Title XI in issuing the challenged Permit. As a result, the Permit has no "force or effect." 16 U.S.C. § 3164(a). Friends are therefore likely to succeed on the Sixth Claim for Relief in their Complaint and Friends seeks to supplement its motion to include this additional claim. *See* Compl., ECF 1, at 38–39. In addition, the Vacatur Order undercuts the Corps' justifications for issuing the Permit, increasing the likelihood that Friends will prevail on their Clean Water Act (CWA) claims. And finally, the Vacatur Order tilts the balance of equities even further in Friends' favor. Friends seeks to supplement its motion to include argument on these points.

Accordingly, pursuant to Local Civil Rule 7.1(d), Friends respectfully request that this Court permit Friends to supplement their Injunction Motion.

Friends conferred with opposing counsel on a schedule for supplemental briefing but were unable to reach an agreement. As such, Friends request that if the Court grants this motion, it order the following expedited supplemental briefing schedule so that a decision may issue before road construction begins: Defendants' and Intervenor-Defendants' responses to the supplemental brief shall be due on August 25, 2026; Plaintiffs' reply shall be due on August 26, 2026.

Respectfully submitted this 20th day of August, 2026.

s/ Michelle D. Sinnott
Michelle D. Sinnott (AK Bar No. 1506049)
Brook Brisson (AK Bar No. 0905013)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I certify that on August 20, 2026, I caused a copy of MOTION TO SUPPLEMENT THE MOTION FOR TEMPORARY RESTRAINING ORDER/ PRELIMINARY INJUNCTION to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system.

s/ Michelle Sinnott
Michelle Sinnott