Michelle D. Sinnott (AK Bar No. 1506049)
Brook Brisson (AK Bar No. 0905013)
TRUSTEES FOR ALASKA
121 W. Fireweed Ln., Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
Fax: (907) 276-7110
msinnott@trustees.org
bbrisson@trustees.org

*Attorneys for Plaintiffs*

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al.*,<br><br>Defendants,<br><br>and<br><br>KING COVE CORPORATION, *et al.,*<br><br>Intervenor-Defendants. | Case No. 3:26-cv-00272-ACP |
| NATIVE VILLAGE OF HOOPER BAY, *et al.,*<br><br>Plaintiffs, | Case No. 3:26-cv-00274-ACP |

v.

U.S. ARMY CORPS OF ENGINEERS, *et al.*,

Defendants,

and

KING COVE CORPORATION, *et al.*,

Intervenor-Defendants.

**MOTION TO EXPEDITE CONSIDERATION OF MOTION TO SUPPLEMENT MOTION FOR TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION**

Pursuant to Local Civil Rule 7.3(a), Plaintiffs Friends of Alaska National Wildlife Refuges *et al.* (collectively, Friends) move to expedite consideration of their Motion to Supplement Motion for Temporary Restraining Order & Preliminary Injunction (Motion to Supplement), filed concurrently. Plaintiffs respectfully request a ruling on the Motion by August 21, 2026.

Despite the Court's ruling in *Friends of Alaska National Wildlife Refuges v. Burgum*, Case No. 3:25-cv-00318-SLG vacating the land exchange between the Department of the Interior and Intervenor-Defendant King Cove Corporation (KCC), Intervenor-Defendants intend to proceed with road construction beginning on September 1. *See* State of Alaska's Status Report, ECF No. 30. Friends requested a decision on the

Motion for Temporary Restraining Order by August 31 to ensure that ground-disturbing activities do not begin before the Court has an opportunity to rule on that motion. *See* ECF 9. As explained in the Motion to Supplement, supplemental briefing is necessary because the Court's decision in Case No. 3:25-cv-00318-SLG is dispositive on the pending Motion for Temporary Restraining Order & Preliminary Injunction. Expedited consideration of the Motion is necessary to ensure that the Court has adequate time to consider this supplemental information before ground-disturbing activities begin.

Because time is of the essence, Friends respectfully request that the court grant this Motion to Expedite and endeavor to issue a decision on the Motion to Supplement no later than August 21, 2026. Friends conferred with opposing counsel regarding a schedule for briefing the Motion but were unable to reach an agreement. As such, Friends request that any responses in opposition to the Motion be due no later than 12:00 pm on August 21, 2026. Friends is willing to forego a reply in order to facilitate a decision on the Motion to Supplement before 5:00 pm on August 21.

Respectfully submitted this 20th day of August, 2026.

s/ Michelle D. Sinnott
Michelle D. Sinnott (AK Bar No. 1506049)
Brook Brisson (AK Bar No. 0905013)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I certify that on August 20, 2026, I caused a copy of MOTION TO EXPEDITE CONSIDERATION OF MOTION SUPPLEMENT MOTION FOR TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system.

s/ Michelle Sinnott
Michelle Sinnott