# Exhibit D

United States Department of the Interior

U.S. FISH AND WILDLIFE SERVICE
Southern Alaska Fish and Wildlife Field Office
4700 BLM Road
Anchorage, Alaska 99507

In Reply refer to:
FWS/R7/SAFWFO/2026-0057356

John Sargent
Project Manager, Regulatory Division
United States Army Corps of Engineers
1046 Marks Road
Fort Wainwright, Alaska 99703

Subject: Endangered Species Act Formal Consultation on U.S. Army Corps of Engineers Permit for King Cove to Cold Bay (Izembek) Access Road, POA-2010-00286 (Service File Number 2026-0057356)

Dear John Sargent:

This letter transmits the U.S. Fish and Wildlife Service's (Service) biological opinion based on our review of the of the proposed issuance of a permit pursuant to section 404 of the Clean Water Act for construction of a proposed road from King Cove to Cold Bay and its effects on the threatened Alaska-breeding population of Steller's eiders (*Polysticta stelleri*), the threatened southwest Alaska Distinct Population Segment (DPS) of northern sea otter (*Enhydra lutris kenyonii*), and designated critical habitat for the Alaska-breeding population of Steller's eider and southwest Alaska DPS of northern sea otter, in accordance with section 7 of the Endangered Species Act of 1973, as amended (16 U.S.C. 1531 *et seq*., ESA). We received your request for formal consultation on March 9, 2026, and revised biological assessment on March 23, 2026. We received an addendum to the biological assessment on May 11, 2026. You have also determined the action will have no effect on the federally endangered short-tailed albatross (*Phoebastria albatrus*). We have reviewed this no effect determination and adopt it as part of our analysis of the proposed action in this biological opinion.

We have based the attached biological opinion on the best available scientific and commercial information from a variety of sources including the March 23, 2026, Biological Assessment (including subsequent amendments), the November 2024 draft Supplemental Environmental Impact Statement, the 2013 Final Environmental Impact Statement and Record of Decision, the Compensatory Mitigation Plan, Microsoft Teams and telephone conversations, emails, peer-reviewed publications, unpublished reports available through the Service, and other sources of information cited in the biological opinion. A complete record of this consultation is on file at the Southern Alaska Fish and Wildlife Field Office in Anchorage, Alaska.

We appreciate your efforts in conserving listed species as part of your responsibility under the ESA. If you have questions regarding this consultation, please contact me at douglass_cooper@fws.gov or 907-891-6164 and refer to consultation number 2026-0057356.

Sincerely,

Acting Field Supervisor
Southern Alaska Fish and Wildlife Field Office

Enclosure: Biological Opinion

# BIOLOGICAL OPINION
# for the

# Alaska Department of Transportation & Public Facilities
# Proposed King Cove to Cold Bay Road Project

**Consultation Number 2026-0057356**

**Federal Action Agency**

United States Army Corps of Engineers
Anchorage, Alaska

**June 18, 2026**

**Consultation Prepared by:**

U.S. Fish and Wildlife Service
Southern Alaska Fish and Wildlife Field Office
Anchorage, Alaska

TABLE OF CONTENTS

1 INTRODUCTION .......... 1
1.1 Consultation History .......... 1
1.2 Description of the Proposed Action .......... 2
1.3 Action Area .......... 5
1.3.1 Izembek Isthmus .......... 5
1.3.2 Greater Cold Bay .......... 7
1.3.3 Izembek, Moffet, and Kinzarof Lagoons .......... 8
1.4 Proposed Road from City of King Cove to Cold Bay Airport .......... 9
1.4.1 Road Design Criteria .......... 10
1.4.2 Road Construction Activities and Materials .......... 10
1.4.3 Road Use and Maintenance .......... 11
1.5 Conservation Measures .......... 12
2 ANALYTICAL FRAMEWORK FOR JEOPARDY AND DESTRUCTION / ADVERSE MODIFICATION DETERMINATIONS .......... 16
2.1 Jeopardy .......... 16
2.2 Destruction / Adverse Modification .......... 17
3 STATUS OF THE SPECIES AND CRITICAL HABITAT .......... 18
3.1 Status of the Steller's Eider .......... 18
3.1.1 Listing Status .......... 19
3.1.2 Life Cycle and Distribution .......... 20
3.1.3 Populations and Trends .......... 27
3.1.4 Threats .......... 32
3.1.5 Recovery Criteria for Alaska-Breeding Steller's Eiders .......... 44
3.2 Critical Habitat for Steller's Eider .......... 46
3.3 Status of the Northern Sea Otter .......... 49
3.3.1 Listing Status .......... 49
3.3.2 Life History .......... 49
3.3.3 Diet and Habitat Use .......... 50
3.3.4 Distribution .......... 51
3.3.5 Populations and Trends .......... 51
3.3.7 Recovery Criteria .......... 57
3.4 Critical Habitat for the Southwest DPS of Northern Sea Otter .......... 57
4 ENVIRONMENTAL BASELINE .......... 59
4.1 Existing Conditions .......... 59
Habitat .......... 59
4.1.1 Land Ownership .......... 61
4.1.2 Existing infrastructure .......... 61
4.1.3 Resource Management .......... 63
4.1.4 Waterfowl Hunting .......... 66
4.1.5 Fishing .......... 68
4.1.6 Motorized Use .......... 69
4.1.7 Noise .......... 73

4.1.8 Izembek Complex Resources of Concern ..... 74
4.1.9 Past Use ..... 75

4.2 Status of Steller's Eider within the Action Area ..... 76

4.2.1 Fall Molting Period ..... 77
4.2.2 Wintering ..... 80
4.2.3 Spring Staging ..... 81
4.2.4 Ongoing Activities and Threats in the Action Area ..... 83

4.3 Status of Designated Critical Habitat for Steller's Eider within the Action Area ..... 94

4.3.1 Ongoing Activities Affecting Steller's Eider Critical Habitat ..... 98

4.4 Status of the Southwest DPS of Northern Sea Otters within the Action Area ..... 98

4.4.1 Management Units ..... 99
4.4.2 Habitat Use in the Action Area ..... 101
4.4.3 Ongoing Activities and Threats in the Action Area ..... 102

4.5 Status of Designated Critical Habitat for the Southwest DPS of Northern Sea Otters within the Action Area ..... 104
4.6 Past and Present Consultations ..... 106

**5 EFFECTS OF THE ACTION ..... 111**

5.1 Beneficial Effects ..... 111
5.2 Steller's Eider ..... 111

5.2.1 Disturbance ..... 112
5.2.2 Harvest of Steller's Eiders ..... 132
5.2.3 Collision Risk ..... 134
5.2.4 Habitat Loss and Degradation ..... 136
5.2.5 Environmental Contaminants ..... 142
5.2.6 Other Sources of Mortality ..... 144
5.2.7 Effects on Recovery ..... 146

5.3 Designated Critical Habitat for Steller's Eider ..... 147

5.3.1 Turbidity and Sedimentation ..... 148
5.3.2 Accidental Spills and other Environmental Contaminants ..... 149
5.3.3 Habitat Loss and Degradation ..... 150

5.4 Southwest DPS of Northern Sea Otters ..... 151

5.4.1 Disturbance ..... 151
5.4.2 Vessel Strike and Collision Risk ..... 156
5.4.3 Environmental Contaminants and Pollution ..... 157
5.4.4 Habitat Loss and Degradation ..... 158
5.4.5 Harvest and Other Sources of Mortality ..... 161
5.4.6 Effects on Recovery ..... 162

5.5 Designated Critical Habitat for Northern Sea Otters ..... 163

5.5.1 Turbidity and Sedimentation ..... 163
5.5.2 Accidental Spills and Other Environmental Contaminants ..... 164
5.5.3 Habitat Loss and Degradation ..... 165

5.6 Summary of Effects of the Action ..... 166

5.6.1 Summary of Effects of the Action on the Alaska-Breeding Steller's Eider ..... 166
5.6.2 Summary of Effects of the Action on Designated Critical Habitat for the Alaska-Breeding Steller's Eider ..... 167
5.6.3 Summary of Effects of the Action on Southwest Alaska DPS of Northern Sea Otter ..... 167
5.6.4 Summary of Effects of the Action on Designated Critical Habitat for the Southwest Alaska DPS of Northern Sea Otter ..... 168

**6 CUMULATIVE EFFECTS ..... 169**
**7 CONCLUSION ..... 170**

7.1 Steller's Eider ..... 170
7.2 Steller's Eider Designated Critical Habitat ..... 175
7.3 Southwest Alaska DPS of Northern Sea Otter ..... 176
7.4 Designated Critical Habitat for Northern Sea Otters ..... 178
7.5 Jeopardy and Destruction/Adverse Modification Conclusions ..... 178

**8 INCIDENTAL TAKE STATEMENT ..... 179**

8.1 Amount of Take ..... 179

8.1.2 Northern Sea Otter ..... 183

8.2 Reasonable and Prudent Measures ..... 185
8.3 Terms and Conditions ..... 185
8.4 Monitoring and Reporting Requirements ..... 186

8.4.1 Disposition Of Dead or Injured Specimens ..... 187

**9 CONSERVATION RECOMMENDATIONS ..... 188**
**10 REINITIATION NOTICE ..... 189**
**LITERATURE CITED ..... 190**
**Appendix A ..... 210**

A.1 Sport Hunting ..... 210

A.1.1 Establishing Baseline Client Use Days ..... 210
A.1.2. Estimating the Effect of the Action on Client Use Days in Izembek Lagoon ..... 212
A.1.3 Assumptions ..... 213

A.2 Subsistence Harvest ..... 213

A.2.1 Establishing Baseline Client Use Day Equivalents ..... 214
A.2.2 Estimating the Effect of the Action on Subsistence Harvest in Izembek Lagoon ..... 215
A.2.3. Assumptions ..... 215

A.3 Effect of the Action on Combined Harvest ..... 216
A.4 Literature Cited and Data Sources ..... i

**Appendix B ..... i**

B.1 Hunting Disturbance in Izembek Lagoon ..... i

B.1.1 Historic Estimates of Hunting Disturbance ..... i
B.1.2 Establishing Baseline Hunting Disturbance Rates ..... iv
B.1.3 Estimating the Effect of the Action on Hunting Disturbance in Izembek Lagoon ..... v
B.1.4 Assumptions and limitations ..... vi

B.2 Boating Disturbance in Izembek Lagoon ..... vii

B.2.1 Historic Estimates of Boating Disturbance ..... vii

B.2.2 Establishing Baseline Boating Disturbance Rates .................................................. viii
B.2.3 Estimating the Effect of the Action on Boating Disturbance in Izembek Lagoon .................. ix
B.2.4 Assumptions and limitations.................................................................................. x

B.4 Literature Cited and Data Sources ........................................................................ xi

**Appendix C ......................................................................................................... xii**

## TABLE OF FIGURES

Figure 1. Map of the proposed action. The proposed road (red) would connect the communities of King Cove and Cold Bay using a single-lane road starting at the King Cove Access Road and ending at the Outer Marker Road. The proposed action is primarily on land owned by the King Cove Corporation (purple; follows the footprint of the proposed road) and the Federal Aviation Administration (gray; not included in the map legend)....... 4
Figure 2. Map of the proposed action area. The proposed action area (dark red line) includes the entire road corridor (bright red line) and the surrounding areas that might be impacted from road construction and use. ....... 3
Figure 3. Male and female Steller's eiders in breeding plumage. ....... 20
Figure 4. Distribution of the Pacific population of Steller's eider in marine waters of the Bering, Chukchi, and Beaufort Seas and on tundra breeding areas of Russia and Alaska. Figure from (USFWS 2025b). ....... 22
Figure 5. Distribution of Alaska-breeding Steller's eiders during the non-breeding season, based on locations of 13 birds implanted with satellite transmitters in Utqiaġvik, Alaska, during June 2000 and June 2001. Marked locations include those at which a bird remained for at least 3 days. Onshore summer use areas comprised locations that birds departed Utqiaġvik, apparently without attempting to breed in 2001 (USFWS 2002*b*). ....... 26
Figure 6. Average predicted densities of pre-nesting Steller's eider pairs across the aerial ACP Survey area, June 2007 to 2024 (USFWS 2025*b*). Data are not corrected for incomplete detection. ....... 29
Figure 7. Regional boundaries for subsistence harvest of migratory birds. Modified from: (*https://www.fws.gov/subsistence-springsummer-bird-harvest-2024-alaska*). ....... 39
Figure 8. Map of designated critical habitat for Steller's eider. ....... 48
Figure 9. Northern sea otter distribution in Alaska, in blue (USFWS 2023*a*). Sea otter populations or "stocks" are delineated by dashed lines. The southwest population is listed as threatened under the ESA. ....... 50
Figure 10. Southwest Alaska DPS of sea otters with management units. ....... 52
Figure 11. Designated northern sea otter critical habitat. ....... 59
Figure 12. State Game Refuge boundary and overview of land status in the action area prior to the 2025 land exchange. ....... 64
Figure 13. CUDs (top panel; CUDs are the number of days a hunter was taken on the refuge by a commercial guide, so a single trip onto the refuge will contribute multiple CUDs when multiple clients are guided at once, and multiple trips by the same client on the same day will only constitute a single day); number of hunters per year (middle panel; data were not available for 2022-2025); and waterfowl harvested or crippled annually (bottom panel), as reported during commercially guided gamebird hunting on Izembek Refuge. These data include upland gamebird hunting efforts, although those efforts are usually combined with waterfowl hunting. Source: USFWS, Izembek Refuge, unpublished data. ....... 67
Figure 14. Map of the Aleutian Islands, Atka-Amlia Islands, and Alaska Peninsula Management Areas for commercial finfish fisheries, also known as "Area M." Map from: *https://www.adfg.alaska.gov/static/applications/dcfnewsrelease/1642226461.pdf* ....... 70
Figure 15. Commercial Finfish Fishing within the Alaska Peninsula Management Area, zoomed in to those waters surrounding the action area. Areas where commercial fishing is not permitted are depicted as black polygons. Larger map available from ADF&G: *https://www.adfg.alaska.gov/static/fishing/pdfs/commercial/akpeninsula_stat_map.pdf* ....... 71
Figure 16. Proposed road corridor and existing roads and trails (shown in purple). ....... 72
Figure 17. Distribution of eelgrass (*Zostera marina*) at Izembek Refuge (Hogrefe et al. 2014). ....... 74
Figure 18. Long-term trend in the number of Steller's eiders present at the Izembek Lagoon complex during the fall molting period from surveys targeting Pacific brant (USFWS/Wilson 2019*a*). ....... 79

Figure 19. Spatial distribution of hunting disturbance parameters from Stillman et al 2021. Disturbance rates are based on data from Ward et al. 1994 and personal communications with Ward. The data presented represents a threefold increase in hunting activity from historically collected data (Stillman et al. 2021). .......... 88
Figure 20. Spatial distribution of hunting disturbance parameters from Stillman et al 2021. Disturbance rates are based on data from Ward et al. 1994 and personal communications with Ward. The data presented represents a threefold increase in hunting activity from historically collected data (Stillman et al. 2021). .......... 90
Figure 21. Status of Designated Critical Habitat for Steller's Eider within the Action Area. .......... 97
Figure 22. Landsat imagery showing mapped distribution of eelgrass at Izembek Lagoon and Kinzarof Lagoon, Alaska, during 2007 to 2010. From Ward et al. (2002). .......... 100
Figure 23. Action area situated between the Bristol Bay MU and the South Alaska Peninsula MU of the southwest DPS sea otters. .......... 100
Figure 24. Sea otter critical habitat (in red) within and in proximity to the action area. .......... 105
Figure 25. Predicted noise levels from road construction. Noise levels are expected to exceed ambient within a mile from the road (blue buffers) but are expected to fall to ambient levels past a mile. USFWS-made figure based on information referenced in ADOT&PF 2026b. .......... 117
Figure 26. General predicted noise levels (in A-weighted decibels[dBA]) from pile driving. Noise levels are expected to reach ambient past 1 mile (1.6 kilometers) away from the source. USFWS-made figure based on information referenced in ADOT&PF 2026b .......... 118
Figure 27. Predicted noise levels from vehicle traffic along the proposed road. Noise levels are expected to exceed ambient within a half mile from the road (blue buffer), but are expected to fall to ambient levels past half a mile. .......... 120
Figure 28. Modeled predictions of ATV use along the Izembek Peninsula and in Izembek Refuge, consequent to construction of two routes under consideration in 2012. The "Alt 2. Southern Route" closely matches the route proposed in the current action under consideration (DOI/USFWS 2013*a*). .......... 131
Figure 29. Where road access has made portions of Izembek Refuge accessible, unsanctioned off-road trails and trail scars crisscross the landscape at high density, affecting soils, hydrology, and water quality in the impacted area. Photo credit: Gerrit Vyn. .......... 139
Figure 30. Predicted distance (72 ft) at which in-air noise levels (in decibels[dB]) from pile driving would fall below the threshold (100 dB re 20 µPa) at which the Service considers sea otters behaviorally harassed when exposed to airborne sounds. .......... 153

## TABLE OF TABLES

Table 1. Population estimates for the southwest Alaska DPS (USFWS 2023*a*). ......................... 53
Table 2. Current viability of each northern sea otter MU. ......................................................... 53
Table 3. Summary of sea otter recovery criteria listed by MU. .................................................. 58
Table 4. Summary of Steller's eider use of the Alaska Peninsula and the Izembek Complex during the fall remigial molt (2012 to 2016 data from USFWS/Williams et al. 2016, 1976-2018 data from USFWS/Wilson 2019*a*). ................................................................ 79
Table 5. Estimated number of Alaska-breeding Steller's eiders present in the Izembek Complex during each season, using the most recent datasets available and the logical assumptions explained within sections 4.2.1-4.2.3. Fall surveys occurred August 26 to October 31, winter surveys occurred in February, and spring surveys occur in early to mid-April. ....... 83
Table 6. Estimated flight time, disturbance time, and percent of daytime hourly budget spent responding to hunting disturbances in Izembek Complex. Data derived from Ward et al. 1994 per the methods in Appendix B. .................................................................... 87
Table 7. Estimated flight time, disturbance time, and percent of daytime hourly budget spent responding to vessel disturbances in Izembek Complex. Data derived from Ward et al. 1994 per the methods in Appendix B. ........................................................................... 89
Table 8. Reported interactions between marine vessels and Steller's eiders or any eider species, which resulted in collisions in waters near the southern end of the Alaska Peninsula. ......... 93
Table 9. Reported strikes with terrestrial infrastructure or immobile vessels near the action area. ................................................................................................................... 95
Table 10. Past and present actions and the levels of anticipated take. Two consultations demarked with an asterisk (*) present take estimates for northern sea otters that are part of a management unit that is not relevant to this current consultation. .................................... 108
Table 11. Measured noise levels of various construction site equipment (USACE 2003). ......... 119
Table 12. Upper and lower estimates of effects of hunting caused disturbance on brant in Izembek Complex, at different time periods. Lower historic disturbance estimates are based on 1985-1987 data, and all other values represent increases calculated per the details of Appendix A and Appendix B. Source: Ward et al. 1994 .................................................. 123
Table 13. Upper and lower estimates of effects of boating caused disturbance on brant in Izembek Complex, at different time periods. Lower historic disturbance estimates are based on 1985 to 1987 data, and all other values represent increases calculated per the details of Appendix A and Appendix B. Source: Ward et al. 1994 .................................................. 125
Table 14. Upper and lower estimates of effects of increased hunting and boating disturbance on brant in Izembek Complex, at different time periods. Lower historic disturbance estimates are based on 1985-1987 data, and all other values represent increases calculated per the details of Appendix A and Appendix B. Source: Ward et al. 1994 ................................... 172



Case 3:26-cv-00272-ACP Document 40-5 Filed 08/21/26 Page 11 of 250

## LIST OF ABBREVIATIONS USED IN THIS DOCUMENT

| | |
|---|---|
| ADEC: | Alaska Department of Environmental Conservation |
| ADF&G: | Alaska Department of Fish and Game |
| ADOT&PF: | Alaska Department of Transportation and Public Facilities |
| ANILCA: | Alaska National Interest Lands Conservation Act |
| ANCSA: | Alaska Native Claims Settlement Act |
| ATV: | All-Terrain Vehicle |
| BiOp: | Biological Opinion |
| CI: | Confidence Interval |
| CFR: | Code of Federal Regulations |
| CUD: | Client Use Day |
| CWA: | Clean Water Act |
| dBA: | A-weighted decibels |
| DPS: | Distinct Population Segment |
| EIS: | Environmental Impact Statement |
| ESA: | Endangered Species Act |
| FR: | Federal Register |
| GAM: | Generalized Additive Model |
| IHA: | Incidental Harassment Authorization |
| ITR: | Incidental Take Regulation |
| ITS: | Incidental Take Statement |
| KCC: | King Cove Corporation |
| LOA: | Letter of Authorization |
| MMPA: | Marine Mammal Protection Act |
| MTRP: | Marking, Tagging, and Reporting Program (Service's Marine Mammals Management) |
| MU: | Management Unit |
| NMFS: | National Marine Fisheries Service (in-text citations only) |
| NOAA: | National Oceanic and Atmospheric Administration |
| OHV: | Off-highway Vehicle |
| PBF: | Physical and Biological Feature (equivalent to PCE) |
| PCE: | Primary Constituent Element (equivalent to PBF) |
| PSO: | Protected Species Observer |
| Refuge: | National Wildlife Refuge |
| RPM: | Reasonable and Prudent Measure |
| SAFWFO: | Southern Alaska Fish and Wildlife Field Office |
| SE: | Standard Error |
| SEIS: | Supplemental Environmental Impact Statement |
| Service: | U.S. Fish and Wildlife Service |
| SSA: | Species Status Assessment |
| SWPPP: | Stormwater Pollution Prevention Plan |
| T&C: | Term and Condition |
| USACE: | U.S. Army Corps of Engineers |
| USC: | U.S. Code |
| USFWS: | U.S. Fish and Wildlife Service (citations only) |

# 1 INTRODUCTION

This document transmits the U.S. Fish and Wildlife Service's (Service) biological opinion, based on our review of the U.S. Army Corps of Engineers' (USACE) proposal to issue a permit pursuant to section 404 of the Clean Water Act (CWA) for the King Cove to Cold Bay Road project on the federally threatened Alaska-breeding population of Steller's eider (*Polysticta stelleri*), the threatened southwest Alaska Distinct Population Segment (DPS) of northern sea otter (*Enhydra lutris kenyonii*), and designated critical habitat for the Alaska-breeding population of Steller's eider and the southwest Alaska DPS of northern sea otter, in accordance with section 7 of the Endangered Species Act of 1973, as amended (16 U.S.C. 1531 *et seq*., ESA). The CWA 404 permit would allow for the construction of a single-lane gravel road to link King Cove, Alaska with the airport at Cold Bay, Alaska.

The federally endangered short-tailed albatross (*Phoebastria albatrus*) was considered due to its presence in Alaskan waters along the Aleutian chain. The species is associated with the continental shelf break and slope regions of the Bering Sea (Aleutian Archipelago) and, to a lesser extent, the Gulf of Alaska (Suryan and Kuletz 2018). Short-tailed albatrosses do not breed in the U.S., but forage extensively and spend considerable time in Alaskan waters along the Aleutian Archipelago. The species has not been recorded on Izembek National Wildlife Refuge and is unlikely to occur within the proposed action area (which comprises nearshore coastal waters not within the continental shelf break). The USACE has determined the proposed action will have no effect on the short-tailed albatross. Because we do not expect the species to be present in the action area, we concur with this determination; therefore, short-tailed albatross is not analyzed further in this biological opinion.

We have based this biological opinion on the best available scientific and commercial information from a variety of sources including the March 2026 Biological Assessment, May 2026 Addendum, the November 2024 draft Supplemental Environmental Impact Statement, the 2013 Final Environmental Impact Statement and Record of Decision, the Compensatory Mitigation Plan, Microsoft Teams and telephone conversations, emails, peer-reviewed publications, unpublished reports available through the Service, and other sources of information cited in the biological opinion. A complete record of this consultation is on file at the Southern Alaska Fish and Wildlife Field Office (SAFWFO) in Anchorage, Alaska.

## 1.1 Consultation History

- March 9, 2026: The SAFWFO received a biological assessment and request to initiate formal consultation on the proposed King Cove to Cold Bay road project.
- March 16, 2026: The SAFWFO met with representatives from the Alaska Department of Transportation and Public Facilities (ADOT&PF; the applicant) and USACE to discuss the biological assessment, request additional project information, and proposed conservation measures to avoid, reduce, and mitigate potential impacts to federally listed species.
- March 23, 2026: The ADOT&PF sent the SAFWFO an updated biological assessment per discussion and request on March 16.
- March 25, 2026: The ADOT&PF emailed the SAFWO confirmation of additional conservation measures that will be implemented.

- March 27, 2026: The SAFWFO met with ADOT&PF and USACE to discuss project details during the winter months and potential additional conservation measures. The ADOT&PF followed up by email confirming additional conservation measures that will be implemented.
- May 11, 2026: ADOT&PF submitted an addendum to their biological assessment, discussing off-road vehicular trails and boat vessel use as it pertains to the proposed action.
- May 20, 2026: ADOT&PF submitted additional information committing to placing signage pertaining to off-road vehicle laws and anadromous stream crossings.
- June 15, 2026: ADOT&PF submitted additional voluntary conservation measures related to public notice and education that they have committed to implement to further reduce the likelihood or magnitude of adverse effects.

### 1.2 Description of the Proposed Action

Regulations implementing the ESA (50 CFR 402.02) define "action" as, "all activities or programs of any kind authorized, funded, or carried out, in whole or in part, by Federal agencies in the United States or upon the high seas… ." The following is a description of the proposed action; additional information can be found in the March 2026 Biological Assessment (ADOT&PF 2026*a*, *b*).

The proposed action considered herein is the issuance of a permit pursuant to section 404 of the CWA by USACE for the King Cove to Cold Bay Road project. The proposed road would be 18.9 miles (mi) (30.4 kilometers [km]) of a single-lane, gravel road from the existing King Cove Access Road northeast terminal, at the eastern end of the isthmus, to the intersection of Outer Marker Road and Blinn Lake Loop, near the Cold Bay Airport (Figure 1). There are no proposed restrictions on use of the road, and guardrails to address potential off-road vehicular traffic transgressions into Izembek Refuge are not included as part of the proposed design standard.

The general route for the road corridor is identified in U.S. Survey 14495 and is also the same route identified as "Alternative 2 southern road alignment" in the 2013 final Environmental Impacts Statement (EIS), with minor adjustments based on further refinement and design by the ADOT&PF (ADOT&PF 2026*a*). Road construction would include 14 material sites along the road corridor, with two additional material sites planned for development if needed (one existing material site that would be expanded near the Northeast Terminal located on King Cove Corporation [KCC] lands and one new material site with an access road located near Milepost 4.9 of the proposed road). Road construction is anticipated to span three construction seasons over 3 years, which may include year-round activities, commencing in Fall 2026. Construction would primarily occur between May and November. At the closest point, the road would be located 0.5 to 1 mi (0.8 to 1.6 km) from Kinzarof Lagoon, 0.7 mi (1.1 km) from Izembek Lagoon, and 1.7 mi (2.7 km) from Moffet Lagoon. The closest material site to Kinzarof Lagoon is 0.33 mi (0.53 km), and the closest material site to Izembek Lagoon is 0.7 mi (1.13 km). The road is assumed to have an operational lifespan of 50 or more years, with maintenance required over the life of the road. Thus, the proposed action would span 53 years.

The areas that would be affected through construction and use of a road between the City of King Cove and the Cold Bay Airport are described in the Action Area, section 1.3.




**Figure 1**. Map of the proposed action area. The proposed action area (dark red line) includes the entire road corridor (bright red line) and the surrounding areas that might be impacted from road construction and use.




**Figure 2**. Map of the proposed action. The proposed road (red) would connect the communities of King Cove and Cold Bay using a single-lane road starting at the King Cove Access Road and ending at the Outer Marker Road. The proposed action is primarily on land owned by the King Cove Corporation (purple; follows the footprint of the proposed road) and the Federal Aviation Administration (gray; not included in the map legend).

## 1.3 Action Area

The action area is defined (50 CFR 402.02) as, "all areas to be affected directly or indirectly by the Federal action and not merely the immediate area involved in the action." We consider the entire road corridor and the surrounding areas that might be impacted by road construction and use to be included in the action area. Therefore, the Service has determined the action area encompasses the entirety of the isthmus between Izembek and Kinzarof Lagoons (hereafter, Izembek Isthmus); Kinzarof, Moffet, and Izembek Lagoons, where we predict an increase in human activity due to increased access facilitated by a road; and the marine waterbody of Cold Bay, from Kinzarof Lagoon south to the mouth of Cold Bay at Deer Island, where barging and vessel traffic associated with the proposed action are expected to increase above current baseline levels (Figure 22). The action area contains habitat used by Steller's eiders during fall migration and molt, spring migration and staging, and wintering for foraging, resting, and courtship and pair bonding and nearshore habitats used by northern sea otters year-round as natal grounds, protection from predators, shelter from storms, and for access to prey. The action area also contains portions of the critical habitat designated for each species (see section 3, Status of the Species and Critical Habitat).

### 1.3.1 Izembek Isthmus

The Izembek Isthmus is a narrow (approximately 3 mi [4.8 km] wide) isthmus comprised of a low-lying wetland complex consisting of wet sedge meadows and numerous lakes and ponds interspersed with upland tundra. The isthmus is situated between the highly productive waters of the Bering Sea and the Gulf of Alaska and is hydrologically connected to Izembek, Moffet, and Kinzarof Lagoons. It is crossed by multiple anadromous streams. There is an existing network of roads and trails near the communities of Cold Bay and King Cove, on either end of the isthmus. Some overgrown trails also exist in portions of the isthmus, left over from the military's presence in the area during and after World War II (USFWS 2003).

Groundwater in this area is generally unconfined within sand and gravel lenses and is recharged through the infiltration of rainfall and snowmelt. Groundwater is assumed to flow from south to north along the slopes of Frosty Peak, discharging into Cold Bay via Kinzarof Lagoon and/or into Izembek Lagoon (Rice and Hogan 1995). The proposed action on the Izembek Isthmus would include the following:

- Construction of a single-lane, unpaved gravel road. The road would be approximately 18.9 mi (30.4 km) long, with a 13-foot (3.96-meter [m]) travel width and approximately 113 intervisible turnouts to allow for two-way traffic. One bridge would be constructed to span an unnamed major stream, and approximately 93 culverts or pipe arches would be installed at additional stream crossings. The project would also include development of 14 material sites to supply construction materials.
    - The new road alignment would begin at the terminus of the existing King Cove Access Road near the Northeast Terminal, extending in a northerly direction for approximately 2.6 mi (4.2 km) before crossing an unnamed tributary of Kinzarof Lagoon, requiring a bridge. The total length of the bridge would be approximately 125 feet (ft) (38.1 m) long by 19 ft (5.79 m) wide (ADOT&PF 2026*a*).

- The road corridor would continue northerly for approximately 3.7 mi (5.9 km) before turning west; continue westerly for approximately 7 mi (11.3 km) before turning southwest; and continue southwesterly for approximately 5.6 mi (9 km) where it would terminate at the intersection of Outer Marker Road and Blinn Lake Loop.
- Drainage structures would include 62 'dry culverts,' such as equalization pipes, which allow incidental drainage to pass under the roadway; 23 'wet culverts' that are in defined stream channels or connecting wetlands; and 8 fish passage culverts.
- The proposed road is primarily on lands owned by the KCC and the Federal Aviation Administration near Blinn Lake Loop Road. The corridor lies outside marine and tidally influenced waters and generally follows upland ridges, existing roads, jeep trails, and disturbed areas where practicable.

- The proposed action encumbers other lands that were not part of the 2025 Land Exchange, as described below:
  - Approximately 12 acres (ac) (5 hectares [ha]) of other Federal property currently administered by the Federal Aviation Administration as an air navigation site (Withdrawal No. 176); this includes approximately 0.4 mi (0.64 km) of the road corridor from mi 18.5 to the intersection with Outer Marker Road.
  - A section of the proposed road corridor near the intersection of Outer Marker Road and Blinn Lake Loop, approximately 2 ac (0.8 ha) and less than 0.1 mi (0.16 km) in length, is within a 22.95-ac (9.29-ha) parcel of private land. Authorization for use of the road would have to be obtained from the current owner of this parcel.
  - An approximately 3-mi section of the proposed road near the King Cove hovercraft terminal is located on lands that the U.S. conveyed to KCC prior to the 2025 land exchange conveyances. The U.S. owns the subsurface estate. The Fish and Wildlife Service is in the process of a compatibility determination pursuant to 50 CFR 25.21.
- Fourteen material sites have been identified for construction of the proposed road:
  - Most extraction of material for the roadway would be accomplished via expansion of the cut limits in areas of competent material.
  - The material sites along the proposed road corridor vary in size, with the largest (both by disturbed surface area and volume of material extracted) being Site 780+00, which would be 561 ft (171 m) long by 651 ft (198 m) wide, containing 247,414 cubic yd (189,162 cubic meters [$m^3$]) of excavated material (ADOT&PF 2026*a*).
  - Two additional material sites are planned for development if needed: one existing material site that would be expanded near the Northeast Terminal located on KCC lands and one new material site with an access road located near Milepost 4.9 of the proposed road.
- Three water sources have been preliminarily identified for use during road construction:
  - Shake Lake, a 33-ac (13.4-ha) lake that is unconnected to anadromous waters, located on the west end of the current Izembek Wilderness boundary;
  - Bactrian Lake, a 128-ac (51.8-ha) lake located midway along the road alignment, connected to Kinzarof North Stream (Anadromous Waters Catalog #283-34-10500; ADF&G 2024);
  - Southeast Kinzarof Stream (Anadromous Waters Catalog #283-34-10700; ADF&G 2024), located on the east end of the proposed road;

    - Blinn Lake, a 150-ac (60.7 ha) lake near the western terminus of the proposed road, was originally considered as a potential water source; however, due to suspected per- and polyfluoroalkyl substances (PFAS) contamination, Blinn Lake will not be used as a source of water for the project.
- No permanent structures would be built to facilitate construction logistics. However, mobile offices (such as Conex offices) for field staff and other storage sheds may be brought in as necessary during construction. Possible staging sites for temporary support facilities include the Northeast Terminal, Lenard Harbor, the City of King Cove, and the City of Cold Bay.

### 1.3.2 Greater Cold Bay

Cold Bay is a large, deepwater embayment of the Pacific Ocean located on the south (i.e., Gulf of Alaska) side of the Alaska Peninsula. Within approximately 1,600 ft (500 m) of the shoreline, water depth in Cold Bay increases gradually to 20 ft (6 m), beyond which water depths increase rapidly and approach 197 ft (60 m) in depth at 3,280 ft (1 km) from shore. The City of Cold Bay, approximately 50 residents (USCB 2020*a*), is located on the northwestern shore of this large waterbody, near the head of the bay. The City of King Cove, approximately 757 residents (USCB 2020*b*), is located 18 mi (29 km) southwest of the City of Cold Bay, just outside the bay itself.

In this region, winters are cold and stormy, and summers are mild and cloudy due to moderating effects of the ocean. Autumn arrives in early October and is usually the wettest season. The first frost usually occurs in October or November. In winter, snow often alternates with rain. Sea ice can form in the coastal lagoons and bays during the winter.

Cold Bay is lined with multiple shallow lagoons, including Kinzarof Lagoon, which is located at the northern head of Cold Bay. The Cold Bay embayment is about 8.7 mi (14 km) across at its widest point and protrudes inland approximately 24.9 mi (40 km) (Rice and Hogan 1995). Cold Bay, like many coastal areas on the Alaska Peninsula, is characterized by a two-layered, estuarine-circulation system. In this system, spring season brings increased freshwater that drives freshwater flows seaward along the surface. This freshwater is replaced by saltwater that intrudes at greater depths. In fall and winter, storms and reduced runoff combine to mix the layers and destroy this system (Rice and Hogan 1995).

The coastline of Cold Bay is made up of gravel, sand and gravel beaches, and sand and mud beaches of various widths and inclines, as well as riparian and lagoon habitat (NOAA 2025). Although Cold Bay is largely unvegetated, the nearshore habitat of Cold Bay is lined with patchy and continuous bands of soft brown kelp (*Laminaria*) species and dragon kelp (*Eularia fistulosa*) (NOAA 2025). Continuous and patchy eelgrass (*Zostera marina*) habitat also occurs around much of Cold Bay (NOAA 2025). More than ten anadromous streams feed into Cold Bay (ADF&G 2024).

The proposed action would involve the following activities in and adjacent to the waters of Cold Bay:

- Two temporary barge landing sites would be developed to permit the delivery of materials and equipment to both ends of the proposed road. These two barge landing sites, each 0.5-ac (0.2-ha) in size, would be placed adjacent to existing hovercraft ramps or previously disturbed or developed areas. Barges will not travel north of a straight line between the Northeast Hovercraft Terminal and the Cross Wind Cove Hovercraft Terminal.
- Earthwork equipment (such as graders, loaders, and potentially a crane for bridge girder placement) will be barged in as needed.
  - Regularly scheduled barge sailings to this region include a once-weekly barge service from Seattle to King Cove (or Cold Bay). Barges can land in King Cove year-round.
  - Barge sailing stops to nearby communities vary depending on several factors, such as weather and demand. Typical routing of a regularly scheduled barge could be: Seattle-Chignik-Sand Point-King Cove-Cold Bay.
  - The contractor may charter additional barges beyond the regularly scheduled service if needed to support operations. However, no project-specific barges will be added from December 1 through March 30. To the extent practicable, dedicated barges will be added during the summer months (May 1 to August 15). Chartered barge service would be more direct from origin to destination.
- No permanent structures would be built to facilitate construction logistics. However, mobile offices (such as Conex offices) for field staff and other storage sheds may be brought in as necessary during construction. Possible staging sites for temporary support facilities include the Northeast Terminal, Lenard Harbor, the City of King Cove, and the City of Cold Bay.

### 1.3.3 Izembek, Moffet, and Kinzarof Lagoons

Izembek and Moffet Lagoons (hereafter, Izembek Lagoon, except where otherwise noted) are connected bodies of water on the Bristol Bay side of the Izembek Isthmus, whereas Kinzarof Lagoon is on the opposite side of the isthmus and is connected to Cold Bay and the greater Gulf of Alaska. Izembek Lagoon experiences a vastly different tidal cycle relative to Kinzarof Lagoon: Izembek Lagoon experiences semi-diurnal and mixed diurnal tides, with a typical semi-diurnal tidal range of 5.3 ft (1.6 m; Environmental Science and Engineering Inc. 1989). Kinzarof Lagoon, like Cold Bay, experiences a semi-diurnal tide ranging from 23 to 26 ft (7 to 8 m). The tides between these two sides of the Izembek Isthmus are not synchronous.

Ice often covers more than 75 percent of Izembek Lagoon for 1 to 2 months annually, between December and March, but ice conditions vary annually (Ward et al. 1997, Petrich et al. 2014). During harsh winters, such as the winter of 2025/2026, Izembek Lagoon will freeze to the bottom, whereas Kinzarof Lagoon (and Cold Bay) typically remains open. Due to the asynchronous tides, differences in icing conditions, and effects of wind direction, wildlife (especially waterfowl but also otters in extreme icing years such as 2025/2026) will respond to seasonally changing conditions by moving across the isthmus between Izembek Lagoon and Kinzarof Lagoon and Cold Bay. Together, Izembek and Kinzarof Lagoons form the “Izembek

Complex," which henceforth we use to include Cold Bay, the lagoons, isthmus, and connected watersheds.

Izembek Lagoon is a marine body of water formed by long, narrow, sparsely vegetated barrier islands (the Kudiakof Islands) along the Izembek Isthmus, on the north side of the Alaska Peninsula near its southwestern tip. Izembek Lagoon is connected to Bristol Bay and in turn the Bering Sea. The southwestern end of the lagoon is located about 6.2 mi (10 km) north of the city of Cold Bay, Alaska. Izembek Lagoon contains extensive eelgrass beds that are exposed at low tide, along with sandflats and mudflats (78 percent of the lagoon; McRoy 1966) and a few deeper channels connecting the lagoon to the Bering Sea (22 percent of the lagoon; McRoy 1966). Much of the lagoon is less than 6.5 ft (2 m) deep (Petrich et al. 2014). Izembek Lagoon contains the largest eelgrass beds in the world (Ward et al. 1997); about 44 to 47 percent of the lagoon is vegetated with eelgrass (Ward et al. 2022). Macro-invertebrate surveys found that gastropods and *Caprella* shrimp were the most common macro-invertebrates in Izembek Lagoon, but crabs, sponges, sea stars, and mussels were also found (Ward et al. 2022). Izembek Lagoon contains only small bands of patchy and continuous soft brown kelp (*Laminaria*) species, primarily in Norma Bay and Applegate Cove (NOAA 2025). Izembek Lagoon is connected to Moffet Lagoon.

Moffet Lagoon is functionally part of Izembek Lagoon, with its southwestern boundary located about 15 mi (24 km) northeast of the City of Cold Bay. Much of Moffet Lagoon is vegetated with eelgrass, with sandflats and mudflats close to gaps between barrier islands. Moffet Lagoon is fed by major freshwater inlets such as the Joshua Green River (Ward et al. 2022).

Kinzarof Lagoon, located 5 mi (8 km) northeast of the City of Cold Bay, is hydrologically connected to Cold Bay and the Gulf of Alaska. Like Izembek Lagoon, eelgrass covers about 45 to 50 percent of Kinzarof Lagoon. This is the largest eelgrass bed on the Pacific side of the Alaska Peninsula (USFWS/Williams 2023). Seaweeds cover about one-third of Kinzarof and are much more prevalent than in Izembek. Their prevalence in Kinzarof is likely linked to the rockier substrate in Kinzarof Lagoon, which is ideal attachment surface for seaweeds. Small bands of patchy and continuous soft brown kelp (*Laminaria*) species are also present (NOAA 2025). Mud is a dominant sediment in Kinzarof Lagoon (Feder and Jewett 1987). Surveys found that macro-invertebrates were generally less common in Kinzarof Lagoon than Izembek Lagoon. *Telmessus* crab was the most common macro-invertebrate surveyed in Kinzarof Lagoon and was more common than in Izembek. Gastropods and *Caprella* shrimp were also found but mussels were absent. Peak eelgrass biomass in these lagoons usually occurs July to August (Ward et al. 2022).

### 1.4 Proposed Road from City of King Cove to Cold Bay Airport

The proposed section 404 CWA permit issuance under consideration would allow for the construction of an 18.9-mi (30.4 km) single-lane, gravel road on the Izembek Isthmus, between the City of King Cove and the Cold Bay Airport. The road would be 13 ft (3.96 m) wide at the surface with an approximately 24-ft-wide (7.3 m) subgrade (USFWS 2024, 2025*a*, ADOT&PF 2026*b*). A centerline survey, geotechnical investigations, and other detailed site surveys have not been completed for the proposed road. While the section 404 CWA permit covers only road

construction, the complete action as proposed by the applicant in the Biological Assessment includes road use and maintenance. Specific information noted herein is derived from the final Biological Assessment (ADOT&PF 2026*a*, *b*).

### 1.4.1 Road Design Criteria

The proposed road would be 13 ft wide (4 m) at the surface (11-ft [3.4-m] driving lane with two, 1-ft [0.3-m] shoulders), with approximately 113 turnouts constructed along the road corridor to enable safe passage of approaching vehicles. The total footprint of new road construction, including material sites, would be 186 ac (75 ha). The final Biological Assessment prepared by DOWL for the ADOT&PF notes design guidance for the proposed road is based on the American Association of State Highway and Transportation Officials Policy on Geometric Design of Highways and Streets ("Green Book," updated in 2018) and Guidelines for Geometric Design of Very Low Volume Roads (AASHTO 2018, 2019), and the ADOT&PF 2005 Alaska Highway Pre-Construction Manual (ADOT&PF 2025). The Biological Assessment states the road alignment has been developed to a 95 percent design level based on ADOT&PF's plan set dated February 22, 2026 (ADOT&PF 2026*a*).

Based on reconnaissance-level design, the proposed road would require 94 drainage structures. These would include one bridge over an unnamed major tributary of Kinzarof Lagoon near mi 2.6 (Anadromous Waters Catalog #283-34-10700; ADF&G 2024); 62 'dry culverts,' such as equalization pipes, which allow incidental drainage to pass under the roadway; 23 'wet culverts' that are in defined stream channels or connecting wetlands; and 8 fish passage culverts. The bridge would be a single lane, and, per the project design criteria, the average daily traffic would be less than 50 vehicles. Culverts would be designed for the 50-year storm event in final design and analyzed for passage of the 100-year storm event where drainage structures are located in a flood zone. Fish passage design for crossings over fish-bearing streams would follow the Memorandum of Agreement between Alaska Department of Fish and Game (ADF&G) and Alaska Department of Transportation and Public Facilities (ADOT&PF) for the Design, Permitting, and Construction of Culverts for Fish Passage (ADF&G and ADOT&PF 2025) and the Service's Culvert Design Guidelines for Ecological Function (Revision 10, 2025, *https://www.fws.gov/alaska-culvert-design-guidelines*).

### 1.4.2 Road Construction Activities and Materials

Construction of the road would likely occur over 3 years with activities potentially occurring year-round, but most likely between May and November. Major activities involved with construction would include development of material sites and processing of crushed rock; piledriving for bridge construction; road embankment construction; water withdrawal from local sources for road embankment compaction and dust control; heavy equipment operation; placement of temporary mobile offices, storage sheds, and lighting equipment; and vessel operations. Specific details noted herein are derived from the final Biological Assessment (ADOT&PF 2026*a*, *b*).

Material for construction of the road would be excavated from the proposed road corridor via expansion of the cut limits in areas of competent material. The material site activities will

include clearing and grubbing, excavation, fill placement, grading, compaction, and seeding. No blasting will be permitted on site. Approximately 1.7 million cubic yd (cy) (1.3 million $m^3$) of material would be moved during cut and fill activities, and 1.02 million cy (779,846 $m^3$) of crushed rock would be used for road construction. An additional 10,150 cy (7,760 $m^3$) of crushed rock would be processed for riprap. Organic soils and other materials disturbed during construction that are considered unusable for construction would be staged and stockpiled within the road corridor, then used for finishing graded backslopes and reclaiming abandoned sections of existing roads and trails.

Ground disturbance associated with the bridge would be limited to grading and fill for the abutments, abutment placement, driving h-piles, and stream straightening and armoring (riprap Class II). Bridge construction is anticipated to require concussive hammering (depending on geotechnical constraints) to install eight steel closed end pipe piles (ADOT&PF 2026*a*). The steel pile lengths may vary, but are not anticipated to exceed 150 ft (45.7 m) in length and 24 inches (61 centimeters) in diameter. No pile driving will occur from January 1 through March 30, and to the extent practicable, pile driving will only occur May 1 to October 30.

Construction equipment will likely include, at a minimum; two graders, one excavator, two dozers, one backhoe/front-end loader, two pickup trucks, one flatbed truck, two worker vehicles, and at least one dump truck. Water for embankment compaction and dust control would be supplied from three water sources, two lakes and one stream, during road construction. Water requirements over the course of construction are expected to be relatively low due to typically wet weather in the action area.

During construction and at barge landing sites, mobile lights may be temporarily used to facilitate safe operation of the worksite. Mobile lighting equipment typically extends up to 30 ft (9 m) into the air, but temporary lighting will be limited to no more than 20 ft (6 m) in height, except when necessary for health and human safety. Construction occurring from November 1 through April 30 will only occur during daylight hours. Equipment lighting, such as on graders, would be used as necessary during construction; however, it is expected that most construction activities will occur during daylight hours.

### 1.4.3 Road Use and Maintenance

The proposed road is assumed to have a lifespan of greater than 50 years, with gravel for maintenance required over the life of the road (ADOT&PF 2026*b*). Roads and trails constructed during World War II have persisted on the landscape of the Izembek Isthmus long past their period of maintenance (see section 4.1 and DOI/USFWS2013*a*). Thus, we expect the road will continue to exist on the landscape and be used by four-wheel drive and off-road vehicle long after maintenance of the road ceases, and we define the lifespan of the road as 100 years for purposes of this biological opinion.

Use of the road would involve regular vehicle traffic transiting between the communities of King Cove and Cold Bay. The single lane bridge would be built, per the project design criteria, for the Average Daily Traffic of less than 50 vehicles per day. There would not be permanent lighting along the roadway post-construction, and the potential for hazardous waste generation during

operation would be minimal and comparable to that associated with other low traffic volume rural roads in Alaska. Noise associated with ongoing road maintenance and use by vehicles transiting between the communities of King Cove and Cold Bay would have similar sources and effects as construction-related noise, and would depend on weather conditions, types and speeds of vehicles, and other factors.

The Aleutians East Borough (AEB) would be responsible for road maintenance and operation under their normal operation plans (ADOT&PF 2018). Maintenance activities are anticipated to include snow plowing, grading of the surface as required, and any repairs needed over the life of the road (e.g., erosion or settlement repairs). This work would be completed as needed and require minor ongoing use of fuels and lubricants associated with routine vehicle traffic and maintenance activities. The AEB may need to operate a grader, snowplow, and/or excavator; however, no new personnel are anticipated. ADOT&PF isis not planning for new personnel or equipment to be stationed at the Cold Bay Maintenance Station (ADOT&PF 2026*b*). The road is expected to be low-volume, which means the road would likely be graded every 5 years to re-level the surface (i.e., fix ruts and degradation). It is expected that the road would need to be resurfaced approximately every 10 to 15 years depending on usage, and resurfacing would occur simultaneously with grading activities. Mowing (although unlikely) may also occur if needed. When maintenance occurs, materials are anticipated to be staged on the road surface.

## 1.5 Conservation Measures

The ADOT&PF has committed to conservation measures as part of the proposed project to minimize adverse effects to northern sea otters and Steller's eiders resulting from the proposed action.

The following measures will be implemented as part of the proposed action.

1. Sea Otter Best Management Practices for Vessel Operations:
    - For smaller vessels (less than 80 ft [24 m]), vessels will maintain a minimum distance of 328 ft (100 m) from single sea otters, 656 ft (200 m) from female-pup sea otter pairs and 1,640 ft (500 m) from rafts of sea otters (groups of 10 sea otters or more) when safe and practicable.
    - For larger vessels (greater than 80 ft [24 m]), vessels will maintain a minimum distance of 984 ft (300 m) from sea otters when safe and practicable.
    - If vessel operators observe sea otters consistently flushing in response to the vessel transiting at the minimum distance, then the vessel operator shall increase the minimum distance until sea otters are no longer flushing in response to the vessel.
    - Vessels shall maintain maximum distance practicable from areas of surface kelp.
    - If marine mammals approach a vessel, place engines in neutral and allow them to pass.
    - All operations shall take precautions to minimize the risk of spilling fuels.
    - While operating skiffs in near shore areas, scan the water surface ahead of the boat vigilantly for otters. In choppy water conditions sea otters are difficult to spot.
    - If you are boating with another person, place them in the bow to help search. You may encounter otters as individuals, a mother and a pup, or rafts of 10 or more.

- When you see an otter(s), alter your course and slow down to avoid disturbance and collision. Once you have spotted an otter(s), you should not assume that the otter(s) will dive and get out of the way. Even if they are alert, capable, and do dive, your action of knowingly staying your course would be considered harassment.
- Do not operate a skiff at ANY rate of speed heading directly at the otter(s). A good rule of thumb is that your buffer should be great enough that there is ample room for the otter(s) to swim away without startling them. It is your responsibility to minimize the stimulus and threat of a loud boat approaching quickly.

2. Steller's Eider Best Management Practices for Vessel Operations:
   - If Steller's eiders are identified, vessel operators will follow procedures identical to those for sea otters to avoid disturbance or collision.
3. Essential Fish Habitat measures for stream crossings (that will also help reduce impacts to designated critical habitat downstream by decreasing bank erosion, supporting natural vegetation, and increasing long term stability of banks):
   - Natural vegetation will be retained along streams to the greatest extent practicable. This will be accomplished by requiring contractors to salvage the vegetated mat along stream banks prior to ground disturbance.
   - This vegetated mat will be maintained (usually via periodic watering) until the revegetation stage and staked in place for reestablishment.
   - In addition, further mitigation of impacts such as willow staking and the placement of large woody debris will be analyzed for employment at these locations.
   - The deployment of riprap in streams will be limited and only installed where it is required for protection of infrastructure.
4. Lighting can disorient birds in flight and may disturb Steller's eiders on water within critical habitat. Construction occurring from November 1 through April 30 (when numerous eiders are present) will only occur during daylight hours. Temporary lighting will only be used when needed for health and human safety. The trespass of light into nearby habitats will be minimized using down shielding or directional lighting, and low intensity lighting.
5. The project design does not include permanent vertical structures, and permanent lighting will not be permitted along the road corridor. Temporary construction lighting heights will be limited to no greater than 20 ft (6 m), except for when needed for health and human safety.
6. Barges will not travel north of a straight line between the Northeast Hovercraft Terminal and the Cross Wind Cove Hovercraft Terminal.
7. No project-specific barges (i.e., beyond regularly scheduled weekly barges servicing the City of Cold Bay) will be added from December 1 through March 30. This avoids the window/wintering period when eiders are expected to be present in the embayment of Cold Bay. To the extent practicable, project specific barges will be added during the summer months (May 1 to August 15).
8. No pile driving will occur from January 1 through March 30. To the extent practicable, pile driving will occur when fewer eiders are present (May 1 to October 30).
9. Erosion control measures that have minimal additional habitat impacts (e.g., weed-free gravel, weed-free erosion control materials, and erosion control materials without plastic; https://plants.alaska.gov/invasives/weed-free.htm) will be used, to the extent possible and

practical, to prevent sedimentation into waterways that may otherwise impact wetland and marine habitat.

10. Standard recommendations for preventing bird-vessel strike in the marine environment will be implemented for project vessels (*https://www.fws.gov/service/technical-assistance-prevent-bird-vessel-strike-alaska-marine-environment*). This includes ensuring that the trespass of light into nearby habitats is minimized using construction timing restrictions, down shielding or directional lighting, and low intensity lighting and that any project-related vessels keep deck lighting to a minimum, and shield lights to direct illumination inboard and downward to the extent possible while still maintaining compliance with navigation rules, reduce outward-radiating light, and avoid red steady-state lighting on vessels to decrease the potential for Steller's eider strikes. Vessel windows should be shaded to the extent practicable when indoor spaces must be lit at night.
11. Use of contaminated materials that can impact ESA-listed species and their habitats will be avoided. Prior to development of previously existing material sites, or use of water sources, soil and gravel sources and water will be periodically tested for potential historical contamination and to mitigate the potential for acid rock drainage. If heavy metal or other regulated contaminants are detected within soil sources, they will not be excavated or used on the road.
12. Marine vessels will reduce speeds to 8 knots or less when traversing Steller's eider critical habitat, when eiders are present, and to reduce flushing Steller's eiders while resting, staging, or molting. In nearshore areas, vessel operators should scan the water surface ahead of the vessel for Steller's eiders and, if detected, slow down, change direction away from Steller's eiders, and maintain a distance of 546 yards (yd) (500 m) or more when practical. If the vessel operator or observers notice agitated or "startle" behavior, back the vessel away or change course.
13. If barging materials is necessary to support the project ADOT&PF will develop a Marine Mammal Protection Plan that identifies specific measures to be implemented to avoid potential disruption to the normal behavior of northern sea otters within the proposed action area during construction, operation, and maintenance.
    - Avoid traveling through high density sea otter habitat.
    - Travel in a predictable manner and avoid sudden changes in speed and direction when in the vicinity of sea otters.
    - Practice speed reductions during times of limited visibility and in areas with sea otters.
    - Avoid separating individual members from a group of sea otters, encircling sea otters, and impeding movement of sea otters. Change course heading to avoid an interaction and impact to sea otters in the water.
    - Travel using established navigation channels or commonly recognized vessel traffic corridors and avoid alongshore travel in shallow water (less than 66 ft [20 m]) whenever practicable.
    - Provide written guidance to vessel operators for avoiding collisions and minimizing disturbances to sea otters.
    - Engage in methods to limit vessel noise, such as reducing speed, performing regular vessel maintenance, using fewer vessels, and/or implementing vessel-quieting

technologies (e.g., propeller design, wake improvement devices, propulsion enhancement measures, hull treatment solutions).

- To reduce effects to sea otters, Alaska Sea Otter-Safe Boating: Guidance for Vessel Operators (*https://www.fws.gov/sea-otters-boater-guidance*) should be followed.

14. Protective measures stipulated in a Fish and Wildlife Protection Plan and a Marine Mammal Protection Plan, Erosion and Sediment Control Plan, Stormwater Pollution Prevention Plan, Hazardous Material and Petroleum Product Control Plan, and Fuel Handling and Spill Response Plan will all be developed to alleviate impacts of human disturbance to listed species and reduce potential habitat impacts associated with construction, operation, and maintenance of the road.
15. The ADOT&PF commits to installation of signage thatat informs the public of the law prohibiting vehicular access to anadromous streams.
16. An independent Environmental Monitor will be onsite throughout construction to provide training and ensure compliance with environmental protection plans and permit conditions.
17. The ADOT&PF will provide technical assistance in the gathering and publishing of an oral history of subsistence use patterns in the community of King Cove. The technical assistance will be provided to the King Cove Group (KCG), consisting of the Agdaagux Tribe of King Cove, the Belkofski Tribal Council, King Cove Corporation, City of King Cove, and Aleutians East Borough by or under the direct supervision of a qualified individual(s) meeting the Secretary of the Interior's Professional Qualification Standards for Archaeology and/or History.
18. The ADOT&PF will work with the KCG to design appropriate signs for the beginning and end of the project limits to inform drivers that motorized vehicles are only authorized on the road prism. DOT&PF will have the signs produced and installed as part of the road construction project, and DOT&PF will require repair or replacement of damaged signs as a road maintenance condition.
19. The ADOT&PF will work with the KCG and the Service to design appropriate screens or barriers to camouflage or physically discourage continued use of established roads and ORV trails in the Refuge. ADOT&PF will work with the King Cove Corporation to install appropriate screens or barriers within the road corridor as part of the road construction project.
20. The ADOT&PF will work with the King Cove Group and the Service to design informational materials, for distribution in King Cove and Cold Bay, regarding public travel on the road, speed limits, sensitive environmental conditions, and on the prohibition of motorized vehicles anywhere beyond the road prism.

Other conservation measures include commitment to ongoing collaboration and coordination between King Cove Corporation, ADOT&PF, and the Service; minimizing invasive species; proper waste management and disposal; vegetation clearing, ground disturbance, and other site construction activity (i.e., nesting habitat removal) timing restrictions; and dust control. Additional measures are listed in the biological assessment (ADOT&PF 2026*b*) and Compensatory Mitigation Plan (ADOT&PF 2026*c*) and are incorporated by reference.

# 2 ANALYTICAL FRAMEWORK FOR JEOPARDY AND DESTRUCTION / ADVERSE MODIFICATION DETERMINATIONS

## 2.1 Jeopardy

In accordance with our regulations (see 50 CFR 402.02, 402.14(g)), the jeopardy determination in this biological opinion relies on the following four components:

1. The Status of the Species component evaluates the species' current range-wide condition relative to its reproduction, numbers, and distribution; the factors responsible for that condition; its survival and recovery needs; and explains if the species' current range-wide population retains sufficient abundance, distribution, and diversity to persist and retains the potential for recovery (see USFWS and NMFS 1998).

2. The Environmental Baseline component refers to the condition of the listed species in the action area, without the consequences to the listed species caused by the proposed action (50 CFR 402.02). The environmental baseline includes the past and present impacts of all federal, State, or private actions and other human activities in the action area, the anticipated impacts of all proposed federal projects in the action area that have already undergone formal or early section 7 consultation, and the impact of State or private actions which are contemporaneous with the consultation in process. The impacts to listed species from federal agency activities or existing federal agency facilities that are not within the agency's discretion to modify are part of the environmental baseline.

3. The Effects of the Action component evaluates all direct and indirect effects of an action on the species or critical habitat, together with the effects of other activities that are interrelated or interdependent with that action, that will be added to the environmental baseline. The environmental baseline includes the past and present impacts of all Federal, State, or private actions and other human activities in the action area, the anticipated impacts of all proposed Federal projects in the action area that have already undergone formal or early section 7 consultation, and the impact of State or private actions which are contemporaneous with the consultation in process. Indirect effects are those that are caused by the proposed action and are later in time, but still are reasonably certain to occur. Interrelated actions are those that are part of a larger action and depend on the larger action for their justification. Interdependent actions are those that have no independent utility apart from the action under consideration.

4. The Cumulative Effects component evaluates those effects of future State or private activities, not involving federal activities, that are reasonably certain to occur within the action area of the federal action subject to consultation.

In determining whether an action is likely to jeopardize the continued existence of a species, the action is viewed against the aggregate effects of everything that has led to the species' current

status and, for non-federal activities, those things likely to affect the species in the future (USFWS and NMFS 1998).

"Jeopardize the continued existence of" means to engage in an action that reasonably would be expected, directly or indirectly, to reduce appreciably the likelihood of both the survival and recovery of a listed species in the wild by reducing the reproduction, numbers, or distribution of that species (50 CFR 402.02).

In accordance with 50 CFR 402.14(g), the Service is responsible for (1) reviewing all relevant information provided by the Federal agency or otherwise available; (2) evaluating the current status and environmental baseline of the listed species; (3) evaluating the effects of the action and cumulative effects on the listed species; and (4) adding the effects of the action and cumulative effects to the environmental baseline and in light of the status of the species, and (5) formulating the Service's opinion as to whether the action is likely to jeopardize the continued existence of listed species.

## 2.2 Destruction / Adverse Modification

On March 30, 2026, in *Center for Biological Diversity v. Burgum*, No. 24-cv-04651 (N.D. Cal.), the U.S. District Court for the Northern District of California vacated aspects of four provisions from the 50 CFR part 402 regulations governing interagency consultation under section 7 of the Endangered Species Act and reinstated the provisions that were previously in effect. Consistent with the Court's ruling, we use the following definition: "Destruction or adverse modification means a direct or indirect alteration that appreciably diminishes the value of critical habitat for the conservation of a listed species. Such alterations may include, but are not limited to, those that alter the physical or biological features essential to the conservation of a species or that preclude or significantly delay development of such features."

In accordance with our regulations (see 50 CFR 402.02, 402.14(g)), the destruction or adverse modification determination in this biological opinion relies on the following four components:

1. The Status of Critical Habitat component evaluates the range-wide condition of the critical habitat in terms of essential habitat features, primary constituent elements (PCEs), also known as physical and biological features (PBFs), that provide for the conservation of the listed species; the factors responsible for that condition; and the intended value of the critical habitat for the conservation of the listed species. (see Endangered Species Consultation Handbook, March 1998).

2. The Environmental Baseline component refers to designated critical habitat in the action area, without the consequences to the designated critical habitat caused by the proposed action. The environmental baseline includes the past and present impacts of all federal, State, or private actions and other human activities in the action area, the anticipated impacts of all proposed federal projects in the action area that have already undergone formal or early section 7 consultation, and the impact of State or private actions which are contemporaneous with the consultation in process. The impacts to designated critical habitat from federal

agency activities or existing federal agency facilities that are not within the agency's discretion to modify are part of the environmental baseline.

3. The Effects of the Action component evaluates all direct and indirect effects of an action on the species or critical habitat, together with the effects of other activities that are interrelated or interdependent with that action, that will be added to the environmental baseline. The environmental baseline includes the past and present impacts of all Federal, State, or private actions and other human activities in the action area, the anticipated impacts of all proposed Federal projects in the action area that have already undergone formal or early section 7 consultation, and the impact of State or private actions which are contemporaneous with the consultation in process. Indirect effects are those that are caused by the proposed action and are later in time, but still are reasonably certain to occur. Interrelated actions are those that are part of a larger action and depend on the larger action for their justification. Interdependent actions are those that have no independent utility apart from the action under consideration.

4. The Cumulative Effects component evaluates those effects of future State or private activities, not involving federal activities, that are reasonably certain to occur within the action area of the federal action subject to consultation.

In determining whether an action is likely to result in destruction or adverse modification of designated critical habitat, the action is viewed against the aggregate effects of everything that has led to the status of the designated critical habitat and, for non-federal activities, those things likely to affect the designated critical habitat in the future (USFWS and NMFS 1998).

In accordance with 50 CFR 402.14(g), the Service is responsible for (1) reviewing all relevant information provided by the federal agency or otherwise available; (2) evaluating the current status and environmental baseline of the critical habitat; (3) evaluating the effects of the action and cumulative effects on the critical habitat; and (4) adding the effects of the action and cumulative effects to the environmental baseline and in light of the status of the critical habitat, and (5) formulating the Service's opinion as to whether the action is likely to result in the destruction or adverse modification of critical habitat.

# 3 STATUS OF THE SPECIES AND CRITICAL HABITAT

## 3.1 Status of the Steller's Eider

The Steller's eider (anarnissakuq/caqiar(aq) in Central Yup'ik, Igniquaqtuq in Inupiaq, Aglekesegak in Saint Lawrence Island Yupik, Latin *Polysticta stelleri*) is a small sea duck with circumpolar distribution and is the sole member of the genus *Polysticta*. The Steller's eider is divided into Atlantic and Pacific populations, which have limited, if any overlap (USFWS 2025*b*). The Pacific population is further subdivided into the Russia-breeding and Alaska-breeding populations, which mix together in molting and wintering areas. This collective population is also known as the "Pacific-wintering population." Alaska-breeding Steller's eiders

represent approximately 1 percent of the Pacific-wintering population (Hodges and Eldridge 2001).

The Alaska-breeding population of Steller's eider consists of two breeding subpopulations, referred to as the northern and western Alaska subpopulations. In Alaska, Steller's eiders now breed almost exclusively in the northern subpopulation (i.e., on the Arctic Coastal Plain). The western Alaska subpopulation, which historically occurred on the coastal fringe of the Yukon-Kuskokwim Delta, is considered nearly extirpated (USFWS 2025*b*).

Steller's eider breeding plumage is sexually dimorphic (Figure 3). Males are in breeding plumage (Figure 3) from early winter through mid-summer, during which time they have a large, white shoulder patch contrasting with a chestnut breast and belly that darkens centrally, and a black spot on each of their wings. Their head is white to silver with pale green on the lores, a distinctive black spot surrounding the eye, and a dark olive patch flanked by black on the nape. Their neck is black, extending in an arrow shape down their back. The non-breeding male plumage resembles the female but maintains white upper wing coverts. Females, year-round, are dark, mottled brown with a white-bordered, blue wing speculum. Juveniles are dark, mottled brown until fall of their second year when they acquire breeding plumage. Compared to the true eiders (*Somateria* species), the Steller's eider resembles dabbling ducks in size, appearance, and the body-tipping foraging behaviors employed on the tundra breeding grounds (USFWS 2025*b*). During flight, adult Steller's eiders are distinguished from the true eiders by their faster wing beat, small size, blue wing speculum with white border, and (for males only) black back and white belly).

### 3.1.1 Listing Status

The Alaska-breeding population was recognized as a DPS because it was considered both discrete and significant based on definitions of those terms in Service policy (96 FR 4722). The Alaska-breeding population of Steller's eiders was listed as threatened on July 11, 1997 (62 FR 31748) based on:

1. A substantial contraction of the species' nesting range on the Arctic Coastal Plain and Yukon-Kuskokwim Delta. Steller's eiders on the Arctic Coastal Plain historically occurred east to the Canada border but may have abandoned the eastern Arctic Coastal Plain in the decades leading up to listing (USFWS 2002*a*, USFWS/Obritschkewitsch and Martin 2002). Steller's eiders historically occurred on the coastal fringe of the Yukon-Kuskokwim Delta and were a common breeding bird at Kokechik Bay in 1924 (62 FR 31748), with low numbers of nests also reported in southwestern Alaska, the Seward Peninsula, and St. Lawrence Island prior to 1960 (62 FR 31748).
2. Reduced numbers of Steller's eiders nesting in Alaska; and
3. Resulting vulnerability of the remaining Alaska-breeding population to extirpation (USFWS/Trust et al. 1997).




**Figure 3**. Male and female Steller's eiders in breeding plumage.

In 2001, the Service designated 2,830 $m^2$ (7,330 $km^2$) of critical habitat (see section 3.2) for the Alaska-breeding population of Steller's eiders that includes: historical breeding areas on the Yukon-Kuskokwim Delta; molting and staging areas in the Kuskokwim Shoals and Seal Islands; molting, wintering, and staging areas at Nelson Lagoon and Izembek Lagoon (USFWS/Obritschkewitsch and Martin 2001). No critical habitat has been designated for Steller's eiders on the Arctic Coastal Plain.

### 3.1.2 Life Cycle and Distribution

Steller's eiders spend most of their lives in the marine environment, only occupying terrestrial habitats during the breeding season. During the non-breeding season, Steller's eiders use two habitat types: shallow, nearshore intertidal sand flats and mudflats and rocky or mud-bottomed, deepwater but nearshore areas (USFWS 2025*b*). Expansive eelgrass beds, such as those found at Izembek Lagoon and other areas on the north side of the Alaska Peninsula and Kuskokwim Shoals, are used by large numbers of Steller's eiders during the fall molt and staging period and during spring migration staging (Fredrickson 2001). Steller's eiders associate with eelgrass communities during a large portion of their annual cycle, demonstrating it is an important habitat factor (USFWS 2025*b*).

The Alaska-breeding population of Steller's eider winters in marine habitats in southwest Alaska, along with most of the Pacific Russia-breeding population (Figure 4). There is limited information on migratory movements of Steller's eiders in relation to nesting areas, and it remains unclear where the Pacific Russia- and Alaska-breeding populations converge and diverge during their fall molt and spring migrations (USFWS 2025*b*). Because we cannot distinguish between Alaska-breeding and Pacific Russia-breeding birds away from the nesting areas – and because band recovery, tracking, and genetic data suggest Alaska-breeding and Pacific Russia-breeding birds intermix in southwest Alaska – we assume data on distribution and habitat use by Steller's eiders in the combined Pacific wintering population applies to the Alaska-breeding population during the molting, wintering, and spring staging periods (USFWS 2025*b*).

#### 3.1.2.1 Breeding and Post-breeding

Steller's eider nesting is concentrated in tundra wetlands near Utqiaġvik (Figure 44) and occurs at lower densities elsewhere on the Artic Coastal Plain, from Wainwright east to the Sagavanirktok River (Quakenbush et al. 2002, USFWS 2025*b*). Steller's eiders arrive in small flocks of breeding pairs on the Arctic Coastal Plain in late May to early June (USFWS 2025*b*). They typically initiate nesting in mid-June; but timing of nest initiation is affected by timing of snowmelt, which varies annually (USFWS 2024). Egg hatching typically occurs from mid-July through early August, after which females move their broods to adjacent ponds with emergent vegetation and rear their broods to fledge, which occurs 32 to 36 days post hatch (Quakenbush et al. 2004, USFWS/Safine 2011).

Upon leaving the nesting areas, Steller's eiders are observed on the tundra and along the Chukchi and Beaufort Sea coasts near Utqiaġvik (USFWS/Obritschkewitsch and Martin 2001, USFWS/Rojek 2006), where they rest and forage in freshwater and marine habitats prior to fall migration. Timing of departure from nesting areas differs between sexes and varies depending on reproductive success. In years with relatively high breeding effort, flocks of Steller's eiders are primarily comprised of males that remain in the area until the second week of July. From mid-July to early August, flocks with a higher proportion of females (presumably failed breeders) are observed on the tundra and along the Chukchi and Beaufort Sea coasts near Utqiaġvik (USFWS/Obritschkewitsch and Martin 2001, USFWS/Rojek 2006). Females with successfully fledged broods depart the nesting areas in late August to mid-September (USFWS/Safine 2012) and are often observed resting and foraging in freshwater and marine habitat near Point Barrow. During this period, marked Steller's eiders and broods have been observed to frequent areas traditionally used for subsistence waterfowl hunting (USFWS/Safine 2012, Rosenberg et al. 2014, Martin et al. 2015). In years with low breeding effort, flocks are composed of both sexes, and birds depart earlier than in nesting years (Quakenbush et al. 2004; J. Bacon, North Slope Borough Department of Wildlife Management, pers. comm.).




**Figure 4**. Distribution of the Pacific population of Steller's eider in marine waters of the Bering, Chukchi, and Beaufort Seas and on tundra breeding areas of Russia and Alaska. Figure from (USFWS 2025b).

### 3.1.2.2 Fall Migration and Molt

Following the post-breeding rest and foraging period, Steller's eiders depart from the nesting areas and migrate along the Chukchi Sea coast to southwest Alaska in a protracted fall migration. Specific data on areas used during "molt migration" (i.e., migration from nesting areas to molting areas) in Steller's eiders is limited to one study (Martin et al. 2015), which tracked thirteen Steller's eiders (7 males, 6 females) from the Alaska nesting areas in 2000 and 2001. Most stopover locations (greater than 95 percent) for these tracked individuals were in nearshore marine waters within 3 mi (5 km) of the coastline, with primary molt migration stopover sites along the north coast of Chukotka, Russia (56 percent), the Bering Strait region (20 percent), the Chukchi Sea coast of Alaska (19 percent), and the Yukon-Kuskokwim River Delta (5 percent). A recent survey suggests Kuskokwim Shoals may be an important fall stopover site for birds molting farther south (USFWS 2025*b*).

Upon arrival to the molting areas, Steller's eiders undergo a complete remigial (i.e., flight feather) molt, rendering them flightless, for a period of three weeks to greater than one month

(Petersen 1980; T. Hollmén, Alaska Sealife Center, pers. comm. 2018). Molting Steller's eiders also have an impaired diving capacity (Howell et al. 2003, Savard and Petersen 2015). Sub-adult Steller's eiders are the first to undergo molt, with numbers peaking in early August based on observations at Nelson Lagoon (Petersen 1980). Timing of molt in adult Steller's eiders coincides with arrival to molting areas: males arrive to molting areas first in late August (Petersen 1980), followed by unsuccessful breeding and non-breeding females, then successful females and broods (Rosenberg et al. 2014, Martin et al. 2015). The timing of molt in female Steller's eiders varies annually based on breeding success; thus, the sex and age ratio of Steller's eiders at molting areas varies within the season and among years (USFWS 2025*b*). Generally, the Steller's eider molting period may begin in late July and continue through October.

In waterfowl, molting site selection is assumed to be partially driven by availability of energy-dense prey with high protein content (which is limited relative to other nutrients in most environments) and reduced survival risk, including through refugia from predators (Hohman et al. 1992). During the flightless period, Steller's eiders prefer shallow, protected lagoons, embayments, and estuaries that include eelgrass beds and intertidal mud and sand flats (Petersen 1981, Laubhan and Metzner 1999, Dau et al. 2000). In areas with expansive eelgrass beds, large numbers (i.e., tens of thousands) of eiders aggregate in dense flocks, using deep channels close to shore (Dau et al. 2000, USFWS/Williams et al. 2016). Steller's eiders typically form single-species flocks but periodically form mixed-species flocks with Pacific common eiders (*S. mollisima v. nigrum*), mergansers (*Mergus spp.*), and black scoters (*Melanitta americana*) (USFWS/Williams et al. 2016). They were also seen mixed into or near brant flocks during surveys conducted in Izembek Lagoon in October 2025 (A. Williams, USFWS, pers. comm. 2026*a*). The shelled prey Steller's eiders consume during the molting period is eelgrass-associated (Metzner 1993), and shallow waters support their specific feeding ecology (see section 3.1.2.5).

Primary, traditional molting areas for the Pacific-wintering population of Steller's eiders include Izembek Lagoon, Nelson Lagoon, Port Heiden, and Seal Islands on the north side of the Alaska Peninsula (Petersen 1981, USFWS/Wilk et al. 1986, Rosenberg et al. 2014), as well as the Kuskokwim Shoals in northern Kuskokwim Bay (Dau 1987, Rosenberg et al. 2014, Martin et al. 2015, USFWS 2025*b*); see section 3.2, Critical Habitat. Smaller numbers have also been reported around islands in the Bering Sea, along the coast of Bristol Bay including near Cape Peirce, and in smaller lagoons along the Alaska Peninsula (USFWS/Dick and Dick 1971, Petersen and Sigman 1977, USFWS/Wilk et al. 1986, Dau 1987). Smaller numbers of Steller's eiders (numbering hundreds to low thousands) have been documented molting outside the Alaska Peninsula (USFWS/Larned 2006, Rosenberg et al. 2014), Martin et al. 2015). At least some individuals have a high degree of molting site fidelity to specific lagoons in subsequent years, as shown by studies at Izembek and Nelson Lagoons (95 percent or greater site fidelity; Flint et al. 2000) and by data derived from a small sample of individual birds tracked from wintering areas near Kodiak Island (Rosenberg et al. 2014). There is no evidence the two breeding populations (Alaska-breeding and Pacific Russia-breeding) segregate in the molting areas along the Alaska Peninsula (Dau et al. 2000, Pearce et al. 2005).

A recent survey (i.e., fall 2016) at historically important molting sites along the Alaska Peninsula recorded 99 percent of molting Steller's eiders in the Seal Islands and Nelson and Izembek

Lagoons (USFWS/Williams et al. 2016). This survey found reduced numbers of Steller's eiders in these traditional molting, particularly Nelson Lagoon but also the Izembek Complex, compared to the recent mean (the 2016 estimate was 25 percent lower than the mean for the period 2012 to 2015; (USFWS/Williams et al. 2016). The reason behind reduced numbers in these traditional sites are unclear but could suggest a potential change in molting distribution and/or may represent a decline in the Pacific-wintering population (Hollmén et al. 2022, Maliguine et al. 2025, USFWS 2025*b*).

#### 3.1.2.3 Wintering

Some of the Pacific-wintering Steller's eiders disperse to rocky, intertidal areas or deeper, nearshore waters following the completion of molt, including areas on the south side of the Alaska Peninsula, the Aleutian Islands, and the western Gulf of Alaska (King and Dau 1981*a*, USFWS/Larned 2006, Rosenberg et al. 2014, Martin et al. 2015). Flocks of up to thousands of birds will remain in their eelgrass-dominated, intertidal molting lagoon habitats for at least a portion of the wintering period, unless forced out of these habitats by icing conditions (Laubhan and Metzner 1999). The wintering period is defined as January to April but could also be considered to include the period immediately following molt. The Alaska-breeding subpopulation does not appear to preferentially use specific wintering areas (Dau et al. 2000, Pearce et al. 2005), including as evidenced from a small sample of birds tracked with satellite transmitting tags (Figure 5; Martin et al. 2015). Individual birds may have some fidelity to specific wintering areas, as suggested by a small sample of satellite transmitter-outfitted birds tracked from wintering sites near Kodiak Island (11 of 12 birds returned to their "original" wintering area in the second winter; Rosenberg et al. 2014). It is possible birds also move between wintering sites; most birds tracked in the Martin et al. 2015 study appeared to have a primary and a secondary wintering site, which were discrete and relatively small compared to the broad wintering distribution (Martin et al. 2015).

Wintering Steller's eiders usually occur in shallow waters (less than 33 ft [10 m] deep) within 1,300 ft (400 m) of shore but can be found farther offshore where shallows extend beyond this distance (e.g., in areas of bays, lagoons, and reefs; (USFWS 2002*b*). Substantial use of habitats greater than 33 ft (10 m) deep has been reported during mid-winter, which may reflect nocturnal rest periods or shifts in availability of food resources (Petersen 1980, Martin et al. 2015) and may be related to freezing conditions forcing a shift to deeper, ice-free waters (Laubhan and Metzner 1999). Pair bonding and courtship behavior begins in late winter and is completed prior to departure to the breeding grounds (Fredrickson 2001, Martin et al. 2015).

#### 3.1.2.4 Spring Migration

The majority of the global population of Steller's eiders migrates along the Bristol Bay coast of the Alaska Peninsula in the spring (i.e., April and May), traveling from their wintering areas to breeding grounds in Russia or Alaska and stopping en route to feed at the mouths of lagoons and other productive habitats (USFWS 2025*b*). Birds stage in these productive habitats while waiting on farther north habitats along the migration corridor and in the nesting areas to thaw (King and Dau 1981*a*). Historically, aggregations of Steller's eiders at spring staging areas along the Bristol Bay coast of the Alaska Peninsula were observed at Nelson Lagoon, Izembek Lagoon, and

Bechevin Bay and numbered approximately 200,000 individuals combined at peak (Jones 1965). Birds moved between these three sites annually depending on ice conditions, with typically half aggregated at Nelson Lagoon and the other half split between Izembek Lagoon and Bechevin Bay (Jones 1965). In 2012, a spring survey along the Alaska Peninsula counted approximately 60,000 Steller's eiders, and an annual decline of 2.4 was assessed in spring-staging eiders during the period 1992 to 2012 (USFWS/Larned 2012*a*).

The spring migration of Steller's eiders is characterized by frequent stopovers at coastal locations (Rosenberg et al. 2014), although some birds may make straight line crossings of water bodies such as Bristol Bay (USFWS/Larned 1998). In a small sample of satellite-tracked birds, the majority first staged in estuaries along the north coast (i.e., Bristol Bay side) of the Alaska Peninsula or lower Cook Inlet (Rosenberg et al. 2014); after leaving the Alaska Peninsula, tracked birds staged for extended periods at Kuskokwim Shoals (Rosenberg et al. 2014, Martin et al. 2015); Figure 5).

Steller's eiders congregate in staging areas in large numbers to feed in ice-free habitats before continuing northward, showing strong site fidelity to specific areas (USFWS/Larned 1998, Martin et al. 2015). Areas known to receive consistent use by Steller's eiders during spring migration include Bechevin Bay, Morzhovoi Bay, Izembek Lagoon, Nelson Lagoon/Port Moller Complex, Cape Seniavin, Seal Islands, Port Heiden, Cinder River State Critical Habitat Area, Ugashik Bay, Egegik Bay, Kulukak Bay, Togiak Bay, Nanwak Bay, Kuskokwim Bay, Goodnews Bay, and the south side of Nunivak Island (USFWS/Larned et al. 1993, USFWS/Larned 1998, 2000). Steller's eiders likely use spring leads for feeding and resting as they move northward, although there is little information on distribution or habitat use after departure from spring staging areas. Food availability at spring staging areas plays a key role in reproductive capability of Steller's eiders, and having access to a series of specific foraging locations along their northward route is likely important for maintaining adequate physiological condition (USFWS 2025*b*).

#### 3.1.2.5 Non-Breeding Summer Distribution in Southern Alaska

A small number of Steller's eiders are known to remain along the Alaska Peninsula and in Kachemak Bay during the summer months; approximately 100 Steller's eiders have been observed in Kachemak Bay, and a few individuals may spend the summer at Izembek Lagoon (Chris Dau, USFWS, unpublished data).




**Figure 5**. Distribution of Alaska-breeding Steller's eiders during the non-breeding season, based on locations of 13 birds implanted with satellite transmitters in Utqiaġvik, Alaska, during June 2000 and June 2001. Marked locations include those at which a bird remained for at least 3 days. Onshore summer use areas comprised locations that birds departed Utqiaġvik, apparently without attempting to breed in 2001 (USFWS 2002*b*).

#### 3.1.2.6 Non-Breeding Foraging Ecology and Diet

Steller's eiders appear to have low flexibility in their foraging ecology, which may be constrained by their diving physiology (they use the same, shallow habitats throughout the molting period and the winter) or bill morphology (USFWS 2025*b*). Despite this, outside of the remigial molting period, Steller's eiders forage on a wide selection of food items, and diet appears to be based on prey availability (Metzner 1993, Fredrickson 2001). Their diet includes diverse taxa belonging to four main invertebrate groups found throughout the water column (i.e., between the water surface and the benthos): *Crustacea*, *Bivalvia*, *Gastropoda*, and *Polychaeta* (Petersen 1980, Metzner 1993). Like other small-bodied sea ducks, Steller's eiders daily consumption of prey equates to a high percentage of their own body mass (Ouellet et al. 2013).

During the molting period, Steller's eiders increase their consumption of bivalves and other shelled prey (e.g., gastropods) relative to soft-bodied crustacean prey (e.g., amphipods; (Petersen 1980, Troy and Johnson 1989, Metzner 1993) and consume larger prey than is commonly available in local substrate (Petersen 1980). Molt is energy-demanding, and waterfowl such as eiders that undertake simultaneous remigial molt may be nutritionally stressed during this period (Hohman et al. 1992, Howell et al. 2003, Savard and Petersen 2015). Bivalves and gastropods are more energy dense than other common macroinvertebrates used by Steller's eiders (e.g., amphipods), suggesting Steller's eiders could be limited or specialized in their diet during this stage of their annual cycle, focusing on prey with relatively higher energy content to meet necessary energetic requirements (Petersen 1981, USFWS 2025*b*).

Birds that are flightless during their molting periods are limited to the available prey at their molting sites. Therefore, Steller's eiders require molting sites with abundant and high-quality prey (USFWS 2025*b*). Because prey accessibility is also important, Steller's eiders prefer shallow lagoons and embayments with eelgrass beds and intertidal mud and sand flats, where they forage primarily at low tide (Petersen 1981) and close to shore (Dau et al. 2000, USFWS/Williams et al. 2016). The invertebrate community on which Steller's eiders rely, throughout the water column and benthos, is an important component of critical habitat in the non-breeding areas (see section 4.3).

### 3.1.3 Populations and Trends

Available data suggest that very few Steller's eiders, perhaps tens of individuals, breed in western Alaska (i.e., on the Yukon-Kuskokwim Delta; USFWS 2019). The western Alaska sub-population is considered nearly extirpated (USFWS 2025*b*). Therefore, the population of Alaska-breeding Steller's eiders primarily consists of individuals breeding in northern Alaska (i.e., on the Arctic Coastal Plain), with the number of Steller's eiders breeding annually on the Arctic Coastal Plain being low and highly variable, and the highest densities near Utqiaġvik. The mean number of Steller's eiders present on the Arctic Coastal Plain from 2007 to 2024 is estimated as 406 Steller's eiders (95 percent CI = 207.67 – 750.02; see section 4.1.3.1 and (USFWS 2025*b*).

Methods to estimate the abundance of the listed Alaska-breeding population of Steller's eiders are limited to surveys of breeding pairs because Alaska-breeding Steller's eiders cannot be distinguished from Pacific Russia-breeding Steller's eiders when the subpopulations are

intermixed. This contributes to uncertainty in the size of the listed population: the proportion of Alaska-breeding Steller's eiders present on the breeding grounds may vary annually, and their breeding propensity also appears to vary considerably (USFWS 2025*b*).

#### 3.1.3.1 Arctic Coastal Plain Subpopulation

Three, ongoing surveys monitor the number of Steller's eiders present on the Arctic Coastal Plain annually: the Arctic Coastal Plain Waterfowl Breeding Population Survey (Arctic Coastal Plain Survey), the Utqiaġvik Triangle Survey, and the Utqiaġvik Ground-based Breeding Pair Survey (Utqiaġvik Ground Survey). Design and caveats of each survey are described in detail in the Steller's Eider Species Status Assessment (USFWS 2025*b*).

The Arctic Coastal Plain Survey covers the largest portion of the range of Steller's eiders in northern Alaska (22,139 $m^2$ [57,339 $km^2$]) but has low sampling coverage (varying between 1 and 8 percent among strata during 2007 to 2019 and 2022 to 2024) and a small number of Steller's eider observations each year (USFWS 2025*b*). The highest density of observations occurs in the northwestern region of the Arctic Coastal Plain, near Utqiaġvik (Figure 6). Two surveys provide more intensive coverage of the Steller's eider nesting range in northern Alaska containing the highest densities of breeding birds: the aerial Utqiaġvik Triangle Survey and the complementary Utqiaġvik Ground Survey. The Utqiaġvik Triangle Survey provides coverage of 25 to 50 percent of a 1,034 to 1,065 $m^2$ (2,677 to 2,757 $km^2$) area, from just south of the community of Utqiaġvik to the Meade River (conducted 1999 to 2019 and 2021 to 2023). The Utqiaġvik Ground Survey has nearly 100 percent spatial coverage of the 52 $m^2$ (134 $km^2$) study area surrounding the Utqiaġvik road system. The Utqiaġvik Ground Survey counts the number of male Steller's eiders (assumed to be associated with a more cryptic and sometimes unobserved female) prior to and during nest initiation and monitors nest fate (detection is not estimated).

The Service's most recent estimate of the population size of the Alaska-breeding Steller's eider uses a negative binomial, spatiotemporal generalized additive model (GAM), incorporating survey data from the two aerial surveys: the Arctic Coastal Plain Survey and Utqiaġvik Triangle Survey (USFWS 2025*b*). The GAM-estimated mean number of Alaska-breeding Steller's eiders, estimated across the period 2007 to 2024, is 406 Steller's eiders (95 percent CI = 207.67 – 750.02; (USFWS 2025*b*). The estimate includes: a predicted mean estimate of birds occurring across the Arctic Coastal Plain but outside the Utqiaġvik Triangle Survey area ($n$ = 152 eiders; 95 percent CI = 59.19 – 340.67; years 2007 to 2024) and an estimated average annual number of birds occurring in the Utqiaġvik Triangle Survey area ($n$ = 213 eiders; 95 percent CI = 123.7 – 403.1, years 1999 to 2023). Over half of the Steller's eiders estimated by the spatiotemporal GAM occur within the combined area covered by Utqiaġvik Triangle Survey and road system survey. For comparison, the Utqiaġvik Ground Survey provides an index of Steller's eider abundance in the high-density breeding habitat around the road system. The mean annual number of nesting Steller's eiders (i.e., the count of observed males multiplied by two) estimated in the road system survey area is 101 (SD = 78, range = 0 – 264; USFWS 2025*b*).

The GAM suggests the Alaska-breeding Steller's eider population undergoes cyclical patterns of abundance, fluctuating between short periods of increases and decreases, with an approximate

6.5-year period. Overall, the long-term population trend suggests an increasing or slightly decreasing population, depending on the time interval analyzed (USFWS 2025*b*).

The proportion of the overall Arctic Coastal Plain subpopulation that breeds in any given year varies. Thus, some unknown number of Alaska-breeding Steller's eiders are not available to be detected in the surveys every year. Non-breeding birds may remain in marine areas, stage in other terrestrial areas prior to molt, or visit nesting areas of the Arctic Coastal Plain briefly before moving back to marine habitat. It is possible some birds nest in Russia in years when they are not present in Alaska. However, although information on breeding site fidelity of Steller's eiders is limited, analysis using genetic mark-recapture techniques and recapture of nesting eiders both suggest breeding site fidelity is high (Safine et al. 2020, USFWS unpublished data).




**Figure 6**. Average predicted densities of pre-nesting Steller's eider pairs across the aerial ACP Survey area, June 2007 to 2024 (USFWS 2025*b*). Data are not corrected for incomplete detection.

#### 3.1.3.2 Yukon-Kuskokwim Delta Subpopulation

Historical observations of nesting Steller's eiders have been recorded in western and southwestern Alaska, including the Alaska Peninsula, the Seward Peninsula, St. Lawrence Island, and Agattu Island (62 FR 31748). However, contemporary observations (i.e., 1960s to present) of breeding Steller's eiders in the "western" subpopulation are limited to the central coastal zone of the Yukon-Kuskokwim Delta (USFWS 2025*b*).

The Service has conducted three breeding waterfowl surveys annually on the Yukon-Kuskokwim Delta. These include two aerial surveys, the Waterfowl Breeding Population and Habitat Survey (1957 to 2024) and the Alaska Yukon-Kuskokwim Delta Aerial Breeding Pair Survey (1985 to 2024), and one ground survey aimed at estimating the number of waterfowl nests on the central coast (1985 to 2019, 2022).

Only four Steller's eiders have been recorded during aerial surveys from 1988 to 2023: three were observed in 1988, and one lone male was recorded near the Manokinak River in 2018 (observation from J. Fischer, USFWS, pers. comm.). During ground (i.e., nest plot) surveys and other avian research conducted from 1997 to 2023, there have been observations of 62 adult Steller's eiders, plus 12 nests and 1 brood (Flint and Herzog 1999, USFWS 2025*b*), USFWS unpubl. data). Observations of adults have consisted of pairs and lone males in wetland habitat and singles and pairs flying by along a river or the coast; nests were found at Kigigak Island and near the Tutakoke and Kashunuk Rivers (USFWS 2025*b*). When the species was listed in 1997, no Steller's eider nests had been found on the Yukon-Kuskokwim Delta for approximately 20 years (since 1975; Kertell 1991).

Field research is conducted sporadically throughout the central coastal zone of the Yukon-Kuskokwim Delta by the Service, the U.S. Geological Survey, universities, and other entities. Incidental observations of Steller's eiders would likely be recorded and reported during these activities, as mandated by Yukon Delta Refuge research permits and given the species' rarity and resulting interest in the species (USFWS 2025*b*). The small number of Steller's eider observations in nesting habitat over many years, despite substantial research and activity, suggests that Steller's eiders breeding in this region of Alaska remain rare. Given the small number of observations, it is not possible to estimate a trend in subpopulation abundance since listing (USFWS 2025*b*).

#### 3.1.3.3 Importance of the Pacific Russia-Breeding Population

The population size of the non-listed Pacific Russia-breeding population of Steller's eiders is currently unknown, and the total size of the larger Pacific-wintering population and its overall trend are difficult to estimate with the available data (C. Bradley, USFWS, pers. comm. 2017). Historically, 200,000 Steller's eiders were estimated to "winter" along the Alaska Peninsula, considered to be the primary non-breeding region for the Pacific-wintering population (Jones 1965); by 1979, Steller's eiders along the Alaska Peninsula numbered 135,000 (Petersen 1981), and by 1991, less than 65,000 Steller's eiders were counted in this region during the non-breeding season (Kertell 1991). In the contemporary dataset, separate surveys have counted birds belonging to the Pacific-wintering population during either spring staging or fall molt. Steller's

eiders staging in spring along the western and southwest coast of Alaska, from the Yukon Delta to the Alaska Peninsula, ranged from a high count of 134,904 Steller's eiders in 1992 to a low count of 54,888 Steller's eiders in 2010 (mean of 81,453, 1992 to 2012; USFWS/Larned 2012*a*). Surveys along the Alaska Peninsula during the fall molting period in 2012 to 2016 counted birds in the range of 30,407 to 70,320 Steller's eiders (mean of 50,926; USFWS/Williams et al. 2016).

The abundance and productivity of the Pacific Russia-breeding population may be highly important for the listed Alaska-breeding population if there is a high rate of exchange between the two (USFWS 2025*b*). There is observed genetic differentiation between Alaska- and Pacific Russia-breeding populations but also evidence of gene flow, which is predominantly male-mediated (Pearce et al. 2005). The listed population is dependent to some degree on the Pacific Russia population for a source of males with whom Alaska-breeding females can form pair bonds when they are co-located on the wintering grounds, and some number of females originating from the Pacific Russia-breeding population may immigrate to the Alaska-breeding population annually and vice versa (USFWS 2025*b*). Thus, immigration from the non-listed population may be a source of recruits for the Alaska-breeding population. Although we have some evidence of female breeding site fidelity and natal philopatry in the Utqiaġvik study area (see section 3.1.2.1 and USFWS 2025*b*), the amount of immigration that occurs or its importance to the Alaska-breeding population's growth rate is difficult to quantify. However, movement of individuals could be influenced by the size of the Russia-Pacific breeding population and its demographic rates, and therefore the abundance and productivity of the Russia-Pacific breeding population may ultimately affect the resilience of the Alaska-breeding population (USFWS 2025*b*).

#### 3.1.3.4 Demographic Rates

Annual survival probability of Steller's eiders in the Pacific-wintering population has estimated using mark-recapture data from banded, molting Steller's eiders. In an analysis using data from birds captured at Izembek Lagoon during the years 1993 to 2006, apparent female survival probability was estimated as 0.86 (SE = 0.03) and apparent male survival probability as 0.87 (SE = 0.18; (Frost et al. 2013). The magnitude and direction of bias in these estimates is unknown, but the data on which these estimates are based have important caveats (USFWS 2025*b*): birds included in this analysis consisted of non-breeding and failed females, as successful females and their broods had not yet arrived at Izembek Lagoon during the capture period; the population sampled was the Pacific-wintering population, which is dominated by Russia-breeding birds, and it is unknown how applicable these estimates are to the Alaska-breeding population; and finally, the model from which these apparent survival estimates are derived does not distinguish between permanent emigration and mortality.

Two models suggest the northern subpopulation of the Alaska-breeding Steller's eider has lower survival than the Pacific-wintering population. Apparent survival was estimated for nesting female eiders captured in the Utqiaġvik area, again using mark-recapture data. During the years 1995 to 2016, apparent female survival probability was estimated as 0.78 (SE = 0.06;(Safine et al. 2020). The Safine et al. 2020 model provides the only direct estimate of annual apparent survival rate of Steller's eiders in the Alaska-breeding population; but once again, the model from which this apparent survival estimate is derived does not distinguish between permanent

emigration and mortality (USFWS 2025*b*). In a separate analysis using the aerial Arctic Coastal Plain Survey data and a Bayesian state-space model framework, adult female survival probability was estimated as 0.754 (SD = 0.015; (Dunham and Grand 2017); this estimate falls within the 95 percent confidence interval given by the Safine et al. 2020 model.

A decrease in adult survival through time is thought to have contributed toward a long-term population decline in the Pacific-wintering population: based on birds captured on the Alaska Peninsula, there was an apparent decrease in survival from the period 1975 to 1981 (female survival = 0.946, SE: +/- 0.059; male survival = 0.874, SE: +/- 0.062); to the period 1991 to 1997 (female survival = 0.899, SE: +/- 0.032; male survival = 0.765, SE: +/- 0.044), (Flint et al. 2000). Adult survival on the wintering grounds has also been hypothesized as a contributing factor behind the decline of Steller's eiders at some European wintering sites (i.e., birds belonging to the Atlantic Russia-breeding population (Žydelis et al. 2006). Assuming Steller's eiders have a similar life history to other sea ducks, adult female survival may have a disproportionate impact on population growth rate compared to demographic parameters related to productivity (Flint 2015). The Service has assessed improving adult female survival as important to species recovery and reducing threats and protecting habitat in both breeding and non-breeding areas are identified as needed (USFWS 2021*a*).

Breeding propensity in Alaska-breeding Steller's eiders is highly variable: from 1991 to 2023, the number of nests found in the core nesting area ranged from 0 – 78 annually. Mean apparent clutch size during this period was 5.7 (range 4.8 – 6.6; SD = 1.17), and mean nest survival probability was 0.28 (SE of annual point estimates = 0.05; nest survival is defined as at least one egg hatched). Additional demographic information, including on productivity parameters (i.e., brood survival), can be found in the Species Status Assessment (USFWS 2025*b*).

#### 3.1.4 Threats

Upon listing the Alaska-breeding population of Steller's eiders, the Service hypothesized that changes in the Bering Sea, where Steller's eiders molt and winter, and ingestion of lead shot on the Yukon-Kuskokwim Delta may have contributed to range contraction. Habitat destruction, overharvest, inadequacy of regulatory mechanisms, disease, and predation were not suspected to be factors (USFWS 2025*b*). The first iteration of the species' recovery plan identified additional stressors that may have affected current condition of the Alaska-breeding Steller's eider: increased predation pressure, hunting, exposure to oil or other contaminants near fish processing facilities in southwest Alaska, risk of collisions with fishing vessels or lighted structures, disturbance related to human activity near the core nesting area, and loss or alteration of tundra nesting habitat as a result of development (USFWS 2002*b*). The 2002 recovery plan also noted it is likely that unknown stressors in the marine environment were having an impact on the population (USFWS 2002*b*). The most recent species status assessment states the low numbers and restricted breeding range mean the listed population make it vulnerable to many threats, including natural threats such as major storms, disease, and predation (USFWS 2025*b*). The most recent recovery plan notes some threats are more easily addressed than others because they are a direct result of human activity (e.g., shooting, collisions, disturbance) and can be addressed through management actions (USFWS 2021*a*).

3.1.4.1 Habitat Loss and Degradation

Although loss or modification of habitat is not thought to have played a major role in the decline of the Alaska-breeding Steller's eider, habitat changes are considered a threat. Construction related to community infrastructure and industrial development in coastal and marine areas – including activities such as materials (e.g., gravel) extraction, dredging, and construction of roads, pads for homes or other buildings, pipelines, docks, and other infrastructure – destroys and degrades the important terrestrial habitats (i.e., nesting and brood-rearing habitat) and marine habitats (e.g., fall molting, wintering, and spring staging) of Steller's eiders (USFWS 2021*a*).

Development in proximity to villages on the Arctic Coastal Plain, and particularly Utqiaġvik, has impacted measurable quantities of Steller's eider nesting, brood-rearing, and post-breeding habitat (USFWS 2025*b*). Steller's eiders may prefer higher-relief habitats for nesting; and these areas, which are relatively scarce within the Arctic Coastal Plain breeding distribution of Steller's eiders (Miller 2023) are also more desirable for human development. Given the majority of the Arctic Coastal Plain may be of low suitability for Steller's eider nesting (Miller 2023), anthropogenic effects to nesting habitat are not trivial. Furthermore, the impact of infrastructure on ground thermal conditions can strongly enhance ongoing permafrost degradation (see 3.1.4.8), exemplified by degrading permafrost in the location of many of the active industrial sites across the Arctic Coastal Plain (Langer et al. 2023). Habitat loss in the core of Steller's eider nesting habitat is not trivial, but the overall effect of habitat loss near Utqiaġvik on resiliency of the Alaska-breeding population is unknown (USFWS 2025*b*).

Human development in coastal and marine habitats can also result in direct loss of habitats used by Steller's eiders, including through the construction of near-shore infrastructure (e.g., docks, jetties and other revetments), or result in habitat degradation through the indirect effects of development. For example, discharge from commercial seafood processors has become an increasing concern for its potential impacts to marine life, including seabirds and sea ducks. Fish waste from seafood processing plants or municipal sewage outfall could potentially harm Steller's eiders indirectly by degrading foraging habitat, and directly by exposing individuals to contaminants, disease, and increased predation (Reed and Flint 2007, USFWS 2025*b*). Generally, development in marine habitats in Alaska has a small footprint compared to the dispersed distribution of Steller's eiders, but development in important areas used by concentrations of Steller's eiders could have a greater effect to Steller's eiders through impacts to adult survival or through carry-over effects that impact breeding propensity and reproductive success. The overall effect of development in marine habitats is unknown.

3.1.4.2 Anthropogenic Disturbance

Utqiaġvik is an important human population center, and the area surrounding Utqiaġvik is the core of the Steller's eider current breeding distribution in Alaska. Therefore, this area of the Alaska-breeding Steller's eider distribution is disproportionately important to the survival and recovery of the population (USFWS 2025*b*). Human activities in and around Utqiaġvik that may disturb nesting Steller's eiders include the use of existing facilities and roads near nesting areas; on-tundra activities such as subsistence activities, tourism, recreation, and transit through nesting areas including by all-terrain vehicle (ATV), on-tundra aircraft landings, and walking; and low-

level flights, including for aerial surveys (USFWS 2021*a*). Field-based, scientific research in Steller's eider nesting areas has increased in response to interest in climate change and its effects on Arctic ecosystems; these activities, including research directed at Steller's eiders, can also result in disturbance to breeding Steller's eiders. Overall, human disturbance during the breeding season can lead to reduced productivity by impacting Steller's eider breeding effort and success. The overall effect of anthropogenic disturbance in and around the core nesting areas near Utqiaġvik is thought to have a moderate effect on the population resiliency of the Alaska-breeding Steller's eider (USFWS 2025*b*).

Human activities in and near coastal and marine habitats may also disturb Steller's eiders during other periods of the annual cycle. At present, disturbance to Steller's eiders in the marine environment primarily results from human activities near coastal communities along the north coast of the Alaska Peninsula, Aleutian Islands, and western Gulf of Alaska (including Kodiak Island and the lower Cook Inlet) during the non-breeding season. Vessels used for shipping, fishing, research, and tourism transit through Steller's eider migration corridors, molting areas, and wintering areas. Steller's eiders are most likely to encounter marine vessel traffic near harbors and fish processing facilities such as those on Kodiak Island and Dutch Harbor (USFWS 2025*b*). Disturbance from hunting activities occurs near Cold Bay and Kodiak Island, areas where high levels of waterfowl sport hunting are known to occur, and throughout the non-breeding distribution during subsistence hunting activities, including bird and marine mammal harvest in areas accessed by hunters from local villages (USFWS 2025*b*). Research activities taking place in areas where Steller's eiders concentrate, including fall and spring aerial surveys at Steller's eider staging areas throughout the Alaska Peninsula, could also result in disturbance. Of greatest concern is vessel traffic or other sources of disturbance in molting areas between August and November, overlapping the period when Steller's eiders undergo their flight-feather molt and have a limited ability to move away from sources of disturbance while also being under higher energetic demands (USFWS 2025*b*).

Projected increases in vessel traffic, industrial development, and other human activities in the Bering, Chukchi, and Beaufort Seas are expected to result in increased levels of disturbance to Steller's eiders. Anthropogenic disturbance in important areas used by concentrations of Steller's eiders could have a greater effect through impacts to adult survival or through carry-over effects that impact breeding propensity and reproductive success. However, the overall effect to the Alaska-breeding population of human activities in marine habitats is unknown.

#### 3.1.4.3 Environmental Contaminants

Steller's eiders can be exposed to contaminants by coming into direct contact with contaminants in the abiotic environment (USFWS 2025*b*) or by ingesting prey items with contaminants in their tissues (Franson 2015). In the tundra nesting areas, the primary contaminant of concern is lead, and the primary source of lead contamination is ingestion of spent shot (i.e., pellets) deposited in in wetlands nesting areas or nearshore marine waters used for foraging (USFWS 2025*b*). Lead shot has been identified as the source of harmfully elevated levels of lead in Steller's eiders (USFWS/Trust et al. 1997, Lovvorn et al. 2013, Miller et al. 2016, 2019, A. Matz, USFWS, pers. comm. 2024). The effects of lead exposure varies, but lethal and sublethal response can occur (Hoffman 1990). Mortality resulting from lead exposure is particularly a concern for breeding

females, which may have a greater level of exposure due to longer time spent in the nesting areas. Exposure to lead shot could also occur outside the nesting areas, but data to assess this are limited. Use of lead shot for waterfowl hunting appears to be declining; its use in waterfowl hunting is prohibited nationwide, and in Alaska use of lead shot is prohibited for hunting of all bird species. However, residual lead shot remaining in the environment may be accessible to waterfowl for more than 25 years (Franson et al. 1995, Flint and Schamber 2010). Overall, exposure to lead shot was identified to have a significant, negative effect on population resiliency of the Alaska-breeding Steller's eider (USFWS 2025*b*).

Industrial activities around the globe produce contaminants such as heavy metals (e.g., selenium, mercury, cadmium, copper), hydrocarbons, and persistent organic pollutants and distribute these into the environment through atmospheric, marine, and freshwater pathways (Lovvorn et al. 2013). While Steller's eiders could be exposed to these trace elements on the tundra nesting areas, most exposure probably occurs during the non-breeding season in marine areas (Lovvorn et al. 2013, Miller et al. 2016). They may also be directly exposed to spills of petroleum and other contaminants in marine habitats (USFWS 2002*b*), such as organochlorine pesticides and polychlorinated biphenyls. When the M/V *Selendang Ayu* ran aground and broke apart near Unalaska Island in the Eastern Aleutians and released an estimated 351,246 gallons (1,330 metric tons) of oil and diesel, the spilled product encountered nearshore areas known to be used by Steller's eiders. Although no live or dead Steller's eiders were confirmed oiled during the incident (Byrd and Daniel 2008), they were likely present in the area of the spill and are assumed to have been exposed (Stehn et al. 2008, NOAA et al. 2016). The extent to which Alaska-breeding Steller's eiders and their prey resources were affected is unknown. A study evaluating chronic exposure of harlequin ducks (*Histrionicus histrionicus*) to hydrocarbons associated with the M/V *Selendang Ayu* spill showed continued exposure to lingering hydrocarbons 3 years after the spill (Flint et al. 2012).

Smaller spills of petroleum and petroleum products have affected habitat quality on a small scale throughout the range of the Alaska-breeding Steller's eider, posing some risk to individuals. Exposure to oil or other contaminants near fish processing facilities in southwest Alaska was identified in the 2002 species' recovery plan as a particular concern for Steller's eiders. Most of the Pacific-wintering population of Steller's eiders winters in shallow, nearshore waters from the eastern Aleutians to southern Cook Inlet, Alaska, including in and near areas with substantial maritime traffic and/or industrial activity and other human presence. Areas where Steller's eiders have been observed roosting and feeding in harbors, bays, and other nearshore waters with substantial maritime traffic and/or industrial activity (including fish processing facilities) include Dutch Harbor, Akutan, Sand Point, King Cove, Cold Bay, and Women's Bay (Kodiak). Many of these areas are occupied by large wintering or staging flocks.

Conservative estimates indicate at least 18,000 gallons (68,137 liters) of petroleum products were spilled from activities associated with the commercial fishing and seafood processing industry from 1995 to 2000, and at least 18,170 gallons (68,781 liters) of petroleum products are spilled annually in harbors in southwest Alaska (USFWS 2017). Much of the petroleum is spilled at Dutch Harbor, near where hundreds of Steller's eiders winter. Other areas where Steller's eiders have been observed roosting and feeding in harbors, bays, and other nearshore waters with substantial maritime traffic and/or industrial activity, including fish processing facilities, include

Akutan, Sand Point, King Cove, Cold Bay, and Women's Bay. Steller's eiders sampled in southwest Alaska showed evidence of exposure to an array of organic contaminants in bays with commercial fishing and maritime activity compared to bays without (Miles et al. 2007, USFWS 2025*b*). Commercial fishing, other maritime activities, and municipal sewage effluent in areas with high coastal development could also indirectly expose Steller's eiders to contamination through contamination of prey items. For example, simultaneous to wintering Steller's eiders at Dutch Harbor showing evidence of exposure to high levels of polycyclic aromatic hydrocarbons (PAHs) or other contaminants, high concentrations of PAHs were found in blue mussels (*Mytilus trossilus*) in this area (Miles et al. 2007). Steller's eiders sampled in southwest Alaska showed evidence of exposure to an array of organic contaminants in bays with commercial fishing and maritime activity compared to bays without (Miles et al. 2007, USFWS 2025b).

Although areas with high human use in the coastal and marine environment comprise only a small portion of the habitat used by Pacific-wintering Steller's eiders, it is reasonable to expect a large number of Steller's eiders are being exposed to significant levels of petroleum and other organic contaminants when using nearshore waters in these areas (USFWS 2002*b*, Reed and Flint 2007). However, with the exception of lead, the effect of contaminants on population resiliency of the Alaska-breeding Steller's eider is unknown at this time (USFWS 2025*b*).

3.1.4.4 Harvest

Historically, Alaska Natives hunted Steller's eiders and their eggs for food; but many communities along the population's migration route had not been surveyed at the time of the 1997 ESA listing decision, and the total annual subsistence harvest at that time was unknown (62 FR 31748; June 11, 1997). Although not cited as a cause of the decline, the take of this species by subsistence hunters near Utqiaġvik was cited as a factor in the decision to list the Alaska-breeding population of Steller's eider (62 FR 31748). Harvest of Steller's eiders has also occurred on the Yukon-Kuskokwim Delta (CAFF 1997). In the mid-1990s, harvest was thought to be one of the threats limiting species recovery (CAFF 1997). All legal harvest of Steller's eiders in Alaska was closed in 1991.

Harvest regulations for waterfowl and other migratory birds in Alaska include two seasons: a spring-summer subsistence season (April 2 to August 31, with dates varying by management region; 50 CFR 92) and a fall-winter general hunting season (September 1 to January 26, with dates varying by zone; 50 CFR 20). When the spring-summer subsistence harvest of migratory birds in Alaska was opened by Alaska State regulations and Service policy in 2003, harvest of Steller's eiders remained prohibited. Harvest of Steller's eiders has apparently declined through time but does still occur despite the closure: an estimated 438 birds were harvested annually over the period 1980 to 1996 and 230 birds were harvested annually over the period 1993 to 2012 (Naves and Schamber 2024).

Outreach efforts to encourage compliance with harvest regulations that prohibit harvest of Steller's eiders have been conducted in the species' breeding range on the Arctic Coastal Plain by the Service, the North Slope Borough, and the Bureau of Land Management. Service-sponsored outreach efforts have also occurred on the Yukon-Kuskokwim Delta. Direct observations and discussions with hunters have confirmed some Steller's eiders are taken during

subsistence hunting on the Arctic Coastal Plain. Steller's eiders sometimes fly in mixed flocks with king and common eiders (*Somateria spectabilis* and *S. mollissima*), are hard to identify, and are inadvertently shot on occasion. Specifically, hunters report that Steller's eiders staging in mixed flocks within waterbodies are subject to shooting. Direct observations by Service law enforcement staff and biologists in Utqiaġvik have documented Steller's eiders shot along roads and in hunters' possession (USFWS 2025*c*). Local knowledge suggests Steller's eiders have not been specifically targeted for subsistence on the Arctic Coastal Plain, but they may be subject to misidentification and inadvertent harvest. Eggs of Steller's eiders may also be incidentally collected or disturbed when harvesters are searching for goose eggs. However, limited data suggest harvest of Steller's eiders eggs has historically been low (see USFWS 2026 for further discussion on egg harvest).

A recent study of 12 years (2004 to 2015) of waterfowl harvest in rural Alaska communities derived estimates of the average annual harvest of birds and eggs by species, based on reports by rural hunters and broken down by management region and season (Naves and Schamber 2024). This study estimated an average of 202 Steller's eiders harvested annually, with 69 harvests occurring in spring-summer (i.e., April through August) and 133 harvests occurring fall-winter from 2004 to 2015 (i.e., September to March; Naves and Schamber 2024).

The spring-summer subsistence waterfowl harvest divides the state into 12 management regions (Figure 7); 8 of these regions overlap the distribution of Alaska-breeding Steller's eiders. Steller's eider harvest was reported in the each of these regions (annual estimates shown in parentheses): North Slope ($n = 26$), Northwest Arctic ($n = 38$), Bering Strait Mainland ($n = 53$), St. Lawrence Island-Diomede ($n = 15$), Yukon-Kuskokwim Coast ($n = 39$), Yukon-Kuskokwim Delta Inland ($n = 1$), Bristol Bay ($n = 12$), and Aleutian-Pribilof Island ($n = 18$). Additionally, an estimated 29 Steller's eider eggs were harvested per year on average: Bering Strait Mainland ($n = 17$), St. Lawrence Island-Diomede ($n = 4$), and Yukon-Kuskokwim Delta Coast ($n = 8$; Naves and Schamber 2024). Not all Steller's eiders represented in these numbers would be from the Alaska-breeding population, but birds comprising each of the two breeding populations are not distinguishable away from their breeding areas. We interpret the 26 estimated spring/summer birds on the North Slope as Alaska-breeding Steller's eiders. However, we expect annual harvest of Alaska-breeding Steller's eiders to be lower in this region due to long standing hunt closure and the low, variable population of Steller's eiders across this region. Documented harvest in Utqiaġvik, where the highest concentrations of Steller's eiders occur on the Alaskan breeding grounds, has been zero or near-zero in the most recent years compared to the 2004 to 2015 time period (USFWS 2026).

Given migration timing, we also interpret the estimated 38 harvested Steller's eiders in the Northwest Arctic management region during the fall and winter as Alaska-breeding Steller's eiders. Based on these patterns, approximately 39 of the fall–winter birds (38 (eiders estimated to be harvested in the Northwest Arctic) + 1 ($0.01 \times 95 = 0.95$, rounded up to 1)) could represent Alaska-breeding eiders, although this is also likely an overestimate.

On a statewide scale, these harvest estimates may not be representative of contemporary harvest levels. Reliability of harvest reports is affected by sampling flaws, inaccurate recall, reluctance to report closed species, mischaracterization of fishing bycatch, failure to detect unretrieved birds,

and data-collection errors (Huntington 2009, Omelak 2009, Naves 2010, USFWS 2010, George et al. 2015).

We also recognize the rate of harvest suggested by the Naves and Schamber (2024) data would be unsustainable for a population estimated to be 406 individuals. This may be because these estimates do not represent accurate contemporary harvest estimates, particularly in the North Slope region, or it may reflect an issue with the assumption of a closed population. The Alaska-breeding population of Steller's eider was listed as threatened under the ESA because of a perceived decline in abundance throughout their nesting range and geographic isolation from the Russian-breeding population. The geographic isolation meant the Alaska-breeding population was a "closed population," meaning it received no augmentation or immigration from the Russian-breeding population. However, genetic studies and modeling efforts suggest there may be dispersal from the Russian breeding population (Dunham and Grand 2017). Research was conducted to estimate population viability of the Alaskan breeding population of Steller's eiders, using both an open and closed model of population process for this threatened population (Dunham and Grand 2016). Projections under a closed population model (i.e., one with no immigration or emigration between the Alaska-breeding population and the Pacific Russia-breeding population) suggested this population has a 100 percent probability of extinction within 42 years. However, closed population models showed a poor fit with the underlying data. Open population models (i.e., with exchange between the Alaska-breeding and Pacific Russia-breeding populations) showed a better fit with the long-term aerial survey data (Dunham and Grand 2017). This suggests the Alaska-breeding population is supplemented by immigration from the Pacific Russia-breeding population and therefore dependent on viability of that source population (Dunham and Grand 2016, 2017). Because of random immigration process and nonbreeding behavior, it is likely that this population will continue to be present in low and highly variable numbers on the breeding grounds in Alaska.

We expect harvest of Steller's eiders and their eggs may continue at some level in the nesting, brood-rearing, and non-breeding areas, especially near areas of human use. Instances of inadvertent harvest or egging would likely be concentrated near communities with gravel infrastructure and more remote camps, and frequency of inadvertent harvest would decline with increasing distance from infrastructure, as human access becomes more difficult. Harvest of birds on the Arctic Coastal Plain (i.e., in the North Slope management region) is specifically identified as having a high effect on resiliency of the Alaska-breeding population (USFWS 2025*b*). Outside the Arctic Coastal Plain, the likelihood of any individual harvested would be an Alaska-breeding bird is low, given only a small percentage of Alaska-breeding birds comprise the Pacific-wintering population (USFWS 2025*b*). However, if harvest of an Alaska-breeding bird occurred in the non-breeding distribution, the population-level effect would be essentially equivalent.




**Figure 7**. Regional boundaries for subsistence harvest of migratory birds. Modified from: (*https://www.fws.gov/subsistence-springsummer-bird-harvest-2024-alaska*).

#### 3.1.4.5 Collisions

Migratory birds are at considerable risk of collisions with human-made structures and lines (Manville 2005, Grebmeier et al. 2006), including buildings, drill rigs, towers, wind turbines, light poles, and overhead transmission lines. The tendency of Steller's eiders to fly at low altitudes puts them at risk of striking even relatively low objects in their path. Eighty-eight percent of the eiders observed in one study along the Beaufort Sea coast flew below an estimated altitude of 32 ft (9.7 m), with well over half flying below 5 ft (1.5 m); eiders in this area flew at a mean height of 20 ft (6 m) above ground level and at 45 mi (72 km) per hour (Day et al. 2005). The mean flight height of eider species flying past St. Lawrence Island, Alaska in the fall has been estimated as 6 ft (1.8 m). Flock size, flight height and speed, and other variables like weather and lighting conditions affect the probability of collisions and can increase the number of eiders killed or injured during a single event. Most collisions involve one or two birds, but "bird storms" (impacting hundreds of birds at once) have been documented when vessels use bright lights during inclement nighttime weather.

Steller's eider collisions with infrastructure occur in both terrestrial and marine environments; they have been documented colliding with infrastructure that includes radio communication towers, guy wires, transmission lines, radar domes, and mobile offshore drilling units. Multiple Steller's eider power line strikes have been documented near Utqiaġvik since 1991, despite the sparseness of human structures in their nesting areas on the Arctic Coastal Plain (USFWS 2025*b*). Service records include one report from a Pilot Point resident, responsible for erecting power line (approximately 600 ft [183 m] along the shoreline) who recalled that shortly after he put the power line up, about 150 Steller's eiders flew into it and died. Mortality in Steller's eiders belonging to the Atlantic-breeding population has also been observed due to collisions with transmission lines, specifically during transit over the isthmus connecting the island of Ekkerøy to the mainland in Varangerfjord, Norway (Øien and Aarvak 2007).

Bird species, including eiders and other sea ducks, are attracted to offshore vessels and may circle or even ground on the vessels, primarily due to the effects of light attraction and disorientation (Merkel and Johansen 2011, Ronconi et al. 2015). Risk of marine bird collisions with vessels in waters of Alaska shows seasonal patterns; collision risk increases when visibility is poor and during winter when skies are dark longer (Merkel and Johansen 2011, Kapsar et al. 2025). Risk of collisions increases in areas with high co-occurrence (i.e., spatiotemporal overlap; Kapsar et al. 2025), and marine vessels transiting through the migration corridors and molting areas pose the highest risk to Steller's eiders (USFWS 2025*b*). Vessel speed influences the likelihood of striking marine wildlife (Silber et al. 2021).

Steller's eiders have a high risk of collision with vessels because of their tendency to fly low and fast over the water (Day et al. 2004); and Steller's eider mortality has occurred due to collisions with large vessels and ship rigging, with most documented events in Alaska involving large, lighted fishing vessels at night (Labunski et al. 2022). Bright lights on fishing boats, particularly during stormy or foggy conditions, are a known hazard that can cause birds to become disoriented and land on or collide with vessels (Reed et al. 1985, Manville 2005). As with land-based infrastructure, collisions with vessels can result in injury or death to Steller's eiders and potentially to large numbers at once. Over 150 Steller's eiders were reported to have collided with the *M/V* Northern Endeavor in December 1980 in False Pass, when the fishing vessel's crab lights were illuminated on a stormy night (USFWS, Southern Alaska Field Office, unpublished data).

Current vessel traffic density is notably high along the coast of the Alaska Peninsula and Aleutian Islands (Silber et al. 2021), and we assume there will be continued increases in shipping traffic through Aleutian passes between the North Pacific and Bering Sea in response to changing oceanic conditions. However, the extent of collisions with vessels is largely unknown because data are limited; coverage by dedicated species observers is uneven in Alaska and low in some management areas and some fisheries, and we expect Steller's eiders are not always noticed or reported by observers or vessel crew. The effect of vessel collisions on the Alaska-breeding Steller's eider population is therefore difficult to quantify. The risk of Steller's eider mortality through collisions is expected to increase as infrastructure and vessel traffic increases throughout their range. Overall, collisions with man-made infrastructure are thought to have a moderate effect on the resiliency of the Alaska-breeding population of Steller's eiders (USFWS 2025*b*).

3.1.4.6 Fishing Interactions

Fishing activities can lead to direct mortality through drowning if eiders are entangled in nets, as evidenced by studies involving Steller's eiders from the Atlantic-breeding population. One study in Estonia, Lithuania assessed moderate mortality to Steller's eiders through non-target (i.e., incidental) gillnet fishery bycatch (mortality estimated at 10 to 50 individuals per winter, or approximately 3 percent of the birds wintering in this region, during 2000 to 2001 (Žydelis et al. 2006). The larger-sized mesh used in salmon fishing appears to have relatively high rates of Steller's eider bycatch (Dagys and Žydelis 2002). Fishing activities can also displace eiders from preferred habitats through disturbance (Žydelis et al. 2006).

3.1.4.7 Predation

Steller's eiders in the vicinity of developed areas have likely been impacted by elevated predator populations for two primary reasons, both which support increases in predator populations (USFWS 2025*b*): 1) human presence may increase the availability of food (e.g., landfills and marine mammal carcasses), and 2) human development may increase nesting and denning sites for avian and mammalian predators. In nesting habitats, predation is a major driver of nest failure and duckling mortality among Steller's eiders, and annual variation in nest success is likely determined by fluctuations in local predator populations or broad-scale predator dynamics (USFWS 2025*b*). Incubating females may themselves be vulnerable to predators. Even in the larger true eiders, females incubating eggs may also be killed by snowy owls and Arctic and red foxes (*Vulpes lagopus* and *V. vulpes*); (Petersen et al. 2000). As the number of structures and anthropogenic attractants on the Arctic Coastal Plain continues to increase, elevated predator populations may reduce the reproductive success of Steller's eiders. Increased predation pressure is thought to currently have a moderate effect on resiliency of the Alaska-breeding population of Steller's eider and may be exacerbated by climate-related changes in predator-prey dynamics (see 3.1.4.8), through impacts to breeding effort and reproductive success (USFWS 2025*b*).

Steller's eiders are also vulnerable to predators during the non-breeding period. Bald eagles (*Haliaeetus leucocephalus*) are a common predator of adult Steller's eiders and have been observed to harass and prey upon Steller's eiders and other sea ducks in nearshore habitats, including at Dutch Harbor and at the Izembek Lagoon complex (Reed and Flint 2007, USFWS/Lance et al. 2007). Eagle predation upon Steller's eiders appears to increase at Kinzarof Lagoon during times when salmon are less accessible (e.g., due to late runs or freezing conditions in area streams (USFWS/Lance et al. 2007). Bald eagle predation on Steller's eiders may also increase during extreme winters, when waterfowl in the Izembek Complex become densely concentrated in small areas of open water with reduced feeding opportunities, leading to depleted energy reserves, poor body condition, and exhaustion. Predation in marine areas is thought to have a moderate effect on resiliency of the Alaska-breeding population of Steller's eider (USFWS 2025*b*).

3.1.4.8 Climate Change

A wide variety of climate-related changes are occurring in terrestrial habitats across the circumpolar Arctic, including tundra areas where Steller's eiders nest and raise broods. The most

prominent effects of climate change on Steller's eider habitat are likely to occur within their nesting areas and could involve both the physical environment and the biota. Impacts being observed in Alaska include changing snow conditions, earlier snowmelt, reduced sea ice, glacial retreat, warmer permafrost, changing precipitation patterns, drier landscapes, increased wildfires, and more extensive insect outbreaks (Chapin et al. 2014). The ponded habitats on which Steller's eiders rely for brood-rearing are also being impacted by climate change: together with changes in precipitation and warmer air temperatures, permafrost degradation and erosion is contributing to declines in pond area and abundance; and storm surge flooding increasing salinity in freshwater ponds and increased pond temperatures could be influencing primary productivity and invertebrate communities (USFWS 2021*a*). Changes to climate and to tundra habitats are creating cascading ecosystem changes, such as changed predator-prey dynamics (Aars and Ims 2002, Kausrud et al. 2008, Gilg et al. 2009, USFWS 2021*a*) and changed weather patterns, which could expose Steller's eiders to harsher weather or increased predation pressure during the breeding season (USFWS 2021*a*). Permafrost degradation could also result in exposure to additional contaminants. Ongoing climate warming will increase risk of contamination and mobilization of toxic substances via permafrost degradation and could further limit the availability of suitable feeding and brood rearing ponds.

Although the net impacts of climate change on Steller's eiders and their terrestrial habitats are unclear, such impacts are expected to continue unabated and could have cascading effects on the reproductive success of Steller's eiders, including by limiting the availability of suitable feeding and brood rearing ponds, disrupting current predator-prey dynamics in nesting and brood-rearing areas, and causing increased energy expenditure, which could in turn increase energy requirements and/or impact reproductive effort and success. With the exception of harsh weather events, the effect of climate-related change on the resiliency of the Alaska-breeding Steller's eider cannot be measured and is considered unknown; harsh weather during the breeding season is expected to have a moderate effect on population resiliency, through reduced breeding effort and reproductive success (USFWS 2025*b*).

A wide variety of climate-related changes are also occurring in marine habitats used by Steller's eiders throughout their distribution. Long-term data suggest the North Pacific and Arctic Oceans are experiencing a warming trend. Over large areas of the seasonally ice-free Arctic, summer sea surface temperatures have increased around 0.9° F (0.5° C) per decade from 1982 to 2017 (IPCC 2019). Historically, the climate of the Bering Sea has alternated between warm and cold years but has more recently been dominated by multi-year warm periods (Stabeno et al. 2012). In the Northern Gulf of Alaska, sea surface temperatures increased 0.396° ± 0.18° F (0.22 ± 0.10° C) per decade over 1970 to 2021 (Danielson et al. 2022). Climate-induced changes in sea surface temperature may have cascading effects on the marine ecosystem, such as increasing ocean acidification negatively affecting bivalves, which may in turn lead to a decrease in availability of an important prey resource for Steller's eiders (see 3.1.4.10). This could be exacerbated by changing weather patterns in nearshore marine environments, which could expose Steller's eiders to harsher weather during the wintering and spring seasons and increase energy requirements, possibly impacting survival or physiological condition in subsequent seasons (USFWS 2021*a*).

The northern Pacific Ocean, including connected waters, is subject to long-term cycles in oceanic conditions (e.g., Pacific Decadal Oscillation, or PDO) and regime shifts defined by rapid changes in ecosystem structure, such as alterations to primary productivity, invertebrate populations, and fisheries, which then persist over a decadal time scale (Overland et al. 2008). Areas used by Steller's eiders for molting, wintering and spring staging along the eastern Bering Sea and Gulf of Alaska appear to be climate vulnerable. The net effect on Steller's eiders of past and present climate-related changes in the marine environment has not been adequately measured, but it appears there is high uncertainty of prey availability for Steller's eiders in molting, wintering, and spring staging areas over the next few decades (Smith et al. 2019).

Existing studies suggest Steller's eider survival rates may be influenced by climate variability. Model-based results by Frost et al. (2013) indicate the lowest annual survival estimates for Steller's eiders in the Pacific-wintering population during the period 1993 to 2003 coincided with a brief warming event in the PDO; and the return to cooler temperatures in the Bering Sea coincided with an increasing trend in Steller's eider survival and the highest estimated annual survival rates. However, conclusions about the effects of the PDO on Steller's eiders cannot be drawn from apparent correlation with a single climatic event (Frost et al. 2013).

#### 3.1.4.9 Disease

Steller's eiders can be exposed to naturally occurring disease, parasites, and toxins during any part of their life cycle. Individuals are more likely to be exposed to diseases during molt and during wintering, when they concentrate in large flocks and increase their chances for bird-to-bird transmission (USFWS 2025*b*). Use of harbors where fish waste is disposed may expose them to higher rates of potentially pathogenic *Escherichia coli* and other contaminants (see 3.1.4.3). The effect of this stressor on resilience of the population of Alaska-breeding Steller's eider is unknown (USFWS 2025*b*).

Emerging threats include highly pathogenic avian influenza (HPAI) and harmful algal blooms (HABs). Since 2020, the clade 2.3.4.4b HPAI H5N1 virus (i.e., highly pathogenic avian influenza) has spread rapidly and caused unprecedented outbreaks in wild birds around the globe (Xie et al. 2025). Waterfowl act as a natural reservoir, as they frequently carry avian influenza viruses (including lower pathogenicity viruses) and often aggregate in high concentrations in wintering areas and/or on breeding grounds (CMS FAO Co-convened Scientific Task Force on Avian Influenza in Wild Birds 2023, Graziosi et al. 2024). Wild birds exposed to HPAI H5N1 have a high rate of mortality (Xie et al. 2025), and mass mortality events have been observed in several species of wild birds, including common eiders (*Somateria mollissima*). In a nesting population of common eiders on the Atlantic coast of North America, an estimated 7 to 19 percent of the breeding population may have been lost due to an HPAI H5N1 outbreak in 2022 (Avery-Gomm et al. 2024). Because it has been sustained in wild bird populations and due to its severity and near-global spread, the HPAI H5N1 virus is considered a threat to wild bird conservation (CMS FAO Co-convened Scientific Task Force on Avian Influenza in Wild Birds 2023, Graziosi et al. 2024). There are no confirmed cases of HPAI H5N1 in Steller's eiders to-date.

Documented exposure pathways of marine birds to HABs are primarily through food web transfer. In Alaska, the two primary HAB toxins of concern are saxitoxin (a neurotoxin produced by certain species of *Alexandrium* dinoflagellates, which cause "paralytic shellfish poisoning") and domoic acid (a neurotoxin produced by the diatom *Pseudo-nitzschia*, which can cause seizures and other neurologic distress). Shellfish are a well-known source of dietary exposure to HAB toxins (Anderson et al. 2022); and in Alaska high concentrations of paralytic shellfish toxins have been documented in prey items favored by eiders, including in areas with mortality events in other marine top predators (Chambers and Magnuson 1950, Lefebvre et al. 2016, Van Hemert et al. 2022). Marine birds in Alaskan waters are commonly exposed to levels of saxitoxin and domoic acid that have been shown in laboratory trials to be harmful to mallards (*Anas platyrhynchos*; (Alaska Science Center 2026). However, species-specific sensitivity to these toxins is generally unknown (Anderson et al. 2022). Exposure to HABs can lead to mortality (Shumway et al. 2003, Starr et al. 2017, Van Hemert et al. 2022), and has been documented in sea ducks such as white-winged scoters (*Melanitta deglandi*) in California and common eiders in the North Atlantic (Shumway et al. 2003, Starr et al. 2017, Gibble et al. 2021). Sublethal effects in marine birds include reduced feeding activity, decreased reproductive potential, loss of motor coordination, and neurological deficits (Shumway et al. 2003). Changing ocean conditions (e.g., increased temperatures and decreased sea ice prevalence) may also lead to conditions that more frequently promote HABs formations, which would increase exposure risk (Anderson et al. 2022).

#### 3.1.4.10 Changing Prey Availability

Benthic ecosystems are vulnerable to environmental variation, and warming conditions may lead to shifts in benthic flora and fauna (Schiel et al. 2004, Grebmeier et al. 2006, Liu et al. 2019). Climate-related changes to ocean conditions could therefore lead to further changes in availability and quality of benthic prey for Steller's eiders (see 3.1.4.8 and 3.2). A recent study comparing the availability of benthic prey at Izembek Lagoon for molting Steller's eiders found significantly less bivalve and crustacean biomass, and smaller-sized bivalves and gastropods, in 2019 compared to 1998 (Maliguine et al. 2025). Because Steller's eiders increase their bivalve diet during molt (Petersen 1981, Troy and Johnson 1989, Metzner 1993) and may select for larger bivalves during this period (Petersen 1980), prey availability at Izembek Lagoon may not be as optimal for molting eiders as it has been in the past (Maliguine et al. 2025). Changes in prey availability could result in lowered body condition or survival for molting eiders and/or could result in a redistribution of eiders to molting areas with higher benthic biomass (Maliguine 2024) if suitable alternatives are available.

### 3.1.5 Recovery Criteria for Alaska-Breeding Steller's Eiders

The Steller's Eider Revised Recovery Plan (USFWS 2021*a*) presents research, monitoring, and management actions; such actions are re-evaluated and adjusted periodically, with the objective of population recovery so that protection under the ESA is no longer required.

When the Alaska-breeding population was listed as threatened, factors causing the decline were unknown; possible causes were identified as ingestion of lead shot present in wetland habitats and unknown changes in molting and wintering habitats in the Bering Sea. Other potential

threats have been identified since listing, including in the original recovery plan (USFWS 2002*b*), including increased predation pressure, overharvest, exposure to other contaminants, risk of collision with structures and vessels, disturbance caused during human activities near the core nesting area, and loss or alteration of nesting habitats through human development. Other potential stressors have since been identified (see 3.1.4), but the causes of decline in Alaska-breeding Steller's eiders and obstacles to recovery of this population remain poorly understood.

Criteria used to determine when species are recovered are often based on historical abundance and distribution, or on the population size required to ensure that extinction risk, based on population modeling, is tolerably low. For Steller's eiders, robust information on historical abundance is lacking, and demographic parameters needed for accurate population modeling are poorly understood.

The revised 2021 Steller's eider recovery plan (USFWS 2021*a*) established recovery criteria based heavily on the viability of the species, recognizing the relationship between the Pacific Russia- and Alaska-breeding populations and the importance of the larger Pacific-wintering population. The 2021 plan offers two alternative demographic criteria, based on available information on trend of the Pacific-wintering population. In the 2021 plan, recovery criteria for the Alaska-breeding population are not wholly dependent on status of the larger Pacific-wintering population. The general concepts used to develop specific demographic metrics and thresholds for recovery criteria included:

- Over a long timeframe, the abundance of Steller's eiders in Alaska should be maintained or increase compared to that observed over the past 30 years;
- Steller's eiders should be distributed in the Utqiaġvik Ground survey area, and broadly across the Utqiaġvik Triangle and the Arctic Coastal Plain survey areas, or they should be present over a similarly wide distribution that includes areas of Alaska where they do not currently nest; and
- If the population trend of the Pacific-wintering population is unknown or is decreasing, the number of breeding Steller's eiders in Alaska, and our confidence in that number, should be higher.

The specific criteria developed from these concepts are:

1. We must be 80 percent confident the Pacific-wintering population has an abundance trend of ≥ 1.0, using at least five years of data but not exceeding a time interval of 15 years; and
2. We must be 80 percent confident that individual Steller's eiders present in the Utqiaġvik ground survey area number 50 birds or greater, individuals in the Utqiaġvik Triangle number 200 birds or greater, and individuals present across the Arctic Coastal Plain survey (excluding these two areas near Utqiaġvik) number 100 birds or greater over a 20-year timeframe; or there are greater than 350 individuals in Alaska across a wide distribution;

Or, if the Pacific-wintering population trend is unknown or declining,

3. We must be 95 percent confident that individual Steller's eiders present in the Utqiaġvik ground survey area number 75 birds or greater, individuals in the Utqiaġvik Triangle number 300 birds or greater, and individuals present across the Arctic Coastal Plain survey (excluding these two areas near Utqiaġvik) number 150 birds or greater over a 20-year timeframe.

Additionally, the recovery plan includes threats-based criteria that should be met. Threats include but not limited to ingestion of lead ammunition, mortality from shooting, bird collisions with structures, human disturbance in the breeding area, nest predation, and changes to the ecological community. Threats must be found to not affect the ability of the population to meet and maintain the demographic criteria included in the plan.

In the most recent 5-year status review (USFWS 2025*d*), the Service determined that the Alaska-breeding population of Steller's eiders continues to meet the definition of threatened, as the population has not met the demographic- and threats-based recovery criteria for delisting, as laid out in the 2021 recovery plan (USFWS 2021*a*). The population has low resiliency, as low numbers of Steller's eiders are annually present in Alaska and have highly variable vital rates, and low redundancy, as only one extant subpopulation remains with a wide but sparse distribution outside of Utqiaġvik. While the population has moderate representation – as indicated by the varied diet and habitat use of Steller's eiders, adequate genetic diversity, and wide non-breeding distribution – the population remains vulnerable to environmental stochasticity and catastrophic events. Additionally, the identified stressors to the population are likely to worsen over time in the breeding and non-breeding habitats (USFWS 2025*d*).

### 3.2 Critical Habitat for Steller's Eider

In 2001, the Service designated critical habitat for the Alaska-breeding population of Steller's eiders (50 CFR Part 17). The total area of designated critical habitat is 2,830 square miles ($mi^2$)(7,330 square kilometers [$km^2$]) across five units, including: the Yukon-Kuskokwim Delta (Unit 1) for nesting; Kuskokwim Shoals (Unit 2) and Seal Islands (Unit 3) for molting and staging; and Nelson Lagoon (Unit 4) and Izembek Lagoon (Unit 5) for molting, wintering, and staging (Figure 8). The Izembek Lagoon critical habitat unit includes all waters of Izembek Lagoon, Moffett Lagoon, Applegate Cove, and Norma Bay, and waters 0.25 mi (400 m) offshore of the Kudiakof Islands (which close the entrance to Izembek Lagoon) and adjacent mainland.

The physical or biological features essential to conservation of the species, and which may require special management considerations, were identified as Primary Constituent Elements (PCEs). For the Yukon-Kuskokwim Delta (Unit 1), the PCE includes the vegetated intertidal zone and all open water inclusions within this zone. For Units 2 through 5, the PCEs include marine waters up to 30 ft (9 m) deep and the underlying substrate, the associated invertebrate fauna in the water column, the underlying marine benthic community, and where present, eelgrass beds and associated flora and fauna.

Units selected for designation as critical habitat areas are those where Steller's eiders consistently occur at relatively high densities, where Steller's eiders are especially vulnerable to disturbance and contamination due to flightlessness, and/or they are areas essential to species' survival and recovery given the best available data.

The physical habitat of Steller's eiders is largely unaltered from natural conditions throughout most of the species' distribution in Alaska. Human populations in most of the designated critical habitat areas are small, and development has been limited to few, widely dispersed communities and industrial centers. Developments that have physically modified small areas of Steller's eider habitat consist of infrastructure such as roads, gravel pads, docks, piers, and boat harbors, which are limited to nearshore waters immediately adjacent to communities and industrial centers. Some Steller's eiders continue to use these areas. However, management actions identified as important to species recovery include: 1) protecting breeding habitat on the Arctic Coastal Plain, particularly in areas with the highest observed nesting density; and 2) protecting habitat in marine areas, specifically in important molting, wintering, and staging areas (USFWS 2021*a*). The recovery plan also identified research aimed at predicting habitat change in the non-breeding areas and the subsequent impact of predicted change to population viability as important for management of Steller's eiders (USFWS 2021*a*).

Natural regime shifts in the northern Pacific Ocean are defined by rapid but persistent changes in ecosystem structure, including alterations to primary productivity and invertebrate populations (Overland et al. 2008). Areas used by Steller's eiders for molting, wintering and spring staging along the eastern Bering Sea and Gulf of Alaska appear to be climate vulnerable. Predicted changes in molting and spring staging areas along the eastern Bering Sea and Gulf of Alaska include increasing temperatures in areas of shallow sea water and decreased sea ice concentration (Smith et al. 2019). There is high uncertainty regarding how these projected changes may impact prey availability for Steller's eiders in their critical molting, wintering, and spring staging habitat over the next few decades: three climate models assessing the same spatial data related to environmental and forage conditions projected inconsistent effects to the biomass of benthic infauna (e.g., bivalves, amphipods, and polychaetes; marine invertebrate species used by Steller's eiders). Along the northern Alaska Peninsula, the three-model average projected a decrease in biomass of benthic invertebrates in some areas, including Izembek Lagoon, and a slight increase in other areas (Smith et al. 2019).

Prey abundance and quality are important components of the PCEs for critical habitat Units 2 through 5. Although benthic systems are vulnerable to regime shifts and other variability in marine environments (Grebmeier et al. 2006, Liu et al. 2019), the Smith et al. assessment showed some uncertainty in how projected changes in Steller's eider molting, wintering, and spring staging areas could affect prey availability for Steller's eiders, including in critical habitat areas, over the next few decades (Smith et al. 2019, USFWS 2025*b*). Climate-related changes can also affect the health of eelgrass, which are an important foundation species in many shallow water environments (see sections 1.3.4 and 5.1.3.1) and lead to reduction in spatial extent, density of eelgrass blades, and other impacts to eelgrass.




**Figure 8**. Map of designated critical habitat for Steller's eider.

### 3.3 Status of the Northern Sea Otter

The northern sea otter is a marine mammal that lives in shallow marine areas along the shores of the North Pacific. Adults reach 51 inches (130 centimeters) in length and 66 pounds (30 kilograms) in weight (Kenyon 1969). They depend on fur instead of blubber for insulation (Riedman and Estes 1990). Sea otter fur consists of a sparse outer layer of guard hairs with very dense underfur (Kenyon 1969). They have a long history of being commercially harvested for their fur.
The Service recognizes three "stocks" of northern sea otters in Alaska: Southeast Alaska, Southcentral Alaska, and Southwest Alaska (USFWS 2013; Figure 9). The term "stock" is used by the Service and the National Marine Fisheries Service in the context of managing marine mammal species under the MMPA. The southwest Alaska DPS, listed as threatened under the ESA, is the same entity as the southwest Alaska stock.

#### 3.3.1 Listing Status

The Service listed the southwest Alaska DPS of the northern sea otter as threatened on August 9, 2005 (70 FR 46366). Sea otters forage in nearshore marine and intertidal habitat, usually remaining within a couple of mi of their established feeding grounds, where bottom depths are typically less than 300 ft (91.4 m; USFWS 2013). Critical habitat was designated in 2009 (74 FR 51988; October 8, 2009).

At the time of the 2005 final listing rule for the species, the Service estimated the southwest DPS had experienced a rapid decline in abundance of more than 50 percent since the late 1980s and consisted of approximately 42,000 sea otters. The cause of the decline was not certain, but the weight of evidence pointed to increased predation, probably by the killer whale (*Orcinus orca*; USFWS 2013).

#### 3.3.2 Life History

maturation may be delayed to four or five years of age when food resources are limited (von Biela et al. 2009). Sea otters mate throughout the year, and gestation requires about six months. Although young may be born in any season, most pups are born in late spring in Alaska. Like other marine mammals, they have only one pup during each breeding cycle. The female's maternal instinct is strong, and she seldom leaves her pup except when diving for food. When the female travels or sleeps, the pup usually rides on its mother's chest as she floats on her back. The pup may weigh 31 pounds (14 kilograms) or more when weaned. Females can produce one pup a year but may produce pups less frequently in areas where food is limited. Many sea otters live for 15 to 20 years. They usually do not migrate and seldom travel far unless an area has become overpopulated and food is scarce. The home range of individual sea otters can vary from only a few mi$^2$to over 15 mi$^2$(40 km$^2$; Schneider and Ballachey 2008).




**Figure 9**. Northern sea otter distribution in Alaska, in blue (USFWS 2023*a*). Sea otter populations or "stocks" are delineated by dashed lines. The southwest population is listed as threatened under the ESA.

### 3.3.3 Diet and Habitat Use

Sea otters forage in nearshore coastal areas with rocky and soft-sediment substrates, typically close to shore in waters less than 131 ft (40 m) depth (Estes 1980, VanBlaricom and Estes 1988). They dive to gather food (sea urchins, crabs, clams, mussels, octopuses, other marine invertebrates) from the seafloor in relatively shallow water (Riedman and Estes 1990). Distribution is largely limited by their ability to dive to the sea floor (Bodkin et al. 2004). Diving depth of sea otters is highly variable and ranges from 6 to 246 ft (2 to 75 m) depending on the prey species pursued (Schneider and Ballachey 2008). In the wild, sea otters never eat on land. Feeding dives generally last about 60 to 90 seconds, although some otters have been observed staying underwater in excess of five minutes (Riedman and Estes 1990). They usually dive and return with several items of food, roll on their backs, place the food on their chests and eat food piece by piece using their forepaws, sometimes using a rock to crack shells.

Otters generally spend less time foraging during summer (females 8.8 hours per day, males 7.9 hours per day) than other seasons (females 10.1 to 10.5 hours per day, males 9.2 to 9.5 hours per day; Esslinger et al. 2014). Both sexes show strong preferences for diurnal foraging and adjusted

their foraging effort in response to the amount of available daylight, except for female otters after they have given birth. For approximately three weeks post-partum, females switch to nocturnal foraging, possibly to reduce the risk of predation by eagles on newborn pups (Esslinger et al. 2014).

The southwest Alaska DPS primarily prey on hard-shelled invertebrates, including sea urchins (e.g., *Strongylocentrotus droebachiensis*), abalone and other marine snails (e.g., *Haliotis kamtschatkana*), crabs (e.g., *Telmessus spp*.), mussels (*Mytilus spp.),* and clams (e.g., *Saxidomus spp*.) (USFWS 2023*a*). Kelp forests provide food and habitat for many prey species.

Northern sea otters use areas of kelp forests, seagrass beds, and barrens, with habitat use often a function of prey abundance, foraging energetics, and predation pressure (Kenyon 1969, Monson et al. 2000). In addition to providing a source of prey, kelp canopy is important resting habitat on the outer coast. Kelp reduces tidal energy and provides a means of anchoring for sea otters, removing the need for repeated repositioning when sea otters are resting. It also serves as nursery habitat for adult females and their pups (Riedman and Estes 1990) and provides protection from some marine predators (Nicholson et al. 2018). Although kelp canopy is important, sea otters are known to use some areas that lack kelp.

Kelp communities are sensitive to sewage, industrial waste discharges, sedimentation and other causes of poor water and sediment quality (Coelho et al. 2000, Contreras-Porcia et al. 2023). Pollution contributes to kelp forest degradation. For example, high sedimentation from coastal run-off may bury new plant shoots. Kelp may experience reduced growth rates and reproductive success in more toxic waters and sediments. Other threats to kelp include climate change and overgrazing by fish or sea urchins.

### 3.3.4 Distribution

The range of the southwest Alaska DPS (Figure 10) includes the west side of Cook Inlet, the Alaska Peninsula and Bristol Bay coasts, and the Aleutian, Barren, Kodiak, and Pribilof Islands. The northern sea otter recovery plan identifies five Management Units (MUs, Figure 10) within the ESA-listed DPS: 1) Western Aleutian Islands; 2) Eastern Aleutian Islands; 3) South Alaska Peninsula; 4) Bristol Bay; and 5) Kodiak, Kamishak, Alaska Peninsula (USFWS 2013).

### 3.3.5 Populations and Trends

Population size estimates are periodically released in stock assessment reports. The Service's 2023 Sea Otter Stock Assessment Report provides the most current population estimates (USFWS 2023*a*). The report estimates a population size of the southwest stock at approximately 51,935 sea otters, which is slightly less than the estimated 55,000 in 2014 (USFWS 2023*a*). Population estimates are also provided for each management unit (MU; Table 1).

The status of the southwest Alaska DPS was evaluated and summarized in the Species Status Assessment (SSA), including an assessment of species viability. The SSA defines viability as the ability of the species to sustain populations over time (USFWS 2020). Indicators of viability include resiliency, redundancy, and representation. Populations with high levels of these

indicators would be expected to maintain viability over a 30-year period, while low levels signify potential population declines. The SSA summarized current viability conditions by MU (USFWS 2020, Table 2).




**Figure 10**. Southwest Alaska DPS of sea otters with management units.

### 3.3.6 *Threats*

Two primary threats have caused historical population declines among Alaska's sea otters. The first was overharvest during commercial hunting. The commercial sea otter fur trade peaked in the late 1800s, then waned with the decrease in availability of sea otters. Overharvest is not currently considered a threat. The second major threat is predation, probably by killer whales (*Orcinus orca*). Killer whales are generally assumed to have caused declines in the southwest Alaska DPS in the 1980s and 1990s and may still threaten sea otters in parts of their range.

#### 3.3.6.1 Predation

Sea otters are preyed on by bald eagles (*Haliaeetus leucocephalus*), white sharks (*Carcharodon carcharias*), brown bears (*Ursus arctos)*, coyotes (*Canis latrans*), and killer whales (*Orcinus orca*). Predation by killer whales is hypothesized to be the primary driver of the recent decline of the northern sea otter population, and it may pose a serious threat to timely recovery of sea otter populations (USFWS 2013). Transient killer whales are thought to have shifted to diets containing more sea otters following declining availability of harbor seals (*Phoca vitulina*) and

Steller sea lions (*Eumetopias jubata*) during the mid- to late-20th century (Estes et al. 2009). Tinker et al. (2021) conducted a quantitative, probabilistic analysis of the degree of consistency between the available data and each of seven competing hypotheses explaining the cause of population decline and found the predation hypothesis had more than two times the support of any other hypothesis.

**Table 1.** Population estimates for the southwest Alaska DPS (USFWS 2023*a*).

| Survey Area | Year | Population Estimate | CV | $N_{MIN}$ | Reference |
|---|---|---|---|---|---|
| Kodiak, Kamishak, Alaska Peninsula | 2014–2018 | 30,658 | 0.18 | 26,378 | Cobb 2018, Esslinger 2020, Garlich-Miller et al. 2018, USFWS 2020 |
| Bristol Bay | 2016 | 9,733 | 1.07 | 4,665 | Beatty et al. 2021 |
| South Alaska Peninsula | 2016 | 546 | 0.33 | 417 | Beatty et al. 2021 |
| Eastern Aleutians | 2017 | 8,593 | 0.07 | 8,102 | Wilson et al. 2021 |
| Western Aleutians | 2021 | 2,405 | 0.16 | 2,104 | Tinker et al. 2023 |
| **Southwest DPS Total** | | **51,935** | * | **41,666** | |

*A global coefficient of variation (CV) is unavailable for the southwest stock due to the different survey methods and analytical approaches used for population assessments in each of the five Management Units.
CV = coefficient of variation
$N_{MIN}$ = minimum population estimate

**Table 2.** Current viability of each northern sea otter MU.

| Management Unit | Current Viability Condition |
|---|---|
| Kodiak, Kamishak, Alaska Peninsula | Moderate |
| Bristol Bay | Moderate |
| South Alaska Peninsula | Low |
| Eastern Aleutians | High |
| Western Aleutians | Low |

### 3.3.6.2 Human-caused Mortality

Commercial harvest of northern sea otters began in the western Aleutians and peaked in the 1800s, causing significant population declines across Alaska and Canada (Bodkin 2015). This harvest declined as sea otters became rare, leaving behind small remnant populations in isolated locations (Kenyon 1969, Bodkin 2015). Harvest of sea otters is currently prohibited except by

Native hunters who take sea otters for subsistence purposes. The reported harvest of sea otters in Alaska is greatest around coastal villages and can change greatly from year to year.

Annual human-caused mortality was analyzed for the southwest DPS over a four-year period 2017 through 2021, with an estimated average of 177 sea otters taken per year. This estimate is well below estimated maximum number of sea otters, not including natural mortalities, that may be removed from the stock while still allowing that stock to reach or maintain its optimum sustainable population. Data for subsistence harvest of sea otters in the southwest DPS are collected by a mandatory Marking, Tagging, and Reporting Program (MTRP) administered by the Service since 1988. Total annual subsistence harvest removals averaged 176 sea otters per year over this same 5-year period, which represents less than 1 percent of the minimum population estimate (41,666 sea otters). The subsistence harvest reporting is considered a minimum estimate, as it does not account for underreporting of harvest. The MTRP indicates they have received some anecdotal reports of illegal and unreported harvest, yet the extent to which it occurs across the DPS is unknown.

3.3.6.3 Habitat Loss

Commercial activity and construction of coastal facilities including docks, piers, boat harbors, and oil and gas facilities contribute to loss of habitat. Development areas occur near towns such as Unalaska in the Aleutian Islands and Kodiak, Alaska. Concerns associated with construction activities include increased noise and behavioral responses such as avoidance. Construction activities may generate in-water and airborne noise levels that can compromise sea otter hearing or temporarily or permanently displace sea otters from important areas. Most of the Alaskan coastlines in the range of the southwest Alaska DPS is undeveloped, and habitat loss is not considered a major threat to the northern sea otter (USFWS 2013); but development in busy commercial and industrial could limit movements between local population segments.

3.3.6.4 Oil Spills and Other Contaminants

Sea otters are vulnerable to oil contamination because they rely on their fur instead of blubber for thermoregulation (Bodkin et al. 2002). Contact with oil prevents the fur from properly insulating their bodies and leads to hypothermia (Siniff et al. 1982). Oil toxicity can also be harmful to sea otters and has been documented to cause brain lesions, disorientation, liver damage, kidney failure, and damage to eyes and lungs (Peterson et al. 2003). Long-term population impacts can come from oil contamination of food resources (Dean et al. 2002, Bodkin et al. 2012). Suspension-feeding clams and mussels concentrate hydrocarbons in tissues later consumed by otters (Jewett et al. 1999).

The overall extent of impacts to the southwest Alaska DPS depends on the size and location of a spill. While large spills happen infrequently, small-scale spills (such as vessel spills) are more common. Although it is a rare event, a large-scale spill of crude oils, fuels, or other contaminants can have a significant and negative, population-level impact. For example, in 1989 a large tanker grounded in northern Prince William Sound and released 260,000 barrels of crude oil contaminating at least 1,236 mi (1,990 km) of shoreline. This incident is known as the *Exxon Valdez* Oil Spill (EVOS). When the EVOS occurred, several thousand otters were killed despite

rehabilitation efforts (Ballachey et al. 1994). Another spill incident occurred in December of 2004 when a 738 ft (225 m) freighter, the *Selendang Ayu*, ran aground and broke apart near Unalaska Island in the Eastern Aleutians. The rupture resulted in the release of about 351,346 gallons (1,330 metric tons) of oil and diesel. At least two sea otters were killed due to oiling from this event, but the extent to which it affected the southwest Alaska DPS of northern sea otter, and their prey, is unknown.

Sea otters are also affected by chronic exposure to environmental contaminants such as persistent organic pollutants (POPs, which include polychlorinated biphenyls [PCBs]) and other chemicals of ecological or environmental concern. Strong location effects were seen in apparently healthy sea otters that were sampled for POPs and other chemicals from six locations in Alaska and three locations in California (Jessup et al. 2010). High levels of PCB were detected in blood serum of sea otters at two locations in Alaska (Adak and Amchitka Islands) where past military activities have been associated with continued, elevated levels of PCBs (Jessup et al. 2010). Effects of contaminant burdens include high adult mortality and impacts to growth and immune function (Jessup et al. 2010). However, this study was unable to characterize the effects that the contaminant burdens measured may have had on individual otters.

#### 3.3.6.5 Disease

Sea otters are susceptible to multiple disease agents, including parasites, bacterial and viral infection, and biotoxins. *Helminth* parasites including tapeworm (*Cestoda*), flukes (*Trematoda*), *Nematoda*, and *Acanthacephala* species are prevalent among sea otters, including among the southwest Alaska DPS (USFWS 2020). Disease agents may have minor effects on the overall population if outbreaks are isolated and short-lived. Alternatively, pathogens and biotoxins can cause major declines by increasing morbidity and mortality or by reducing fertility or fecundity among a population segment. The Service evaluated prevalence and severity of infectious disease among the southwest Alaska DPS in the recovery plan (USFWS 2013).

Emerging threats include highly pathogenic avian influenza (HPAI) and harmful algal blooms (HABs). Marine mammals are vulnerable to the current HPAI H5N1 global epizootic event (clade 2.3.4.4b), with the first detections in North American marine mammals in 2021 (Marine Mammal Commission 2024). Although Type A influenza viruses like the current HPAI H5N1 have been detected in marine mammals since 1975 (mostly in harbor seals [*Phoca vitulina*]), the large disease outbreaks caused by the current H5N1 have not previously been observed from influenza viruses in marine mammals (Marine Mammal Commission 2024). The first confirmed case of HPAI H5N1 in North American sea otters occurred in March 2026, in a southern sea otter (*Enhydra lutris nereis*) found dead in San Mateo County, California, following an outbreak in northern elephant seals (*Mirounga angustirostris*) in this location (UC Davis Veterinary Medicine 2026).

Marine mammals are impacted by HABs through direct exposure to toxins (e.g., inhalation of aerosolized particles) or indirect exposure through food web transfer (Lefebvre et al. 2016, U.S. National Office for Harmful Algal Blooms 2019). In Alaska, the two major HAB toxins that impact marine mammals are domoic acid (a neurotoxin produced by the diatom *Pseudo-nitzschia*, commonly known as a “red tide” event) and saxitoxin (a neurotoxin produced by

certain species of *Alexandrium* dinoflagellates, which cause “paralytic shellfish poisoning”). The first confirmed case of domoic acid toxicosis in marine mammals occurred in 1998 in California sea lions (*Zalophus californianus*; (Scholin et al. 2000). Domoic acid toxicosis is now considered frequent and widespread and to have severe impacts to marine mammals (U.S. National Office for Harmful Algal Blooms 2019). In marine mammals, HABs can cause mortality or sublethal effects including reduced survival, decreased reproductive potential, and neurological deficits (U.S. National Office for Harmful Algal Blooms 2019). Saxitoxin has also been linked to marine mammal deaths, including in Alaska, with the strongest evidence of saxitoxin toxicosis from a recent (2024) die-off of northern fur seals (*Callorhinus ursinus*) in the southeast Bering Sea. Exposure to both domoic acid and saxitoxin have been documented in northern sea otters (Lefebvre et al. 2016). In southern sea otters, domoic acid exposure raises the risk of fatal cardiomyopathy (Moriarty et al. 2021). Sea otters may show some ability to detect and avoid saxitoxin, but they are not immune to saxitoxin and may experience acute toxicosis and saxitoxin-related mortality (Lefebvre et al. 2016).

#### 3.3.6.6 Climate Change

Although climate change is a global phenomenon, high latitude regions, including Alaska and the surrounding oceans, are thought to be especially sensitive to its effects (Smol et al. 2005, Schindler and Smol 2006). Data collected during the past 60 years indicate the State of Alaska has warmed more than twice as fast as the rest of the U.S., with average annual air temperature increasing by 3.1° F (1.7° C; Stewart et al. 2013). The waters within the range of the southwest Alaska DPS of northern sea otter have warmed over the last several decades and are expected to continue to warm. In the Northern Gulf of Alaska, sea surface temperatures increased 0.396° ± 0.18° F (0.22 ± 0.10° C) per decade over 1970 to 2021 (Danielson et al. 2022). Projected sea surface temperature models for the Gulf of Alaska indicate a mean temperature increase of 3.1° F (1.7° C) by 2050 and 5.9° F (3.3° C) by 2080 (Dorn et al. 2017). Eighty percent of these models predicted a range of values between 2.5° F (1.4° C) and 7.0° F (3.9° C) for both time periods. The resulting temperatures appear to be within the thermal tolerances of otters and may be advantageous in terms of maintaining thermal neutrality, and the warmer trend may allow for otters to expand their range farther north due to lack of sea ice. However, increasing sea surface temperatures may result in distribution shifts, changes in recruitment dynamics, and changes in abundance of various members of benthic communities, including some prey species and other predators to those prey.

Climate change is expected to increase disease prevalence among animal populations in arctic and subarctic regions through changes in spatial distribution among hosts, pathogens, and vector populations (Dudley et al. 2015). Overall, threats to the southwest Alaska DPS from exposure to disease agents are expected to increase due to climate change. However, it is uncertain what effect the increase in disease and parasites may have on the southwest Alaska DPS of northern sea otters in the future (USFWS 2020). Changing ocean conditions (e.g., increased temperatures and decreased sea ice prevalence) may also lead to conditions that more frequently promote HAB formations, which increases exposure risk to marine mammals (Lefebvre et al. 2016).

### 3.3.7 Recovery Criteria

The goal of the sea otter recovery plan (USFWS 2013) is to establish a framework of recovery actions that will ensure the long-term survival of the southwest Alaska DPS and control or reduce threats such that the species will no longer require the protections of the ESA. The recovery objectives include the following:

1. Achieve and maintain a self-sustaining population of sea otters in each MU.
2. Maintain enough sea otters to ensure that they are playing a functional role in their near-shore ecosystem.
3. Mitigate threats sufficiently to ensure persistence of sea otters.

The southwest Alaska DPS ranges from west to east across more than 1,500 mi (2,414 km) of shoreline, and sea otters occur in several distinct habitat types. The magnitude and pattern of the population decline has varied over the range and the cause(s) of decline also likely vary regionally. To address such differences, the recovery plan identifies criteria by MU (USFWS 2013; Table 3).

Specific actions to achieve recovery and delisting of the southwest Alaska DPS, specified in the recovery plan are:

4. Demographic criterion: The probability of the sea otter becoming endangered within 25 years would be less than five percent. Because of this criterion, population monitoring and population modeling are considered high priorities.
5. Ecosystem-based criterion: Greater than 50 percent of the islands need to be in the kelp- dominated state. This criterion applies to the Western Aleutians and Eastern Aleutians MUs only. Monitoring the status of the kelp forest ecosystem in these MUs is considered a high priority, as results from such monitoring will be needed to evaluate the ecosystem-based delisting criteria.
6. Threats-based criterion: Predation is considered to be the most important threat to recovery, so additional research on that threat is also a high priority. Other high-priority actions include identifying characteristics of sea otter habitat and ensuring adequate oil spill response capability exists in southwest Alaska.

The recovery plan states, “delisting may be considered when any three of the five MUs meets all of the recovery criteria specified” (USFWS 2013). Specific actions to achieve recovery are detailed in the plan.

## 3.4 Critical Habitat for the Southwest DPS of Northern Sea Otter

Northern sea otter critical habitat was designated on October 8, 2009 (74 FR 51988). A total of 5,855 $mi^2$ (15,164 $km^2$) of nearshore marine environment was designated in southwest Alaska. The physical or biological features essential to conservation of the species, and which may require special management considerations, were identified as PCEs in the northern sea otter critical habitat rule (74 FR 51988). The PCEs identified for sea otter critical habitat include the following:

1. Shallow, rocky areas where marine predators are less likely to forage, which are waters less than 2 m (6 ft) depth;
2. Nearshore waters that may provide protection or escape from marine predators, which are those within 100 m (328 ft) from the mean high tide line;
3. Kelp forests that provide protection from marine predators, which occur in waters less than 20 m (65 ft) depth; and
4. Prey resources in sufficient quantity and quality to support the energetic requirements of the species.

**Table 3.** Summary of sea otter recovery criteria listed by MU.

| Criteria | Management Unit | | | | |
|---|---|---|---|---|---|
| | Western Aleutian | Eastern Aleutian | Bristol Bay | South-Alaska Peninsula | Kodiak, Kamishak, & Alaska Peninsula |
| **Demographic** | < 5% | < 5% | < 5% | < 5% | < 5% |
| **Ecosystem** | >50% kelp dominated | >50% kelp dominated | None proposed | None proposed | None proposed |
| **Threats** | Threats adequately mitigated | Threats adequately mitigated | Threats adequately mitigated | Threats adequately mitigated | Threats adequately mitigated |

Critical habitat for northern sea otters is divided into five MUs corresponding to the Recovery Units listed in the recovery plan: Western Aleutians; Eastern Aleutians; South Alaska Peninsula; Bristol Bay; and Kodiak, Kamishak, and Alaska Peninsula (Figure 11).

The physical habitat of northern sea otters is largely unaltered from natural conditions throughout the vast majority of the range of the southwest Alaska DPS. The human populations in most of the designated critical habitat are small, and development has been limited to the few, widely scattered towns, villages, and military installations. Developments that have physically modified sea otter habitat consist of docks, piers, and boat harbors, which are limited to nearshore waters immediately adjacent to towns, villages, and military bases. Some sea otters continue to use these sites. No trends in the condition of sea otter critical habitat are identified in the critical habitat designation, and the Service's recovery plan rates habitat loss as a low threat to recovery of the population (USFWS 2013).




**Figure 11**. Designated northern sea otter critical habitat.

# 4 ENVIRONMENTAL BASELINE

Regulations implementing the ESA (50 CFR 402.02) define the environmental baseline as the condition of the listed species or its designated critical habitat in the action area, without the consequences to the listed species or designated critical habitat caused by the proposed action. The environmental baseline includes the past and present impacts of all federal, State, or private actions and other human activities in the action area, the anticipated impacts of all proposed federal projects in the action that have already undergone formal or early section 7 consultation, and the impact of State or private actions which are contemporaneous with the consultation in process. The impacts to listed species or designated critical habitat from federal agency activities or existing federal agency facilities that are not within the agency's discretion to modify are part of the environmental baseline.

## 4.1 Existing Conditions

### 4.1.1 Habitat

The isthmus in Izembek National Wildlife Refuge is a wetland complex that includes the interaction between uplands where the water table may be higher than the adjacent lowland containing a wetland; the isthmus serves as a divide between discharges to the north into the Bering Sea (including through tributaries to Izembek Lagoon) and to the south into Cold Bay and the Pacific Ocean (including through tributaries to Kinzarof Lagoon; DOI/USFWS 2013a). Wetlands do not function as discrete features on the landscape. Wetlands and hydrologically

connected uplands serve to moderate the flows in streams running into Izembek and Kinzarof Lagoons. The continually saturated condition of the Izembek and Kinzarof marsh wetlands do not allow them to absorb water, but the dense vegetation and hummocky microtopography slows runoff. The wetland vegetation promotes sediment deposition during overbank flow conditions. The marshes' vegetation binds stream banks and the shoreline against erosive high flows, reducing bank erosion and its resulting turbidity and sedimentation. These tundra system wetlands likely have moderately high primary productivity and nutrient and element cycling. We expect they export organic materials that support the lagoon ecosystem, including the migrating, staging, and wintering waterfowl and migrating shorebirds for which Izembek and Kinzarof Lagoons are known (DOI/USFWS 2013a). During summer, these wetlands are used as breeding and foraging habitat for waterfowl, shorebirds, songbirds, and ptarmigan. Because of the abundance of surface water, the complex interspersion of seasonal open water and vegetation, and proximity to Izembek and Kinzarof Lagoons, these wetlands support several other species of water dependent wildlife. The wetland vegetation also provides some cover and contributes detritus and invertebrates to the streams that support fish and eventually flow into the lagoons.

The largest eelgrass beds in the world are found in Izembek Lagoon (Ward et al. 1997); eelgrass is also found in Kinzarof Lagoon and Cold Bay to a lesser extent. Eelgrass, and seagrass meadows more generally, are complex systems that support a large range of organisms (e.g., bacteria, invertebrates, juvenile and adult fish, waterfowl and other birds, and marine mammals) by providing nutrients (e.g., eelgrass leaves, seeds, and rhizomes) and supporting prey species populations; providing shelter (e.g., shade, cover, spawning substrate, and attachment surfaces); and providing physical stability (e.g., by buffering water currents, holding fine-grained sediment in place) (Phillips 1984, Longstaff and Dennison 1999, Gorgula and Connell 2004, ADF&G 2010, Watanabe et al. 2016, Picard et al. 2022). Seagrasses such as eelgrass stabilize and enrich sediments and provide an important base for a complex food web. Many of the invertebrates found in eelgrass are an important food resource for other invertebrates and for fish, birds, and other wildlife species. Species groups settling in, crawling on, or clinging to blades include *Caprella* shrimp, gastropods (*Margarites* spp., *Lacuna* spp.), bivalves (*Turtonia minuta*), and polychaets (McConnaughey 1978, Metzner 1993, USGS 2019). The helmet crab (*Telmessus cheiragonus)* is one of the most prominent invertebrates in Izembek Lagoon, with an estimated abundance at almost one helmet crab per square meter in the intertidal eelgrass beds (McConnaughey 1978). This crab forages on both eelgrass and invertebrates and is fed upon by sea stars, several species of fish, sea otters, red foxes, brown bears, common ravens, diving birds, waterfowl, sandpipers, and gulls. Eelgrass productivity is dependent on many factors including water quality, turbidity, and eutrophication. They are sensitive to both human and natural disturbance.

Kelp are large brown algae (*Phaeophyta*) that live in cool, relatively shallow waters close to the shore. Kelp forests are confined to rocky coastlines where they grow in nutrient-rich, cold, shallow water that allows ample photosynthesis. They harbor a high variety and high diversity of plants and animals with many organisms using the thick blades as a safe shelter for their young from predators or rough storms. Kelp forests provide food, shelter, and protection for a large range of organisms, including seals, sea lions, sea otters, invertebrates, fish, whales, birds, and more.

Canopy-covering brown kelps are widespread along the Gulf of Alaska coastline, from Castle Cape to the southwestern tip of Unimak Island, except for the southern side of Unimak Island (USFWS 2020). Dark brown bladed kelp is distributed along the Gulf of Alaska coastline, from Castle Cape to the southwestern tip of Unimak Island, except for the southern side of Unimak Island as well. Along the Bristol Bay coastline from Cape Chichagof on the north side of the Alaska Peninsula to the northwestern tip of Unimak Island, canopy-covering kelps and dark brown bladed kelp are few and scattered along the coastline (USFWS 2020).

#### 4.1.2 Land Ownership

The action area is located between the Bering Sea and the Gulf of Alaska at the southwestern end of the Alaska Peninsula. The action area includes the entirety of the Izembek Isthmus; Kinzarof, Moffet, and Izembek Lagoon; and the marine waterbody of Cold Bay. Land ownership is primarily mixed between Tribal, State, and Federal lands, with some privately owned lands and some acreage with split surface and subsurface mineral rights. Portions of the action area are within the Izembek State Game Refuge (Figure 12). There is some overlap between Izembek State Game Refuge and Izembek Refuge boundaries, and the ADF&G and Izembek Refuge split management of the area and resources in the area. Specifically, below mean high water, the State of Alaska manages Izembek Lagoon and other areas of overlap between the Izembek State Game Refuge and the Federally managed Izembek Refuge.

Portions of the action area and surrounding lands were first Federally protected as the Izembek National Wildlife Range in 1960, established through Public Land Order 2216 (25 FR 12599-12600) as a breeding ground and management area for all forms of wildlife and recognized by the Department of Interior as, "contain[ing] the most important concentration point for waterfowl in Alaska." In 1980, Congress redesignated the Izembek National Wildlife Range as the Izembek National Wildlife Refuge under ANILCA; concurrently, under the Wilderness Act, Congress designated 300,000 ac (121,406 ha) of Izembek Refuge as Izembek Wilderness.

On October 21, 2025, the United States Department of Interior signed an agreement with KCC for a land exchange. Immediately afterwards, the United States conveyed approximately 490 acres of land to KCC, and KCC conveyed to the United States approximately 1,739 acres of lands in the vicinity of Kinzarof Lagoon. In addition, KCC relinquished its selection rights under ANCSA to 5,430 ac located within the Izembek Refuge on the east side of Cold Bay.

#### 4.1.3 Existing infrastructure

King Cove is located on the southeast side of the Alaska Peninsula, and vessel or land-based access to the north side of the Alaska Peninsula is currently logistically complicated for King Cove residents. Although there are roads in King Cove (including from King Cove to the Northeast Hovercraft Terminal site at the Izembek Refuge boundary) and roads in Cold Bay (including from the Cold Bay Dock to the Cold Bay airport and to a boat launch into Izembek Lagoon), there are no existing overland roads between the communities of King Cove and Cold Bay. People must take an aircraft or boat to get from one community to the other.

The existing Cold Bay ferry terminal was constructed by the State of Alaska in 1978. The existing infrastructure consists of the original 1,320-ft (402-m), pile-supported, concrete panel approach trestle; a 100-ft by 40-ft dock (30-m by 12-m); a mooring dolphin; a catwalk; and an expansion that added a 360-ft by 60-ft (110-m by 18-m), pile-supported, timber-decked structure in 1993. A refurbishment effort in 2015 consisted of repairs to or replacement of some of this infrastructure. Cold Bay harbor is classified as a small harbor, with 650 ft (198 m) of space for transient moorage (Himes-Cornell et al. 2013). The harbor does not currently allow for permanent moorage.

The existing ferry terminal is reached overland via the existing road system, at the terminus of Dock Road, or via boat access through the Cold Bay embayment. Boat access at the City of Cold Bay is limited to the existing ferry terminal, where currently passengers either have to climb a steel ladder or be lifted to the deck of the dock via a winch system used to load/unload cargo from fishing boats (DOI/USFWS 2013*a*). Additional improvements at the harbor include a fish cleaning station and dockside fuel, electrical, and water utilities (Himes-Cornell et al. 2013). ADOT&PF is currently planning a reconstruction of the ferry terminal, with construction expected to begin in May 2028 and take 18 months to complete.

The Cold Bay harbor can provide transient moorage for vessels up to 320 ft (98-m) long (Himes-Cornell et al. 2013). Cold Bay receives monthly marine cargo services and bi-monthly ferry service and can accommodate Coast Guard regulated vessels, rescue vessels, cruise ships, and fuel barges. Cruise ships visit periodically (Himes-Cornell et al. 2013). Typical regularly scheduled barge sailings to this region include once weekly barge service from Seattle to King Cove or Cold Bay (ADOT&PF 2026*b*).

Although it may be feasible for King Cove residents to boat across Cold Bay, pull a boat out of the water, and use the road network to access the boat launch on Outer Marker Road that would allow vessel-based access to Izembek Lagoon, we assume this does not occur regularly due to logistical limitations. Boating from King Cove to the northwest side of the Alaska Peninsula would be a lengthy and difficult undertaking, requiring passage through False Pass (which is not navigable by all vessels) or boating even farther around. Given these circumstances and the lack of data regarding King Cove subsistence activities, including location of subsistence activities, we assume King Cove residents currently perform most subsistence hunting and fishing in areas on the southeastern side of the Alaska Peninsula at present.

The King Cove harbor can hold 50 small vessels (up to 60 ft [18.3 m] long) and 46 large vessels (up to 150 ft long [45.7 m]). The deep-water pier also serves as a docking point for vessels up to 330 ft (100 m) long, such as the state ferry, cargo ships, and cruise vessels (City of King Cove 2025). We assume some number of smaller skiff-type vessels (hard-bottomed and/or inflatable, motorized vessels) are owned by residents of King Cove, although data to quantify this number are limited. Based on data reported by ADOTP&F in their addendum to the BA (ADOTP&F 2026d), available DMV registration data (current as of April 20, 2026) identified 95 powered boats in the registration universe; however, only 24 powered boats appeared to have current registrations as of that date. Those currently registered powered boats consisted of 14 open motorboats, 6 boats classified as "other," and 4 cabin motorboats. None of the currently registered powered boats are classified as "RUNABOUT/SKIFF." While some open motorboats

may be capable of use in protected waters, the registration record does not show a current fleet of registered runabouts or skiffs readily available for repeated trailered transport from King Cove to Grant Point.

One of the largest fish processing facilities in Alaska is located in King Cove, although this plant was closed in 2024. The Peter Pan Seafoods cannery has the infrastructure to employ up to 500 seasonal employees; in the past, these employees tended to be non-residents (i.e., they did not meet the subsistence use qualification requirement of being a resident for 12 consecutive months). Product was typically shipped to market by boat or barge; to a lesser extent, product was shipped by air service from the Cold Bay Airport (after first being loaded onto a boat and transported across Cold Bay).

#### 4.1.4 Resource Management

Prior to establishment of the Izembek Refuge, the Izembek Wildlife Range Master Plan (1969) set forth to manage this area so it would remain in as natural a condition as possible, in order to maintain its high value for wildlife (USFWS 1969, 1985). The master plan specifically noted protection of drainages as vital to the function of the range because altering natural hydrology could have serious effects to wildlife habitat, including eelgrass. The master plan emphasized the following activities must be kept to a minimum: soil disturbance, public facilities, and human activities. When re-designating this area as Izembek Refuge, Congress established four purposes for the designation:

- i. To conserve fish and wildlife populations and habitats in their natural diversity, including but not limited to waterfowl, shorebirds, and other migratory birds, brown bears and salmonids;
- ii. To fulfill the international treaty obligations of the United States with respect to fish and wildlife and their habitats;
- iii. To provide, in a manner consistent with the purposes set forth in subparagraphs (i) and (ii), the opportunity for continued subsistence use by local residents; and
- iv. To ensure, to the maximum extent practicable and in a manner consistent with the purposes set forth in paragraph (i), water quality and necessary water quantity within the refuge.




**Figure 12**. State Game Refuge boundary and overview of land status in the action area prior to the 2025 land exchange.



Case 3:26-cv-00272-ACP Document 40-5 Filed 08/21/26 Page 76 of 250

With the establishment of the Izembek Wilderness, Congress recognized the wilderness area contained watersheds critical to Izembek Lagoon, and specifically recognized the lagoon's eelgrass beds serve as habitat for millions of waterfowl. Congress identified designation of the Izembek Wilderness was for the purpose of protecting critically important habitat by restricting access to the lagoon. Izembek Refuge is also designated as a Wetland of International Importance (Ramsar Site Number 349, established in 1986), under the Ramsar Convention on Wetlands (Convention), an intergovernmental treaty to which the United States is a Contracting Party. This site qualifies for this Ramsar designation under six of the nine criteria agreed upon by the Convention (Ramsar 1971).

The ADF&G and Izembek Refuge share management of natural resources and use of those resources (e.g., fishing and bird hunting) in this area (Sowl et al. 2021). The State Game Refuge and Izembek Refuge share boundaries with some overlap, but some areas only managed by one entity. According to the ADF&G, the area hosts, "one of the largest eelgrass beds in the world; the State Game Refuge is known internationally for the number of waterfowl and shorebirds that feed in the Izembek Lagoon eelgrass beds during spring and fall migrations" (ADF&G 2010). The important eelgrass ecosystem provides habitat for Steller's eiders and sea otters, and other species of conservation concern are also found in this area. Due to the importance of Izembek Lagoon and its extensive eelgrass beds to multiple species of waterfowl and other wildlife, State- and federally sponsored research has been conducted actively in this area, including aerial surveys, bird banding work, and sampling and mapping of the eelgrass beds and benthic community.

The ADF&G allows activities such as recreational wildlife viewing, fishing, and hunting within the Izembek State Game Refuge (ADF&G 2010; 5 AAC 95.552). Low intensity use is permitted by the ADF&G through Special Area Permits; "low intensity" is defined as "insignificant or inconsequential" (ADF&G 2010). Other uses of Izembek State Game Refuge could be allowed under a Special Area Permit issued by ADF&G, including natural resource exploration and development. Permitted fishing includes commercial salmon seining within the lagoon and drift gillnet salmon fishing offshore of the barrier islands.

Izembek Lagoon is unique in the diversity and aggregation of waterfowl that it hosts during hunting seasons and is considered a prime waterfowl hunting location. Both subsistence and recreational sport hunting occur within the area. Commercial guiding for the fall general hunt also occurs within the area, as authorized by Izembek Refuge under Special Use Permits. Other allowable uses under the Special Use Permits issued by Izembek Refuge for commercially guided hunts include beachcombing, walrus viewing, and ivory hunting.

The State of Alaska (5 AAC 92.540) has established a Controlled Use Area restricting motorized vehicles (except outboard moto-powered boats) for hunting, including the transport of hunters, their gear, or game parts. The Controlled Use Area consists of the portion of Izembek National Wildlife Refuge, commonly known as the Left Hand Valley and Right Hand Valley, bounded on the west by a line beginning at Moffet Point and continuing easterly and southerly around Moffet Lagoon along the mean high tide line to Blaine Point (locally known as Strawberry Point), then southerly along a line to the northern shore of Kinzarof Lagoon, continuing easterly and southerly around Kinzarof Lagoon along the mean high tide line to a point on the eastern

entrance of Kinzarof Lagoon; bounded to the south, east, and north by the Izembek NWR boundary

#### 4.1.5 Waterfowl Hunting

Commercially guided hunting effort and harvest on Izembek Refuge are reported to the refuge as a condition of special use permits. Hunting targets various taxa, but waterfowl hunting is the activity overlapping areas used by Steller's eiders and northern sea otters. Commercially guided gamebird hunting, which is focused on waterfowl hunting, has increased sharply in the Izembek Refuge during the most recent 5-year period (USFWS, Izembek Refuge, unpublished data; see Figure 13). This increase reflects an increase in interest, increased availability of guides (historically there were only two; in 2010 a third guide service began operation and in 2021 a fourth guide service began operation), and a change in waterfowl hunting methods and modes of access. Specifically, hunting of waterfowl traditionally occurred from shoreline areas accessible by foot traffic; but increased use of watercraft of various types have made more areas of Izembek Lagoon, including open water areas and shallow offshore areas, available to hunters (M. Fosado, USFWS, pers. comm. 2025). Waterfowl hunting takes place from the water and from the shoreline. The Izembek Refuge issues special use permits for commercial activities, such as guided hunting, that access refuge lands. The refuge does not cap the number of special use permits for commercially guided hunts nor the number of client use days (hereafter, CUDs; defined as the number of days a hunter was taken on the refuge by a commercial guide; a single trip onto the refuge will contribute multiple CUDs when multiple clients are guided at once, and multiple trips by the same client on the same day will only constitute a single day) under permits it issues (M. Fosado, pers. comm 2025).

Non-guided sport hunting, including of waterfowl, also occurs in this area on both State and Federal lands. Hunters may access the area on foot or via private boats or vessels, which may be transported on the State Ferry or rented locally. Except for guided hunts, the Refuge does not issue permits for hunting, and data on sport and subsistence hunting effort and harvest are not available through any formal reporting channels. However, the trends in commercially guided hunting generally align with anecdotal observations of increased hunting on Izembek Refuge generally since 2020 (M. Fosado, pers. comm. 2025).

During the fall through winter months, subsistence and non-subsistence users can harvest waterfowl; this general hunt is typically open October through mid-December for ducks and sea ducks and September through mid-December for brant. In 2025 and 2026, the brant harvest season was shortened to October 1 through November 20. The spring-summer subsistence hunt is only open to qualified Alaska residents (i.e., residents of rural communities who have maintained residency for 12 consecutive months). The subsistence hunt occurs in the Central Unit of the Aleutian-Pribilof Islands management region during April 2 to June 15 and July 16 to August 31; however, there is a black brant season closure at Izembek and Moffet Lagoons during August 16 to 31 (50 FR 92; 2025 regs). Harvest of Steller's eiders is prohibited at all times.




**Figure 13**. CUDs (top panel; CUDs are the number of days a hunter was taken on the refuge by a commercial guide, so a single trip onto the refuge will contribute multiple CUDs when multiple clients are guided at once, and multiple trips by the same client on the same day will only constitute a single day); number of hunters per year (middle panel; data were not available for 2022-2025); and waterfowl harvested or crippled annually (bottom panel), as reported during commercially guided gamebird hunting on Izembek Refuge. These data include upland gamebird hunting efforts, although those efforts are usually combined with waterfowl hunting. Source: USFWS, Izembek Refuge, unpublished data.

### 4.1.6 Fishing

Commercial fishing is the primary economic activity in the region and Cold Bay is considered part of a fishing network connecting King Cove, Sand Point, and False Pass. No commercial fishing vessels are reported to use Cold Bay as a base of operations during the fishing season, although Cold Bay may receive some fisheries-related revenue through port, dock, and harbor usage fees (Himes-Cornell et al. 2013). Sand Point is home to the largest fishing fleet in the Aleutian chain (City of Sand Point 2014), while other communities within the region, including King Cove, also have strong ties to commercial fishing. Most Cold Bay residents fish out of King Cove or other communities rather than out of Cold Bay (Himes-Cornell et al. 2013). Fish processing facilities exist within the region in the communities of False Pass, King Cove, Sand Point, and Chignik.

Commercial fisheries in the vicinity of Cold Bay include longline groundfish (halibut), salmon gillnet, and longline saltwater finfish fisheries (Himes-Cornell et al. 2013). Generally, salmon fishing occurs in this region from June through August and halibut fishing occurs July through November. The action area is included within commercial finfish fisheries management area "M" (Figure 14). During 2023 and 2024, there were 392 and 390 (respectively) eligible commercial salmon permits in management area M, with 275 and 235 commercial landings (ADF&G unpubl. data). This represents a decline in commercial fishing activity in this management area; during the late 1970s to approximately mid-1990s, approximately 350 to greater than 400 commercial permits were fished. A change in management strategies for the South Unimak and Shumagin Island sub areas (Keyse et al. 2024) could have contributed to the decline in fishing effort in this management area.

All reported commercial harvest in management area M during 2023 and 2024 occurred in the "North Peninsula" and "South Peninsula" sub areas. Within management area M, commercial fishing is permitted and has been reported within portions of the action area, including within Izembek Lagoon and Moffet Lagoon (Figure 15). Fifteen to 22 commercial fishing permit holders fished the Northwestern District of Area M (which includes Izembek Lagoon) in 2023 and 2024 respectively. In 2023, these included 5 purse seiners, 10 drift gillnets, and 0 set gillnets; in 2024, these included 4 purse seiners, 17 drift gillnets, and 1 set gillnet (ADF&G unpublished data). Drift gillnets are not allowed within Izembek and Moffet Lagoons but are allowed in Bristol Bay, just offshore of the barrier islands that enclose the lagoon; the other gear types are allowed within the lagoon system. At least 90 commercial fishing vessels operate out of King Cove (Bernton and Herz 2025). Best available information from 2017 suggests 50 commercial fishing vessels and one recreational vessel are registered in King Cove, and 16 commercial fishing vessels and no recreational vessels are registered in Cold Bay (BoatInfoWorld 2017). Per the BA Addendum, the King Cove DMV identifies 95 powered boats in the registration universe; however, only 24 powered boats appear to have registrations as of April 20, 2026 (ADOT&PF 2026d).

Subsistence fishing activities also occur within the action area, although exact locations of these activities are not available. Salmon fishing in State managed waters, including in Izembek Lagoon, is regulated with some timing restrictions (5 AAC 09.320 (b)(1)). A majority of eligible households in Cold Bay and King Cove participate in subsistence activities, including fishing

(primarily for salmon). In 1992, there were 158 eligible households in King Cove, which increased to 172 eligible households in 2016; there were also 32 eligible households in Cold Bay in 2016 (ADF&G 2025). The number of subsistence fishing permits issued in both communities has declined through time; in 1992, 61 subsistence fishing permits were issued in King Cove, increasing to 68 in 2003 then decreasing to approximately 26 by 2016 and 16 by 2023 (ADF&G unpublished data). In 2007, there were 31 permits issued in Cold Bay, declining to approximately 19 by 2016 and 9 by 2023 (ADF&G unpublished data). This declining trend could reflect the tie between commercial fishing and subsistence fishing activities and the implementation of a limited entry permit system in management area M, with fewer commercial fishing permits held by local residents.

Some amount of saltwater recreational fishing occurs in Cold Bay, primarily by residents but with a small number of sportfishing licenses sold to non-residents and sportfishing services advertised by local lodges. Private anglers target salmon, halibut, lingcod, and Pacific cod via private boats (Himes-Cornell et al. 2013).

#### 4.1.7 Motorized Use

Cold Bay, Kinzarof Lagoon, and the Izembek Isthmus are located between the communities of King Cove and Cold Bay. In the past, Izembek Lagoon, the isthmus, and more remote parts of Izembek Refuge were accessed by hiking or boating from nearby communities, often on multi-day trips (USFWS/Williams 2023). Izembek Lagoon is currently accessed via wheeled, fixed-wing aircraft landing on unimproved beaches, and by boat via an unimproved boat ramp connected to the Cold Bay road network, or via passage from Bristol Bay through a gap in the barrier islands. Motorized travel occurs in this area along old military roads and trails, and unsanctioned motorized travel has substantially increased in the action area in areas without preexisting trails. This is particularly noticeable within the east Izembek Wilderness area, as access roads and other infrastructure have expanded from the local communities and made the isthmus more accessible for off-road travel on both authorized and unauthorized routes (see Figure 16; USFWS/Williams 2023).

With establishment of the Fort Randall Air Base in 1941 (USFWS 2003), the military developed a road network around the base, which continues to be used extensively by Cold Bay residents for access to hunting, fishing, and other activities. Vehicles began crossing over land during World War II; and non-military, off-road vehicles have continued to cross the isthmus using these old military trails. Motorized vehicle use within the Izembek Refuge has generally been confined to existing roads and trails, and historically consisted of irregular and isolated occurrences of off-road use through the tundra (USFWS 2003).



Case 3:26-cv-00272-ACP Document 40-5 Filed 08/21/26 Page 81 of 250




**Figure 14**. Map of the Aleutian Islands, Atka-Amlia Islands, and Alaska Peninsula Management Areas for commercial finfish fisheries, also known as "Area M." Map from: *https://www.adfg.alaska.gov/static/applications/dcfnewsrelease/1642226461.pdf*




**Figure 15**. Commercial Finfish Fishing within the Alaska Peninsula Management Area, zoomed in to those waters surrounding the action area. Areas where commercial fishing is not permitted are depicted as black polygons. Larger map available from ADF&G: *https://www.adfg.alaska.gov/static/fishing/pdfs/commercial/akpeninsula_stat_map.pdf*




**Figure 16**. Proposed road corridor and existing roads and trails (shown in purple).

In the last two decades, a substantial increase in off-road vehicle trails on the east side of Cold Bay, including within the Izembek Refuge boundary and into Izembek Wilderness, followed construction of the 17.2-mi (27.7 km) King Cove extension, a road from the community of King Cove to the northeast hovercraft terminal at approximately the Izembek Refuge boundary. A comparison of trails in 2004 imagery to trails in 2022 imagery showed a substantial increase in off-road vehicle trails after the road extension, from 17.3 mi (27.9 km) in 2004 to 140.8 mi (222.6 km) in 2022. Some of these trails may have been formed during authorized and/or traditional customary uses however numerous (an estimated 93 mi [151 km]) are single-use and likely unsanctioned trails (USFWS/Williams 2023). Currently, in the limited portions of the refuge where roads have facilitated off-road access, trails and trail scars crisscross the landscape. This includes areas deep into congressionally designated Wilderness, such as Moffett Lagoon and the Joshua Green River (USFWS/Williams 2023). We expect off-road use is highest during peak periods of subsistence activities (e.g., hunting, berry/plant gathering), which is expected to overlap the presence of Steller's eiders in the late summer and fall.

Although motorized, off-road travel is generally not allowed within the Izembek Refuge except on a few designated routes (and except where it pertains to subsistence), the ADF&G may allow ATV use below mean high water of Izembek Lagoon under an individual Special Area Permit. In addition, the State allows use of certain motorized vessels (e.g., skiffs, fishing vessels, and inflatable boats) within Izembek Lagoon under a general permit. The Izembek State Game Refuge Plan notes, "impacts to refuge habitat and disturbance and displacement of waterfowl from increasing boat traffic, particularly from large horsepower outboard engines, shallow draft boats, and commercial fishing boats have been identified as a growing concern" (ADF&G 2010).

A boat ramp at Grant Point provides vessel access to Izembek Lagoon. The boat ramp is an unimproved, curved road that leads to the lagoon and is only usable during tides above 1 foot (0.3 m) given the shallow nature of the lagoon. Above mean high tide, the boat ramp is under Service jurisdiction while below mean high tide line it is under State jurisdiction. The ramp is open for public use and there are no restrictions on use (e.g., timing restrictions). It sees highest use in the fall during commercial waterfowl guiding.

#### 4.1.8 Noise

Current sound levels in the action area are assumed to be very low, given the general lack of significant human activity in most of the area. Ambient noise levels within the Izembek Refuge are estimated as 40 to 50 A-weighted decibels (dBA) and depend on specific location and wind and wave conditions (ADOT&PF 2026*b*). Activities that add to the background noise environment include commercial fishing, air transportation from Cold Bay Airport and King Cove Airport, and commercial fishing and seafood processing in the City of King Cove. Human-made noises include boats, hunting activities, aircraft access to and from the Cold Bay Airport, aircraft access by sports hunters and recreationists, all-terrain vehicles, and snow machine travel. These noise sources are generally temporary and intermittent.

4.1.9 Izembek Complex Resources of Concern

The unique value and high function of the holistic Izembek Complex underpin multiple Federal, State, and international management designations in the action area. Steller's eiders, sea otters, and eelgrass ecosystems are the top three priority Resources of Concern identified by the Izembek Refuge (Sowl et al. 2021). Izembek Lagoon has one of the largest eelgrass beds in the world, with eelgrass covering approximately 40 to 47 percent of the lagoon (Figure 17). Kinzarof Lagoon also has extensive eelgrass cover (Ward et al. 2022). Izembek Lagoon has recently experienced a loss of eelgrass habitat (Douglas et al. 2025); future loss might be mitigated by protecting the physical and biological characteristics that help sustain eelgrass in this region (Hogrefe et al. 2014).




**Figure 17**. Distribution of eelgrass (*Zostera marina*) at Izembek Refuge (Hogrefe et al. 2014).

### 4.1.10 Past Use

The City of Cold Bay and surrounding area has experienced various military activities over approximately the last century. Thornbrough Air Force Base (originally Fort Randall Army Airfield) was built during World War II and eventually redeveloped into the current Cold Bay Airport. In the early 1900s, the U.S. Coast Guard established a lighthouse and Long Range Navigation stations at Cape Sarichef and Scotch Cap on the southwest coast of Unimak Island, just south of Cold Bay. In the late 1950s, the U.S. Air Force constructed Distant Early Warning facilities at Cape Sarichef (USFWS 2004*a*). These sites are no longer active but remain in military ownership.

Most contaminants identified within the Izembek Refuge and surrounding region are associated with past military use. Previous military activity left behind abandoned military housing and other debris, including unexploded ordnances (USFWS 2004*a*). An unexploded ordnance was discovered on Izembek Refuge as recently as 2023 (Greenly 2023).

Contaminated sites are catalogued by the Alaska Department of Environmental Conservation (ADEC). The ADEC catalog does not identify contaminated sites within the proposed road corridor or in other lands proposed for exchange (ADEC 2025). In 2025, environmental site assessments were conducted in the action area on the 2025 Izembek exchange lands, to identify conditions indicative of releases or threatened releases of hazardous substances, pollutants, contaminants, petroleum or petroleum products, and controlled substances to identify and evaluate recognized environmental conditions affecting the properties (ChemTrack Alaska 2025a, 2025b). These assessments used aerial photograph surveys, well surveys, and review of agency databases; however, they did not include on-site reconnaissance. No recognized environmental conditions were identified for the exchange lands; the assessment recommended further evaluation of formerly used defense site areas on the Refuge lands that were transferred to KCC, specifically to include a survey for unexploded ordnance, prior to ground disturbance.

Of the four water sources preliminarily identified for use during road construction and maintenance, one (Blinn Lake) is reported by the ADOT&PF to be contaminated with per- and polyfluoroalkyl substances (PFAS; A. Williams, USFWS, pers. comm 2024). This 150-ac (60.7-ha) lake is unconnected to anadromous waters and is not currently a point-source for PFAS to enter the local wetland complex and connected lagoon systems. Given its status as potentially contaminated with PFAS, Blinn Lake was subsequently removed as a potential water source for this project.

The Environmental Protection Agency (EPA) and ADEC consider the embayment of Cold Bay to be an "impaired waterbody" (under category 4B: "under alternative waterbody improvement plan") (ADEC 2020*a*). There are many former and active contaminated sites in the Cold Bay region, with many of the contaminants related to and persisting from past military activities. Three active sites, cataloged by ADEC, are located within 1,500 ft (457 m) of the proposed project site:

1. A former military drum disposal/seep area, leftover from Fort Randall Army Airfield, covering approximately 15 ac (6 ha) of land along the shoreline of the bay. Hydrocarbons

from this drum disposal area have seeped onto the beach from the base of the bluff. Although all known contaminant sources have been removed, free phase petroleum hydrocarbons are present in the water table (ADEC 2026).

2. The 2015 release of approximately 679 gallons (2.57 $m^3$) of ultra-low sulfur diesel fuel at the Cold Bay Dock by the Frosty Fuels Tank Farm dock pipeline. Remediation efforts have included excavation and disposal of 30 cubic yd (23 $m^3$) of contaminated soil. Nitrogen fertilizer was sprayed on the area to enhance bioremediation, and the spill area was capped with a 4-ft (1-m) gravel cap. Testing and monitoring are ongoing, and pollutant levels remain unacceptably high (ADEC 2026).
3. A petroleum, oil, and lubricant storage area in the location of the current "Cold Bay RRS POL Tank Farm." This storage area contained two, 70,000-barrel aboveground storage tanks, a pump house, a fueling island, and associated piping. The tanks and piping were demolished in 1994. Contaminated soil was discovered inside the duke and near the former pump house in 1993 and in 1996, with high levels of pollutants detected in groundwater shortly thereafter. The contaminated soil was excavated and disposed of in 2003, and testing and monitoring continue (ADEC 2026).

Additional sources of pollution in the area include a permitted residential sewage lagoon outfall, located approximately 0.7 mi (1.1 km) north of the ferry terminal/public dock site, which discharges treated effluent into Cold Bay. The lagoon is under an enforcement action by the ADEC for several permit violations, including a total of 40 effluent parameter exceedances between June 2021 and November 2024 (ADEC 2025).

### 4.2 Status of Steller's Eider within the Action Area

The Izembek Lagoon complex (i.e., Izembek, Moffet, and Kinzarof Lagoons and Cold Bay; "Izembek Complex") provides important habitat for Steller's eiders during the molting and wintering period; during these periods, Steller's eiders undergo complete flight feather regrowth and conduct foraging, resting, and pair bonding and courtship behavior. A small number of Steller's eiders have also been known to remain along the Alaska Peninsula during the summer months, with a few individuals spending the summer at Izembek Lagoon.

Note the literature typically references Steller's eiders in "Izembek Lagoon," which is also the naming convention used in this biological opinion in section 3.1.2. Generally, any mention of Izembek Lagoon could be inclusive of all waterbodies in the Izembek Complex; for example, most surveys that documented Steller's eiders in Izembek, Moffet, and Kinzarof Lagoons and Cold Bay would have lumped all locations into "Izembek Lagoon." Here, in "Status of the Steller's Eider within the Action Area," use of "Izembek Lagoon" refers to the combined Izembek and Moffet Lagoons, the joined waterbodies in this complex that receive highest use by Steller's eiders. However, the entire Izembek Complex appears to be important to supporting Steller's eiders in this region (see especially 4.2.2). Steller's eiders may rely on full access to and use of the Izembek Complex during winter or other times of the year with extreme weather events, in part because Izembek and Kinzarof Lagoons experience opposite prevailing winds and distinct tidal cycles.

### 4.2.1 Fall Molting Period

Large numbers of Steller's eiders use the Izembek Complex (i.e., primarily Izembek Lagoon but also Kinzarof Lagoon) for their primary remigial molt (Petersen 1981, USFWS 1986, USFWS/Dau 1999, Rosenberg et al. 2014) during August through October (Petersen 1980, Rosenberg et al. 2014, Martin et al. 2015). Studies in the late 1970s noted spatial separation of age classes and sexes during molt, and Izembek Lagoon was deemed the most important molting site for adult female Steller's eiders (Petersen 1981). Izembek Lagoon was also one of the important molting sites for adult male Steller's eiders during this period (Petersen 1980, 1981).

Information on molt migration is limited to one study (Martin et al. 2015) that tracked 13 individuals (7 males, 6 females) from Alaska-breeding grounds to molting areas in 2000 and 2001. Based on this relatively small sample, 7 of the 13 birds (53 percent) marked in Alaska during the breeding season near Utqiaġvik molted at Kuskokwim Shoals, suggesting that Alaska-breeding birds may disproportionately use this molting area over other molting areas. Five of the 13 marked birds (39 percent) used the greater Alaska Peninsula area (including Nelson Lagoon, Izembek Lagoon, Port Moller, and the Seal Islands) during molt, with 1 bird (8 percent) using Izembek Lagoon. The broad distribution of marked birds throughout the wintering range in southwest Alaska suggests that the Alaska-breeding population does not segregate from the Russian-Pacific breeding population in winter.

During 1975 to 2018, individuals counted in the Izembek Complex represented 20 to 34 percent of all Steller's eiders found on the Alaska Peninsula during the fall molting period during (USFWS/Wilson 2019*a*). Historical data provide a high peak count of just over 90,000 and mean peak count of just over 60,000 Steller's eiders using the Izembek Complex (USFWS 1986). Historical numbers of Steller's eiders using the Izembek Complex during fall molt are noticeably greater than contemporary numbers. Long-term data on Steller's eider numbers are available from an annual survey designed to target Pacific brant (*Branta bernicla*). A recent analysis of these data gives an all-year average of 18,592 Steller's eiders present in Izembek Lagoon during the fall molting period (annual estimate ranging from 3,892 to 78,645 during 1976 to 2018), with the most recent 10-year average being 5,866 (annual estimate ranging from 3,892 to 9,742 during 2009 to 2018; (USFWS/Wilson 2019*a*). Assuming Alaska-breeding Steller's eiders comprise approximately 1 percent of the Pacific-wintering population, using the most recent 10-years of data, an average of approximately 59 Steller's eiders (with a range of 39 to 97) from the listed population could use the Izembek Complex for their fall remigial molt. These estimates are based on data collected during September 23 to October 31 each year, and therefore earlier-molting Steller's eider groups (e.g., subadults, non-breeders and failed breeders, and possibly even breeding males) may not be accounted for in these estimates. These data do provide a reasonable estimate for the typical peak period of Steller's eider molt.

For comparison, the number of Steller's eiders that may be using the Izembek Complex during fall molt can also be calculated with data from the most recent Steller's eider-specific fall surveys along the Alaska Peninsula, which counted an average of 50,926 (ranging from 30,407 to 70,320) eiders annually using the Alaska Peninsula and an average of 4,840 (ranging from 2,585 to 7,155) eiders using Izembek Lagoon, during 2012 to 2016 (USFWS/Williams et al. 2016). These surveys found an average of 9.5 percent (between 5.5 and 16.1 percent) of Alaska

Peninsula Steller's eiders used Izembek Lagoon. Assuming Alaska-breeding Steller's eiders comprise approximately 1 percent of the Pacific-wintering population, an average of 48 (ranging from 26 to 72) Steller's eiders from the listed population could use the Izembek Complex for their fall remigial molt. However, these photographic surveys occurred in late August and early September, when successful breeding females would not yet have arrived on their molting grounds. While this survey method provides an estimate of Steller's eiders molting early in the fall period, these totals are likely to underestimate the total number of birds from the Alaska-breeding population that use Izembek Lagoon for molting habitat throughout the fall.

In summary, two different survey methods establish a baseline number of molting eiders in Izembek Complex. An average of 5,866 Steller's eiders were counted from 2008 to 2018 during brant targeted surveys and an average of 4,840 Steller's eiders were counted from 2012 to 2016 during Steller's eider specific surveys in Izembek Lagoon (Table 4). Assuming that 1 percent of the pacific-wintering population is the listed entity, we can take 1 percent of the average Steller's eiders observed during the two different fall surveys to estimate approximately 48 to 59 Steller's eiders (or 12 to 15 percent) of the listed population currently use Izembek Complex for their fall remigial molt. Using data from the Steller's eider specific survey, approximately 9.5 percent of eiders molting on the Alaska Peninsula use Izembek Complex for their fall remigial molt. Although peak counts of Steller's eiders using the Izembek Complex show annual variability, the long-term data show an apparent declining trend in the fall population of Steller's eiders using the Izembek Complex (0.948, 95 percent CI: 0.938-0.958; Figure 18). However, there is no apparent trend in the most recent 10-year period (0.956, 95 percent CI: 0.888 to 1.024; USFWS/Wilson 2019*a*). The reduction in number of eiders observed at Izembek Lagoon in the fall may represent changes in their fall molting distribution (i.e., resulting in lower site fidelity; untested hypothesis in USFWS/Wilson 2019*a*.), or lower survival (Hollmen et al. 2022, Maliguine 2024).




**Figure 18**. Long-term trend in the number of Steller's eiders present at the Izembek Lagoon complex during the fall molting period from surveys targeting Pacific brant (USFWS/Wilson 2019*a*).

**Table 4.** Summary of Steller's eider use of the Alaska Peninsula and the Izembek Complex during the fall remigial molt (2012 to 2016 data from USFWS/Williams et al. 2016, 1976-2018 data from USFWS/Wilson 2019*a*).

| Survey Focal Species | Survey Location | Survey Years | Minimum Eiders | Maximum Eiders | Average Eiders | Alaska Breeding (1% of Average) | Percent of Listed Population in Izembek (Alaska Breeding/406) | Percent of Eiders Using Izembek relative to Alaska Peninsula (%) |
|---|---|---|---|---|---|---|---|---|
| Pacific Brant | Izembek Complex | 1976-2018 | 3,892 | 78,645 | 18,592 | | | |
| Pacific Brant | Izembek Complex | 2009-2018 | 3,892 | 9,742 | 5,866 | 58.66 | 14.45 | |
| Steller's Eider | Alaska Peninsula | 2012-2016 | 30,407 | 70,320 | 50,926 | 509.26 | | 9.50 |
| Steller's Eider | Izembek Complex | 2012-2016 | 2,585 | 7,155 | 4,840 | 48.4 | 11.92 | |

### 4.2.2 Wintering

Wintering locations provide important foraging and resting habitat; pair bonding and courtship behavior also begins in these locations during late winter and is completed prior to departure to the breeding grounds (Laubhan and Metzner 1999, Flint et al. 2000, Fredrickson 2001, Martin et al. 2015). Steller's eiders are assumed to show strong wintering site fidelity, since they are regularly observed in traditionally used areas and rarely seen outside these areas (Žydelis et al. 2006). The Izembek Complex is one of the major wintering areas for Steller's eiders, with large concentrations in Izembek Lagoon and connected waters but also Kinzarof Lagoon and Cold Bay. A large number of birds that molt in Izembek Lagoon will remain for the winter (i.e., January to April) to continue feeding in the shallow, intertidal, eelgrass-dominated habitats (C. Dau, USFWS, unpublished data); and some individuals that molt at more northerly sites may spend at least a portion of the wintering period in the Izembek Complex (Martin et al. 2015).

Winter distribution of Steller's eiders throughout the Izembek Complex and the greater Alaska Peninsula region is strongly influenced by winter weather conditions and icing conditions in the shallow lagoon system (USFWS/Trust et al. 1997, Laubhan and Metzner 1999). Steller's eider use of Kinzarof Lagoon and Cold Bay increases when surface waters freeze at Izembek Lagoon (as little as 10 percent ice cover); and when Izembek Lagoon's intertidal flats freeze to the bottom, access to these ice-free sites becomes increasingly important for eiders to maintain access to prey resources (Laubhan and Metzner 1999). Use of these deeper water sites declines again in April, during the spring staging period (Laubhan and Metzner 1999), when Izembek Lagoon becomes ice-free. While Steller's eiders are generally described as preferring shallow waters (less than 10 m deep), satellite transmitter data indicates frequent use of deeper waters up to 30 m deep almost exclusively at night during the winter (Martin et al. 2015).

Severe winter weather events have been documented in the area, occurring infrequently over the years (Schneider and Faro 1975, Esslinger 1999, Watts et al. 2010, USFWS/Larned 2012), but causing severe ice conditions that impact local wildlife, including Steller's eiders. In the winter of 2025/2026, heavy and persistent sea ice cover forced most waterbirds (eiders, brant, and other species) out of Izembek Lagoon and into deeper water sites. Kinzarof Lagoon and portions of Cold Bay were also iced over. Weather conditions, potentially combined with other unknown factors, contributed to a large mortality event, with several hundred brant plus unidentifiable carcasses of other species documented (A. Williams, USFWS, pers. comm. 2026*b*). During these extreme conditions, birds remaining in the area relied on open water wherever it occurred, including open leads in the lagoons and open water around the Cold Bay ferry terminal infrastructure (A. Williams, USFWS, pers. comm. 2026*b*). Birds remaining in the area showed signs of exhaustion (A. Williams, USFWS, pers. comm. 2026*b*), and necropsies of a small sample of carcasses indicated no fat reserves (S. Coburn, ADEC, pers. comm. 2026).

The extreme weather event affected other waterbodies in the general area (e.g., the embayment of King Cove) as well as waterbodies along the northern Alaska Peninsula (e.g., Nelson Lagoon). Simultaneously, some of the brant carcasses were confirmed to have had active HPAI infections (USDA Animal and Plant Health Inspection Service 2026). It is unknown how widespread HPAI was in waterfowl in the Izembek Complex during this period. Some birds in

better condition may have been able to fight the infection, whereas birds under energetic stress would have had higher mortality risk (Daniels et al. 2025).

Historical numbers of Steller's eiders overwintering at Izembek Lagoon were counted in the tens of thousands (Dau, USFWS, unpublished data). More recent estimates are available from data collected during winter brant surveys, with the most recent six survey years counting 16,735 to 24,726 Steller's eiders in the Izembek Complex (USFWS/Wilson 2019*b*, USFWS/Wilson and Larned 2020, 2021, 2022, 2023, 2024). Winter counts can show high variability due to interannual variability in weather conditions, but the long-term average (1981 to 2024) is 20,100 Steller's eiders wintering in the Izembek Complex (95 percent CI: 17,666 to 24,252); and this estimate appears relatively stable over time (USFWS/Wilson and Larned 2024:202). The average of the 2019 to 2024 Steller's eider February counts was 21,118 eiders (USFWS/Wilson 2019*b* and USFWS/Wilson and Larned 2020, 2021, 2022, 2023, 2024).

Assuming Alaska-breeding Steller's eiders comprise approximately 1 percent of the Pacific-wintering population and using the 95 percent confidence interval from the 1981 to 2024 data, we estimate the number of Alaska-breeding Steller's eiders that could overwinter in the Izembek Complex (and perform important courtship and pair bonding behaviors in this location) is 177 to 243 birds, or approximately 40 to 60 percent of the listed population. Using only the most recent six years (2019 to 2024), we estimate approximately 211 Alaska-breeding eiders or approximately 52 percent of the listed population could overwinter in Izembek complex.

#### 4.2.3 Spring Staging

Numbers of Steller's eiders using the Izembek Complex may increase during spring staging, as birds wintering in more southern areas begin to move north. In 2011, 94 percent of total Steller's eiders observed between the Yukon-Kuskokwim Delta and the southwest tip of the Alaska Peninsula were counted in the Alaska Peninsula region, with 51 percent staging in the vicinity of Cold Bay during the survey period (USFWS/Larned 2012*b*). Historically, the combined number of Steller's eiders aggregating in the Izembek Complex and the greater Cold Bay area during peak staging in April numbered approximately 100,000 (Jones 1965). Spring goose surveys have counted up to 79,000 Steller's eiders at Izembek Lagoon in late April/early May (USFWS/Dau 1999); and in the most recent available dataset, approximately 28,000 and 38,000 Steller's eiders were counted in other waters in the vicinity of Cold Bay (27,500 and 37,000 in the greater Izembek Complex) during April 2012 and April 2011, respectively (USFWS/Larned 2012*b*). The 2011 survey represents a more typical spring with low ice cover in the region and the 2012 survey had a late spring and high sea ice cover, making survey results less reliable (USFWS/Larned 2012*a*, *b*). Overall totals of spring-staging Steller's eiders counted in 2011 in southwest Alaska were close to the 1992 to 2011 average but were but were 35 percent higher than the 2010 estimate and 20 percent higher than the 2012 estimate (USFWS/Larned 2012*b*, *a*).

Numbers of Steller's eiders counted during spring staging are influenced by icing conditions and can be highly variable both within and between seasons (USFWS/Larned 2012*b*), which makes it difficult to estimate how many Steller's eiders might be staging in the Izembek Complex during the spring period. Given that some or all individuals from the Pacific-wintering population that overwinter in the Cold Bay area or locations farther south could stage in the Izembek Complex

as they move northward during spring migration, we assume more Steller's eiders could use the Izembek Complex during spring staging than molt in this location.

The two most recent Southwest Alaska surveys in 2011 and 2012 show approximately 50 percent of Steller's eiders using the Izembek Complex for spring staging. The Service counted an average of 81,453 Steller's eiders from 1992 to 2011 during spring surveys in Southwest Alaska. In 2011, the most recent reliable spring count, 73,369 eiders were counted in Southwest Alaska and 37,743 eiders in Izembek Complex (USFWS/Larned 2012b). There are two logical ways to estimate the number of Alaska-breeding Steller's eiders which may be using Izembek Complex for spring staging:

1) We could assume that 1 percent of any given aggregation of Pacific-wintering birds is from the Pacific-wintering population and therefore nearly all the listed population could use the Izembek Complex for spring migration and staging (37,743 x 0.01= 377 eiders). However, the logical problem with this method is that the Alaska-breeding population of eiders is estimated at 406 birds and treating the spring survey data from Southwest Alaska with the 1 percent rule would indicate there are nearly double the known number in the Alaska-breeding population (744 birds in 2011). The 377 eiders is likely an overestimate given that we have no information to support the idea that Alaska-breeding Steller's eiders prefer staging in Izembek Complex. However, it is still a reasonable upper estimate of use throughout the spring staging period.

2) Alternatively, we could assume that Alaska-breeding Steller's eiders use the Izembek Complex in similar proportion to all Pacific-wintering eiders. Since approximately half the eiders counted in spring surveys use Izembek Complex, we assume that half of the Alaska-breeding population use Izembek complex (406 x 0.5 = 203 eiders). While the Service generally assumes 1 percent of any given aggregation of Pacific-wintering birds are Alaska-breeding birds (Hodges and Eldridge 2001), this is a unique example of where we have additional data to make a reasonable alternative assumption.

   We acknowledge that this raises concern regarding the validity of the assumption that Alaska-breeding Steller's eiders make up approximately 1 percent of the Alaska-breeding. This estimate may have shifted in the 25 years since the estimate was made, however we do not have population estimates from the Russian-breeding grounds to support analyses to update the estimated ratio of Russia-breeding to Alaska-breeding birds that comprise the Pacific-wintering population.

Using the combination of these two methods, our best estimate is that between half and nearly all of Alaska-breeding Steller's eiders (between 203 and 377 eiders) use Izembek Complex for spring migration and staging. Steller's eider presence in Izembek Complex is variable throughout the year (Table 5).

**Table 5.** Estimated number of Alaska-breeding Steller's eiders present in the Izembek Complex during each season, using the most recent datasets available and the logical assumptions explained within sections 4.2.1-4.2.3. Fall surveys occurred August 26 to October 31, winter surveys occurred in February, and spring surveys occur in early to mid-April.

| Season | Survey Years | Estimated Steller's Eiders (#) | Alaska Breeding Steller's Eiders (#) | Percent of Listed Population (%) |
|---|---|---|---|---|
| Fall | 2009-2018 [a] | 5,866 | 59 | 15 |
| | 2012-2016[b] | 4,840 | 48 | 12 |
| Winter | 2019-2024[c] | 21,118 | 211 | 52 |
| Spring | 2011[d] | 37,743 | 377 | 50* - 93 |
| Summer | N/A | May be present in small numbers | May be present in small numbers | May be present in small numbers |

[a]USFWS/Wilson 2019*a*
[b]USFWS/Williams et al. 2016
[c]USFWS/Wilson 2019*b* and USFWS/Wilson and Larned 2020, 2021, 2022, 2023, 2024
[d]USFWS/Larned 2012b
*See end of section 4.2.3

### 4.2.4 Ongoing Activities and Threats in the Action Area

#### 4.2.4.1 Harvest of Steller's Eiders

Steller's eiders and hunters may overlap in the action area during the fall-winter general hunt of waterfowl and during the spring-summer subsistence harvest of migratory birds. Although harvest of Steller's eiders is prohibited, during hunting activities that overlap Steller's eiders in space and time, individuals may be unintentionally targeted and shot. ADF&G subsistence harvest records demonstrate *Somateria* eiders and other sea duck species as well as geese are harvested in Cold Bay and King Cove (ADF&G 2025). Harvest of Steller's eiders has been reported in voluntary surveys completed by some communities within and near the action area (Naves and Schamber 2024).

Quantifying the harvest of Steller's eiders is complex range wide, especially considering that reliability of harvest survey reports are affected by a number of unquantifiable biases (see harvest discussion in (USFWS 2026). However, within the proposed action area the best available data for harvest is that reported by rural hunters and assessed by Naves and Schamber (2024). This is in part due to the differences in use by Steller's eiders between the action area and the North Slope region and the lack of other data sources.

The action area overlaps with the Aleutian Pribilof Islands region where the estimated annual harvest is 18 Steller's eiders per year (Naves and Schamber 2024). This region accounts for 8.9 percent of the total Steller's eider harvest by subsistence hunters in Alaska (18 eiders harvested in Aleutian Pribilof Islands / 202 total eiders harvested in Alaska = 8.9 percent). This estimate does not account for wound loss (i.e., birds struck but not retrieved), which is estimated to occur at a rate of 0.30 of the total reported harvest (Rothe et al. 2015). We anticipate there could be an additional 6 Steller's eiders harvested in this region when we account for wound loss (18 eiders harvested x 0.30 wound loss rate = 5.4 eiders wounded, we round up). When accounting for

wound loss, we estimate annual harvest to 24 Steller's eiders in the Aleutian Pribilof Islands region. Assuming 1 percent of these pacific-wintering Steller's eiders are from the Alaska-breeding population, we estimate 0.24 Alaska-breeding Steller's eiders are harvested each year from the Aleutian Pribilof Islands region (or approximately 1 eider every 4 years).

To estimate the baseline inadvertent rate of harvest for Alaska-breeding Steller's eiders in Izembek Lagoon, we assume Cold Bay residents are the primary subsistence hunters in Izembek Lagoon and that the majority of their waterfowl harvest occurs in Izembek Lagoon. We assume this because Izembek Lagoon is a prime waterfowl hunting location and the community of Cold Bay has road access to the lagoon. We used 2010 population data for Cold Bay and the management region as a whole (see Naves and Schamber 2024, Table S1) to estimate the proportion of harvest that occurs in Izembek Lagoon. We divided the population of Cold Bay by the population of the Aleutian Pribilof Islands region to get an estimated current harvest rate of 0.0058 eiders per year in Izembek Lagoon, or approximately one eider every 172 years due to subsistence harvest alone (108 Cold Bay residents / 4,428 Aleutian Pribilof residents[1] equals 0.024; 0.024 x 0.24 annual Steller's eiders harvested in the region equals 0.0058 eiders per year in the action area). This number does not include any harvest that may occur in Izembek Lagoon by other communities accessing the lagoon by boat.

Steller's eider harvest estimates overall are likely biased low in this area. Izembek lagoon is a prime hunting area for avid waterfowl hunters (ADF&G 2026) and guiding services advertise it as "Alaska's #1 Hunting Destination" (Cold Bay Outfitters 2017). There is a large amount of non-subsistence hunting occurring in the area, yet no Steller's eiders were reported as taken during the fall-winter general hunting season from published data from the Harvest Reporting Program (Naves and Schamber 2024). However, outside of formal reporting channels, a small number of Steller's eiders have been reported as shot by commercially guided clients during the fall-winter general hunt at Izembek Lagoon (M. Fosado, USFWS, pers. comm. 2024). Fall sport hunters and rural subsistence hunters participating in the surveys analyzed by Naves and Schamber (2024) might be reluctant to report harvest of a species that cannot be legally hunted. Dau et al. (2000) also suggested that the low recovery rate of bands collected during their 1961-1998 banding study at Izembek Lagoon was likely related to low reporting rates resulting from fear of prosecution. Species identification issues, particularly for female eiders, also makes quantifying the harvest challenging (Naves and Schamber 2024, USFWS 2025c, USFWS 2026).

The best data available on inadvertent eider harvest does not include inadvertent harvest from non-residents. We estimate 22.2 percent of harvest in Izembek Lagoon occurs from subsistence hunting by Cold Bay compared to commercial harvest, based on CUD equivalents (Appendix A). If we assume the rate of inadvertent harvest of Steller's eiders is the same for subsistence and sport hunters, we can estimate total current harvest of Steller's eiders in the action area. We expect the total baseline rate of harvest of Alaska breeding Steller's eider from both subsistence

---

[1] Note, the Aleutian Pribilofs population number comes from Naves and Schamber 2024 and are based on the U.S. Census Data from 2010, the time period during which their study data is derived. We do not have readily available current data to extrapolate their study based on current populations in the Aleutian Pribilofs Management Region. Thus, we use the U.S. Census Data for Cold Bay during the same time period to approximate the portion of Steller's eider harvest occurring due to subsistence harvest by this community.

and sport hunting in Izembek Lagoon to be approximately 0.026 eiders per year (0.0058 eiders per year from subsistence / 0.222 estimated portion of harvest total harvest). This results in a current estimated harvest of one Alaska-breeding Steller's eider every 38.5 years in Izembek Lagoon.

#### 4.2.4.2 Sport and Subsistence Hunting of Other Waterfowl Species

The fall-winter general hunt for waterfowl, for which Izembek Lagoon is a prime location, overlaps the flightless molt for Steller's eiders. Pacific brant, emperor geese (*Chen canagicus*, when open for hunting by regulation), Canada/cackling geese (*Branta canadensis*/*B. hutchinsii*), and sea ducks are targeted during the general hunt. Commercial hunting operators guide sport hunting clients targeting waterfowl during the fall hunting period in this area. Non-guided sport hunting of waterfowl also occurs in this area during fall, and additional waterfowl harvest by subsistence hunters occurs in fall through spring. Subsistence hunters target similar species as sport hunters. The period open for subsistence hunting of waterfowl overlaps all three periods of the annual cycle when Steller's eiders concentrate in the Izembek Complex.

Waterfowl hunting in the area primarily occurs in Izembek Lagoon, is both land- and boat-based, and mostly occurs nearshore (Stillman et al. 2021). Because land- and boat-based hunting generally occur within a few km of the shore, disturbance of waterfowl from hunting is typically concentrated in the nearshore areas and not as prevalent throughout a majority of Izembek Lagoon (Stillman et al. 2021). Land-based hunting originates from the existing road network, with overland travel on foot, or hunters can rely on ATV travel along the shoreline of Izembek Lagoon. Some targeted hunting of sea ducks and geese occurs offshore within Izembek Lagoon, taking place from boats and from the barrier islands enclosing the lagoon. Human-induced disturbance to waterfowl in Izembek Lagoon has been documented from hunting during fall and spring, with disturbance events occurring more frequently closer to road-based access points (Stillman et al. 2021). The area where waterfowl hunting occurs has expanded beyond the historically hunted locations; areas waterfowl previously used as refugia for resting are now more accessible due to changed hunting methods and means of access (M. Fosado, USFWS pers. Comm. 2025).

During a study of Pacific brant disturbance at Izembek Lagoon from 1985 to 1987, hunting disturbance events were observed at an average rate of 0.06 events per hour (Ward et al. 1994). The disturbance rate was variable across sampling points in the lagoon, with the lowest rate being 0.02 events per hour and the highest rate being 0.14 events per hour. These disturbance rates were observed during years where hunting effort was assessed as approximately 60 percent below the average due to lower hunting bag limits; we therefore estimate hunting activity in a typical year would have resulted in 0.06 to 0.15 disturbance events per hour (Appendix B). Brant responded to hunting disturbance events 65 percent of the time, with 39 percent of events leading to a flight response.

We estimate waterfowl hunting has increased within the Izembek Complex ninefold in the four decades since the Ward et al. 1994 study occurred. Pacific brant banding data indicates a threefold increase in recovery rates through the 1990s to the 2010s (Leach et al. 2017, Leach et al. 2019, Stillman et al. 2021). From the 2010s to 2025, there has been an additional threefold

increase in hunting, based on Client Use Days (CUDs; Appendix B). CUDs do not represent non-guided hunts and are assumed to underestimate total commercially supported hunting effort: commercial operators without refuge-issued special use permits rent trucks and hunting equipment to "independent" sport hunters to enable their use of the existing but limited road network to access hunting areas on State and Federal lands (Cold Bay Outfitters 2017). However, these data on CUDs also include hunting activity outside of Steller's eider usage areas and even some entirely outside the Izembek Complex, which may somewhat mute this discrepancy.

Based on increasing trends in commercially guided waterfowl hunting activity since the 1990s, we consider the observed ninefold increase from historical levels to be a reasonable proxy for current waterfowl hunting activity in Izembek Lagoon. Using the data from Ward et al. (1994) and applying this ninefold increase in activity, we estimate current hunting-caused disturbance to waterfowl at Izembek Lagoon currently ranges from 0.54 to 1.35 events per hour (Appendix B). At this rate, we estimate waterfowl presently respond to hunting disturbance for 0.68 to 1.69 minutes per hour, or 1.13 to 2.82 percent of their hourly budget during daytime hours (Table 6). This estimate is based on best available information but does not capture some additional level of hunting activity that targets non-waterfowl species (e.g., large game hunting); it is unclear the extent to which hunting of non-waterfowl taxa would overlap with areas used by Steller's eiders, whereas we are confident most waterfowl hunting would overlap their areas of use. For the purposes of understanding the disturbance effects of hunting on Steller's eiders, we consider subsistence harvest activities to have similar effects to fall sport hunting.

The disturbance estimates represent the average disturbance from all study areas in Izembek Lagoon (Table 6; Ward et al. 1994). A total of 8 study areas were chosen based on abundance of brant, accessibility to observers, and presence of elevated shore that permitted an unobstructed view of black brant over large areas (See Figure B-1 in Appendix B). Beyond these areas, we do not have data about disturbance rates in Izembek Lagoon. It is likely the study area encompasses zones where human disturbance is most intense due to site selection for abundance of brant (which is also where hunting is most likely to occur) and existing road access. The disturbance estimates are derived from averages (Table 6) given that disturbance rates are variable across the study area; beyond the study area it is likely that disturbance rates are lower. This can be visualized using the parameters from recent black brant modelling (Stillman et al. 2021). The model applied disturbance rates to 1 $km^2$ grid cells, with a threefold increase in disturbance from historic levels (Figure 19; Stillman et al. 2021). The Stillman paper included estimates for Kinzarof Lagoon that are not presented in the original study and are not considered in this biological opinion. Regardless, the parameters can be used to visualize the areas where disturbance estimates exist and areas where we lack disturbance data (Figure 19).

**Table 6.** Estimated flight time, disturbance time, and percent of daytime hourly budget spent responding to hunting disturbances in Izembek Complex. Data derived from Ward et al. 1994 per the methods in Appendix B.

| Hunting Disturbance | Flight Time Estimates (minutes/hour) | | Disturbance Time Estimates (minutes/hour) | | Percent of Daytime Hourly Budget Responding to Disturbance (%) | |
|---|---|---|---|---|---|---|
| | Lower | Upper | Lower | Upper | Lower | Upper |
| Historic | 0.03 | 0.08 | 0.08 | 0.19 | 0.13 | 0.31 |
| Environmental Baseline | 0.30 | 0.76 | 0.68 | 1.69 | 1.13 | 2.82 |




**Figure 19**. Spatial distribution of hunting disturbance parameters from Stillman et al 2021. Disturbance rates are based on data from Ward et al. 1994 and personal communications with Ward. The data presented represents a threefold increase in hunting activity from historically collected data (Stillman et al. 2021).

4.2.4.3 Marine Vessel Activity and Fisheries

During a study at Izembek Lagoon in the 1980s, vessel activity that led to waterfowl disturbance occurred at a rate of 0.02 to 0.05 events per hour (based on Ward et al. 1994 and following our assumptions in 4.2.4.2 related to low and high years of activity, assuming most observed vessel activity was related to hunting). Brant responded to boating disturbance events 89 percent of the time, with 75 percent of events leading to a flight response. Vessel-caused disturbance was measured separately from hunter-caused disturbance in the Ward et al. (1994) brant study, and we assume was a measurement of reactions to vessel movement and presence (as opposed to humans and gunshots). However, this brant study may not be representative of year-round vessel activity in Izembek Lagoon and the corresponding rates of disturbance to waterfowl. This study took place only during the legal hunting season and therefore measured vessel activity during only a portion of the year (September to November). Vessel activity could be less outside the legal hunting period or could be the same or higher as activities shift throughout the year. For example, we expect commercial and subsistence fishing activities and their associated vessel traffic in Izembek Lagoon are not represented in this dataset. We do not have a way to directly measure current fishing activity or other vessel uses in this location. Therefore, the information provided by the brant study serves as the best available proxy to measure current baseline vessel activity in Izembek Lagoon overall.

Hunters access Izembek Lagoon for waterfowl hunting by boat and overland, and we assume equal access between these two modes. Any increase in hunting activity will result in an equal proportional increase in both land-based and boat-based hunting activities. Therefore, we consider the estimated ninefold increase in waterfowl hunting from historic levels to be a reasonable proxy for current vessel-based activity in Izembek Lagoon, based on the increase in commercially guided activity (Appendix B). We estimate vessel-caused disturbance to waterfowl at Izembek Lagoon currently ranges from 0.18 to 0.45 events per hour. At this rate, we estimate waterfowl currently respond to vessel disturbance for 0.56 to 1.39 minutes per hour, or 0.93 to 2.32 percent of their hourly budget during daytime hours (Table 7).

**Table 7.** Estimated flight time, disturbance time, and percent of daytime hourly budget spent responding to vessel disturbances in Izembek Complex. Data derived from Ward et al. 1994 per the methods in Appendix B.

| **Boating Disturbance** | **Flight Time Estimates (minutes/hour)** | | **Disturbance Time Estimates (minutes/hour)** | | **Percent of Daytime Hourly Budget Responding to Disturbance (%)** | |
|---|---|---|---|---|---|---|
| | Lower | Upper | Lower | Upper | Lower | Upper |
| Historic | 0.04 | 0.10 | 0.06 | 0.15 | 0.10 | 0.26 |
| Environmental Baseline | 0.37 | 0.92 | 0.56 | 1.39 | 0.93 | 2.32 |

The disturbance estimates are derived from averages (Table 7) given that disturbance rates are variable across the study area; beyond the study area it is likely that disturbance rates are lower. As in 4.2.4.2 Sport and Subsistence Hunting of Other Waterfowl Species, this can be visualized using the parameters from recent black brant modelling (Stillman et al. 2021), acknowledging the same limitations and assumptions (Figure 20).




**Figure 20**. Spatial distribution of hunting disturbance parameters from Stillman et al 2021. Disturbance rates are based on data from Ward et al. 1994 and personal communications with Ward. The data presented represents a threefold increase in hunting activity from historically collected data (Stillman et al. 2021).



Case 3:26-cv-00272-ACP Document 40-5 Filed 08/21/26 Page 102 of 250

The Bristol Bay coastline of the Alaska Peninsula includes several small communities whose population totals approximately 300 people (USCB 2020*c*). The human population along the southern Alaska Peninsula is concentrated in the communities of King Cove and Sand Point, with approximately 757 residents and approximately 578 residents, respectively (USCB 2020*d*). Commercial fishing is the primary economic activity in the region (see section 4.1.6). Incidental fisheries bycatch is a known threat to Steller's eiders (see sections 3.1.4.6). Bycatch risk varies by gear type, with the most dangerous gear type for Steller's eiders being gillnets like those used in the salmon gillnet fishery in Alaska (Dietrich et al. 2025). Bycatch risk increases in proportion to fishing effort and numbers of eiders overlapping in space and time.

Drift and set gillnet fishing both occur in fisheries management areas overlapping the action area (see section 4.1.6), but data are not available to quantify the risk of bycatch to Steller's eiders in relation to fishing effort. Because we know Steller's eiders are vulnerable to bycatch (see section 3.1.4.6) and we expect gillnet fishing and Steller's eiders overlap in the action area, a lack of reports of Steller's eiders being incidentally caught in gillnets may be a product, at least in part, of a lack of dedicated observers to report on bycatch. Most documented interactions with Steller's eiders are self-reported, and many fisher persons do not self-report for various reasons. Bycatch information overall appears to be especially limited for the Alaska Peninsula compared to other areas of Alaska; for example, the South Unimak fishery may have been monitored for bycatch only during 1990 (Dietrich et al. 2025). We assume rate of Steller's eider bycatch is similar to bycatch rates for other *Anatidae* (i.e., diving duck) species. *Anatidae* species accounted for up to 14 percent of bird bycatch in the Alaska salmon gillnet fishery during 1990 to 2013 (Dietrich et al. 2025). Therefore, some number of Steller's eiders may be injured or killed by fishing operations each year, although we cannot estimate the current rate of Steller's eider bycatch within the action area.

#### 4.2.4.4 Collisions with Vessels

Steller's eiders have a high risk of collision with marine- and land-based infrastructure because of their tendency to fly low and fast over the water (Day et al. 2004). Although typically we would expect only a few Steller's eiders to be impacted during any one event, collisions can result in injury and mortality of large numbers of Steller's eiders at once. Over 150 Steller's eiders were reported to have collided with the *M/V* Northern Endeavor in December 1980 in False Pass, an area near the Izembek Complex, when the fishing vessel's crab lights were illuminated on a stormy night (USFWS, Southern Alaska Field Office, unpublished data). In a land-based event in the Cold Bay area in December 1983, 38 Steller's eiders were killed by a radar screen at the Distant Early Warning Line Site (USFWS, Southern Alaska Fish and Wildlife Field Office, unpublished data).

Other marine vessel interactions that have led to collisions have been documented within Area M, the fisheries management area overlapping the action area, including locations near the action area (Table 8). In 2020, collision with three Steller's eiders and take of one (after, assumed to be an Alaska-breeding Steller's eider) was reported by a fishing vessel operating in Bristol Bay, transiting at night along the Alaska Peninsula, near Cape Krenitzen to the north of False Pass (NMFS 2020). Two additional reports with unknown locations are included in Table 8 because they could have overlapped the action area. Vessels operating in Steller's eider habitats also run

the risk of striking eiders with the boat propeller or hull, causing injury or death. These incidents would add to the overall picture of mortality of Steller's eiders and other marine birds depicted in Table 8, but they largely go unobserved.

We can estimate Steller's eider collisions rates multiple ways using the historic vessel strike data from the region (Table 8):

1. Our lower estimated eider collision rate is 0.24 Steller's eiders per year. To calculate the lower estimate, we use only Steller's eiders collisions with marine vessels and we exclude the atypical event in 1980 when approximately 150 Steller's eiders collided with a crabbing vessel at night when the lights were on. This is a reasonable lower estimate reflecting high uptake of mariners utilizing best practices for minimizing bird-vessel strikes[2].

   7 Steller's eiders / 29 years = 0.24 eiders per year

2. Our upper estimated eider collision rate is 4.03 Steller's eiders per year. To calculate the upper estimate, we use all available collision data with any eider (not just Steller's eiders) in the region. We also include the atypical event when 150 Steller's eiders struck a single vessel. This is a reasonable upper estimate because bird collisions with vessels are often unreported and atypical events involving large numbers of birds do occur.

   [7 Steller's eiders + 150 Steller's eiders (atypical event) + 4 other eiders] / 40 years = 4.03 eiders per year

Therefore, we estimate between 0.24 and 4.03 eiders per year collide with vessels in the vicinity of the Alaska Peninsula. When mortality of a Steller's eider occurs within areas where the Alaska-breeding and Pacific Russia-breeding populations mix, such as Izembek Lagoon, we recognize any individual Steller's eider could belong to the Alaska-breeding population. Through abundance-based probability, most birds injured or killed by vessel strike in Izembek Lagoon would belong to the Pacific Russia-breeding population. When we use the estimate that 1 percent of these eiders are from the Alaska-breeding population, our baseline collision risk for Alaska-breeding eiders in the project area is extremely low (0.0024 to 0.04). The estimated collision frequency is one Alaska-breeding eider every 25 to 417 years.

Therefore, based on best available data, we expect collision risk to individual Steller's from vessels is presently very low in and near the action area. However, the reported collisions in Table 8 are not comprehensive of all injury and mortality that likely resulted to Steller's eiders or proxy species from collisions with vessels and infrastructure. Detection of collision-injured or -killed birds depends on human presence in the area (Rabie et al. 2024), willingness to report, and other factors such as carcass persistence (Borner et al. 2017). We assume the lack of reporting means our estimate of risk to any individual Steller's eider is low.

---

[2] https://www.fws.gov/service/technical-assistance-prevent-bird-vessel-strike-alaska-marine-environment

**Table 8.** Reported interactions between marine vessels and Steller's eiders or any eider species, which resulted in collisions in waters near the southern end of the Alaska Peninsula.

| Date | Vessel Type | Number by species | Location | Notes |
|---|---|---|---|---|
| **Steller's Eiders** | | | | |
| 1980 Dec. | Collision with fishing vessel | Estimated 150 Steller's eiders | False Pass (North side) | Crab lights illuminated, stormy night |
| 1991 Feb. | Collision with State Protection Patrol vessel | 2 Steller's eiders | Unknown | Vessel lights illuminated |
| 1997 Feb. | Collision with marine vessel | 2 Steller's eiders | Unknown | **One bird struck vessel on Feb. 14, second bird struck vessel on Feb. 15. |
| 2020 March | Collision with commercial fishing vessel | 3 Steller's eiders, 2 recovered and released | Near False Pass | Occurred while vessel was participating in the pollock fishery |
| **Other Eiders** | | | | |
| 2000 Nov. | Collision with marine vessel | 1 common eider | Unknown | On deck with a gash in chest. Rough weather the night before |
| 2001 Feb. | Collision with marine vessel | 2 King eider | Unknown | Night, male and female found dead on deck, collision obviously occurred |
| 2003 Feb. | Collision with marine vessel | 1 King eider | Unknown | Adak vessel observer on roof, crew says bird has been there for a week |

4.2.4.5 Collisions with Vertical Structures

As stated above, Steller's eiders have a high risk of collision with marine- and land-based infrastructure because of their tendency to fly low and fast over the water (Day et al. 2004). Although typically we would expect only a few Steller's eiders to be impacted during any one event, collisions can result in injury and mortality of large numbers of Steller's eiders at once. There have been multiple reports of collisions by Steller's eider (*n* = 44 birds total) and other sea ducks and marine-dependent goose species (*n* = 165+ birds total) with immobile vertical structures near the action area (Table 9,Table 8; USFWS unpubl. data). These reports have included collisions with buildings, towers, antennae, and the rigging of immobile vessels.

We can estimate Steller's eider collision rates multiple ways using the historic vessel strike data from the region (Table 9):

1. Our lower estimated eider collision rate is 0.32 Steller's eiders per year. To calculate the lower estimate, we use only Steller's eider collisions with infrastructure, and we exclude the atypical event in 1983 when 38 Steller's eiders collided with a military radar screen. This is a reasonable lower estimate because most military radar screens of this type have been deactivated.

   6 Steller's eider / 19 years = 0.32 eiders per year

2. Our upper estimated eider collision rate is 2.55 Steller's eiders per year. To calculate the upper estimate, we use all available collision data (constrained to the reporting period of Steller's eider collisions) involving any eider species (not just Steller's eiders) in the region. We also include the atypical event when 38 Steller's eiders collided with military infrastructure. This is a reasonable upper estimate because bird collisions with infrastructure are often unreported or undetected, and atypical events involving large numbers of birds do occur.

   [6 Steller's eiders + 38 Steller's eiders (atypical event) + 7 other eiders] / 20 years = 2.55 eiders per year

Therefore, we estimate between 0.32 and 2.55 eiders per year collide with vertical structures in the vicinity of the Alaska Peninsula. When mortality of Steller's eider occurs within areas where the Alaska-breeding and Pacific Russia-breeding populations mix, such as Izembek Lagoon, we recognize any individual Steller's eider could belong to the Alaska-breeding population. Through abundance-based probability, most birds injured or killed by vessel strike in Izembek Lagoon would belong to the Pacific Russia-breeding population. When we use the estimate that 1 percent of these eiders are from the Alaska-breeding population, our baseline collision risk for Alaska-breeding eiders in the project area is extremely low (0.0032 to 0.026 Alaska-breeding eiders per year). The estimated collision frequency is one Alaska-breeding eider every 39 to 312 years.

## 4.3 Status of Designated Critical Habitat for Steller's Eider within the Action Area

The Izembek Lagoon critical habitat unit includes all waters of Izembek Lagoon, Moffett Lagoon, Applegate Cove, and Norma Bay, and waters 0.25 mi (400 m) offshore of the Kudiakof Islands and adjacent mainland (Figure 21).

The shallow, protected waters of this critical habitat unit are noted as especially important to Steller's eiders during their complete flight feather molt (Petersen 1981, Laubhan and Metzner 1999). Izembek Lagoon is one of the traditional, primary molting areas for the species (Petersen 1981, USFWS/Wilk et al. 1986, Rosenberg et al. 2014) and continues to be used by large numbers of Steller's eiders (USFWS/Wilson 2019*a*). The Izembek Lagoon critical habitat unit also provides important wintering and spring staging habitat for Steller's eiders.

**Table 9.** Reported strikes with terrestrial infrastructure or immobile vessels near the action area.

| Date | Species | Number | Description |
|---|---|---|---|
| **Steller's eiders reported colliding with structures on land** | | | |
| 4/5/1975 | Steller's Eider | 1 | Adult male struck wire at State Shop |
| 12/5/1982 | Steller's Eider | 1 | Adult male struck FAA antenna at airport |
| 12/5/1982 | Steller's Eider | 2 | Adult females struck Pen Hair hanger lights |
| 12/30/1983 | Steller's Eider | 38 | Killed by radar screen at Distant Early Warning Line Site |
| 2/6/1992 | Steller's Eider | 1 | Struck NWS balloon launch building |
| 12/6/1994 | Steller's Eider | 1 | Struck N. side of MAR radar dome |
| **Other sea duck and marine goose species reported colliding with structures on land** | | | |
| 1/3/1949 | King Eider | 1 | Adult male hit building at airport |
| 3/26/1962 | King Eider | 6 | Strike at beacon tower |
| 2/28/1963 | King Eider | 1 | Adult male strike on Volcano Club building |
| 10/26/1976 | Brant | 150 | King Cove-Struck ship rigging and cannery |
| 10/26/1976 | Emperor Goose | unk. | King Cove-Struck ship rigging and cannery |
| 12/7/1981 | King Eider | 1 | Unknown collision location |
| 1/20/1983 | King Eider | 2 | Adult male & female hit FWS hanger |
| 3/8/1984 | King Eider | 1 | Adult male struck antenna at GP USAF Site |
| 4/12/1993 | King Eider | 1 | Collision with FSS building antenna |
| 1/9/1994 | King Eider | 1 | Collision with FSS building antenna |
| 3/29/1995 | King Eider | 1 | Russell Creek Hatchery |

The geographic location of this unit contributes to its importance for spring staging: located on the southwestern end of the Alaska Peninsula, Izembek Lagoon is ice-free earlier than lagoons and embayments situated on the central and northern Alaska Peninsula and more northern coastlines; the north-facing aspect of Izembek Lagoon also means it is better-sheltered from Bering Sea storms than are south-facing lagoons elsewhere along Bristol Bay and the coastline of western Alaska (King and Dau 1981*a*).

For the Izembek Lagoon critical habitat unit, the PCEs/PBFs essential to conservation of the species include 1) marine waters up to 30 ft (9 m) deep and the underlying substrate, 2) the

associated invertebrate fauna in the water column, 3) the underlying marine benthic community, and 4) eelgrass beds and associated flora and fauna. Eelgrass beds are found throughout the lagoon (Figure 22) and support a rich and diverse food supply for Steller's eiders (Metzner 1993). The Izembek Complex supports approximately 76,603 ac (31,000 ha) of eelgrass, with the majority (approximately 42,008 ac [17,000 ha]) in Izembek Lagoon (Hogrefe et al. 2014). Spatial extent of eelgrass beds in Izembek Lagoon remained relatively unchanged during 1978 to 2006 (Ward et al. 2022), while over the period 2006 to 2020 there was a net loss in spatial extent of eelgrass approximately 10 $mi^2$ (25 $km^2$) of eelgrass (Douglas et al. 2025). However, the eelgrass beds of Izembek Lagoon remain important, and this is the only location in the Bering Sea where eelgrass grows in both subtidal and intertidal locations (Phillips et al. 1983). Thus, the eelgrass-associated macroinvertebrate community on which Steller's eiders rely are available at varying depths during both high and low tides (Laubhan and Metzner 1999). While in most locations, Steller's eiders primarily forage at low tide for increased access to prey (Petersen 1981), they are able to forage at all tidal cycles in the Izembek Lagoon critical habitat unit (Laubhan and Metzner 1999).

The diet of Steller's eiders foraging in Izembek Lagoon includes diverse taxa belonging to four main invertebrate groups: *Crustacea*, *Bivalvia*, *Gastropoda*, and *Polychaeta* (Metzner 1993). There is some evidence this benthic community might be shifting through time, from a bivalve-dominated to polychaete-dominated community (Maliguine et al. 2025). In a recent study comparing benthic invertebrate samples in Izembek Lagoon in two sample years (2019 and 1998), the occurrence of bivalves and gastropods – prey items preferentially used by molting eiders – did not appear to have changed significantly. However, there was a significant reduction in total biomass of bivalves and crustaceans, and the mean size of bivalves and gastropods was also significantly smaller, in 2019 compared to 1998. These data suggest Izembek Lagoon might provide less optimal foraging conditions for Steller's eiders, particularly during molt, than in the past (Maliguine et al. 2025). As a result, eiders may experience reduced energetics, body condition, or survival; they may also, instead, redistribute to more favorable foraging locations. While Izembek Lagoon was previously found to be one of the most important molting locations for Steller's eiders (Peterson 1981), Nelson Lagoon, further northeast on the Alaska Peninsula, is currently considered to be the most important area for molting (USFWS/Williams et al. 2016), suggesting some redistribution has occurred.

Despite apparent change, the Izembek Lagoon critical habitat unit continues to host large numbers of Steller's eiders during the fall through spring months. The final rule designating critical habitat for Steller's eider (50 CFR Part 17) states areas essential to species' recovery are those used regularly by greater than 5,000 Steller's eiders and occasionally used by greater than 10,000 Steller's eiders, where use by individuals from the Alaska-breeding population has been documented. An estimated 6,000 to 24,000 Steller's eiders might currently use Izembek Lagoon during the molting period, an estimated 17,666 to 24,252 Steller's eiders might winter here, and an estimated 41,000 Steller's eiders could use the Izembek Complex during spring migration and staging. Based on best available data from satellite transmitter-tagged individuals and band recoveries, some of these birds would be Alaska-breeding Steller's eiders. Therefore, despite a reduction since the 1970s in the number of birds using Izembek Lagoon (see 4.2), and despite evidence of some ecological change in the eelgrass community in this critical habitat unit, Izembek Lagoon continues to meet the criteria laid forth.




**Figure 21**. Status of Designated Critical Habitat for Steller's Eider within the Action Area.

### 4.3.1 Ongoing Activities Affecting Steller's Eider Critical Habitat

Past and ongoing impacts that modify and reduce the quality of PCEs to provide habitat and prey include fishing, hunting, ATVs and trails, contamination, and marine vessels (e.g., skiffs, fishing vessels, and inflatable boats) within Izembek Lagoon. Under State general permits, users are allowed to use certain motorized vessels (e.g., skiffs, fishing vessels, and inflatable boats) within Izembek Lagoon. ATVs, marine motors, and fishing gear can cause mechanical destruction of eelgrass (e.g., from outboard motors cutting blades) and increased sedimentation. Sedimentation and turbidity impact marine waters and marine plants such as eelgrass through decreasing sunlight or physical influence of particulate matter (Longstaff and Dennison 1999, Gorgula and Connell 2004, Watanabe et al. 2016, Picard et al. 2022). Benthic communities, including invertebrate fauna that are important in Steller's eider diet, may experience reduced growth rates and reproductive success in more toxic waters and sediments.

Benthic communities can be sensitive to pollution, sedimentation, and turbidity. Pollution from non-point and point sources including sewage, seafood waste disposal, and coastal runoff may contribute to degradation of marine waters, the benthic substrate, and marine plants. For example, high sedimentation from coastal run-off may bury flora and fauna. In addition, there are ongoing impacts of sedimentation from military roads, motorized trails, and marine vessel use in shallow water.

Past military use has contributed to various contaminants in the area. One example is the White Alice Communication Site, near Grant Point, along the nearshore of Izembek Lagoon (Hazard ID: 2826; ADEC 2025). This site is associated with previous Air Force activity. The structure was demolished between 1987 to 1988, but diesel range organics detected at the site remained above ADEC cleanup levels until 2006. According to ADEC, multiple active contaminated sites remain along the coast of community of Cold Bay, two of which are related to past military use. These contaminants include a hydrocarbon seep and diesel range organics. Preliminary environmental site assessments of the proposed Refuge and KCC exchange lands were conducted in 2025, documenting no recognized environmental conditions (ChemTrack Alaska 2025); however, this assessment did not include on-site assessments and recommended further evaluation of the formerly used defense site areas on the Refuge lands to be transferred to KCC, specifically the need for a survey for unexploded ordnance, prior to ground disturbance.

## 4.4 Status of the Southwest DPS of Northern Sea Otters within the Action Area

The action area includes the isthmus of land situated between the Bristol Bay MU and the South Alaska Peninsula MU (Figure 23). The Bristol Bay MU to the north side of the action area includes sea otters within Izembek Lagoon. The south side of the action area, near Kinzarof Lagoon, is within the South Alaska Peninsula MU.

### 4.4.1 Management Units

#### 4.4.1.1 Bristol Bay MU

The 1990s population decline in Bristol Bay was significant, although less severe than those of the South Alaska Peninsula. Results from a survey in 2000 indicated declines of 27 to 49 percent, compared with estimates from 1986 when Bristol Bay had an estimated 6,474 to 9,215 otters (Burn and Doroff 2005). Overall populations in the Bristol Bay MU showed evidence of recovery during the period 2000 and 2016. The 2016 survey estimated total sea otter abundance at 9,733 sea otters, up from 4,728 in 2000 (Brueggeman et al. 1988, Burn and Doroff 2005). The 2016 density estimate of 2.12 otters/$mi^2$ (1 otter/ha, 0.82 otter/$km^2$) indicates a moderate population size (Beatty et al. 2021).

Sea otters usually have small home ranges and are restricted to nearshore waters, but the shallow waters of the Bering Sea continental shelf allow otters on the northern side of the Alaska Peninsula to be more mobile and pelagic in their behavior, and they range up to 30 mi (50 km) offshore (Kenyon and King 1965, Schneider 1976). Little is known about the movements of these otters, but there appears to be seasonal changes in sea otter distribution at Port Moller-Herendeen Bay and at Izembek Lagoon (USFWS 2004*a*).

#### 4.4.1.2 South Alaska Peninsula MU

The South Alaska Peninsula MU experienced drastic sea otter declines in the 1990s and currently contains relatively few sea otters (Beatty et al. 2021). Population estimates in 1986 ranged from 13,900 to 17,500 otters (Brueggeman et al. 1988, Burn and Doroff 2005), but only 1,005 otters were estimated in 2001 (Burn and Doroff 2005). The most recent surveys in 2016 estimated 546 otters with a density of 0.16 otters/$mi^2$ (0.06 otter/ha, 0.06 otter/$km^2$) which indicates a relatively low population size (Beatty et al. 2021). Differences between the 2001 and 2016 estimates may be due to different survey and analysis techniques, but the decrease after 1986 is too large to be attributed to anything other than a substantial population decline (USFWS 2020). The consistently low numbers indicate the population has not recovered from the declines of the 1990s that led to listing under the ESA.




**Figure 22**. Landsat imagery showing mapped distribution of eelgrass at Izembek Lagoon and Kinzarof Lagoon, Alaska, during 2007 to 2010. From Ward et al. (2002).




**Figure 23**. Action area situated between the Bristol Bay MU and the South Alaska Peninsula MU of the southwest DPS sea otters.

### 4.4.2 Habitat Use in the Action Area

Izembek Lagoon, Kinzarof Lagoon, and Cold Bay provide important nearshore habitat for sea otters. Nearshore habitat provides shelter from predators, protection from storms, and access to prey (USFWS 2023*a*). Izembek Lagoon supports a high proportion of mothers with young and may provide important natal habitat for sea otters (USFWS 2004*a*). Kelp is used by mother sea otters to anchor pups while the mother dives for prey. Pups on water float but may be easy targets for eagles, pup fur has been found in eagle nests near coastal areas (Rechsteiner et al. 2018). Seagrass and kelp in the lagoons provide habitat for prey species. The helmet crab (*Telmessus cheiragonus*), an important food source for otters, is abundant in Izembek Lagoon (Sowl et al. 2021). Potential sea otter habitat in Izembek Lagoon is extensive in the shallow water, soft sediment shelf that extends offshore approximately 13 mi (20.9 km) to Amak Island (Doroff and Roy 1999). During an aerial survey in August 1999, it was estimated 615 sea otters occupied Izembek Lagoon (Doroff and Roy 1999). Sea otters are also counted incidental to spring and fall waterfowl surveys in southwestern Alaska, and the maximum number of sea otters counted in Izembek at one time was 1,070 (unpubl. data, Izembek NWR).

Upper Cold Bay and Kinzarof Lagoon are high-density northern sea otter areas with concentrations highest near the entrance to Kinzarof Lagoon (USACE 2003). Nearly half the regional population (False Pass to Seal Cape) uses these areas. Sand and gravel islands and spits near the entrance to Kinzarof Lagoon provide haulouts for up to 200 northern sea otters at a time during the ice-free part of the year (USACE 2003), although otters use the area year-round. This is an important foraging habitat for northern sea otters, and one survey found that *Telmessus* crab was the most common macro-invertebrate surveyed in Kinzarof Lagoon and were more common than in Izembek. Gastropods and *Caprella* shrimp were also found but mussels were absent (Ward et al. 2022). Weather, breeding, and food availability are primary determinants of seasonal occurrence and behavior of sea otters using the Cold Bay–Kinzarof Lagoon area. Kinzarof Lagoon may also be an important haven for killer whale predation avoidance (USACE 2003).

Sea otters tolerate severe ice and weather conditions if they have access to open water to forage. Their dense fur provides insulation from cold waters. Numerous sea otters use Izembek Lagoon during the winter, and a large number of these otters haul out on the shore ice, ice floes, or the barrier islands of the lagoon (USFWS 2004*a*). During extreme cold weather events, however, rapid ice formation may prevent sea otters from accessing open water to forage, resulting in substantial mortality and behavioral changes (Schneider and Faro 1975). Periodically, sea otters have become stranded or entrapped in ice-free pools surrounded by pack ice or have attempted inland crossings over the Alaska Peninsula (USFWS 2004*a*). In the winter of 2025/2026, heavy and persistent ice covered Izembek Lagoon and connected waters, including out past the Kudiakof Islands, the barrier islands enclosing the lagoon. Sea otters were documented on inland tundra, several miles from open water, in late March 2026 during this period of persistent ice cover (A. Williams, USFWS, pers. comm. 2026*c*). Sea otters were also reported traveling inland or stranded on ice in Nelson Lagoon and farther north on the peninsula; several dead sea otters (approximately 50) were reported seen from Ilnik Lake to False Pass (including at Izembek Lagoon), indicating a widespread event (A. Williams, USFWS, pers. comm. 2026*c*, L. Polasek, ADF&G, pers. comm. 2026). Two sea otter carcasses were collected and both tested negative for

HPAI. One was also tested for HABs with negative results. Necropsy results indicated starvation (K. Beckmen, ADF&G, pers. comm. 2026).

### 4.4.3 Ongoing Activities and Threats in the Action Area

Threats to recovery of the southwest Alaska DPS of northern sea otter were summarized in the Status of the Species section. These factors include predation, disease, subsistence harvest, habitat loss, oil spills and other contaminants, and climate change. Threats in the action area typically mirror those previously described for range-wide threats to the species, and include the following: marine vessel traffic, fisheries, wastewater discharges and runoff, and noise.

#### 4.4.3.1 Marine Vessel Activity and Fisheries

The Bristol Bay MU includes several small communities whose population totals approximately 300 people (State of Alaska 2026). Commercial fishing is the primary economic activity in the region. Within the MU, there are fish processing facilities in Egegik and Port Moller.

The human population of the South Alaska Peninsula MU is concentrated in the communities of King Cove and Sand Point, with approximately 757 residents and 578 residents, respectively (USCB 2020c).2020c Sand Point is home to the largest fishing fleet in the Aleutian chain (City of Sand Point 2014), while other communities within the region also have strong ties to commercial fishing. There are several fish processing facilities within the MU, in the communities of False Pass, King Cove, Sand Point, and Chignik.

Fisheries bycatch was identified as a threat to northern sea otters in the recovery plan (USFWS 2013). Most documented fisheries interactions with northern sea otters are self-reported, so it is unknown how many otters are injured or killed by fishing operations each year. These self-reported fisheries interactions average less than one otter per year, and between 2017 and 2021, there were no reported mortality or serious injury events in Alaska commercial fisheries for the southwest Alaska stock of northern sea otters (USFWS 2023*a*). Based on reports of interactions, otters are more likely to be impacted by the set gillnet fisheries in the region than by other fisheries such as purse seine and trawl fisheries. However, set gillnet fishing does not tend to occur in the rocky nearshore areas preferred by sea otters, which might reduce the likelihood of sea otters interacting with fishing gear (Funk 2003). Within Izembek Lagoon, permitted fishing includes commercial salmon seining.

The South Unimak fishery, which includes Cold Bay, was monitored for bycatch in 1991. In this area there were 373 observed driftnet sets, of which 8 sets (or 2.1 percent of observed sets) resulted in a sea otter net encounter (net encounter = mammal observed within 32.8 ft [10 m] of active driftnet, includes entanglements). None of those encounters resulted in sea otter entanglement or injury (NMFS 1991). However, the driftnet bycatch information for Prince William Sound does show sea otter entanglement that year; of 3,166 observed sets, there were 92 sea otter net encounters (2.9 percent of observed sets), and 8 of those resulted in entanglement but no mortality (NMFS 1991).

Boats operating in sea otter habitat run the risk of disturbing sea otters, displacing sea otters, or striking otters with the boat propeller or hull causing injury or death. The likelihood of vessel strikes is primarily related to vessel speed (Vanderlaan and Taggart 2007), and most documented vessel strikes of sea otters involve small, fast-moving vessels (USFWS 2020). We do not have a way to directly measure current fishing activity or other vessel uses in this location. We derive an estimate of current vessel activity from a study conducted at Izembek Lagoon in the 1980s (Ward et al. 1994). In the 1980s, vessel activity that led to brant disturbance occurred at a rate of 0.02 to 0.05 events per hour (Ward et al. 1994; Appendix B). We assume brant responded to some but not all vessels in Izembek Lagoon, and the reaction rate reported in that study therefore gives a minimum measure of vessel activity in the lagoon during the study period. Although sea otters are not expected to show the same responses or response rate to vessels as waterfowl, information provided by the Ward et al. (1994) study serves as the best available proxy to measure baseline vessel activity in Izembek Lagoon overall. We consider a 9-fold increase from historical levels to be a reasonable proxy for current vessel activity in Izembek Lagoon, see section 4.2.4.3, Appendix B). We therefore estimate current vessel activity occurs in Izembek Lagoon at a minimum rate of 0.18 to 0.45 events per hour. This rate measures the activity of small vessels used during waterfowl hunting, in areas overlapping sea otter distribution in Izembek Lagoon. There is currently no published, peer-reviewed estimate of annual northern sea otter deaths attributed to vessel strike. The Service does maintain a stranding program to track stranding information and cause of death, but due to the limited spatial extent of the stranding program outside of Kachemak Bay in the southcentral population, the total injury/mortality related to vessel strikes is unknown for the southwest DPS. However, we can use existing reports and published data to extrapolate an estimated rate of vessel strike mortality for northern sea otters across Alaska.

Data from southern sea otter mortality reports from 1998 to 2013 (Kreuder et al. 2003, USGS and California Department of Fish and Game, unpublished data cited in 77 FR 59211–59220, September 26, 2012) indicate a rate of vessel strike mortality in California of 2.6 sea otters per year, or about 0.1 percent of the population size (84 FR 10224-10251 March 19, 2019). Applying 0.1 percent to the entire Alaska population of northern sea otters (51,935 individuals) results in an estimate of 52 sea otters per year killed by vessel strike (51,935 individuals x 0.001 = 51.9). This is a reasonable estimate of vessel strikes that occur across the state given the amount of vessel traffic occurring across the range of northern sea otters. If we assume, based on previous observations, there would be 1,000 northern sea otters in Izembek at most, we can then use 0.1 percent to estimate the current rate of vessel strike mortality in Izembek Lagoon. This results in an estimate of 1 sea otter per year that is expected to die by vessel strike in Izembek Lagoon. If we assume there would be 250 sea otters in Kinzarof Lagoon at most, then we estimate the mortality rate by vessel strike would be 0.25 sea otters per year or 1 sea otter every 4 years (1 year ÷ 0.25 sea otters per year = 4 years). It is important to note that this calculation is not based on peer reviewed estimates, does not account for vessel traffic specifics and that mortality reports likely do not represent an unbiased sample with respect to cause of death because carcass deposition and retrieval are dependent on carcass size, location, wind, currents, predation, and other factors. These estimates represent a current baseline for vessel strike, and do not account for increases in vessel traffic due to the road.

#### 4.4.3.2 Harvest

Coastal-dwelling Alaska Natives are legally allowed to harvest sea otters for subsistence use or for creating and selling authentic handicrafts or clothing. Reported harvest of northern sea otters is generally minimal with the exception of Kodiak Island, where most reported sea otter harvest occurs. The number of sea otters taken during subsistence harvest is considered to be sustainable and have little population impacts (USFWS 2020). However, impacts to specific MUs, particularly those with smaller populations sizes like the South Alaska Peninsula MU, have not generally been considered.

From 2014 to 2025, a total of 56 sea otters were reported harvested from the Izembek Complex and surrounding areas (i.e., King Cove, Cold Bay, Kinzarof Lagoon, and Izembek Lagoon) (C. Solano, USFWS, pers. comm. 2026; from MTRP data). During this time, annual harvest ranged from zero to fourteen sea otters; with zero to nine harvested in Cold Bay, Kinzarof Lagoon, and Izembek Lagoon (average of 2.2 sea otters per year), and zero to seven harvested near King Cove (average of 2.5 sea otters per year). Most were harvested from the South Alaska Peninsula MU. Reports indicate only three sea otters have been harvested from Izembek Lagoon, in 2000, 2013, and 2015 (C. Solano, USFWS, pers. comm. 2025).

#### 4.4.3.3 Environmental Contaminants

The embayment of Cold Bay is a category 4b impaired waterbody (ADEC 2020*a*), impaired by petroleum hydrocarbons, oils, and grease (ADEC 2020*b*). The primary contamination sources are historical leaks and spills associated with aboveground tanks, piping, and buried drums and unidentified source leaks (ADEC 2020*b*). Sea otters are vulnerable to hydrocarbon contamination because oiling of fur can impair their ability to thermoregulate, and they also experience health consequences due to oil toxicity through direct exposure and through trophic transfer (Siniff et al. 1982, Bodkin et al. 2002, Dean et al. 2002, Peterson et al. 2003). Exposure to hydrocarbon contamination can ultimately lead to mortality in sea otters.

Additional sources of pollution in the area include a permitted residential sewage lagoon outfall, which discharges treated effluent into Cold Bay (ADEC 2025). Sewage outfall is a source of reverse zoonotic pathogen exposure for sea otters. In California, correlative mapping of southern sea otters with *Toxoplasma* infections shows clustering of positive cases in areas of sewage outfall into marine environments (Jessup et al. 2000). Southern sea otters swimming near wastewater effluent in Central California also had a higher probability of *Cryptosporidium* and *Giardia* infections (Adell et al. 2016).

### 4.5 Status of Designated Critical Habitat for the Southwest DPS of Northern Sea Otters within the Action Area

The action area overlaps with two MUs of designated northern sea otter critical habitat - Bristol Bay MU and South Alaska Peninsula MU. The Bristol Bay MU is further divided into subunits and only the Izembek Lagoon Subunit is located in the action area (Figure 24).

The majority of the Bristol Bay MU coast is exposed except for the large bays (Ugashik, Port Heiden, Herendeen, and Bechevin bays) and Izembek Lagoon. Canopy-covering kelps and dark brown bladed kelp are few and scattered along the coastline. The Izembek Lagoon Subunit consists of an estimated 130 $mi^2$ (337 $km^2$) of the nearshore marine environment within the Izembek Lagoon and Moffett Lagoon systems. Sea otters are known to frequent the lagoon system and regularly haul out on the islands and sandbars that form the northern boundary of these systems, such as Glen, Operl, and Neumann Islands (74 FR 51988). Large numbers of otters have also been observed hauling out along the edges of the sea ice within the lagoon in winter. The Izembek Lagoon subunit contains most of the identified PCEs (1, 2, and 4). While Izembek Lagoon does not contain kelp forests (PCE 3), it does contain small bands of patchy and continuous soft brown kelp (*Laminaria*) species, primarily in Norma Bay and Applegate Cove (NOAA 2025). Prey species (PCE 4) such as gastropods, clams and mussels (bivalves), and crabs (crustaceans) are known to occur in Izembek Lagoon (Tippery 2013, Ward et al. 2022).

In a recent study comparing benthic invertebrate samples in Izembek Lagoon in two sample years (1998 and 2019), the occurrence of bivalves and gastropods – prey items used by sea otters – did not appear to have changed significantly. However, there was a significant reduction in total biomass of bivalves and crustaceans, and the mean size of bivalves and gastropods was also significantly smaller, in 2019 compared to 1998 (Maliguine et al. 2025). These data indicate changes to groups of benthic invertebrates that sea otters prey upon. Sea otters may need to shift their foraging behaviors to accommodate ongoing changes in prey resources.




**Figure 24**. Sea otter critical habitat (in red) within and in proximity to the action area.

The South Alaska Peninsula MU consists of an estimated 1,909 $mi^2$ (4,946 $km^2$), collectively, of the nearshore marine waters ranging from the mean high tide line to the 65.6-ft (20-m) depth contour as well as waters occurring within 328.1 ft (100 m) of the mean high tide line. Canopy-covering brown kelps are widespread throughout the South Alaska Peninsula MU except for the southern side of Unimak Island. Dark brown bladed kelp is distributed throughout the MU except for the southern side of Unimak Island as well. The South Alaska Peninsula MU contains all the identified PCEs. Within Kinzarof Lagoon, small bands of patchy and continuous soft brown kelp (*Laminaria*) are present. The nearshore habitat of Cold Bay is lined with patchy and continuous bands of soft brown kelp (*Laminaria*) species and dragon kelp (*Eularia fistulosa*) (NOAA 2025). Continuous, and patchy eelgrass (*Zostera marina*) habitat also occurs around much of Cold Bay (NOAA 2025). Prey species (PCE 4) such as crab and gastropods are known to occur in Kinzarof Lagoon.

Kelp communities are sensitive to pollution, sedimentation, and turbidity. Pollution from non-point and point sources including sewage, seafood waste disposal, and coastal runoff may contribute to kelp forest degradation. For example, high sedimentation from coastal run-off may bury new plant shoots. Sedimentation and turbidity also impact kelp through decreasing sunlight or physical influence of particulate matter (Longstaff and Dennison 1999, Gorgula and Connell 2004, Watanabe et al. 2016, Picard et al. 2022). Kelp may then experience reduced growth rates and reproductive success in more toxic waters and sediments. Studies on microscopic stages of kelp suggest that kelp is sensitive to sewage, industrial waste discharges, and other causes of poor water and sediment quality (Coelho et al. 2000, Contreras-Porcia et al. 2023). Other threats to kelp include climate change and overgrazing by fish or sea urchins.

Past and ongoing impacts that modify and reduce the quality of PCEs to provide habitat, prey, and shelter from predators include fishing, hunting, ATVs and trails, contamination, and marine vessels (e.g., skiffs, fishing vessels, and inflatable boats) within Izembek Lagoon and Kinzarof Lagoon. Under State general permits, users are allowed to use certain motorized vessels (e.g., skiffs, fishing vessels, and inflatable boats) within Izembek Lagoon. Use of ATVs, marine motors, and fishing gear causes increased sedimentation and turbidity into the surrounding wetlands, leading to reduced quantity or quality of nearby kelp communities. In addition, there are similar ongoing impacts of sedimentation to kelp from military roads, motorized trails, marine vessel use in shallow water and mud flats, and dock construction.

Past military use has contributed to various contaminants in the area. One example is the White Alice Communication Site, near Grant Point, along the nearshore of Izembek Lagoon (Hazard ID: 2826; ADEC 2025). This site is associated with previous Air Force Activity. The structure was demolished between 1987 to 1988, but diesel range organics detected at the site remained above ADEC cleanup levels until 2006. According to ADEC, multiple active contaminated sites remain along the coast of community of Cold Bay, two of which are related to past military use. These contaminants include a hydrocarbon seep and diesel range organics.

### 4.6 Past and Present Consultations

Past and present actions, their effects on listed species and designated critical habitat, and the levels of anticipated take have also been considered in the environmental baseline. Table 10

summarizes the past and present Federal projects in the Action Area that have already undergone section 7 consultation. We include consultations that overlap with the action area or have ongoing effects to individuals from both listed species that may overlap with the action area; the estimated take of Steller's eiders and northern sea otters is presented. There are no past or current consultations that anticipated adverse effects to designated critical habitat for either species in the Action Area. Some projects had discreet take estimates for the entirety of the proposed action relevant to the consultation, while others had estimates of annually occurring take. For Steller's eiders, we considered any consultation affecting the listed Alaska-breeding population as potentially overlapping with and therefore affecting individuals that occur in the action area analyzed in this consultation; inclusion of these activities that may occur outside the geographic scope (and therefore outside the environmental baseline) of the action area for this consultation provide context for the environmental conditions currently experienced by individuals occurring in this action area. For northern sea otters, only two consultations overlap with the management units relevant to the action area analyzed in this consultation. Two consultations including northern sea otter take estimates, demarked with an asterisk (*), are not relevant to the two management units overlapping the action area. These consultations were included in Table 10 due to their relevancy to Steller's eiders.

Based on past and current consultations, annual ongoing take of Alaska-breeding Steller's eiders is up to 12 nests (11.16 per year rounded up) and up to 10 individuals (9.84 per year rounded up). For northern sea otters, up to 1,100 sea otters may be captured and treated in rehabilitation centers per year; of these, up to 200 individuals may suffer injury or death during treatment, almost exclusively from their pre-existing medical condition that required veterinary treatment; this anticipated take includes a large geographic range that is inclusive of the action area under current consideration, but may also include areas outside of this action area. These totals for sea otters include individuals from all five management units, and only a portion of this total would apply to the management units overlapping the action area.



Case 3:26-cv-00272-ACP Document 40-5 Filed 08/21/26 Page 119 of 250

**Table 10.** Past and present actions and the levels of anticipated take. Two consultations demarked with an asterisk (*) present take estimates for northern sea otters that are part of a management unit that is not relevant to this current consultation.

| Date of Consultation | Name of Project | Project Years | Estimated take of Northern Sea Otters | Estimated take of Steller's Eiders |
|---|---|---|---|---|
| 11/21/2003 | Barrow Landfill | Until 2058 | N/A | 1 nest annually |
| 10/3/2007 | MMS and BP Alaska - Liberty Development Project | 100 years | N/A | 1 nest |
| 5/8/2012 | BOEM Beaufort and Chukchi Sea Planning Area Oil and Gas Lease and Activities | 35 years | N/A | 1 individual |
| 5/25/2012 | FHWA Barrow Roads Improvement Project | 50 years | N/A | 22 nests |
| 3/30/2015 | Oil and Gas Activities Associated with Chukchi Sea Lease Sale 193 | 20 years | N/A | 1 individual |
| 4/30/2015 | East Barrow Shareholder Lot Roads | 50 years | N/A | 2 nests total and 1 individual annually |
| 5/22/2019 | BOEM - Cook Inlet Oil and Gas Lease Sale 244* | 5 years | 20 individuals disturbed annually*<br>9 individuals killed or injured total* | 8 individuals |
| 3/13/2020 | Coastal Plain Oil and Gas Leasing Program for Arctic National Wildlife Refuge | 135 years | N/A | 1 individual |
| 3/24/2021 | EPA and NMFS permits for Alaska Groundfish Fisheries | 2021-2025 | N/A | 3 individuals |

| Date of Consultation | Name of Project | Project Years | Estimated take of Northern Sea Otters | Estimated take of Steller's Eiders |
|---|---|---|---|---|
| 5/7/2021 | Construction and Operation of a Harbor at Little South America, Unalaska, Alaska | 50 years | N/A | 6 individuals |
| 2/21/2023 | U.S. Air Force (USAF) Remote Installation Remedial Activity | 2023-2035 | N/A | 1 nest |
| 4/26/2023 | NOAA Office of Coast Survey Hydrographic Surveys | 2 years | N/A | 3 individuals |
| 8/25/2023 | BOEM - Cook Inlet Oil and Gas Lease Sale 258* | 5 years | 60 individuals disturbed annually*<br>6 individuals injured or killed total* | 3 individuals |
| 10/30/2023 | International Wildlife Research Permit for Sea Otter Recovery Actions | 5 years | 1,000 individuals captured and treated<br>200 individuals injured or killed | N/A |
| 4/17/2024 | Regional Recovery Permit for USFWS Activities | 5 years | N/A | 2 individuals |
| 5/1/2024 | National Science Foundation (NSF) Andresen research | 2024-2027 | N/A | 4 nests |
| 5/1/2024 | USFWS Shorebird Breeding Ecology Studies near Utqiaġvik | 2024-2026 | N/A | 7 nests |
| 5/23/2025 | NMFS Alaska Fisheries Science Center Research Activities | 5 years | N/A | 3 individuals |

| Date of Consultation | Name of Project | Project Years | Estimated take of Northern Sea Otters | Estimated take of Steller's Eiders |
|---|---|---|---|---|
| 3/13/2025 | USFWS Managing Migratory Bird Subsistence Hunting in Alaska: Regulations for the 2025 Spring/Summer Harvest | 2025 | N/A | 3 individuals |
| 5/2/2025 | Alaska SeaLife Center Recovery Permit | 5 years | 100 individuals captured and treated | N/A |
| 6/23/2025 | Office of Marine and Aviation Operations (OMAO) Vessels Operations in U.S. Waters | 2023-2038 | N/A | 2 individuals |
| 7/31/2025 | BLM National Petroleum Reserve-Alaska (NPR-A) Integrated Activity Plan (IAP) | 70 years | N/A | 1 to 6 nests annually |
| 8/31/25 | 2025 BLM Arctic Refuge Coastal Plain Oil and Gas Leasing Program | 2025-2110 | N/A | ITS not included in Programmatic Biological Opinion |
| 10/14/25 | Izembek National Wildlife Refuge Land Exchange for Proposed Road Corridor | 2025-2125 | ITS not included, administrative land exchange action | ITS not included, administrative land exchange action |
| 4/1/2026 | USFWS Managing Migratory Bird Subsistence Hunting in Alaska: Regulations for the 2026 Spring/Summer Harvest | 2026 | N/A | 7 individuals |
| In progress | Cold Bay Ferry Reconstruction | 2028-2029 | TBD | TBD |

# 5 EFFECTS OF THE ACTION

In accordance with 50 CFR 402.02, effects of the action refers to the direct and indirect effects of an action on the species or critical habitat, together with the effects of other activities that are interrelated or interdependent with that action, that will be added to the environmental baseline. The environmental baseline includes the past and present impacts of all Federal, State, or private actions and other human activities in the action area, the anticipated impacts of all proposed Federal projects in the action area that have already undergone formal or early section 7 consultation, and the impact of State or private actions which are contemporaneous with the consultation in process. Indirect effects are those that are caused by the proposed action and are later in time but still are reasonably certain to occur. Interrelated actions are those that are part of a larger action and depend on the larger action for their justification. Interdependent actions are those that have no independent utility apart from the action under consideration.

We analyzed the proposed action's effects using the four categories outlined in the above definition of effects of the action (direct and indirect effects; interrelated and interdependent actions). For indirect effects, we considered those effects that are reasonably certain to occur and our use of that language indicates a consequence was considered an indirect effect of the proposed action.

## 5.1 Beneficial Effects

We do not anticipate any beneficial effects of the proposed road to Alaska-breeding Steller's eiders or the southwest DPS of northern sea otters.

## 5.2 Steller's Eider

Effects of the action include increased disturbance, harvest, collision risk, and habitat loss and contamination. A consequence of major concern to Steller's eiders is the increased access to and human use of Izembek Lagoon that is likely to result from the construction of the proposed road. We expect adverse effects to Steller's eiders, which congregate in large numbers in the lagoon, and their habitats. Steller's eiders are more limited in their use of Kinzarof Lagoon and Cold Bay; and although habitats within these sites become increasingly important for eiders during winter icing conditions in the shallower Izembek Lagoon, both waterbodies are already accessible for human use from both Cold Bay and King Cove.

While tens of thousands of Steller's eiders use Izembek Lagoon at various times of year, only a small proportion (approximately 1 percent) of all individuals molting, wintering, or staging during spring migration at Izembek Lagoon are Alaska-breeding Steller's eiders. The current population estimate for the listed entity is 406 individuals (see section 4.2 for detailed discussion and estimates). Using averages from the most recent study years (Table 5), we estimate between 4,840 and 5,866 Steller's eiders use the Izembek Complex for fall molting, of which we further estimate an average of 48 to 59 belong to the Alaska-breeding population of Steller's eiders (or 12 to 15 percent of the listed entity). Note, we use "Izembek Complex" because surveys often combine results to include survey data from Izembek, Moffet, and Kinzarof Lagoons, as

discussed in 4.2 Status of Steller's Eider within the Action Area. However, the vast majority of birds are observed within Izembek Lagoon. Following molt, February surveys from 2019 to 2024 estimated 21,228 Steller's eiders winter in Izembek Complex, or approximately 211 Alaska-breeding Steller's eiders (52 percent of the listed entity). The most recent reliable spring estimate in April indicates 37,743 Steller's eiders stage in Izembek Complex, or 377 (93 percent) of the Alaska-breeding population, a reasonable upper estimate. Or, given that half of the Steller's eiders in the spring count were using Izembek Complex, we can assume Alaska-breeding Steller's eiders use the lagoon at the same rate. Our lower estimate is that 203 eiders (or 50 percent) of Alaska-breeding Steller's eiders stage in Izembek Complex in the spring. Use of the Izembek Complex for wintering and spring staging can vary considerably between years depending on ice and weather conditions. A few individuals that skip breeding may over-summer in the area.

For the purpose of evaluating consequences of the action to the listed population, the Service recognizes that any individual Steller's eider could belong to the Alaska breeding population, although the probability is roughly 1 percent with respect to each individual. In the analysis below, the contemplated effects broadly apply to all Steller's eiders in the action area, with an estimated 1 percent of those being from the listed Alaska-breeding population. When we refer to Steller's eiders, we are inclusive of all Pacific wintering individuals, combining both the Russian-Pacific population and the Alaska-breeding population. We do not expect any difference in the relative likelihood of effects occurring to individuals between the two breeding populations; therefore, all effects apply equally to all Steller's eiders regardless from which breeding population they come, relative to their proportion of the total Pacific-wintering population. We specify in our analysis what the expected effects are to the Alaska-breeding Steller's eider only when enumerating a specific number of individuals.

#### 5.2.1 Disturbance

A review of thousands of publications found the following patterns in how waterfowl respond to disturbance (Korschgen and Dahlgren 1992): most disturbance events are caused by human activities on the water (primarily, boating, angling, hunting) or by aircraft; waterfowl responding to these activities may be disturbed by loud noises, rapid movements, and visible features; there is a social effect in response, with large flocks reacting to disturbance more than small flocks; diving ducks and geese are especially vulnerable to disturbance; and repeated disturbances can exclude waterfowl from foraging in preferred habitats and lead to shifts in local site use or permanent emigration out of the area. Flocks of Steller's eiders are easily disturbed during flighted and non-flighted periods (McKinney 1965; D. Safine, USFWS, pers. comm. 2021). The amount of disturbance to Steller's eiders resulting from increased access to the Izembek Isthmus and increased human presence in and near preferred Steller's eider habitats within Izembek Lagoon and other areas of the Izembek Complex would depend on the number of humans using the area; the specific activities occurring and their duration, frequency, and intensity; accessibility of eiders and their habitats during these activities; time of year; and other factors that are difficult to predict and assess.

In multiple studies in Izembek Lagoon, human-induced disturbance to waterfowl has been documented from hunting and boating (Ward et al. 1994, Stillman et al. 2021), with disturbance

events corresponding with the legal waterfowl hunting periods (fall and spring; Stillman et al. 2021). Additionally, most subsistence hunting and fishing activities would overlap the period when Steller's eiders are present. Disturbance events documented as causing responses in waterfowl at Izembek Lagoon occurred more frequently in areas closer to road-based access points than in portions of the lagoon farther from roadways (Stillman et al. 2021). Pacific brant, a small marine goose that overwinters in Izembek Lagoon, are the best available proxy for how Steller's eiders might respond to disturbance in the area. Like Steller's eiders, brant migrate to, stage, and molt in lagoon systems and other protected coastal waters where barrier islands provide predator refugia and where eelgrass, sedges, and algae are plentiful (Cornell Lab of Ornithology 2025). Both species often use similar habitats (primarily eelgrass beds) and portions of the Izembek complex. Steller's eiders typically form dense, single species flocks, but periodically form mixed-species flocks, including mixing into or near brant flocks (USFWS/Williams et al. 2016, A. Williams, USFWS, pers. comm. 2026*a*).

An observational study aimed at documenting the responses of Pacific brant at Izembek Lagoon to natural and human-caused disturbance (Ward et al. 1994) can be used as a proxy for how Steller's eiders, which share similar habitat use and distribution to brant in this location, might respond. Flocks responded to 67 percent of the observed disturbance events ($n = 1{,}576$; all sources combined). Brant flocks became alert in response to 54 percent of human-associated events and took flight in response to 31 percent; hunting, boating, and helicopters caused the greatest proportion of flocks to depart the study area. Disturbances caused a response by most individuals (greater than or equal to 60 percent) in a flock; and individuals spent 2.2 percent of their time responding to disturbance and 1 percent of their time fleeing the disturbance (Ward et al. 1994). The social behavior of flocks means most individuals within the flock will respond to a perceived threat in accordance with only a few, more startle-prone individuals; and larger flocks tend to exhibit a greater response (Korschgen and Dahlgren 1992, Ward et al. 1994, Knapton et al. 2000, Merkel et al. 2009).

Activities that cause eiders to become vigilant or move away from preferred sites (or "patches" of habitat) in Izembek Lagoon by swimming, diving, or flying would increase energy expenditure and disrupt foraging or resting during the molting, wintering, and spring staging periods. Non-breeding waterfowl generally minimize their time in flight and maximize their time feeding (Korschgen and Dahlgren 1992), and disturbance events that change the balance of their activity budget would have time and energy costs (Stillman et al. 2021). Steller's eiders exist at the edge of their energetic range (Goudie and Ankney 1986). At all times of year, Steller's eiders have low flexibility in their daily time budget and their energy reserves to accommodate foraging disruptions, especially during energy-demanding periods (Laubhan and Metzner 1999, Ouellet et al. 2013). In non-breeding Steller's eiders, foraging comprises approximately one-third to one-half of daily activities (Laubhan and Metzner 1999); rest, including low-activity periods used to digest hard-shelled prey, comprises an important component of daily activities and during molt, should comprise most of the remaining daily time budget (Hohman et al. 1992, Ouellet et al. 2013). Molt is particularly energetically costly, and we predict disturbance would have higher fitness consequences during this period. Fleeing in response to disturbance would also be physically challenging for flightless Steller's eiders; they could not respond by flying and also have impaired diving ability during molt (Howell et al. 2003, Savard and Petersen 2015).

Swimming and diving would also have high energy costs. Diving is thought to be too energetically costly for Steller's eiders to perform regularly during molt (Petersen 1981).

The importance of access to prey and the consequences of increased energy expense during molt (Savard and Petersen 2015, Maliguine et al. 2025) demonstrate that disruptions to resting and foraging could have consequences to individual physiological condition and, if disruptions are frequent or severe enough, would impact survival of Steller's eiders. Further, Steller's eiders molting in the Izembek Complex might be challenged to meet their energetic requirements (Hollmén et al. 2022, Maliguine et al. 2025) even without human-caused disturbance leading to foraging interruptions/reduced rest and increased energy expenditure. Disturbance to Steller's eiders at Izembek Lagoon in the spring could disrupt important courtship and pair-bonding behaviors that occur in the wintering areas. Effects to individual physiological condition or disruption of courtship and pair-bonding, which occurs during the winter, would also have carryover effects in subsequent seasons. Here, we analyze the expected frequency and magnitude of disturbance events and assess the likelihood of these causing significant biological effects to Alaska-breeding Steller's eiders.

Pacific brant is also a good proxy species for the Steller's eider in terms of their time and energy budgets during staging and migration. They are both relatively small species in their respective taxonomic groups, Steller's eiders being a small sea duck and brant a small goose. Both birds are arctic species breeding in lowland tundra wetlands, far from their molting areas in Izembek Lagoon (USFWS 2019, Maliguine 2024, USFWS/Wilson et al. 2025) and rely on energy reserves to survive the molt through wintering period, subsequently migrate in spring, and successfully reproduce the following year. Models that incorporate empirical observations of disturbance events in Izembek Lagoon predict nearly all brant within Izembek Lagoon should survive the fall through spring periods at a level of disturbance estimated as less than one event per hour. This rate of disturbance is a combination of natural plus human-induced events, primarily bald eagle presence plus hunting and boating activities (Stillman et al. 2021). The models predict brant would increase their feeding time as the combined rate of human and natural disturbance events increases, and an increase in all disturbance events (both natural and human caused) of 1.3 times or more would likely reduce survival. The model further suggested increases in human disturbance alone of up to five times current rates would not affect survival or emigration, suggesting natural disturbance is a more significant driver of the response.

However, this study relied on disturbance inputs only at certain locations where disturbance was recorded by Ward et al. 1994 and it did not encompass potential for an expanded distribution of disturbance events within the Izembek Complex. The model also did not account for any changes in hunting or boating practices in the area. This model-based analysis could not account for finer-scale variations in predation risk or prey abundance and quality within Izembek Lagoon, the energy and time costs to brant of traveling between habitat patches following disturbance events, and the unidentified factors that underpin traditional uses of the Izembek Complex by waterfowl. Like Steller's eiders, Pacific brant in the Izembek Complex are at the edge of their metabolic limits, spending all or nearly all their time feeding, and cannot increase foraging effort to compensate for disruptions and/or the increased energy expenditure of fleeing (Stillman et al. 2021).

Human-caused disturbance can reduce the effective carrying capacity of important non-breeding habitats used by high concentrations of waterfowl (Knapton et al. 2000). Except during the flightless molt period, Steller's eiders would be able to emigrate out of high disturbance areas within the Izembek Complex or to areas outside the complex in the face of increased and chronic disturbance. However, there are few alternative ice-free eelgrass sites in proximity; birds would have to move 62 mi (100 km) south in the Gulf of Alaska to access patchier eelgrass or greater than 311 mi (500 km) away to find sizeable eelgrass beds (Stillman et al. 2021). Therefore, even faced with a substantial increase in the magnitude of disturbance events and/or repeated and prolonged disturbance, we expect most birds would remain in the Izembek Complex within a given season. Some number of Steller's eiders might find refugia within Izembek Lagoon because the relatively low gradient of this waterbody results in shallow water farther offshore (USFWS/Lance et al. 2007). However, similar to the high degree of site fidelity Steller's eiders show to their molting lagoon between years, within their molting lagoon Steller's eiders may show preferential use of specific habitat patches, returning to these locations repeatedly following disturbance events (Flint et al. 2000). Preference for specific patches may be partially due to the benefits of familiarity with available resources and shelter (Hohman et al. 1992) or could reflect quality. We therefore expect a high degree of fidelity to Izembek Lagoon and to specific areas within this lagoon, which would expose Steller's eiders to cumulative disturbance effects during repeated or prolonged events near their preferred habitat patches.

#### 5.2.1.1 Construction and Road Use

Noise levels would increase during construction of the proposed road, and disturbance to Steller's eiders would occur if in-air noise occurs near birds. Barge landings and equipment and materials staging would occur in or near Steller's eider habitats within the nearshore environment of Cold Bay. Site work planned during the summer months, would have little temporal overlap with Steller's eiders, which mostly use Cold Bay habitats during winter months. However, site work that extends into the fall months and beyond would overlap the time of year large, dense aggregations of Steller's eiders are present in the Izembek Complex, undertaking wing feather molt. Most individuals use Izembek Lagoon during this time, but some number of individuals also molt in Kinzarof Lagoon (see section 4.2.1) and use Cold Bay habitats, with use documented beginning in October (Laubhan and Metzner 1999).

At the closest point, the road would be located 0.5 to 1 mi (0.8 to 1.6 km) from Kinzarof Lagoon, 0.7 mi (1.1 km) from Izembek Lagoon, and 1.7 mi (2.7 km) from Moffet Lagoon. Given these distances, basic sound analyses predict noise from most construction equipment and construction activities would attenuate to just above background levels, at most, before reaching areas used by Steller's eiders (USACE 2003, ADOT&PF 2020, 2026*b*). Current ambient noise levels in the action area are approximately 50 dBA (USACE 2003, ADOT&PF 2026*b*). Analysis conducted using the Federal Highway Administration Roadway Noise Construction Model estimated noise from construction equipment to be an equivalent sound level of 72.2 dBA at 200 ft (61 m) from the construction activity and 58.2 dBA at 1,000 ft (300 m; ADOT&PF 2020). Using measured noise levels of various construction equipment, we estimate most noise levels would fall to ambient levels approximately 1 mi (1.6 km) away from the source (Table 11; USACE 2003).

Construction noise is expected to be detectable within parts of the nearshore environments of Izembek Lagoon, Kinzarof Lagoon, and Cold Bay (Figure 25). Impact pile driving, which would take place during installation of a bridge over Southeast Kinzarof Stream, is estimated at 95 to 101 dBA at 50 ft (15 m; Table 11, (ADOT&PF 2026*b*) and is estimated to fall to ambient levels past 1 mi (1.6 km) away from the source (Figure 26). The proposed bridge would be installed approximately 1.3 mi (2 km) northeast of Kinzarof Lagoon and over 5 mi (8 km) from Izembek Lagoon. However, dBAs are weighted for human hearing and may not be applicable to how Steller's eiders experience sound. We lack information needed to predict the exact noise levels that would reach either lagoon and exactly how it would be perceived by eiders. Sound attenuation can be affected by weather, topography, vegetation, etc. However, we assume impact pile driving would be perceived similarly to the sound of a gunshot by birds within hearing range.

If noise from pile driving is still detectable to Steller's eiders in the nearshore of Kinzarof Lagoon, we anticipate some individuals would experience disturbance effects. We expect disturbed Steller's eiders would react with temporary behavioral responses (ranging from vigilance to escape responses that include swimming, diving, or flying away from the area) and/or temporary displacement of individuals or groups. Individuals or groups may repeatedly flush from the area with prolonged or repeated disturbance (i.e., chronic disturbance) and/or may not return until pile driving ceases. Effects of other construction noise would likely cause similar behavioral responses.

Noise associated with ongoing road maintenance and use by vehicles transiting between the communities of King Cove and Cold Bay would be year-round and would occur for the life of the road (i.e., greater than 50 years). Noise disturbance from road maintenance would have similar sources and effects as construction-related noise. Noise levels produced by road use would depend on weather conditions, types and speeds of vehicles, and other factors. Given the low levels of projected daily traffic (average daily traffic is projected to be less than 50 vehicles per day), noise would be of short duration and intermittent. We expect most vehicle noise to fall to ambient levels before reaching Izembek Lagoon (Figure 27). Vehicle traffic would likely be detectable above background levels in small portions of the near-shore environment of Kinzarof Lagoon and Cold Bay (Figure 27).

No pile driving will occur from January 1 through March 30, overlapping periods when eider presence in the action area is the greatest. This will minimize the number of eiders potentially impacted by pile driving because fewer eiders occur in the action area during the fall and summer when pile driving may occur (Table 5). Pile driving that occurs May 1 to October 30 would further minimize impacts to eiders, which are typically still present in large numbers in April; however, pile driving activity is not limited to this time period and could occur April 1 through December 31 (see Conservation Measure 8). Although eiders are present in smaller numbers during fall molt, eiders disturbed during this period would experience higher fitness consequences since molting is energetically costly.




**Figure 25**. Predicted noise levels from road construction. Noise levels are expected to exceed ambient within a mile from the road (blue buffers) but are expected to fall to ambient levels past a mile. USFWS-made figure based on information referenced in ADOT&PF 2026b.




**Figure 26**. General predicted noise levels (in A-weighted decibels[dBA]) from pile driving. Noise levels are expected to reach ambient past 1 mile (1.6 kilometers) away from the source. USFWS-made figure based on information referenced in ADOT&PF 2026b

Unexploded ordinances could be encountered and necessitate controlled designation for health and human safety. We expect detonating ordnances to have similar noise effects as gunshots; however, given lack of certainty in encountering one, we do not consider this activity qualifies as an indirect effect of the action.

In summary, we expect noise disturbance due to pile driving, construction, and road use would affect most Steller's eiders within hearing range. Construction during the summer months would disrupt, at most, a few over-summering individuals; if fall migrating/pre-molting birds arrive in the Izembek Complex during active construction, increasingly large numbers would be exposed to limited, temporary, and periodic disturbance that would result in adverse effects ranging from behavioral responses to displacement. Behavioral responses would include some level of time and energetic costs to Steller's eiders through disruptions to foraging and resting and time spent fleeing the source, and the effects of pile driving or construction would accumulate during the active period of these activities. Effects from pile driving would only occur during a portion of the anticipated 3-year construction window while other noise effects from construction may occur year-round. Noise associated with road maintenance and use would be year-round and would occur for the life of the road. During times of the year when eiders are present in the highest numbers (November 1 to April 30), construction will only occur during daylight hours. Thus, eiders that move away from construction disturbance could temporally shift behavior and still access those sites when disturbance is not occurring. Given the ability of eiders to shift to other preferred habitats when disturbed, we do not expect temporary construction noise above ambient levels in discrete areas of the nearshore to significantly disrupt eider breeding, feeding, and sheltering.

**Table 11.** Measured noise levels of various construction site equipment (USACE 2003).

| Equipment | Distance from noise source | | |
|---|---|---|---|
| | **50 ft (15 meters) dBA** | **0.5 mile (0.8 kilometer) dBA** | **1 mile (1.6 kilometers) dBA** |
| Heavy truck | 91 | 57 | 51 |
| Scraper | 88 | 54 | 48 |
| Air chisel | 88 | 54 | 48 |
| Pile driver | 95 | 62 | 55 |




**Figure 27**. Predicted noise levels from vehicle traffic along the proposed road. Noise levels are expected to exceed ambient within a half mile from the road (blue buffer), but are expected to fall to ambient levels past half a mile.

#### 5.2.1.2 Increased Sport and Subsistence Hunting of Waterfowl

We expect the proposed road, which enables vehicular travel in closer proximity to Izembek Lagoon, would result in increased hunting activities of both residents and non-residents in Izembek Lagoon. This indirect effect of the action would result from, reflecting increased harvest activities by residents participating in subsistence use (either during the spring-summer subsistence season or the fall-winter general hunting season) plus increased hunting from non-resident hunters during the fall-winter general hunting season. We are reasonably certain increased harvest by King Cove residents would occur due to interest expressed by community members (Pacific Rim Reporting 2024). We are also reasonably certain increased access to a prime waterfowl hunting location would increase non-resident hunting, particularly given evidence that when logistical constraints are lowered in this remote area commercial interest increases (Appendix A). Thus, increases in hunting in Izembek Lagoon are reasonably certain to occur and would not occur but for the proposed action.

Hunting of Pacific brant, emperor geese, and other legal species occurs from both shoreline-based locations and from boats on-the-water. Although most hunting activities in Izembek Lagoon occur in nearshore areas (Stillman et al. 2021), all of Izembek Lagoon is accessible to hunting given current modes of access and hunting methods. We expect no part of the lagoon would offer a certain refugia, and increased hunting in the lagoon would put Steller's eiders at risk of repeated disturbance, including through visual impacts of hunting activities, the impulsive noise of guns shot into flocks, and the social effects of flock responses. Below, we discuss the estimated 2.54- to 2.94- fold increase in hunting at Izembek Lagoon expected due to the indirect effect of the action and the changes in disturbance expected, per the calculations in Appendix A and B.

One limitation to the services currently offered by commercial operators during waterfowl sport hunting is the number of clients they can transport to Izembek Lagoon via motorized modes of travel, including by boat and ATV. We assume relieving some of the logistical constraints for commercial guides and clients, through construction of a road that improves overland motorized access and shortens walking distances, would result in increased interest and participation in hunting. To establish a reasonable proxy for the effect of increasing access and lowering logistical constraints, we compared commercial use data from when there were three guide services in Cold Bay (2009 to 2020) to when there were four guide services in Cold Bay (2021 to 2025). We assume that the change from three to four guide services (removal of a logistical constraint on sport hunting) would mimic the effect of the proposed action (also removing a logistical constraint by providing easier access via the road; see Appendix A).

We also expect an increase in subsistence hunting of waterfowl in Izembek Lagoon and Izembek Refuge as an indirect effect of the proposed action. Izembek Lagoon is a prime waterfowl hunting location because it hosts large, dense aggregations of waterfowl species that are unique in Alaska. Based on traditional harvest by King Cove residents of ducks and geese in Kinzarof Lagoon and embayments along the southeastern coast of the Alaska Peninsula (Langdon 1982, Braund et al. 1986, Fall et al. 1993), where we expect greater effort is needed to harvest waterfowl, it is reasonably certain this community will also participate in waterfowl hunting at Izembek Lagoon with improved overland access. Currently, the community of Cold Bay has

road access to Izembek Lagoon and the community of King Cove may access the area by boating to Cold Bay (USFWS 2025). The proposed action would lower logistical constraints and allow the community of King Cove to access Izembek Lagoon directly via a road. We used 2016 data on subsistence harvest of migratory birds by the communities of King Cove and Cold Bay to extrapolate and establish baseline subsistence hunting effort based on the most recent U.S. Census (ADF&G 2025; Appendix A).

We expect subsistence hunting in Izembek Lagoon to increase after the road is built because it lowers logistical constraints for the community of King Cove. However, there is uncertainty regarding the magnitude of change in King Cove subsistence harvest practices due to the proposed road and how this may shift waterfowl hunting to Izembek Lagoon (an area of higher importance to Steller's eiders). Personal testimony from December 2024 indicates community members would benefit from the increase in subsistence access afforded by the road (Pacific Rim Reporting 2024). Other anecdotes from the community indicate it would be impractical to drive to Izembek Lagoon, particularly with trailered watercrafts, given current high gas prices and access to closer hunting areas (G. Hennigh, City of King Cove, pers. comm. 2026). Given the range of community testimony, we expect some portion of current harvest effort by the community of King Cove would shift to Izembek Lagoon. Thus, we assume that approximately 50 percent of the current harvest effort of King Cove could occur in Izembek Lagoon as a result of increased access provided by the construction of a road (see Appendix A for discussion and assumptions). This could occur in the form of a shift in current hunting effort to Izembek Lagoon or as an increase in overall hunting effort (i.e., the same amount of hunting occurs in current locations accessible by King Cove and additional hunting occurs in increasingly accessible locations like Izembek Lagoon). We consider this a reasonable estimate of changes in community harvest over the 50-year lifetime of the road.

Based on responses of Pacific brant (as documented in Ward et al. 1994), brant banding data (Lech et al. 2017, Leach et al. 2019 Stillman et al. 2021) and client use data (USFWS/Izembek Refuge, unpublished data), we estimate current hunting activity in Izembek Lagoon results in hunting-caused disturbance at a rate of 0.54 to 1.35 events per hour. We predict a 2.53- to 2.94-fold increase in all hunting activities (combined subsistence use and sport hunting) at Izembek Lagoon relative to current levels (see Appendix A for detailed discussion of these calculations). Based on CUDs and CUD equivalents, 30 to 35 percent of the change is anticipated due to increased subsistence harvest by King Cove and 60 to 65 percent of the change is anticipated due to increased sport harvest. Using the 2.53- to 2.94-fold increase in hunting activity, we calculated a proportional increase in flight time, disturbance time, and percentage of daytime hourly budget from baseline levels (Table 12; Appendix B). The proposed action would result in 1.71 to 4.96 minutes of disturbance per hour, of which 0.77 to 2.24 minutes would be a flight response (Table 12; Appendix B). We also predict construction of a road across the Izembek Isthmus would result in 1.37 to 3.97 hunting-caused disturbance events per hour where those hunting events occur. As indicated above, both use of Izembek Lagoon and hunting pressure in Izembek lagoon are not ubiquitous.

**Table 12**. Upper and lower estimates of effects of hunting caused disturbance on brant in Izembek Complex, at different time periods. Lower historic disturbance estimates are based on 1985-1987 data, and all other values represent increases calculated per the details of Appendix A and Appendix B. Source: Ward et al. 1994

| Hunting Disturbance | Flight Time Estimates (minutes/hour) | | Disturbance Time Estimates (minutes/hour) | | Percentage of Daytime Hourly Budget Responding to Disturbance (%) | |
|---|---|---|---|---|---|---|
| | Lower | Upper | Lower | Upper | Lower | Upper |
| Historic | 0.03 | 0.08 | 0.08 | 0.19 | 0.13 | 0.31 |
| Environmental Baseline | 0.30 | 0.76 | 0.68 | 1.69 | 1.13 | 2.82 |
| Condition After the Action | 0.77 | 2.24 | 1.71 | 4.96 | 2.85 | 8.26 |

Due to the similarity in distribution and habitat use between Steller's eiders and Pacific brant at Izembek Lagoon, Pacific brant responses to disturbance in this location are a reasonable proxy for how Steller's eiders would respond and the magnitude of their response. While Steller's eiders typically form single-species flocks, they periodically mix with or occur near brant flocks (USFWS/Williams et al. 2016; A. Williams, USFWS, pers. comm. 2026a). Disturbances which cause eiders to become vigilant and/or move away from preferred sites would increase energy expenditure and disrupt foraging and resting (see discussion of disturbance effects in 5.2.1). At Izembek Lagoon, brant first alerted to hunters on land at distances of 0.93 mi (1.5 km; Ward et al. 1994). Thus, we expect any eider within this alert range would be exposed to on-shore or on-the-water hunting disturbance. Steller's eiders exist at the edge of their energetic range (Goudie and Ankney 1986), therefore, we expect the increase in hunting disturbance to have adverse effects on Steller's eiders in the project area, including Alaska-breeding Steller's eiders.

We estimate that between 2.85 and 8.26 percent of the daytime hourly budget of a Steller's eider would be spent responding to hunting activity after construction of the proposed road if exposed to the level of disturbance events estimated above. These numbers are based on observations from fall 1985 to 1987 (Ward et al. 1994) and are most representative of disturbance during the fall hunting period (September to mid-December, some variability with regulation change). Migratory bird hunting is permitted from 30 minutes before sunrise until sunset, so these numbers are only representative for this period of the day. These numbers do not represent year-round disturbance levels due to hunting; because more hunters participate in the fall hunt than the spring hunt, we expect spring hunting disturbance levels to be lower than these estimates. Other studies building on these disturbance data made similar acknowledgements; Stillman et al. 2021 estimated spring harvest to occur at approximately one third of fall levels. Further, these estimates are derived from areas where large flocks of brant congregate (a preferred harvest species for hunters) and are likely estimates of the disturbance levels within the area of Izembek Complex experiencing the highest intensity of hunting pressure. Disturbance beyond these areas (Figure 19) likely occurs, but at unknown levels. Hunting-related disturbance is variable across the Izembek Complex (Ward et al. 1994), and it is likely that hunting disturbance is lower beyond the study area. Changes in the proportion of hunting occurring from land versus by boat

would also vary the distribution of hunting disturbance; with recent indication that commercial hunting is increasingly boat-based. It is also likely that increased hunting due to construction of the road would cause an associated increase in the distribution of hunting-related disturbance.

In summary, construction of a road along the Izembek Isthmus would increase access that is reasonably certain to result in increased waterfowl hunting disturbance throughout the lagoon, including areas used by large numbers of Steller's eiders. Hunting related disturbance would impose time and energetic costs by disrupting foraging, resting, and causing birds to flee. Although each disturbance event is temporary, hunting activity occurs repeatedly throughout the lagoon during legal hunting seasons. Disturbance frequency would be high enough to adversely affect some individuals by creating energy deficits. We expect hunting disturbance to be variable year to year due to changes in regulations, guide services available, weather conditions, etc. This would result in variable effects to eiders with high-disturbance years resulting in lower survival and productivity. Displacement from preferred sites or effects on pair bonding and courtship would further reduce breeding propensity and reproductive success. These effects would persist over the 50-year lifetime of the road, and as long as the road remains passable to ATVs, they would be additive to existing stressors such as reduced prey quality and abundance in Izembek Lagoon.

5.2.1.3 Vessel-based Disturbance

Vessel traffic in Cold Bay would increase slightly due to dedicated barge transport of construction equipment and materials during the 3-year construction window. The applicant would use the existing weekly barge service to the area, with an unknown level of increased barge service specific to the project. Steller's eider presence in the area is low during the summer months, but barging activities in September through April would overlap the time of year Steller's eiders are present in the area undertaking wing feather molt or the spring months when the birds are staging in large numbers. Most individuals present for molt use Izembek Lagoon, but some number of individuals also molt or stage in Kinzarof Lagoon and could be present in Cold Bay (see section 4.2.1). If Steller's eiders were encountered during barging within the action area, they would experience periodic but temporary and limited disturbance that results in effects ranging from a behavioral response to displacement. Project specific conservation measures lessen the anticipated effects. Additional barges (i.e., barges beyond the already scheduled service to Cold Bay) will not be added from December 1 to March 30, avoiding much of the wintering and spring periods when eiders are expected to be present in the embayment of Cold Bay, reducing the potential for effects. Additionally, project specific barges will not travel north of a straight line between the Northeast Hovercraft Terminal and the Cross Wind Cove Hovercraft Terminal, thus avoiding areas where eiders are expected to be present in higher densities (in the nearby lagoons). Additionally, barges will follow best management practices to avoid disturbance and potential collision (1.5 Conservation Measures). With the implementation of these measures, we expect the risk of vessel-based disturbance from project-specific barging to be insignificant.

We also expect vessel traffic in the area is reasonable certain to increase and would be caused by the proposed action due to the increased access provided by the proposed road. Because access is primarily due to hunting activities, we expect most of the increase to be driven by hunting rather

than other boat-based activities. A road along the Izembek Isthmus would reduce logistical constraints on all types of hunting in the Izembek Complex and it would facilitate access for the community of King Cove to launch boats along the existing Cold Bay road network, including use of the boat ramp at Grant Point, which is the primary access point for boats using Izembek Lagoon. We do not expect this change would result in a measurable increase in vessel use of Kinzarof Lagoon and Cold Bay, as these systems are already accessible to both communities. It is reasonably certain road access would result in increased vessel traffic and vessel-based activities in Izembek Lagoon, including during periods of the year when Steller's eiders are present in large flocks that include flightless, molting individuals. The amount of disturbance to Steller's eiders resulting from increased vessel use of Izembek Lagoon, which would be afforded by the road between King Cove and Cold Bay, would depend on the number of additional vessels using the area; the specific activities occurring and their duration, frequency, and intensity; accessibility of eiders and their habitats during these activities; time of year; and other factors that are difficult to predict and assess.

Based on historical data from the hunting season, boat disturbance in Izembek Lagoon leads to a flight response in brant 75 percent of the time, with an average flight response of 172.5 seconds (Ward et al. 1994, see baseline vessel disturbance in 4.2.4.3). It is likely the majority of boating activity in Izembek Lagoon during the fall, when the disturbance study occurred, is from hunting. We estimate that hunting has increased ninefold from the 1985 to 1987 study period to present and we estimate an additional 2.53- to 2.94-fold increase in hunting due to the effect of the action (see 5.2.1.2 and Appendix A). Assuming that the majority of boating activity causing disturbance is from boat-based hunting, the anticipated increase in hunting activity would lead to a proportional increase in boating activity in Izembek Lagoon. Therefore, we expect a 2.53- to 2.94- fold increase in boating activity in Izembek Lagoon as an effect of the action, relative to baseline levels. This increase would result in 1.31 to 4.09 minutes of disturbance per hour, of which 0.77 to 2.24 minutes would be a flight response (Table 13, Appendix B).

**Table 13.** Upper and lower estimates of effects of boating caused disturbance on brant in Izembek Complex, at different time periods. Lower historic disturbance estimates are based on 1985 to 1987 data, and all other values represent increases calculated per the details of Appendix A and Appendix B. Source: Ward et al. 1994

| **Boating Disturbance** | **Flight Time Estimates (minutes/hour)** | | **Disturbance Time Estimates (minutes/hour)** | | **Percent of Daytime Hourly Budget Responding to Disturbance (%)** | |
|---|---|---|---|---|---|---|
| | Lower | Upper | Lower | Upper | Lower | Upper |
| Historic | 0.04 | 0.10 | 0.06 | 0.15 | 0.10 | 0.26 |
| Environmental Baseline | 0.37 | 0.92 | 0.56 | 1.39 | 0.93 | 2.32 |
| Condition After the Action | 0.93 | 2.69 | 1.41 | 4.09 | 2.35 | 6.81 |

As established in 5.2.1.2, brant responses to disturbance in this location are a reasonable proxy for Steller's eider response to disturbance. Although Steller's eiders commonly overwinter in areas of high vessel traffic (e.g., Womens Bay, Unalaska Bay), they are sensitive to vessel traffic in some locations, including Izembek Lagoon (McKinney 1965; D. Safine, USFWS, pers. comm. 2021). Vessel-related disturbance can cause Steller's eiders to pause or cease foraging and resting (also impacting courtship and pair bonding behaviors) and to respond with vigilance or fleeing. The following behavioral responses have been observed in molting eiders at Izembek Lagoon: at up to 0.25 mi (400 m) distance, molting birds typically react to vessel traffic by swimming slowly away; birds swim faster if the vessel approaches; and at close distances (165 to 300 ft [50 to 100 m]), molting Steller's eiders will exhibit high stress and dive to move away from the perceived threat (D. Safine, USFWS, pers. comm 2021). These response distances are similar to those documented in an observational study on Pacific brant at Izembek Lagoon. We estimate between 2.35 and 6.81 percent of the daytime hourly budget of an individual Steller's eider that is exposed to boat disturbance would be spent responding to boating activity after construction of the proposed road (Table 13), and 75 percent of the time the response would be a prolonged flight response (Ward et al. 1994). As discussed, Steller's eiders exist at the edge of their energetic range (Goudie and Ankney 1986), therefore, we expect the increase in boating disturbance to have adverse effects on Steller's eiders in the project area, including Alaska-breeding Steller's eiders.

A minority portion (30 to 35 percent) of the estimated increase in vessel-based disturbance would be due to anticipated changes in King Cove activities (as estimated based on changes in hunting in Appendix A). We acknowledge testimony from the King Cove Group that very few, if any, residents would trailer a small boat along the road to Izembek Lagoon to hunt waterfowl in the fall and currently less than five residents own skiff trailers (G. Hennigh, City of King Cove, pers. comm. 2026). However, given the 50-year lifetime of the road, there is considerable uncertainty about how the roads construction may shift behavior and interest in the King Cove Community. Currently, there are limited reasons for community members to own a skiff and trailer. It is reasonable to expect that the establishment of a road would create new incentives to own a skiff and boat trailer given the new access to a premier hunting destination afforded by the road. Thus, an increase in vessel disturbance from King Cove is expected over the 50-year lifetime of the road and we estimate this increase would be lower than the increase caused by other sources.

These numbers are representative of boat disturbance during the fall hunting season and there is likely to be seasonal variability. The fall study period from which the data is derived has the highest volume of hunters because it is open to resident and non-resident hunters. Thus, it is likely disturbance from boat-based hunting is lower during the spring subsistence hunting season. Other studies building on these disturbance data made similar acknowledgements; Stillman et al. 2021 estimated spring boat-based harvest occurs at approximately one third of fall levels. However, there is likely other vessel-based activity (such as commercial and subsistence fishing) occurring in Izembek Lagoon outside the fall period for which we have no data. Building a road would create new opportunity for boat owners from King Cove to access Izembek Lagoon by trailering their vehicles for any reason, beyond waterfowl hunting.

In non-breeding common eiders using a shallow bay in Greenland, disturbance by vessels was observed to seriously affect eider feeding activity (Merkel et al. 2009). While undisturbed common eiders spent 43 to 66 percent of daylight hours feeding, as the number of boats increased in the area, birds decreased their time feeding and spent increasingly more time swimming or flying. Disturbance also affected resting and social behaviors. Vessel disturbance at levels of 1 to 3 boats per hour resulted in approximately 20 percent of time spent flying or swimming for any individual common eider. In common eiders, flocks of more than 100 birds were more likely to experience foraging disruptions. Repeated disturbances had a cumulative effect; birds that were recently disturbed (within the past hour) were two times less likely to continue feeding; and birds disturbed three times within one hour were observed to cease foraging, instead allocating time to vigilance or to movement behaviors (Merkel et al. 2009).

Steller's eiders are considered to have overall low flexibility in their daily time budget and their energy reserves to accommodate foraging disruptions, especially during energy-demanding periods (Laubhan and Metzner 1999, Ouellet et al. 2013). However, they may be able to accommodate some level of disruption to their normal activities. One study of Steller's eiders in the Izembek Complex showed differences in daily time budgets between eiders foraging in Izembek Lagoon versus Cold Bay. During winter, eiders in Cold Bay spent approximately 12.2 percent more time feeding than eiders in Izembek Lagoon (Laubhan and Metzner 1999). This extra time feeding likely reflected increased energetic costs in Cold Bay (eiders in Cold Bay spent more time in locomotion and less time resting) and/or lower prey value in this water body. Extra feeding time could have tradeoffs; in this study, it was correlated with a reduction in "comfort" activities (e.g., preening, which is an important part of maintaining feather waterproofing and insulating qualities). The ability of eiders to accommodate foraging disruptions or increased energetic costs may be lower now than in the 1980s, as quality and abundance of prey in the Izembek Complex has changed (Maliguine et al. 2025; see section 4.3).

In summary, construction of a road along the Izembek Isthmus is reasonably certain to cause an increase in boating activity in Izembek Lagoon from sport and subsistence hunting that would not occur but for the development of the road.. The estimated increase in boating activity in Izembek Lagoon would increase exposure to boating disturbance in areas heavily used by Steller's eiders. Boating disturbance would impose time and energetic costs by disrupting foraging, resting, and causing birds to flee. Although each disturbance event is temporary, boating activity occurs chronically during legal waterfowl hunting seasons and outside of these seasons. Disturbance frequency would be high enough to adversely affect some individuals by creating energy deficits. We expect boating disturbance to be variable year to year due to changes in harvest regulations, guide services available, weather conditions, etc. This would result in variable effects to eiders with high-disturbance years resulting in lower survival and productivity. Displacement from preferred sites or effects on pair bonding and courtship would further reduce breeding propensity and reproductive success. These effects would persist over the 50-year lifetime of the road and they would be additive to existing stressors such as reduced prey quality and abundance in Izembek Lagoon.

5.2.1.4 Off-road Vehicles

Access provided by construction of a road along the Izembek Isthmus would result in increased off-road use of Izembek Refuge, including through increased incursions by off-road vehicular traffic (as seen elsewhere along the regional road network; see 4.1.7 and Figure 16). Off-road vehicle traffic, including snowmachines (i.e., snowmobiles) and ATVs, is expected to originate from both Cold Bay and King Cove; and off-road incursions onto the tundra would occur between the road embankment and Izembek Lagoon. Although Cold Bay residents have a limited road network by which they can access a small portion of the Izembek Isthmus and Izembek Lagoon via overland travel, King Cove residents do not currently have an easy way to access Izembek Lagoon. Some increased use of the isthmus between the road and the Kinzarof Lagoon coastline is possible, although Kinzarof Lagoon is currently accessible from the road network originating from both Cold Bay and King Cove.

Based on established patterns of off-road use along the existing road network, including documented motorized travel into Refuge lands, we expect off-road vehicle trails to increase consequent to the proposed action. Currently, ATV use occurs both on the shorelines of Izembek Lagoon, Kinzarof Lagoon, and Cold Bay, as well as through inland areas, including on Refuge lands (M. Fosado, USFWS, pers. comm. 2024). We assume ATV traffic facilitated by the road would similarly occur along the shoreline of the lagoon in proximity to areas used by Steller's eiders. At Izembek Lagoon, Pacific brant first alerted to land-based hunters at distances of 0.93 mi (1.5 km; Ward et al. 1994). Therefore, we assume the increased off-road, motorized travel will occur close enough to flocks of flighted and flightless birds to cause disturbance effects to Steller's eiders.

We estimate increased off-road vehicular trails consequent to the proposed action using the best available data from imagery before and after the King Cove Extension (USFWS/Williams 2023). This report shows that when the 17.2-mi (27.7 km) King Cove Extension was built, the off-road vehicle trail network extended from 17.3 mi (27.9 km) to 140.8 mi (226.6 km) in a 12-year period (USFWS/Williams 2023). Following the King Cove Extension, there was an increase in total off-road vehicle trails of 123.5 mi (198.7 km; total trail length observed in 2022 minus total trail length observed in 2004). This is a 7.1-fold increase in total trail length observed from a 17.2-mi (27.7-km) road extension. We estimate 7.18 mi (11 km) of new, unsanctioned off-road vehicular trails would be expected per new mi (1.6 km) of proposed road. Because 5.6 mi (9 km) of the new road would be built on existing trails and roads, we do not expect that portion to experience a large change in off-road vehicle use. We therefore anticipate approximately 95.5 mi (153.7 km) of new off-road vehicular trails will impact the Izembek Isthmus with construction of 13.3 mi (21.4 km) of road in areas without current roads or trails, assuming similar patterns of access, terrain, and enforcement.

Assumptions and limitations of this analysis:

- The study area in USFWS/Williams 2023 is comprised of land mostly designated as Wilderness, but it also contains some non-Wilderness areas of Izembek NWR as well as some King Cove Corporation lands. This may result in the 7.1-fold increase being an overestimate of what we would expect to occur due to the proposed action, as some change

in off-road vehicle use observed in USFWS/Williams 2023 was sanctioned and/or on lands of different ownership.

- Off-road vehicle trails following the King Cove Extension varied in their usage and the imagery analysis created three categories: high-usage primary trails, moderate-use secondary trails, and single-use tertiary trails. The single-use tertiary trails made up 93.8 mi (151.0 km) of the total 140.8 mi (226.6 km) observed in 2022, or 67 percent of the change.
- The best available data shows changes observed over a 12-year period, yet the proposed action will have greater longevity. After the 2022 data were collected, additional trails were observed in 2023 (USFWS/Williams 2023), so the trail development 12 years post-road construction does not represent a fixed or end state for off-road trail development. Given the greater lifetime of the proposed road than the study data, there is increased opportunity for off-road vehicle trails to develop which would result in our analysis underestimating change.
- The best available data compared October 2004 imagery to May 2022 imagery. We assume that seasonality has no effect on trail observability, which may be a flawed assumption. A follow-up survey occurred in October 2024 to check this assumption, but the survey analysis has not been completed as of May 2026.
- The estimate of 95.5 mi of new off-road vehicular trails is a simple estimate; it does not incorporate or model how off-road vehicle use would change with factors such as distance from community centers, terrain suitability, law enforcement, sanctioned vs. unsanctioned access, and more.
- The ADOT&PF has committed to install signage that informs the public of the law prohibiting vehicular access to anadromous streams and signage and informational products pertaining to off-road travel beyond the road prism (1.5 Conservation Measures). Depending on the effectiveness of the signage and informational products, off-road vehicular trails in the vicinity of anadromous streams may be less than estimated.

The proposed road may serve to increase the current network of all-terrain vehicle trails. However, it is also possible that the presence of the road would reduce the frequency and extent of all-terrain vehicle travel in the Refuge. In 2015, the community of Nuiqsut, Alaska, was connected to an industrial road system for nearby oilfields. The road system has expanded since 2015, and Nuiqsut caribou hunters have access to the road for caribou hunting. Use of the road system has increased steadily, with nearly 80 percent of households using roads for hunting in 2022 (SRB&A 2024, USFWS 2025e). While the road system has become a primary hunting area for Nuiqsut hunters, there has been a decrease in overland all-terrain vehicle travel directly west of the community. While some residents travel off the road by all-terrain vehicle to hunt caribou, many travel solely by road vehicle and hunt caribou only when available within walking distance of the road corridor. Thus, it is possible that the proposed road corridor may reduce residents' reliance on existing all-terrain vehicle trails within the Refuge. While it is likely that some new trails will be established in order to access key hunting or harvesting areas located at a distance from the road, it is also possible that certain trails, particularly in areas of rough terrain and in the vicinity of the proposed road corridor, would see less use as a result of the more easily navigable road system. However, in consideration of the proposed action, a notable difference is that the target hunting species (waterfowl) occupy habitat in the nearshore over 0.5 mi from the road and we do not expect hunting from the roadway itself.

The Gambell evacuation road provides another example of changes in off-road use pre- and post-construction of a roadway. Analysis of aerial imagery by the State indicates a decrease in off-road trail use post construction and their analysis indicates a transportation corridor can reduce the incentive for braided off-highway vehicle travel by giving users a more efficient and less damaging route (ADOT&PF 2026). While the proposed road may consolidate vehicle travel for the purpose of transiting between King Cove and Cold Bay, the road would also provide more direct access to much of the Izembek Wilderness and areas that previously were difficult to access from community centers. This greater access creates a larger area of opportunity for ATV use. The proposed road does not connect to areas of interest in congressionally designated wilderness (such as Moffett Lagoon and Joshua Green River). Absent the road, there were reports of increased vehicle use and evidence of tracks deep into the Wilderness (USFWS/Williams 2023). The road would create miles of new access points for motorized travel and, while it may centralize some use, it is reasonably certain there will be an increase in ATV use as a result of the construction of the road and we have attempted to estimate the increase using the best available data discussed above. We acknowledge this estimate is simplistic and has limitations.

In the absence of better data, we assume snowmachine and ATV traffic have similar noise levels as motorcycles, which measure 90 dBA at 25 ft (7.6 m; DOI/USFWS 2013*a*). At a distance of 0.62 mi (1 km), motorcycle engine noise measures approximately 20 decibels and can be distinguished from background levels in most natural environments (Goldfarb 2023). Therefore, although we lack information needed to predict the exact noise levels that would reach either lagoon from off-road vehicle use, we assume engine noise from use of snowmachines and ATVs on the isthmus within 0.62 mi (1 km) of the shoreline would exceed ambient noise levels at both Kinzarof and Izembek Lagoons and would be detected by waterfowl near the shoreline; noise generated at closer distances to the shoreline would penetrate the lagoon environment. Not all eiders would be disturbed by 100 percent of off-road travel via ATV or snowmachine use along shorelines. However, during the seasons eiders are present in the Izembek Complex, we expect any eiders in nearshore areas would be disturbed by any snowmachine or ATV trip within 0.93 mi (1.5 km) of shoreline and that any trip along the shoreline would disturb eiders at distances of up to 0.93 mi (1.5 km) offshore. We assume off-road routes would be expected to connect between the road embankment and the shoreline of both Izembek and Kinzarof Lagoons; travelers could then travel along the shorelines when engaged in activities accessing Izembek Lagoon or when seeking a direct route that is most conveniently accessed along the shoreline (see Figure 16 and Figure 28).




**Figure 28**. Modeled predictions of ATV use along the Izembek Peninsula and in Izembek Refuge, consequent to construction of two routes under consideration in 2012. The "Alt 2. Southern Route" closely matches the route proposed in the current action under consideration (DOI/USFWS 2013*a*).

We expect Steller's eiders would exhibit similar behavioral responses in the presence of snowmachines and ATVs as they do vessels (see 5.2.1.3). These responses would include increased vigilance and fleeing through swimming, diving, and (outside of molt) flying away from the area. At Izembek Lagoon, we predict responses of Steller's eiders to snowmachines and ATVs would average approximately 3.4 minutes per event (based on the mean disturbance response to helicopters, boats, and eagles; Ward et al. 1994). Prolonged or repeated disturbance (i.e., chronic disturbance) would cause birds to flush from the area for longer and longer periods (as in common eiders; Merkel et al. 2009), and birds may not return until disturbance ceases.

We cannot quantify the current baseline level of off-road vehicle trips that occur during seasons in which eiders aggregate in the lagoon. Based on existing patterns of ATV incursions into Izembek Refuge following construction of the King Cove extension to the northeast terminal, we assume use would be 7.1 times greater than current levels (as calculated above). The study of Pacific brant responses to disturbance during the 1980s did not characterize disturbance by off-road, overland vehicle traffic. Therefore, we are unable to estimate a current rate of disturbance to Steller's eiders or predict the future rate. We anticipate Steller's eiders using near-shore areas (within approximately 0.93 mi [1.5 km] of shoreline) in Izembek Lagoon would experience an increase in disturbance above the current baseline through increased off-road vehicle use. Not all of the anticipated change in ATV-use would occur when and where eiders are present. We lack the observational data needed to estimate how the time budget of an individual Steller's eiders would change in response to disruptions by snowmachines and ATVs.

We acknowledge the Service is actively engaged in constructive dialogue with the King Cove Corporation, the Agdaagux Tribe, and the Native Village of Belkofski, and have begun the development of an agreement to establish a collaborative framework for co-stewardship priorities related to the management, conservation, and protection of the Izembek National Wildlife Refuge. One identified priority is to finalize an off-highway vehicle (OHV) plan to manage and limit off-road use of OHVs, encouraging the use of the road corridor as an alternative to the use of existing or potentially new off-road trails through coordinated public outreach, education, and monitoring. While such a co-stewardship plan may serve to mitigate impacts on listed species and their critical habitat, we are not relying on any mitigation measures from that initiative in this Opinion because that dialogue remains ongoing and has not been finalized.

In summary, given the increased access the road would provide (summarized above), we expect increased snowmachine and ATV use is reasonably certain to occur as an indirect effect of the action and would be of sufficient frequency during sensitive periods – particularly during molt – that this source of disturbance would cause adverse effects to individuals through disruptions to normal behaviors. We estimate a sevenfold increase in ATV use. Where motorized travel occurs close enough to the marine environment, Steller's eiders would be affected. We anticipate disturbance rates would be less than those assumed for waterfowl hunting. The increased disturbance and resulting effects of off-road vehicle use are expected to persist for the foreseeable future (as long as the gravel road remains passable by off-road vehicles, expected to be 50 years).

#### 5.2.2 Harvest of Steller's Eiders

An average 12 to 15 percent of Alaska-breeding Steller's eiders currently use Izembek Lagoon during the fall, and 50 to 93 percent of Alaska-breeding Steller's eiders use Izembek Lagoon during the spring (see sections 4.2.1 through 4.2.3). Therefore, hunting of waterfowl in the action area (including baseline hunting and the expected increase in hunting activity as a consequence of the proposed action) would spatiotemporally overlap 12 to 93 percent of Alaska-breeding Steller's eiders. Although hunting of Steller's eiders is not legal, the presence of Steller's eiders in areas used by waterfowl hunters exposes birds to potential inadvertent or intentional harvest. Female Steller's eiders are particularly difficult to distinguish from other duck species that are commonly hunted, such as long-tailed ducks (*Clangula hyemalis*), black scoters (*Melanitta americana*), and harlequin ducks (*Histrionicus histrionicus*). When mortality of a Steller's eider occurs within areas where the Alaska-breeding and Pacific Russia-breeding populations mix, such as Izembek Lagoon, we recognize any individual Steller's eider could belong to the Alaska-breeding population.

Shooting of waterfowl (and thus potentially eiders) is unlikely to take place from the road because of the distance of the road to most waterfowl habitats and because it is illegal to shoot from drivable surfaces of any road in Alaska. However, a road constructed along the isthmus would facilitate easier overland access (on foot or via ATV) to the shoreline of Izembek Lagoon and this increased access is reasonably certain to increase shoreline-based hunting pressure on waterfowl. We expect the increased number of hunters accessing the Izembek Lagoon shoreline would include resident hunters participating in subsistence or sport hunting and non-resident

sport hunters. The increase in hunting activity would originate from both Cold Bay (a combination of sport hunters and subsistence users) and King Cove (subsistence users). King Cove residents do not currently have an easy way to access Izembek Lagoon for vessel-based activities, and we expect a road along the isthmus would also facilitate access from King Cove to Izembek Lagoon, leading to an increase in vessel-based subsistence hunting in Izembek Lagoon.

Mortality of Alaska-breeding Steller's eiders does occur during subsistence and sport hunting; during waterfowl hunting, we assume the likelihood of harvesting Steller's eiders is the same for any individual sport hunter as for any individual subsistence hunter. We expect vulnerability of Alaska-breeding Steller's eiders to hunting mortality will increase with increased waterfowl hunting activities in areas where they aggregate.

We estimate the current rate of unintentional subsistence harvest of Alaska-breeding Steller's eider in the Aleutian Pribilof Islands region is approximately one bird every 4 years, the current rate of subsistence harvest in the action area is one bird every 172 years, and the total harvest by subsistence and non-resident hunters is 1 bird every 38.5 years (see section 4.2.4.1). To calculate the estimated rate of harvest due to the effect of the proposed action, we consider the effect of an increased proportion of Aleutian Pribilof residents using Izembek Lagoon for subsistence hunting. Since we assume that half of King Cove's current hunting effort may shift to Izembek Lagoon as a result of the proposed action (see Appendix A), we add half the population of King Cove to the population of Cold Bay to estimate the number of individuals from the Aleutian Pribilof Islands population that would harvest from Izembek Lagoon (108 Cold Bay residents + [0.5 x 938 King Cove residents] = 577[3]). We then divide the 577 residents accessing Izembek Lagoon by 4,428 Aleutian Pribilof residents to get 0.13, the proportion of residents expected to hunt in Izembek. We multiply the proportion of harvest occurring in Izembek Lagoon by the annual Steller's eiders harvested in the region to estimate the number of Steller's eiders harvested in Izembek Lagoon (0.13 harvest portion x 0.24 eiders harvested per year in the region = 0.0312 eiders per year). We estimate the increased subsistence hunting in Izembek Lagoon will result in 0.0312 eiders harvested per year in the action area, or one every 32 years.

However, this estimate does not include potential eider harvest due to non-residents. We estimate 30 to 35 percent of the future harvest in Izembek Lagoon would occur from subsistence hunting based on total CUD equivalents (see Appendix A). If we assume the rate of eider harvest of Steller's eiders is the same for subsistence and sport hunters, we can estimate total harvest of Steller's eiders in the action area due to the effect of the action. We expect the total rate of harvest of Alaska breeding Steller's eider from both subsistence and sport hunting in Izembek Lagoon to range from 0.089 to 0.10 eiders per year (0.0312 eiders per year / 0.30 lower estimate portion of harvest and 0.0312 eiders per year / 0.35 upper estimate of harvest). This results in an estimated harvest of one Alaska-breeding Steller's eider every 10 to 11 years in Izembek Lagoon after construction of the road.

---

[3] Note, the Aleutian Pribilofs population number comes from Naves and Schamber 2024 and are based on the U.S. Census Data from 2010, the time period during which their study data is derived. We do not have readily available current data to extrapolate their study based on current populations in the Aleutian Pribilofs Management Region. Thus, we use the U.S. Census Data for Cold Bay during the same time period to approximate the portion of Steller's eider harvest occurring due to subsistence harvest by this community.

It is reasonably certain construction of a road along the Izembek Isthmus would increase waterfowl hunting pressure in areas used by large numbers of Steller's eiders, increasing mortality risk to Alaska-breeding Steller's eiders from shooting, and resulting in adverse effects through shooting mortality of a small number of Steller's eiders. Any resulting mortality would be additive to harvest levels the population already experiences. We currently estimate ongoing harvest of one Alaska-breeding Steller's eiders every 4 years within the Aleutian Pribilof Islands region and one Alaska-breeding Steller's eider 38.5 years within Izembek Lagoon (see sections 3.1.4.4 and 4.2.4.1). We estimate one Alaska-breeding Steller's eider would be harvested every 10 to 11 years in Izembek Lagoon consequent to road construction. We do not expect the loss of one individual from the Alaska-breeding population every 10 to 11 years to have population level impacts.

### 5.2.3 Collision Risk

#### 5.2.3.1 Collisions with Vessels

Bird species, including eiders and other sea ducks, are attracted to vessels and may circle, ground or collide, primarily due to the effects of light attraction and disorientation (Merkel and Johansen 2011, Ronconi et al. 2015). Steller's eiders have a high collision risk because of their tendency to fly low and fast over the water (Day et al. 2004). Vessels operating in Steller's eider habitats also run the risk of striking eiders with the boat propeller or hull and causing injury or death. Vessel speed influences the likelihood of striking marine wildlife (Silber et al. 2021). Collisions with vessels and vessel strike can result in injury or death to Steller's eiders and potentially to large numbers at once.

Vessel traffic in Cold Bay would increase for dedicated barge transport of construction equipment and materials during the 3-year construction window. Barges, pulled by tugboats, would be used to deliver equipment and materials to the project site via landing sites at the Northeast Terminal and Cross Wind Cove in Cold Bay. Barging activities occurring in summer months would temporally overlap relatively few if any Steller's eiders. Barging activities during the fall months would overlap the time of year Steller's eiders are present in the Izembek Complex, undertaking wing feather molt. Most individuals use Izembek Lagoon during this time, but some number of individuals also molt in Kinzarof Lagoon and could be present in Cold Bay. The slow speed at which barges typically operate (less than 10 knots) reduces the likelihood of strike. Project specific barges will not be added from December 1 to March 30, avoiding most of the wintering and spring periods when eiders are expected to be present in the embayment of Cold Bay. Additionally, project specific barges will not travel north of a straight line between the Northeast Hovercraft Terminal and the Cross Wind Cove Hovercraft Terminal, thus avoiding eiders in that higher density areas. Project-related vessels will also follow the Service's best management practices for vessel operators (conservation measures 1, 2, 10, and 12), further reducing the likelihood of bird-vessel strikes or collisions through the construction period. Thus, we expect the risk of collisions with project specific barges to be insignificant.

Increased vessel traffic is also expected in Izembek Lagoon following construction of the road Beyond construction, we anticipate the majority of the change in vessel traffic would be in the form of small skiffs, primary stemming from boat-based hunting activities in the fall. Other

changes in boating (from fishing and other recreational activities) may occur, but we anticipate it will occur at levels lower than what is anticipated during the fall general hunting season. Further, we anticipate the change in vessel traffic to be primarily from small vessels because boat-based hunting typically occurs from small skiffs. This reduces the likelihood vessels would be lighted and thereby reducing the likelihood of Steller's eiders flying into the vessels through attraction and disorientation.

However, an increase in small vessel activity in Izembek Lagoon, particularly during the fall hunting season, would increase spatial overlap between vessels and large numbers of Steller's eiders (including less mobile, molting eiders) and therefore increase the risk of vessel strikes. These small vessels operate at higher speeds, which also adds to risk. As for vessel-based disturbance, the amount of increased collision risk to Steller's eiders resulting from increased vessel use of Izembek Lagoon would depend on the number of additional vessels using the area; the specific activities occurring and their duration, frequency, and intensity; accessibility of eiders and their habitats during these activities; time of year; vessel speed; and other factors that are difficult to predict and assess. We assume the majority of boating activity is from boat-based hunting, and that any increase in hunting activity would lead to a proportional increase in boating activity in Izembek Lagoon. Therefore, we expect a 2.53- to 2.94-fold increase in boating activity and use this estimated increase as a proxy for increase in strike. We anticipate increased boating to be highest in the fall (driven by hunting), which is when eiders are present. Thus, we estimate a 2.53 to 2.94-fold increase in the risk of vessel strike to Steller's eiders (see section 5.2.1.3 for discussion on the anticipated change in vessel activity in Izembek Lagoon).

The best estimate we have for the current rate of collisions and strike of Alaska-breeding Steller's eiders with marine vessels in and near the action area (i.e., on the southern end of the Alaska Peninsula) is one eider every 25 to 417 years (see section 4.2.4.5). We assume birds killed on the southern end of the Alaska Peninsula would belong to the local population concentrating in Izembek Lagoon and further assume this collision rate and associated risk of injury or mortality to any individual bird in the local population would be even across the southern Alaska Peninsula (and actually may be higher in Izembek Lagoon, where there are relatively higher numbers of Steller's eiders). We do not have data on rates of collision in Izembek Lagoon specifically; nor do we have a measurement of vessel traffic rates in Izembek Lagoon or the southern Alaska Peninsula region overall (including for periods with reported collisions). We predict one additional eider will suffer injury or death caused by vessel collision every 8.33 to 164 years, based on the range we anticipate for an increase in vessel activity (calculations for the lower estimate using baseline rates from section 4.2.4.5: 0.0024 Alaska-breeding eiders per year x 2.53 increase in risk of vessel strike = 0.0061 eiders per year; 1 / 0.0061 = 163.93 years. For the upper estimate: 0.04 Alaska-breeding eiders per year x 2.94 increase in risk of vessel strike = 0.12 eiders per year; 1 / 0.12 = 8.33 years). We acknowledge not all risk of vessel strike would lead to actual strikes. However, this estimate captures only the potential increase in vessel activity related to hunting and does not include vessels used for other activities. We do not expect increased risk in strike for Steller's eiders in Kinzarof Lagoon or Cold Bay, since these areas are already accessible to King Cove residents by boat.

Therefore, it is reasonably certain construction of a road along the Izembek Isthmus would increase vessel use in areas used by large numbers of Steller's eiders, increasing injury and

mortality risk to Alaska-breeding Steller's eiders through vessel strike. The effects to Alaska-breeding Steller's eiders of increased mortality resulting from vessel collisions in Izembek Lagoon would persist for the foreseeable future.

#### 5.2.3.2 Collisions with Vertical Structures

As stated above, Steller's eiders have a high risk of collision with marine- and land-based infrastructure because of their tendency to fly low and fast over the water (Day et al. 2004). Therefore, we estimate between 0.32 and 2.55 eiders per year collide with vertical structures in the vicinity of the Alaska Peninsula. We estimate that the baseline land-based collision risk for Alaska-breeding Steller's eiders in the project area is extremely low 0.0032 to 0.026 eiders per year, or one eider every 39 to 312 years (see section 4.2.4.6). No permanent vertical structures are being added to the landscape as part of the proposed action. Therefore, the collision risk of the proposed 50-year road is extremely low.

However, temporary mobile lighting would be used during the 3 years of construction, including at barge landing sites. Lighting on equipment would also be used as necessary during construction. Lighting can disorient birds in flight, cause grounding events with numerous birds, and may disturb Steller's eiders on water within critical habitat. This disorientation risk increases the likelihood of collision risk with construction equipment and temporary structures (such as mobile offices). These effects will be minimized by limited through conservation measures, including: limiting the height of temporary lighting structures, using down shielded or directional lighting, and limiting construction timing to daylight hours from November 1 through April 30 (see section 1.5). Thus, we expect collision risk with vertical structures to be low during construction from November 1 to April 30. However, risk of collision would remain higher in the fall (August through October), particularly if/when construction occurs at night.

We assume that collision risk with vertical structures during construction would be relatively low, given the limited use of structures and implementation of conservation measures. Therefore, we estimate eider collision risk with vertical structures is likely toward the lower estimated rate of 0.32 eiders per year during the construction period. We assume that any eider that collides with a vertical structure could be from the Alaska-breeding population. Therefore, we estimate up to one Alaska-breeding Steller's eider collision with vertical structures over the 3-year construction period due to the effect of the action (0.32 eider collisions per year x 3 years = 1 eider per year; see 4.2.4.6 for calculation of baseline eider collision rates). There are currently no proposed plans for other vertical infrastructure along the road, therefore we do not consider an increase in the number of vertical structures (beyond construction) to be reasonably certain to occur.

### 5.2.4 Habitat Loss and Degradation

Construction of the road embankment would result in the loss of approximately 161 ac (65.2 ha) of undisturbed fish and wildlife habitat along the Izembek Isthmus, plus 22 ac (8.9 ha) of lands with some level of existing anthropogenic disturbance (e.g., related to trails;(ADOT&PF 2026*b*). The road would also cross multiple streams and wetlands, with plans for installation of 93 drainage structures. Disruption to surface and subsurface flows are expected. Disruption of

surface water flow in uplands would impact both surface and subsurface flows, with the latter being an equally important component of wetland hydrology because groundwater may be the primary source of water in a lowland wetland. Water for construction and future maintenance would be derived from local sources and would have additional effects. Construction of roadways in pristine (i.e., undisturbed) landscapes causes an abrupt step-change in ecosystems by providing a conduit for people, plants, animals, pathogens, contaminants, and off-road access (Povoroznyuk et al. 2022).

Roads change the physical conditions on and adjacent to the road embankment, and these changes have consequences that persist beyond the period of construction (Trombulak and Frissell 2000). A review of 58 publications that assessed the spatial influence of road impacts (including changes in animal abundance, density and population size; modification in animal behavior; reductions of species richness and diversity, changes of landscape patterns, facilitation of resource extraction and hunting; noise increase) found that 100 percent of these impacts were observed within 0.6 mi (1 km) of the road and 39 percent were observed within 1.2 mi (2 km) of the road (Ibisch et al. 2016). Portions of the proposed road would fall within this distance of areas used by Steller's eiders, with the road ranging from 0.5 to 1 mi (0.8 to 1.6 km) from Kinzarof Lagoon and 0.7 mi (1.1 km) from Izembek Lagoon at the closest point. However, the spatial extent of road impacts varies by road type, traffic volume, surrounding habitat, landscape, terrain features, seasons, weather conditions, and time (Ibisch et al. 2016). While impacts are consistently observed within 0.6 mi (1 km), they are not limited to this distance. The downstream effects of the proposed road to wetland habitats along the Izembek Isthmus may extend beyond this distance, given local hydrology and the interconnectedness of habitats (including the lagoon systems) in the action area.

A new road bisects the landscape, which in turn leads to a bisected distribution of snow and water flow patterns, modifying the hydrology by changing the connectivity between lands, wetlands, rivers, and lakes (Povoroznyuk et al. 2022) and disrupting surface-water flow (Trombulak and Frissell 2000). Linear infrastructure such as roads has additional hydrological effects including channeling, impeding and intercepting flows, interruption of ephemeral stream flow, and increasing ponding and erosion (Povoroznyuk et al. 2022). Road construction commonly also constrains distributary channels that would otherwise migrate through time, which can lead to channel incisions, diminished habitats, and changes in the plant communities (van Proosdij et al. 2009, Limpinsel et al. 2023). Roads further disrupt the natural environment through impacts to soil density, temperature, soil water content, light, dust, and patterns of run-off and sedimentation (Trombulak and Frissell 2000).

Direct effects on hydrologic resources and processes expected during construction of the proposed road include stream crossings and infill of wetlands along the corridor and exposure of water resources to localized, temporary sediment discharges from disturbance during excavation and construction activities. Indirect effects during construction would include increased sediment load from stream shoreline disturbance and discharge of excavated material during construction of drainage structures, both affecting water quality. Increased sediment loads would continue to move through the system once hydrologic processes are reestablished within each stream (i.e., after construction is complete). Effects from road use and maintenance include increased sediment load from road runoff, pollution from vehicles, and increased ATV use into adjacent

areas. Off-road vehicle use through the Izembek Refuge would further impact wetland function in this area (USFWS 2025*a*). Specific effects of sedimentation and turbidity are discussed below, in section 5.2.4.1.

Degradation of habitat, particularly eelgrass, could affect Steller's eider body condition and time spent feeding. Modeled changes to eelgrass habitat in Izembek Lagoon indicated that a more than 70 percent reduction in eelgrass biomass reduced the proportion of brant that emigrated in the fall, and a more than 50 percent reduction in eelgrass biomass reduced winter and spring brant emigration (Stillman et al. 2021). Modeled reductions in eelgrass also led to increased proportion of time feeding to compensate for the loss in abundance. Thus, we expect impacts from road construction and use (e.g., sedimentation, turbidity, altered hydrology) that are large enough to degrade eelgrass would lead to reduced body condition and/or increased energy expenditure on feeding in some Steller's eiders.

In summary, road construction and use would result in permanent ecological change resulting from direct and indirect effects to habitats along the isthmus, which would have cascading effects to adjacent marine areas. These would be minimized to some extent by the agreed upon conservation measures. Previous conclusions by the Service support that a high level of permanent ecological degradation to habitat would occur from the construction of a road through Izembek Refuge (DOI/USFWS 2013*b*). The lagoons on either side of the isthmus are hydrologically connected through surface and subsurface flow (see sections 1.3 and 4.1.1), and changes to water quantity and quality flowing into these lagoons would lead to impacts to habitats and resources used by Steller's eiders. We expect these impacts would have adverse impacts to eelgrass habitat and associated macroinvertebrate prey and therefore have adverse effects to Steller's eiders.

#### 5.2.4.1 Turbidity and Sedimentation

Road construction and maintenance, materials excavation, and increased off-road vehicle use (and resulting impacts to the landscape) would contribute to surface runoff and increase sediment loading and turbidity in the surrounding freshwater and marine environments. Off-road traffic, such as ATVs, would establish routes away from the roadway into adjacent areas of Izembek Refuge, resulting in pioneering trails and damage to habitats along the isthmus (see Figure 29). These routes would cause vegetation loss, soil compaction, erosion, and increase sedimentation into nearby waterbodies. Sedimentation and related effects would be highest during construction and would continue during road maintenance and use and after the road is no longer in service, due to continued ATV use for as long as a gravel structure remained to support such use. There are multiple ways for sediment to mobilize into waterbodies, including through channel erosion and by dust generated from development activities or use of the roadway. Sediment inputs from development activities can impact water quality and reduce the abundance, taxonomic richness, and diversity of aquatic communities.

Fugitive dust from road construction and routine vehicle traffic along roadways is a common source of sediment deposition to the surrounding environment, affecting nearby vegetation and adjacent water sources. Dust reduces vegetation productivity, alters species composition in wetlands, and may eventually flow into nearby waterways. Fugitive dust associated with road

construction and use would be expected to spread well beyond the road corridor; the distance is difficult to predict because it depends on factors that include local weather patterns and traffic speeds.




**Figure 29**. Where road access has made portions of Izembek Refuge accessible, unsanctioned off-road trails and trail scars crisscross the landscape at high density, affecting soils, hydrology, and water quality in the impacted area. Photo credit: Gerrit Vyn.

Freshwater and marine wetlands slow runoff, moderate stream flows, and provide important wildlife habitats, such as nesting and escape cover. For example, eelgrass beds not only provide an abundant macroinvertebrate community, but also provide sheltered (i.e., low wave energy) locations where large flocks of Steller's eider and other waterfowl congregate to rest and find protection from predators in large numbers. These wetland functions are reduced by roads and the associated use of ATVs. We expect riparian areas and wetlands connected with streams that are paralleled or crossed by ATVs would experience a loss of vegetation, bank erosion, a reduction in water quality, and increased transport of sediment to coastal wetlands and eelgrass beds in the action area. Shrub vegetation, coupled with a harsh climate and slow rates of recovery for soils and vegetation, predispose the action area to erosion (DOI/USFWS 2013*a*); this, combined with impacts from the road and ATV use would result in immediate degradation of wetland habitats, including those used by eiders. Degradation would persist as long as overland ATV use and scars from this ATV use continue.

Seagrasses are important primary producers in nearshore environments (Ramus 1992, Waycott et al. 2009, Barbier et al. 2011, Murphy et al. 2021) that can be impacted indirectly when sediment

is delivered by streams and rivers into the marine environment. Eelgrass is critical to the ecological community present in Izembek Lagoon and nearshore areas of Kinzarof Lagoon and Cold Bay; it provides food, habitat, and key ecological services (Murphy et al. 2000, Orth et al. 2006, Tippery 2013, Limpinsel et al. 2023). Steller's eiders depend on the eelgrass beds of the Izembek Complex as a source of abundant, high-quality prey (see section 5.3).

Eelgrass is the dominant seagrass in Alaska (Limpinsel et al. 2023). However, eelgrass communities like those found in Izembek Lagoon have been on the decline (Keser et al. 2003, Pihl et al. 2006), largely as a result of development activities (Orth et al. 2006, Boudouresque et al. 2009). Die-offs in affected seagrass areas are known to occur when development activities increase sedimentation and cause a subsequent increase in phytoplankton blooms (Hauxwell et al. 2003, Lotze et al. 2006). Additionally, increases in turbidity can deprive seagrass communities of available light, inhibiting leaf growth and increasing seagrass mortality (Moore et al. 1997, Longstaff and Dennison 1999, Terrados et al. 1999, Zabarte-Maeztu et al. 2020, Picard et al. 2022). The biodiversity and abundance within ecosystems become impaired as eelgrass is lost (Reed and Hovel 2006).

Macroinvertebrates, which serve as a bridge between trophic levels and are crucial components of aquatic ecosystems, are also impacted by sedimentation and other changes to water quality. We expect displaced sediment, resulting from road construction and maintenance and consequent overland ATV use on the Izembek Isthmus, would impact water quality, negatively affecting the benthic macroinvertebrate prey species Steller's eiders rely on. Some macroinvertebrates prefer specific substrate types and are sensitive to the accumulation of fine sediments on the bottom surface (Burdon et al. 2013, Bylak and Kukuła 2022). Suspended sediments can also affect filtration systems and other vulnerable body parts, and normal function is disrupted when individuals change behavioral responses to avoid damage and protect themselves (Jones et al. 2012). Macroinvertebrates may also detach from the substrate and drift downstream, and this behavioral response to unsuitable conditions can increase when suspended sediments are abundant (Culp et al. 1986, Doeg and Milledge 1991, Bylak and Kukuła 2022). Steller's eiders are thought to exist at the edge of their energetic range (Goudie and Ankney 1986), making them sensitive to habitat changes that affect their local food resources.

Physical and behavioral effects to macroinvertebrate prey from increased sedimentation and reduced water quality would result in shifts in the quantity, quality, and distribution of Steller's eider prey and would lead to Steller's eiders expending more energy while foraging in the Izembek Complex, including if they are forced to forage more hours or travel farther in search of prey. Prey distribution shifts in the Izembek Complex would lead to shifts in Steller's eider site use. Such shifts would be temporary in response to most construction activities; but the road itself would be a permanent feature on the landscape, and effects related to changes in local hydrology (e.g., through water impoundment or channel incision) or runoff would exist for the life of the road. Similarly, effects related to road maintenance and use (e.g., fugitive dust) and overland incursions by ATV use would be long-term. The amount and scale of effects to prey species would depend on the magnitude of sedimentation to the lagoons.

While we can be reasonably certain sedimentation and turbidity would increase in local area streams and wetlands (as a result of road construction, maintenance, and use, and ATV use), the

rate of increase and the magnitude of sediment loading into the environment (including Izembek and Kinzarof Lagoons) are hard to predict. Downstream effects would be largest in streams where upstream disturbance is the greatest (e.g., in areas of bridge construction, culvert installation, or material site excavation). Large sediment loads in streams with high flow rates, which transport more sediment, would be deposited in the nearshore environment of the connected lagoon or bay, and would affect areas where Steller's eiders forage and seek refuge. Effects from sedimentation during construction would be minimized to a certain extent, given the road would have to meet general construction requirements, including a Stormwater Pollution Prevention Plan (SWPPP).

Preliminary design of the proposed road has identified 94 drainage structures (1 bridge and 93 culverts, see 1.4.1) that would be required. The bridge would be built over Southeast Kinzarof Stream (Anadromous Waters Catalog #283-34-10700; ADF&G 2024). Based on a preliminary proposed route, the road would cross four other streams that are currently identified as anadromous (Anadromous Waters Catalog #s 283-34-10600, 283-34-10500, 283-34-10500-2031, 283-34-10430; ADF&G 2024). Design of crossings over fish-bearing streams for fish passage design would follow the Memorandum of Agreement between Alaska Department of Fish and Game and ADOT&PF for the Design, Permitting, and Construction of Culverts for Fish Passage (ADF&G and ADOT&PF 2025, ADOT&PF 2026*b*) and the Service's Culvert Design Guidelines for Ecological Function (Revision 10, 2025), which will help reduce sedimentation during construction and maintain connectivity for fish passage. ADOT&PF will retain natural vegetation and minimize use of riprap in all stream crossings which will also help reduce bank erosion and sedimentation (per 1.5 Conservation Measures).

Sedimentation resulting from road use and increased overland ATV travel would be harder to minimize but is also difficult to quantify. However, we calculated a reasonable increase in trails related to ATV transgressions into Izembek Refuge that we might expect with additional miles of road constructed. We assume the rate of increase of trails (seven times existing levels) would approximate the increase in magnitude of erosion and sedimentation into surrounding waterbodies from ongoing ATV use.

In summary, we expect some level of increased sedimentation and turbidity likely in the action area. We estimate a sevenfold increase in sedimentation from increased ATV use alone. Where such increases in sedimentation enter the marine environment, eelgrass growth would be impaired and prey species Steller's eiders depend on would be affected. The impacts of sedimentation and turbidity resulting from the proposed road would be additive to existing stressors on eelgrass habitat and macroinvertebrate prey within the Izembek Complex (see 3.1.4.3 and 3.1.4.10). We anticipate the proposed conservation measures (i.e., the SWPPP and Culvert Design Guidelines for Ecological Function) will reduce the potential for sedimentation (only during road construction); however, given the impacts that have already been documented from increased off-road vehicle use associated with the 17.2-mi (27.7-km) King Cove extension road (e.g., Figure 28; see section 4.1.7), the anticipated additional increase in off-road vehicle traffic, and the anticipated ongoing use of the proposed road, we expect adverse impacts to nearby eelgrass habitat and associated macroinvertebrate prey as a result of the direct and indirect effects of the action. We expect degradation of habitats to impact some Steller's eiders

by increasing energy expenditure on feeding (e.g., more time spent feeding or more effort to find high-quality prey) and potentially reduced body condition.

### 5.2.5 Environmental Contaminants

The use of heavy equipment during construction or maintenance, increased vessel traffic during and after road construction, and increased vehicular traffic (i.e., road vehicles, ATVs, and snowmachines along the road corridor or along the isthmus in Izembek Refuge) would increase the risk of hazardous materials release to the environment. It is likely some amount of hazardous materials release would occur, through accidental fuel and oil spills. Large spills of petroleum hydrocarbons or other contaminants are not reasonably certain to occur because there is low risk the project would result in a large spill, but there is a high probability small spills would occur periodically, during or after construction. Heavy equipment would be used during construction and maintenance; after construction, motorized vehicles would use the road for the life of the road.

Additionally, we expect an increase in vessel traffic in the action area. Small spills associated with leaking equipment are common with the use of motorized vehicles and heavy equipment, and accidental spills are also common occurrences (including during emergencies and refueling). Some number of small spills to the roadway or off-road environment would persist; when the source of a spill is not known (often the case with accidental spills), there may not be a responsible party to be liable for containment and cleanup or the costs associated with the containment, cleanup, and damages resulting from the spill. Effects of hazardous materials release will be minimized by responsible parties (including ADOT&PF and their contractors and Aleutians East Borough) during road construction and maintenance, in part, through the development and use of best management practices and policies in hazardous material and spill plans (see conservation measure 14). The road would also have to meet general construction requirements from the State, including a SWPPP, which will reduce the risk of contaminants entering the marine environment through stormwater runoff.

Contaminants entering marine environments, including through post-construction stormwater runoff or snowmelt or through direct spills during off-road and on-water activities, would impair water quality, thereby adversely affecting Steller's eiders and their habitat and prey resources. Where smaller spills of petroleum and petroleum products have occurred, Steller's eider habitat quality has been impacted at a small scale (USFWS 2025*b*). Pathways of effect to individual Steller's eiders involve direct contact with contaminants in the abiotic environment (USFWS 2025*b*) or ingestion of contaminated prey items (Franson 2015). Direct exposure to petroleum hydrocarbons affects an individual eider's ability to thermoregulate, and polyaromatic hydrocarbons are toxic to individual eiders if ingested during preening or by consumption of contaminated prey (USFWS 2025*b*). Effects from spills and pollution to Steller's eider habitat and prey are discussed in section 5.3.2.

In summary, small spills of hazardous materials during road construction, maintenance, and use and during off-road or on-water travel are likely. Spills would have detrimental impacts to Steller's eider habitat and prey species. While Steller's eiders are vulnerable to the effects of oil spills and other sources of contamination at an individual and population level (depending on

variables such as size and location of the spill), we expect few listed eiders would encounter spilled contaminants as an effect of the proposed action because: 1) most spills are preventable and 2) if accidental spills occurred, they would most likely be of low volume and localized. A contaminants spill in important and/or high-use areas would be expected to encounter some number of individual Steller's eiders and would result in substantial impacts to Steller's eiders at the population level if the spill occurred during (or persisted into) times of the year high numbers of Steller's eiders are present and/or if prey resources became contaminated. Large contaminants spills are not expected to occur consequent to the proposed action. Small spills, which are considered likely to occur, are expected to remain localized and affect, at most, only a few eiders or a small area containing prey resources. Small spills would therefore not be expected to have a population-level effect.

Increased hunting and fishing activities along the Izembek Isthmus and in Izembek Lagoon may also result in the deposition of lead shot or lead fishing sinkers into wetland and marine habitats. Lead introduced into these habitats can remain accessible to Steller's eiders for the long-term (Franson et al. 1995, Flint and Schamber 2010). The effect of exposure to lead, including lead from shot, varies; but lethal and sublethal response can occur in Steller's eiders (Hoffman 1990, USFWS 2025*b*). While increased hunting of waterfowl or other wildlife could result in some increase in lead loading to the local area, use of lead shot for waterfowl hunting is prohibited nationwide, and in Alaska use of lead shot is prohibited for hunting of all migratory game bird species and overall appears to be declining. Lead shot does not appear to be sold in Cold Bay presently. It is unknown whether any type of ammunition is sold locally in King Cove or whether residents purchase their ammunition elsewhere (M. Fosado, USFWS, pers. comm. 2025). At this time, we have no information with which to assess the likelihood that use of lead shot occurs and would increase during hunting activities at Izembek Lagoon and along the isthmus. Lead fishing sinkers are widely used in Alaska, and their use during recreational or subsistence fishing would also contribute to lead loading in the marine environment. If exposure of Alaska-breeding eiders to lead increases through increased hunting and fishing activities, we expect there would be significant, negative effects to individual fitness and to the resiliency of the Alaska-breeding population (USFWS 2025*b*). However, effects would depend on background lead levels in the action area and the rate of increase, which are both unknown. Therefore, it is not reasonably certain that lead would be deposited as an indirect effect of the proposed action in or near Steller's eider habitat at rates sufficient to impact listed eiders.

Roads can also lead to chemical changes to the surrounding environment, mainly through introducing heavy metals, salt, organic materials, ozone, and nutrients (Trombulak and Frissell 2000). While studies indicate contamination declines within 65.6 ft (20 m) of the road, elevated levels of heavy metals often occur 656 ft (200 m) or more from the road (Trombulak and Frissell 2000). It has been demonstrated that when these metals reach aquatic environment the transportation rates increase (Gjessing et al. 1984), which is relevant and concerning in a wetland system such as Izembek Refuge. Once fixed to soils, metals and other persistent chemicals can be transported to aquatic systems by wind, water, or gravity (Trombulak and Frissell 2000). Road dust is a common vector for chemical transport. In a subarctic lake system in Canada, lakes 0.62 mi (1 km) from the highway were chemically distinct (higher calcium and conductivity) from lakes greater distances away (Zhu et al. 2019). The proposed road would be a single lane gravel road. Preliminary estimates suggest the average daily traffic would be less than 50

vehicles. Chemical changes to the surrounding environment are reasonably certain to occur, as indicated by previous research. However, due to the limited volume of traffic combined with the distance to the aquatic environments used by Steller's eiders, we expect the impact of chemicals from the road affecting Steller's eiders would be small although accumulation over the life of the road would increase exposure over time.

### 5.2.6 Other Sources of Mortality

We considered the potential for the action to increase effects to Steller's eiders through other sources of mortality. In order to treat these sources as indirect effects in the biological opinion, they must be reasonably certain to occur, as evidenced by appropriations, work plans, permits issued, or budgeting; they follow a pattern of activity undertaken by the agency in the action area; or they are a logical extension of the proposed action. We dismissed the following as not reasonably certain to occur as a consequence of the proposed action: increased rate of collisions with elevated infrastructure or vehicles, increased rate of incidental fisheries bycatch, and increased effects from trash entering the marine environment (e.g., entanglement with fishing line, increased predation risk as a result of predator attraction).

Construction of a road to connect the communities of King Cove and Cold Bay could lead to other development along the road corridor, including of elevated/vertical infrastructure such as telecommunication lines, power transmission lines, and towers. Steller's eiders have been injured and killed in collisions with this type of infrastructure, including in and near the action area. Overhead transmission lines may be especially risky (USFWS 2025*b*). Overhead lines constructed in coastal environments are known to cause mortality of Steller's eiders on the Alaska Peninsula (USFWS/Russell 2004); and elsewhere, overhead lines constructed on a marine isthmus were specifically documented as high risk to Steller's eiders (Øien and Aarvak 2007).

The isthmus is presently free of elevated infrastructure and artificial lighting, including lighting related to vehicle traffic. Steller's eiders shift across the isthmus between Izembek and Kinzarof Lagoons, particularly during storm events, in part because these waterbodies experience opposite prevailing winds and distinct tidal cycles. Steller's eiders wintering in Izembek Lagoon are also known to move across the isthmus to Kinzarof Lagoon and Cold Bay to maintain access to prey resources when Izembek Lagoon experiences icing conditions (USFWS/Trust et al. 1997, Laubhan and Metzner 1999). In addition, Steller's eiders may move between primary wintering sites and secondary wintering sites and have been documented moving between sites along the southeastern coast of the Alaska Peninsula and sites along the Bristol Bay coast of the Alaska Peninsula, including Izembek Lagoon (Martin et al. 2015). This transition between sites would include low-level flights across the isthmus, during periods of poor weather and reduced natural light conditions that result in reduced visibility of elevated infrastructure. Any artificial light along the isthmus – including lighted infrastructure and headlights associated with vehicular traffic – would be a measurable change in this light-free location. Birds using the Izembek Complex are assumed not to be habituated to artificial lights. Although there is potential for additional infrastructure development to occur with improved access, we cannot be reasonably certain this development would occur as an indirect effect of the road because there are no proposals for any such development currently; permanent vertical structures and permanent lighting are not incorporated into the proposed road project. Vehicle traffic is expected to be low

volume (USFWS 2025*a*) and therefore would not be a continuous source of potential attraction. We also lack evidence that Steller's eiders are at risk of striking vehicles during overland flights. Therefore, we do not anticipate a significant risk of collisions with vertical structures or vehicles using a future road.

We considered whether the seafood processing plant in King Cove would re-open as a consequence of the construction of the road and whether its possible re-opening was reasonably certain to occur; we conclude that neither circumstance applies. While the economic viability of the seafood processing facility would improve with a road in place to transport seafood from King Cove to Cold Bay, there is insufficient indicia that the construction of the road would make it reasonably certain that the seafood processing plant would re-open. There are a number of other factors that would determine whether it was cost-effective to re-open the plant including the market, labor costs, etc. King Cove has been trying to attract a buyer since the plant closed in 2024 and there is no indication of a buyer of the plant. Because there are no stated plans to reopen the seafood processing plant, we conclude it is not reasonably certain to occur and do not consider reopening an indirect effect of the action.

Construction of the road is expected to result in general increased use of the Izembek Isthmus for recreation (hiking, bird watching and other wildlife viewing, etc.) and subsistence (berry-picking, etc.). These actions, singly or in combination, are not expected to contribute to meaningful disturbance to Steller's eiders or increased levels of contaminants and pollution entering the nearby environment; therefore, we conclude any such effects are discountable or insignificant and do not rise to the level of adverse effects.

The ADF&G allows fishing within Izembek Lagoon, including commercial salmon seining, as well as drift gillnet salmon fishing offshore of the barrier islands (see section 4.1.6 for discussion of the current environmental baseline related to fishing activities). Subsistence fishing is also allowed within the lagoon, including set gillnet fishing. Salmon gillnet fishing has a documented high risk of entangling and drowning marine birds like Steller's eiders; however, gillnet fishing is limited to areas outside of the barrier islands. Based on data from 2023 and 2024, there are only four or five operators conducting salmon seining in Izembek Lagoon. If road access leads to increased fishing activities within Izembek Lagoon, which could include additional salmon seining, exposure of Steller's eiders to this risk would increase. We expect that improved access to Izembek Lagoon would result in increased use by residents from King Cove. However, current facilities providing vessel access to Izembek Lagoon are limited to an unimproved public boat launch. We do not expect the construction of a road would result in a significant increase in commercial use of Izembek Lagoon, with the anticipated increase in fishing activity mainly expected to be from residential/sport fishing. We do not expect this change in commercial fishing to result in meaningful impacts to Steller's eiders beyond the vessel-caused disturbance previously analyzed in section 5.2.3.

Increased fishing and other human activity within Izembek Lagoon and along the isthmus would also increase the potential for trash to accumulate in the local environment and enter the marine environment, including from the roadway and vessels using the lagoons and bay due to the typically windy conditions in this region. Direct effects to Steller's eiders may include ingestion and entanglement (e.g., with fishing line). Predator attraction to the local area through improper

disposal of trash, including carcasses of fish and wildlife, would increase predation risk to individual Steller's eiders. In areas where Steller's eiders are attracted to prey or other resources, elevated predator communities effectively become an ecological trap (Reed and Flint 2007), with noticeable consequences at the population level. Human activity has occurred in the Izembek Complex for decades. There is no evidence that trash is currently affecting Steller's eiders in the action area. While we cannot characterize the level of trash that would enter the environment, we expect the level of trash entering the system from road use to be small because the road is a single lane at least 0.5 mi (0.8 km) from the lagoons at the closest points and is expected to receive a relatively low volume of traffic, given the small size of the two connected communities. In the aquatic environments of the Izembek Complex, both human use and eider presence are dispersed throughout the large area; any introduced trash has a small likelihood of overlapping areas used by eiders. Therefore, although the proposed action is likely to result in increased human activity, which in turn is expected to result in an increase in trash being introduced to the environment, we have no evidence to indicate that adverse effects to Steller's eiders from trash are a reasonably certain to occur effect of the action; we conclude the likelihood of adverse effect is discountable and therefore it is not an indirect effect of the action.

#### 5.2.7 Effects on Recovery

The ESA requires a recovery plan to incorporate, to the maximum extent practicable, "objective, measurable criteria which, when met, would result in a determination, in accordance with the provisions of this section, that the species be removed from the list [of endangered and threatened wildlife]…" (16 USC 1533(f)(1)(B)(ii)). The 2021 recovery plan for Alaska-breeding Steller's eider identifies criteria that, when met, indicate the point at which reclassification under the ESA should be considered. It includes abundance and population trend criteria for the Pacific-wintering population of Steller's eiders and population threshold criteria for the Alaska-breeding Steller's eiders and Pacific-wintering Steller's eiders (i.e., a minimum number that should be present on Alaska's Arctic Coastal Plain nesting area over a 20-year period; USFWS 2021*a*). The recovery plan also requires population-level threats must not detract from the demographic criteria and identifies some of these threats: threats include but are not limited to ingestion of lead ammunition, mortality from shooting, and bird collisions with human infrastructure (USFWS 2021*a*). The recovery plan notes some threats, such as disturbance, can be affected by management actions; other threats may not be under our direct control, and the plan specifies management actions that should be taken to reduce threats (USFWS 2021*a*).

The demographic criteria for recovery of Alaska-breeding Steller's eiders require that the minimum number of Alaska-breeding Steller's eiders present in the nesting area be maintained or increased over the long-term, compared to the numbers observed over the past 30 years. The recovery plan requires the number of breeding Steller's eiders in Alaska, and our confidence in that number, should be higher if the abundance and trend of the Pacific-wintering population of Steller's eiders is unknown or if the trend is known to be decreasing. The recovery criteria for Alaska-breeding Steller's eiders were previously described in section 3.1.5. The Alaska-breeding population is estimated as a mean of 406 total individuals (95 percent CI = 207.67 – 750.02, over the period 2007 to 2024), and the population size and trend of the Pacific-wintering population of Steller's eiders is currently unknown (see section 3.1.3).

Direct injury and mortality of some Alaska-breeding Steller's eiders is expected, primarily resulting from activities facilitated by increased access to Izembek Lagoon, which will increase risk of exposure to known threats identified in the recovery plan (including harvest and vessel collisions; see sections 5.2.2 and 5.2.3). We expect an increase in the risk of vessel strike to Steller's eiders within Izembek Lagoon would result in up to one Alaska-breeding Steller's eiders removed from the population every 8.33 to 164 years over the life of the road (or up to 6 birds over 50 years). We expect an increase in the risk of inadvertent harvest of Steller's eiders during waterfowl hunting in Izembek Lagoon, equating to one Alaska-breeding Steller's eider harvested every 10 to 11 years, for the foreseeable future (i.e., over the life of the road and decades beyond). This equates to approximately 5 birds over 50 years. Assuming there are approximately 406 Alaska-breeding Steller's eiders, this would represent a loss of only a fraction of 1 percent (i.e., less than 1 percent) of the population every decade. We also estimate a small increase in the risk of collisions with vertical structures during the 3-year construction window, resulting in one bird removed from the population. The recovery plan specifies management actions should increase or maintain the rate of adult survival, including by reducing shooting mortality (management action 1) and by reducing collisions with vessels (management action 4; USFWS 2021*a*). Although the action considered herein would not contribute positively toward recovery goals, we do not anticipate the annual, direct loss of Steller's eiders consequent to this action would result in a noticeable reduction in the numbers of Alaska-breeding Steller's eiders present on the Arctic Coastal Plain.

In summary, we would not anticipate measurable population impacts from the loss of 12 individual Alaska-breeding Steller's eiders (from collisions with vessels and inadvertent harvest) over the projected 50-year life of the road.

### 5.3 Designated Critical Habitat for Steller's Eider

The proposed road construction and maintenance would occur near an important, high-density Steller's eider concentration area that is designated as critical habitat (Unit 5: Izembek Lagoon). The Izembek Lagoon critical habitat unit was designated due to its importance for molting, wintering, and staging (see sections 3.2 and 4.3). This critical habitat unit includes all waters of Izembek Lagoon, Moffett Lagoon, Applegate Cove, and Norma Bay, and waters 0.25 mi (400 m) offshore of the Kudiakof Islands and adjacent mainland. The PCEs identified for Izembek Lagoon include 1) marine waters up to 30 ft (9 m) deep and the underlying substrate, 2) the associated invertebrate fauna in the water column, 3) the underlying marine benthic community, and 4) where present, eelgrass beds and associated flora and fauna.

This effects discussion evaluates direct and indirect effects to Steller's eider critical habitat from the construction, maintenance, and use of a new road through Izembek Refuge to connect the communities of King Cove and Cold Bay. We also consider activities that would occur in Izembek Lagoon and on the Izembek Isthmus consequent to the new road (i.e., interrelated and interdependent actions).

### 5.3.1 Turbidity and Sedimentation

In-stream work during construction, including pile driving and culvert placement, would increase turbidity in the immediate project area and affect downstream waterbodies through connected waterways and surface water sheetflow. Construction, maintenance, and use of the road, which includes activities like excavation, would also increase sediment loading to the surrounding freshwater and marine environments. Sedimentation and turbidity are expected to be mostly temporary and localized during construction activities (especially with the implementation of a SWPPP), but any downstream effects that reach the lagoon system would result in changes to water quality and the condition (e.g., size, quality, abundance) of benthic macroinvertebrate prey by decreasing sunlight important to health of their host habitat (eelgrass) or through physical influence of particulate matter on the macroinvertebrates themselves (Longstaff and Dennison 1999, Gorgula and Connell 2004, Watanabe et al. 2016, Picard et al. 2022). If reductions in prey condition are large enough, this would lead to reduced nutritional or energetic value of prey available to Steller's eiders in at least portions of the Izembek Lagoon critical habitat unit. Sedimentation would impact a small portion of Steller's eider designated critical habitat, specifically PCEs closest to the shoreline and to areas where streams discharge into the lagoons. Therefore, we expect eelgrass beds and macroinvertebrates in areas closest to where freshwater streams discharge into Izembek Lagoon would experience some reduction in quality and/or quantity during construction of the road, but these effects to Steller's eider critical habitat PCEs would be localized and temporary.

Road use and maintenance and subsequent activities associated with increased access, such as off-road use of ATVs, would also contribute to sedimentation and turbidity following construction and would persist for the life of the road (and ATV-caused effects would presumably persist well beyond this). See sections 5.2.4 and 5.2.4.1 for discussion on the effects of sediment inputs from development activities on Steller's eider prey and habitat that correspond to critical habitat PCEs (i.e., marine waters and benthic substrate in nearshore habitats, prey species in the water column and in the benthos, and eelgrass beds and their associated flora and fauna). The downstream effects of turbidity and sedimentation related to road use and associated activities would continue for the life of the road (projected to be 50 years) but are expected to be localized, impacting a small portion of Steller's eider designated critical habitat, specifically PCEs closest to the shoreline and to areas where streams discharge into the lagoons. We expect impacts would affect marine waters and eelgrass beds or macroinvertebrate prey closest to where freshwater streams meet the lagoon, and they would experience reduced quantity and/or quality where degraded instream inputs occur.

We calculated the increase in ATV-caused trails we expect would result from transgressions onto the isthmus with a substantial increase in miles of road constructed (see section 5.3.1) and considered this as a proxy for one source of increased sedimentation and turbidity. We estimated the increase in extent of off-road vehicle traffic would be sevenfold: following construction of the 17.2-mi (27.7-km) King Cove extension, the Refuge documented an increase in off-road vehicular trails of 123.5 mi (198.7 km). The King Cove extension would connect with the proposed new road. Using the King Cove extension and its associated network of unsanctioned trails as a surrogate, we estimate 7.18 mi (11 km) of new, off-road vehicular trails would be expected per new 1 mi section (1.6 km) of proposed road. Because 5.6 mi (9 km) of the new road

would be built on existing trails and roads, we do not expect that portion to experience a large change in off-road vehicle use. We therefore anticipate approximately 95.5 mi (153.7 km) of new off-road vehicular trails will impact the Izembek Isthmus with construction of 13.3 mi (21.4 km) of road in areas without current roads or trails, assuming similar patterns of access, terrain, and enforcement. ATV use and other off-road vehicular travel have been demonstrated to cause increased erosion and sedimentation. These effects are reasonably certain to reduce the quantity and/or quality of marine invertebrates, marine benthic communities, and eelgrass habitat where degraded instream inputs occur, although we do not have the data available to determine the magnitude of these impacts.

We lack data to calculate the specific area of critical habitat that would experience increased sedimentation and turbidity and the magnitude of this effect (e.g., how much eelgrass would be lost or the area over which eelgrass blade density would decrease and by how much and the extent to which macroinvertebrate biomass would decrease). However, we expect the proportion of affected critical habitat to be small, because these effects would only occur in the portions of the nearshore environment receiving freshwater inputs. Adverse effects would persist for the life of the road and beyond and would be additive to other current and ongoing stressors (such as reduction in prey species biomass and loss of eelgrass in Izembek Lagoon; see 4.3). A decrease in quantity and quality of eelgrass habitat and macroinvertebrate prey would be expected in a localized area of this critical habitat unit, closest to areas where freshwater streams enter the lagoon.

### 5.3.2 Accidental Spills and other Environmental Contaminants

The use of heavy equipment during construction and the subsequent increase in vessel traffic and vehicle traffic (on and off the roadway) would increase the risk of accidental fuel and oil spills, with direct and indirect effects to Steller's eider critical habitat. Contaminants and petroleum hydrocarbons that enter the marine environment would impact prey resources, eelgrass, and other physical habitat features they contact. Oil can be toxic to invertebrates or impact them through smothering or by altering feeding rates or shell formation (USFWS 2004*b*). Invertebrates may accumulate high levels of contaminants that can be passed on to predators, such as Steller's eiders. Marine plants respond variably to oiling, but spills may lead to die-offs for some species. Oil can prevent the germination and growth of marine plants, but most vegetation appears to recover after cleanup (USFWS 2004*b*). Response and cleanup activities can also create habitat damage, including through mechanical impacts to benthic substrates or additions of chemical treatments (e.g., dispersants). Oil can remain in the environment long after a spill event, in the subsurface sediments under gravel shorelines and in soft substrates, affecting nearshore habitats longer than pelagic or offshore habitats.

There is a low risk the project would result in a large spill of petroleum hydrocarbons or other contaminants. The risk of small spills would be low during road construction, and implementation of a SWPPP will reduce the risk of contaminants entering the environment through stormwater runoff. The risk of small spills would be minimized by responsible parties (including ADOT&PF and their contractors and Aleutians East Borough) during road construction and maintenance, in part, through the development and use of best management practice and policies in hazardous material and spill plans (see conservation measure 14).

There is a high probability of small spills during road use and related off-road and on-water activities. Eelgrass that is exposed to spills may experience die-offs in localized habitat patches at a small scale. Oil spills would affect any macroinvertebrates (prey species for Steller's eiders) directly encountered, through toxicity or physical effects, or indirectly through effects to the habitats and substrates on which macroinvertebrates rely. Oil can remain in the environment long after a spill event, in the subsurface sediments under gravel shorelines and in soft substrates, affecting nearshore habitats longer than pelagic or offshore habitats. Most vegetation affected by oil spills would be expected to recover after some amount of time, and most macroinvertebrate communities would subsequently also recover (although we would expect the permanent loss of some individuals). It is difficult to characterize small, accidental spills and the rates at which they would occur or to measure the likely magnitude of effect, given this effect would be patchy and would therefore depend on several unknown variables. However, the risk of small spills would persist for the foreseeable future.

### 5.3.3 Habitat Loss and Degradation

No direct loss of Steller's eider critical habitat is expected through placement of fill for construction of the road embankment. However, construction of the road embankment and its associated activities (e.g., pile driving for a stream crossing, material site development, use of local water sources for compaction) would indirectly alter habitat in the action area through disruption to surface and subsurface flows (see section 5.2.4 for discussion on how roads alter landscapes). Ongoing maintenance and use of the road, and activities made possible by presence of the road (e.g., increased off-road ATV use), would result in permanent ecological change along the Izembek Isthmus, causing indirect effects to the connected lagoon system and changes to eelgrass beds and prey species. These effects would be primarily related to changes in water quality through sedimentation and turbidity, and to a lesser extent through contamination caused by accidental spills and runoff. See sections 5.2.4.1 and 5.3.1 for discussion on the expected effects of turbidity and sedimentation related to road construction and use.

We lack data to calculate the specific area of critical habitat that would experience increased sedimentation and turbidity and the magnitude of this effect (e.g., how much eelgrass would be lost or the area over which eelgrass blade density would decrease and by how much and the extent to which macroinvertebrate biomass would decrease). However, we expect the proportion of affected critical habitat to be small, because these effects would only occur in the portions of the nearshore environment receiving freshwater inputs. Therefore, a decrease in quantity and quality of eelgrass habitat and macroinvertebrate prey would be expected only in a localized area of this critical habitat unit, closest to areas where freshwater streams enter the lagoon. It is not possible to measure the degree to which eelgrass and macroinvertebrate prey would be impacted by accidental spills of unknown quantity and location. Any spills that do occur are expected to be small, which minimizes the expected magnitude of any effects.

Changes are already occurring in Izembek Lagoon (see sections 3.2 and 4.3) and have resulted in impacts to PCEs: over the period 2006 to 2020 there was a net loss in spatial extent of eelgrass approximately 10 $mi^2$ (25 $km^2$) of eelgrass (Douglas et al. 2025). and an apparent reduction in the total biomass and size of certain macroinvertebrates on which Steller's eiders rely (based on prey samples in 2019 compared to 1998; Maliguine et al. 2025). Construction, road use and

maintenance, ATV-related impacts, and other activities that cause increased sediment loading or introduce contaminants to the lagoon and impact eelgrass and macroinvertebrate would be additive to existing stressors that are not currently well understood. We expect these additive effects to be limited to the nearshore portions of the Izembek complex, where freshwater inputs occur; these affected areas amount to only a small fraction of the total area of designated critical habitat.

## 5.4 Southwest DPS of Northern Sea Otters

Northern sea otters do not regularly use terrestrial habitats. They occur in nearshore and estuarine environments adjacent to the proposed road and occasionally may come ashore to rest or escape predators. We do expect consequences to sea otters and their habitat from the effects of the action which include activities resulting from construction, maintenance, and use of a new road along the Izembek Isthmus to connect the communities of King Cove and Cold Bay (see Section 1.4).

### 5.4.1 Disturbance

Sea otters have a high resting metabolic rate to supplement thermoregulation and keep warm because they lack a layer of blubber (a thick layer of fat under the skin) and depend only on their fur. This combination results in high rates of heat loss and low capacity for energy storage, and thus high energetic costs to maintain body temperature. Sea otter resting metabolic rates are about three times greater than predicted for their size. This means sea otters must eat approximately 20 to 25 percent of their body weight each day (Davis et al. 1988). To meet these demands, sea otters spend up to 45 percent of their time feeding and much of the rest of their time resting to reduce energy costs (Yeates et al. 2007, Thometz et al 2014). Disturbances disrupt normal behaviors which impact a sea otter's energetic balance. This can occur in one of three primary ways – causing a response in a previously resting sea otter (e.g., a resting sea otter dives), altering the behavior of an active sea otter (e.g., a foraging sea otter moves from a preferred foraging site), and secondary effects (e.g., increased foraging at a later time, multiple disturbance events, or other consequences from the initial sea otter reaction). Energetic costs of human disturbance to adult sea otters are estimated to range from 3.9 percent to 7.2 percent for one day (Barrett et al. 2025). These estimates were calculated based on southern sea otter behavior in California and depended upon numerous factors. However, these estimates indicate cumulative energy expense over time would likely be substantial for affected individuals, with health consequences especially for an already energy-stressed sea otter.

Fitness and energetic consequences of human disturbance are important at the individual level. Whether these effects translate into population level impacts is less clear and depends on the scale at which disturbance occurs and the extent of any secondary effects on animals in undisturbed areas (Gill 2007). For example, in cases where animals respond to increased human presence by redistributing to new locations, the impact on the population will depend on whether the increased densities at these new sites result in reduced individual survival or fecundity (Gill 2007).

#### 5.4.1.1 Construction and Road Use

Road construction, road maintenance, and road use would increase noise levels. In-air noise generated from construction, pile driving, or other loud activities would impact sea otters. The road from the Northeast Terminal across the Izembek isthmus would range from 0.5 to 1 mi (0.8 to 1.6 km) from Kinzarof Lagoon, 0.7 mi (1.1 km) from Izembek Lagoon at the closest point, and 1.7 mi (2.7 km) from Moffet Lagoon at the closest point. Basic sound analysis estimated that noise from most construction equipment would be just above the background noise levels before reaching areas used by sea otters (USACE 2003, ADOT&PF 2020, 2026*b*). Pile driving associated with bridge construction over Southeast Kinzarof stream is expected to exceed ambient noise levels. Detonation of unexploded ordnances would also exceed ambient noise levels and likely have similar noise impacts as a gunshot; however, given lack of certainty in encountering one, we do not consider this activity qualifies as an indirect effect of the action.

After construction of the road, there would be an increase in noise levels to the surrounding environment from the road throughout the year, depending on weather conditions, types and speeds of vehicles, and other factors. Increased vessel traffic in Izembek Lagoon after road construction would also increase noise levels in the action area, both in-air and in-water. Sea otters can become habituated to noise quickly (Davis et al. 1988), but their sensitivity to anthropogenic activities may be influenced by the overall level of human activity within their range. In locations that lack frequent human activity, sea otters appear to have a lower threshold for disturbance (Udevitz et al. 1995).

Exposure to high levels of sound is known to cause changes in behavior, masking of communications, temporary or permanent changes in hearing sensitivity, discomfort, and injury to sea otters. Individual sea otter reactions to high levels of sound would depend on numerous factors including its prior exposure to the activity, its need to be in the area, its physiological status, and the location, timing, frequency, intensity, and duration of the encounter. Construction activities that mask vocalizations or other important acoustic information for sea otters present in the action area would affect communication among individuals since sea otters, especially mothers and pups, use sound for communication in air (McShane et al. 1995) or affect their ability to receive information from their environment such as monitoring underwater sound to avoid predators (Davis et al. 1987, Erbe et al. 2019). Temporary disturbance of sea otters or localized displacement reactions are the most likely effects to occur from noise exposure.

Sound moves faster through water than it does in air; therefore, noise becomes less loud faster in air than if traveling in water. This means that the area of potential disturbance for in-air noise is less than that for in-water noise. Since impact pile driving would occur inland, no in-water noise would be generated in the marine environment and only in-air noise would be of concern for sea otters. While we do not currently know all the details needed to more accurately predict the maximum distance at which there is no longer a potential for in-air noise to disturb sea otters, we use information that is currently known for pile driving activities related to road construction and previously estimated in-air noise generated by pile driving for another project to make predictions.

Construction of the bridge is expected to involve impact pile driving of eight 24-inch (61-centimeter) steel closed end piles and eight 14-inch H-piles (HP 14 x 117 (ADOT&PF 2026*a*, *b*). Therefore, using in-air sound levels (measured in decibels, dB) determined previously (USFWS 2023*b*), we estimate the maximum distance at which there is no longer a potential for disturbance to sea otters was 72 ft (22 m) from pile driving. This is the distance at which in-air noise levels from pile driving would fall below the threshold (100 dB re 20 micropascal [μPa]) at which the Service considers sea otters behaviorally harassed when exposed to airborne sounds. Given that pile driving for the proposed bridge would occur approximately 1.3 mi (2 km) northeast of Kinzarof Lagoon and over 5 mi (8 km) from Izembek Lagoon, significant disruptions of breeding, feeding, or sheltering to sea otters from in-air noise generated by pile driving would be unlikely (Figure 30). However, previous estimates were based on numerous project specifics (number of days of activity, density of sea otters in the area, sound level, pile size, and sound source) so this estimate serves only as a proxy and could change if details of pile driving for road construction change.




**Figure 30**. Predicted distance (72 ft) at which in-air noise levels (in decibels[dB]) from pile driving would fall below the threshold (100 dB re 20 μPa) at which the Service considers sea otters behaviorally harassed when exposed to airborne sounds.

We estimate most construction noise levels would fall to ambient levels approximately 1 mi (1.6 km) away from the source (Table 11; USACE 2003). Construction noise is expected to be detectable within parts of the near-shore environments of Izembek Lagoon, Kinzarof Lagoon, and Cold Bay (Figure 25). However, this analysis considers sound levels in dBAs, which are weighted for human hearing and may not be applicable to how sea otters experience sound. We lack information needed to predict the exact noise levels that would reach either lagoon or exactly how it would be perceived by sea otters. Sound attenuation can be affected by weather, topography, vegetation, etc. However, given that we expect noise levels from pile driving attenuates to below sea otter harassment thresholds at 72 ft (22 m), we do not expect the lower sound generation of construction and maintenance equipment and activities would reach levels causing significant disruptions in sea otter behavior within either lagoon.

Use of the road is also expected to increase noise levels in the action area. We expect most vehicle noise to fall to ambient levels before reaching Izembek Lagoon (Figure 27). Vehicle traffic would likely be detectable above background levels in small portions of the near-shore environment of Kinzarof Lagoon and Cold Bay (Figure 27). Given the low levels of projected daily traffic (average daily traffic is projected less than 50 vehicles per day), noise associated with road use would be of short duration and intermittent but would occur for the life of the road. Because these traffic-caused noise impacts are expected to be of low magnitude and duration, we do not expect measurable biological effects to northern sea otters.

#### 5.4.1.2 Vessel-based Disturbance

Vessel traffic in Cold Bay would increase slightly due to dedicated barge transport of construction equipment and materials from April 1 through November 30 (see conservation measure 7) during the 3-year construction window. Barges, pulled by tugboats, would be used to deliver materials to the project site via the existing hovercraft ramps at the Northeast Terminal and Cross Wind Cove. Northern sea otters within Kinzarof Lagoon or Cold Bay would be disturbed by barging activities during construction if vessels approach within distances at which sea otters typically respond. Vessels adhering to the minimum distances laid out in the conservation measures are expected to avoid disturbing sea otters. We expect northern sea otters in Izembek Lagoon to be disturbed by an increase in small vessel activity for hunting, subsistence, and recreation once a road is constructed. Sea otters disturbed by vessels would likely exhibit startle responses and move away from the disturbance, but such behavioral responses to individual disturbance events are not expected to significantly disrupt normal behavioral patterns.

Constructing a road along the Izembek Isthmus would facilitate access for the community of King Cove to the boat launch and other access points along the existing Cold Bay road network. This access is unlikely to result in a measurable increase in vessel use of Kinzarof Lagoon and Cold Bay, as these systems are already accessible to both communities. It is reasonably certain road access would result in increased vessel traffic and vessel-based activities in Izembek Lagoon, overlapping nearshore habitats used by sea otters.

We estimate vessel activity currently occurs in Izembek Lagoon at a minimum rate of 0.18 to 0.45 events per hour (see section 4.2.4.3). This rate measures the activity of small vessels used

during waterfowl hunting, in areas overlapping sea otter distribution in Izembek Lagoon. We assume the majority of boating activity is from boat-based hunting, and that any increase in hunting activity would lead to a proportional increase in boating activity in Izembek Lagoon. Therefore, we expect a 2.53- to 2.94-fold increase in boating activity, resulting in a minimum activity rate of 0.46 to 1.32 vessel events per hour (see section 5.2.1.3 for a discussion quantifying the anticipated increase in vessel activity in Izembek Lagoon). The amount of disturbance to sea otters resulting from increased vessel use of Izembek Lagoon, which would be afforded by the road between King Cove and Cold Bay, would depend on the specific activities occurring and their duration, frequency, and intensity; accessibility of otters and their habitats during these activities; and other factors that are difficult to predict and assess. Sea otters using Izembek Lagoon would experience an increase in vessel-based disturbance, and this disturbance effect would continue for the life of the road.

A minority portion (30 to 35 percent) of the estimated increase in vessel-based disturbance would be due to anticipated changes in King Cove activities (as estimated based on changes in hunting in Appendix A). This could occur in the form of a shift in current hunting effort to Izembek Lagoon or as an increase in overall hunting effort (i.e., the same amount of hunting occurs in current locations accessible by King Cove and additional hunting occurs in increasingly accessible locations like Izembek Lagoon). Vessel-based hunting activities that shift from previous locations to Izembek Lagoon would decrease disturbance to sea otters in those areas (such as Kinzarof Lagoon, Cold Bay, and King Cove Lagoon).

Boats operating in sea otter habitat risk disturbing sea otters. Sea otters are vulnerable to disturbance by vessel traffic, especially female otters with pups or when congregating in rafts. Reactions to vessel activity include increased alertness, increased vocalizations, vacating the area, or diving. Sea otter populations in Alaska have been observed avoiding areas with heavy vessel traffic and then returning to those areas during seasons of less traffic (Garshelis and Garshelis 1984). A sea otter's response to disturbance depends on numerous factors including, but not limited to, a sea otter's previous experience with vessels, intensity and duration of the disturbance, and distance from the disturbance. Large or repeated reactions lead to amplified impacts, including induced stress, separations of sea otter pups from their mother, and energy deficits (Barrett et al. 2025).

5.4.1.3 Hunting-based Disturbance and Other Human Disturbance

We expect northern sea otters would also be disturbed by other increased human activity in the area. For example, a road constructed along the isthmus would facilitate easier overland access (on foot or via ATV) to the shoreline of Izembek or Kinzarof Lagoons; we expect this increased access to increase shoreline-based hunting. Sea otters disturbed by gunshot or human presence would likely exhibit startle responses and move away from noise sources, but such behavioral responses to individual disturbance events are not expected to significantly disrupt normal behavioral patterns.

We do not have estimates on current rates of disturbance to sea otters in Izembek or Kinzarof Lagoons. However, we expect the increase in risk of disturbance to be proportionate to the increase in human activities, including sport hunting, subsistence hunting, vessel use, and ATV

use, in the lagoons or along the shorelines. We predict a 2.53- to 2.94-fold increase in all hunting activities (combined subsistence use and sport hunting) at Izembek Lagoon relative to current levels (see Appendix A for detailed discussion of these calculations). Such increases would contribute to increased risk of disturbance to sea otters through noise, gunshot, visual disturbance, etc. While this is a substantial total, the majority of this increase would be focused on waterfowl and not on pursuing and harvesting sea otters. We expect most sea otters using Izembek Lagoon would experience these disturbance effects but anticipate they would be of shorter frequency, duration, and intensity compared to Steller's eiders and other waterfowl.

Additionally, we expect ATV activity to increase approximately seven times above current levels in the action area (assuming increases in ATV traffic are proportional to the expected increase in new off-road vehicle trails; see section 4.1.7 and 5.2.1.4). Such increases in ATV traffic also increase the risk of disturbance to sea otters. Disturbance from increased ATV use in the action area includes visual or noise disturbance and would also depend on proximity to nearshore habitats and conditions that affect noise levels, such as weather conditions.

These predicted increases in human activity in the action area indicate that sea otters would experience increases in disturbance from multiple sources. While not all sea otters would be disturbed by each event, it is expected that a high proportion of sea otters would experience disturbance at some point in time from increased activity. Given that waterfowl hunting occurs from shoreline-based locations and from boats on the water, and no part of Izembek Lagoon is inaccessible to hunting given current modes of access and hunting methods, sea otters in any part of the lagoon may experience disturbance. Sea otters that experience increased disturbance are expected to exhibit one of three primary responses. Sea otters may leave the area so they are no longer disturbed, stay in the area but acclimate to the increased levels of disturbance, or stay in the area and experience increased stress. It is expected that any sea otters that do not acclimate or move away would experience adverse effects. Mothers, who experience reduced body condition due to pup rearing demands (Thometz et al 2014), and other energy-stressed individuals would be most likely to experience the consequences of increased stress and energy costs due to disturbance. While we expect most sea otters to leave the area or acclimate to and tolerate the increased disturbance levels, sea otters that stay but do not acclimate could experience repeated disruption of normal behaviors causing increased stress and energy deficits, leading to decreased fitness, survival probability, and reproductive success, for those individuals. Overall, we expect few if any sea otters would suffer reduced fitness, survival probability, and/or reproductive success.

### 5.4.2 Vessel Strike and Collision Risk

Boats operating in sea otter habitat run the risk of striking them with the boat propeller or hull causing injury or death. The likelihood of vessel strikes is primarily related to vessel speed (Vanderlaan and Taggart 2007) and most documented vessel strikes of sea otters involve small, fast-moving vessels (USFWS 2020). Barges typically move at slow speeds (less than 10 knots), which reduces the likelihood of sea otter strike. Additionally, project specific vessels will adhere to the Service's guidance for vessel operators (see 1.5, conservation measures 1, 12, and 13) which will reduce likelihood of strike and disturbance to sea otters in Cold Bay, and therefore we do not expect project specific vessels to strike sea otters. However, we expect the increase in

small vessel activity in Izembek Lagoon after road construction would increase the likelihood for vessel traffic disturbance and strike to sea otters for the lifetime of the road.

Increased vessel traffic is expected in Izembek Lagoon following construction of the road. Beyond construction, we anticipate the majority of the change in vessel traffic would be in the form of small skiffs, primary stemming from boat-based hunting activities in the fall. Other changes in boating (from fishing and other recreational activities) may occur, but we anticipate it will occur at levels lower than what is anticipated during the fall general hunting season. Further, we anticipate the change in vessel traffic to be primarily from small vessels because boat-based hunting typically occurs from small skiffs. An increase in small vessel activity in Izembek Lagoon would increase spatial overlap between vessels and large numbers of sea otters, which would increase the risk of vessel strikes. These small vessels operate at higher speeds, which also adds to risk. The amount of increased collision risk to sea otters resulting from increased vessel use of Izembek Lagoon would depend on the number of additional vessels using the area; the specific activities occurring and their duration, frequency, and intensity; accessibility of otters and their habitats during these activities; time of year; vessel speed; and other factors that are difficult to predict and assess. We assume the majority of boating activity is from boat-based hunting, and that any increase in hunting activity would lead to a proportional increase in boating activity in Izembek Lagoon. Therefore, we expect a 2.53- to 2.94-fold increase in boating activity and use this estimated increase as a proxy for increase in strike. Thus, we estimate a 2.53 to 2.94-fold increase in the risk of vessel strike to northern sea otters. We estimate up to three northern sea otters would be injured or killed via vessel strike per year in Izembek Lagoon after the road is constructed (1 sea otter per year multiplied by 2.53 or 2.95 and rounded up; see section 5.2.1.3 for discussion on the anticipated change in vessel activity in Izembek Lagoon). Although not all risk would lead to strike, this represents our best estimate based on available information. This estimate only accounts for the potential increase in vessel activity from hunters and does not include other activities. We do not calculate an expected increase for Kinzarof Lagoon since this area is already accessible to King Cove residents by boat.

### 5.4.3 Environmental Contaminants and Pollution

The use of heavy equipment during construction or maintenance, increased vessel traffic during and after road construction, and increased vehicular traffic along the road corridor (i.e., road vehicles, ATVs, and snowmachines) or along the previously remote coastline of Izembek Lagoon would increase the risk of accidental fuel and oil spills. Contaminants entering marine environments, including through stormwater runoff or snowmelt, would impair water quality and adversely affect sea otters and their habitat. Exposure to petroleum hydrocarbons affects a sea otter's ability to thermoregulate (Lipscomb et al. 1994), and polyaromatic hydrocarbons may be toxic to sea otters if ingested during preening or by consumption of contaminated prey (Johnson and Garshelis 1995). Contamination of sea otter fur eliminates the air layer between the fur and skin that keeps sea otters dry and warm, since they lack a layer of blubber (a thick fat layer under the skin), and it affects the top layer of fur that wicks away water. This allows water to penetrate the skin and reduces insulation. If sea otters are unable to maintain normal body temperature, they become hypothermic which has consequences that include death (Davis et al. 1988). Effects from spills and pollution to sea otter habitat and prey are discussed in section 5.6.2.

It is likely some amount of hazardous materials release would occur, through accidental fuel and oil spills. There is a low risk the project would result in a large spill of petroleum hydrocarbons or other contaminants, but there is a high probability that small spills will occur periodically. Some of the potential effects of hazardous materials release could be minimized by responsible parties during road construction and maintenance, but no pertinent mitigation measures have been incorporated into the proposed action. Some number of small spills to the roadway or off-road environment would persist; when the source of a spill is not known (often the case with accidental spills), there may not be a responsible party to contain and/or cleanup the spill. Effects of hazardous materials release will be minimized by responsible parties (including ADOT&PF and their contractors and Aleutians East Borough) during road construction and maintenance, in part, through the development and use of best management practices and policies in hazardous material and spill plans (see conservation measure 14). While sea otters are vulnerable to the effects of oil spills and other sources of contamination, we expect few sea otters would encounter spilled contaminants as an effect of the proposed action because: 1) most spills are preventable and 2) if accidental spills occurred, they would most likely be of low volume and localized. A contaminants spill in important and/or high-use areas would be expected to encounter some number of individuals and result in substantial impacts to sea otters present and/or if prey resources became contaminated. Large contaminants spills are not expected to occur consequent to the proposed action. Small spills, which are considered likely, would be expected to remain localized and affect, at most, only a few sea otters or a small area containing prey resources. Small spills would therefore not be expected to have a population-level effect.

Increased fishing and other human activity within Izembek Lagoon and along the isthmus would also increase the potential for trash to accumulate in the local environment and enter the marine environment, including from the roadway and vessels using the lagoons and bay due to the typically windy conditions in this region. Effects to sea otters may include ingestion and entanglement (e.g., fishing line). There is no evidence that trash is currently affecting sea otters in the action area. While we cannot characterize the level of trash that would enter the environment, we expect the level of trash entering the system from road use to be small because the road is a single lane at least 0.5 mi (0.8 km) from the lagoons at the closest points and is expected to receive a relatively low volume of traffic, given the small size of the two connected communities. In the aquatic environments of the Izembek Complex, both human use and sea otter presence are dispersed throughout the large area; any introduced trash would likely be encountered by only a small number of individual otters. Therefore, although the proposed action is likely to result in increased human activity, which in turn is expected to result in an increase in trash being introduced to the environment, we have no evidence to suggest that adverse effects to sea otters from trash are a reasonably certain to occur effect of the action; we conclude the likelihood of adverse effect is discountable and therefore it is not an indirect effect of the action.

#### 5.4.4 Habitat Loss and Degradation

Construction of the road embankment would result in loss of approximately 161 ac (65.2 ha) of undisturbed fish and wildlife habitat along the Izembek Isthmus plus 22 ac (8.9 ha) of lands with some level of existing anthropogenic disturbance (e.g., related to trails; (ADOT&PF 2026*b*); the road would also cross multiple streams and wetlands, with plans for installation of 93 drainage structures. Disruption to surface and subsurface flows are expected. Water for construction and

future maintenance would be derived from local sources and would have additional effects. See section 5.2.4 for a full discussion on the effects to habitat from constructing a road in a largely undisturbed landscape.

A review of 58 publications that assessed the spatial influence of road impacts (including changes in animal abundance, density and population size; modification in animal behavior; reductions of species richness and diversity, changes of landscape patterns, facilitation of resource extraction and hunting; noise increase) found that these impacts were observed 100 percent of the time within 0.6 mi (1 km) of the road and were observed 39 percent of the time within 1.2 mi (2 km) of the road (Ibisch et al. 2016). Portions of the proposed road would fall within this distance of marine and lagoon habitats used by northern sea otters, with the road ranging from 0.5 to 1 mile (0.8 to 1.6 km) from Kinzarof Lagoon and 0.7 mi (1.1 km) from Izembek Lagoon at the closest point. However, the spatial extent of road impacts varies by road type, traffic volume, surrounding habitat, landscape, terrain features, seasons, weather conditions, and time (Ibisch et al. 2016). While impacts are consistently observed within 0.6 mi (1 km), they are not limited to this distance. The downstream effects of the proposed road to wetland habitats along the isthmus may extend beyond this distance, given local hydrology and the interconnectedness of habitats (including the lagoon systems) in the action area.

In summary, road construction and use would result in permanent ecological change, resulting from direct and indirect effects to habitats along the isthmus, which would have cascading effects to adjacent marine areas. Previous conclusions by the Service support that a high level of permanent ecological degradation to habitat would occur from the construction of a road through Izembek Refuge (DOI/USFWS 2013*b*). The lagoons on either side of the isthmus are hydrologically connected through surface and subsurface flow (see sections 1.3 and 4.1.1), and changes to water quantity and quality flowing into these lagoons would lead to impacts to habitats and resources used by northern sea otters. We expect these impacts would cause adverse impacts to prey resources and therefore adverse effects to sea otters and would be additive to other ongoing threats and changes (such as reductions in prey species biomass).

#### 5.4.4.1 Turbidity and Sedimentation

Road construction and maintenance, materials excavation, and increased off road vehicle trail use contribute to road runoff and increase sediment loading and turbidity in the surrounding freshwater and marine environments. Road construction can also constrain distributary channels that would otherwise migrate through time, which can lead to channel incisions, diminished habitats, and changes in the plant communities (van Proosdij et al. 2009, Limpinsel et al. 2023). Off-road traffic, such as ATVs, would establish routes away from the roadway into adjacent areas of Izembek Refuge, resulting in pioneering trails and damage to habitats along the isthmus. These routes would cause soil compaction and erosion and increase sedimentation into nearby waterbodies. Sedimentation and related effects would be highest during construction and would continue during road maintenance and use. There are multiple ways for sediment to mobilize into waterbodies, including through channel erosion and by dust generated from development activities or use of the roadway. Sediment inputs from development activities can impact water quality and reduce the abundance, taxonomic richness, and diversity of aquatic communities. See

section 5.2.4.1 for discussion on the effects of sediment inputs from development activities on nearshore habitats, wetlands, eelgrass, and macroinvertebrates.

Wetlands slow runoff, moderate stream flows, and provide important habitats, such as nesting and escape cover. For example, eelgrass beds and kelp not only provide an abundant macroinvertebrate community, but also provide sheltered (i.e., low wave energy) and shallow locations where northern sea otters congregate to rest and avoid large marine predators such as orcas. These wetland functions are reduced by roads and the associated use of ATVs. Riparian areas and wetlands connected with streams that are paralleled or crossed by ATVs experience a loss of vegetation, bank erosion, a reduction in water quality, and transport of sediment to coastal wetlands and eelgrass beds. Shrub vegetation, coupled with a harsh climate and slow rates of recovery for soils and vegetation, predispose the action area to erosion (DOI/USFWS 2013*a*); this, combined with impacts from the road and ATV use would result in immediate and severe degradation of wetland habitats.

Seaweeds, such as kelp, provide nursery habitat, feeding grounds, and shelter for aquatic organisms, like macroinvertebrates, and help to stabilize the water column from changes in nutrient concentrations and suspended sediments (Dayton et al. 1984, Duarte 1995, Watanabe et al. 2016). Kelp forests are also important habitat to sea otters, offering foraging, resting, and nursery habitat. Increased sedimentation impacts kelp by reducing substrate availability and light required for photosynthesis, inhibiting spore attachment and early-stage growth, and can lead to increased scour and subsequent mortality (Coelho et al. 2000, Watanabe et al. 2016, Picard et al. 2022). Sediment-tolerant turf algae can outcompete kelp where sediment deposition occurs, further changing the composition of nearshore aquatic communities (Connell et al. 2008, Moy and Christie 2012, Filbee-Dexter and Wernberg 2018, Picard et al. 2022). Changes in kelp communities due to sedimentation would reduce macroinvertebrate prey availability and suitable habitat for otters in the area. Sea otters may expend more energy in search of prey or suitable habitat. In cases where large tracts of kelp are impacted, sea otters may shift in distribution.

We expect physical and behavioral effects to macroinvertebrate prey from increased sedimentation and reduced water quality would result in shifts in distribution of sea otter prey and lead to sea otters expending more energy while foraging, including if they are forced to forage more hours or travel farther in search of prey. Prey distribution shifts are expected to be temporary in response to most construction activities, but the road itself would be a permanent feature on the landscape, and effects related to changes in local hydrology (e.g., through water impoundment or channel incision) or runoff are expected to exist for the life of the road. Similarly, effects related to road maintenance and use (e.g., fugitive dust, runoff of small spills of hazardous materials) would be long-term. The amount and scale of effects to prey species would depend on the magnitude of sedimentation and thus are difficult to predict.

Sedimentation from road use and increased human use of the area would be harder to minimize but is also difficult to quantify. However, we calculated a reasonable increase in trails/ATV transgressions we might expect onto the isthmus with additional miles of road constructed and assume that the rate of increase of trails would approximate the increase in magnitude of erosion and sedimentation into surrounding waterbodies from ATV use. We estimate approximately 95.5 mi (153.7 km) of new off-road vehicular trails will impact the Izembek Isthmus with

construction of 13.3 mi (21.4 km) of road in areas (see 5.2.1.4. for full discussion of this calculation).

In summary, we expect some level of increased sedimentation to occur. We estimate a sevenfold increase in sedimentation from increased ATV use alone. Such increases in sedimentation would impair eelgrass and kelp growth in nearshore areas receiving affected inputs and these impairments would also affect prey species northern sea otters depend on. Similarly, we expect turbidity to increase in the action area, as well as the potential for spills of hazardous materials during road construction, maintenance, and use, resulting in detrimental impacts to northern sea otter habitat and prey species. It is also important to note that sedimentation, turbidity, and contamination impacts resulting from the proposed road would contribute to existing stressors on eelgrass and kelp habitat and macroinvertebrate prey within the Izembek Complex (see 3.1.4.3 and 3.1.4.10). We anticipate the proposed conservation measures (i.e., the SWPPP and Culvert Design Guidelines for Ecological Function) will reduce some sedimentation (only during road construction) and spills of hazardous materials; however, given the impacts that have already been documented from increased off-road vehicle use associated with the 17.2-mi (27.7-km) King Cove extension road (e.g., Figure 29; see section 5.2.4.1) and the anticipated ongoing use of the proposed road, adverse impacts to nearby eelgrass and kelp habitat and associated macroinvertebrate prey are expected into the foreseeable future. Such impacts are expected to reduce the function and availability of some nearshore habitat to sea otters.

### 5.4.5 Harvest and Other Sources of Mortality

Harvest of sea otters in the action area is reasonably certain to increase as a result of road construction. King Cove residents do not currently have an easy way to access Izembek Lagoon for vessel-based activities, and we expect a road along the isthmus would also facilitate access from King Cove to boat launches along the existing Cold Bay road network, leading to an increase in vessel-based subsistence hunting in Izembek Lagoon. Therefore, as a consequence of the proposed action, we assume increased harvest of northern sea otters in Izembek Lagoon would occur and would be proportional to the change in number of subsistence hunters that would have access to Izembek Lagoon following road construction. In 2016, 1.1 percent of King Cove households attempted to harvest sea otters (but were unsuccessful) and in 1992, 2.7 percent households attempted and successfully harvested 8 sea otters (ADF&G 2025). Based on the numbers harvested from King Cove residents in 1992 (ADF&G 2025) and the number harvested in the Izembek Complexby King Cove and Cold Bay residents between 2014 and 2025 (MTRP data), we would expect up to approximately 14 sea otters harvested from the Izembek Complex in a year. We do not expect 14 individuals would be harvested every year since there are years with no reported harvest and the average number of sea otters harvested between 2014 and 2025 was 5 otters (rounded up from 4.6). FurthermoreFurthermore, it is hard to predict whether subsistence hunters from King Cove would hunt exclusively in Izembek Lagoon, continue to harvest around King Cove, Cold Bay, and Kinzarof Lagoon, or harvest in multiple areas. The road would also allow increased access by Alaska Native hunters to the sea otters using Kinzarof Lagoon, either by foot or via ATVs (DOI/USFWS 2013*a*), potentially increasing the number of sea otters that are harvested; however, Kinzarof Lagoon is already relatively easily accessible by boat. Therefore, we expect up to five sea otters may be harvested from Izembek Lagoon each year.

While northern sea otters do not typically move across land, they have been observed moving across the Izembek isthmus, particularly in years with severe and persistent ice cover in Izembek Lagoon (USFWS 2004*a*). Such behavior would likely be limited to years when foraging opportunities are severely limited in Izembek Lagoon in the winter due to ice covering most or all of the lagoon. In these cases, sea otters in search of open water to forage may move inland or attempt crossing the isthmus to Kinzarof Lagoon. The road, traffic, and associated activities would create a barrier to movement between the lagoons. The extent of impacts from the road and traffic as a behavioral barrier to sea otters and collision risk factor is not known but would occur through chronic disturbance, energetic costs, stress, and possible avoidance. However, we expect the impacts and risk to sea otters would be limited to discrete, infrequent events.

We considered the potential for the action to increase effects to sea otters through other sources of mortality. In order to treat these sources as indirect effects in the biological opinion, they must be reasonably certain to occur, as evidenced by appropriations, work plans, permits issued, or budgeting; they follow a pattern of activity undertaken by the agency in the action area; or they are a logical extension of the proposed action. We dismissed the following as not reasonably certain to occur as a consequence of the proposed action: increased rate of incidental fisheries bycatch, effects from re-opening of the fish processing plant, and effects from an increase in other recreational activities. See section 5.2.6 for a full discussion on why these are not reasonably certain to occur.

### 5.4.6 Effects on Recovery

The recovery objectives and criteria for northern sea otters are discussed in Section 3.3.7; there are three main objectives identified in the sea otter recovery plan (USFWS 2013). The plan also breaks down recovery criteria by MU and states that each MU will be evaluated for delisting criteria independently. Delisting should be considered when three of the five MUs meet all the recovery criteria (but not if any MU meets the criteria for uplisting described in the recovery plan). According to the most recent 5-year review (USFWS 2021*b*), the recovery criteria have not been met.

The first recovery objective for sea otters is to "achieve and maintain a self-sustaining population of sea otters in each MU." Given its relatively low population size, the South Alaska Peninsula MU has low resiliency and may not meet this criterion long-term. However, we do not expect effects of the action to detract from this goal since we do not expect any sea otters to be removed from the South Alaska Peninsula MU as a consequence of the action. The Bristol Bay MU has a moderate population size and thus has more resiliency to withstand stochastic events or cumulative impacts over time. We expect an increase in human activity after the road is constructed would increase the risk of vessel strike to sea otters within Izembek Lagoon, which would result in up to three sea otters a year removed from the Bristol Bay MU due to vessel strike over the life of the road (up to 150 sea otters over 50 years). We also expect an increase in sea otter harvest in Izembek Lagoon (up to 5 sea otters harvested a year or up to 250 sea otters over 50 years). These maximum estimates (400 total sea otters over 50 years) would represent approximately 4 percent of the current MU population (9,733 sea otters). These effects would be unlikely to cause a noticeable reduction in listed sea otter abundance within the MU given the current MU size or across their range, given the current total population size (51,935 sea otters).

Thus, we do not expect that this effect would preclude attainment of the first recovery objective. We do not currently have evidence to suggest that this effect combined with the baseline and cumulative effects would make this objective unachievable.

The second recovery objective is to “maintain enough sea otters to ensure that they are playing a functional role in their nearshore ecosystem.” Since we expect relatively few sea otters to be removed from the population over 50 years, effects of the proposed action would not preclude attainment of this objective.

The third recovery objective for sea otters is to “mitigate threats sufficiently to ensure persistence of sea otters.” Effects of the action would not affect the persistence of either MU, with only a few sea otters a year expected to be permanently removed from the Bristol Bay MU. Therefore, although the action considered herein would not contribute positively to mitigating threats, the proposed action would not prevent achievement of this recovery objective.

In summary, we would not anticipate measurable population impacts from the loss of up to three sea otters a year from collisions with vessels after the road is constructed and increases in harvest over the life of the road. Our evaluation indicates the proposed action is not expected to reduce the ability to achieve any of the three recovery objectives.

## 5.5 Designated Critical Habitat for Northern Sea Otters

Activities associated with the establishment of a road would occur adjacent to two important high density sea otter concentration areas that are designated critical habitat (Unit 3: South Alaska Peninsula) in Kinzarof Lagoon and northern Cold Bay and in Izembek Lagoon (Unit 4: Bristol Bay).

### 5.5.1 Turbidity and Sedimentation

Road construction and maintenance, materials excavation, and increased off road vehicle trail use contribute to road runoff and increase sediment loading and turbidity in the surrounding freshwater and marine environments. Road construction can also constrain distributary channels that would otherwise migrate through time, which can lead to channel incisions, diminished habitats, and changes in the plant communities (van Proosdij et al. 2009, Limpinsel et al. 2023). Off-road traffic, such as ATVs, would establish routes away from the roadway into adjacent areas of Izembek Refuge, resulting in pioneering trails and damage to habitats along the isthmus. These routes would cause soil compaction and erosion and increase sedimentation into nearby waterbodies. Sedimentation and related effects would be highest during construction and would continue during road maintenance and use. There are multiple ways for sediment to mobilize into waterbodies, including through channel erosion and by dust generated from development activities or use of the roadway. Sediment inputs from development activities can impact water quality and reduce the abundance, taxonomic richness, and diversity of aquatic communities. See sections 5.2.4.1 and 5.4.4.1 for discussion on the effects of sediment inputs from development activities on nearshore habitats, wetlands, eelgrass, and macroinvertebrates.

Turbidity and sedimentation are expected to be mostly temporary and localized during construction activities (especially with the implementation of best management practices such as a SWPPP), but they would cause displacement of benthic macroinvertebrate prey species and/or result in changes to the condition (e.g., size, quality, abundance) of prey and impact kelp communities in the immediate area by decreasing sunlight or through physical influence of particulate matter (Longstaff and Dennison 1999, Gorgula and Connell 2004, Watanabe et al. 2016, Picard et al. 2022). If reductions in prey condition are large enough, this would lead to reduced nutritional or energetic value to northern sea otters.

Road use and maintenance and activities associated with increased access, such as off-road use of ATVs, would also contribute to sedimentation and turbidity after construction and presumably for the life of the road. We estimate a sevenfold increase in sedimentation from increased ATV use alone. Such increases in sedimentation are likely to reduce the quantity and/or quality of marine invertebrates, marine benthic communities, and kelp and eelgrass habitat where degraded instream inputs occur. The downstream effects of turbidity and sedimentation related to road use and associated activities are expected to impact a small portion of sea otter designated critical habitat. However, these areas of critical habitat in Izembek and Kinzarof Lagoons and upper Cold Bay are especially important due to high productivity and high density of PCEs. Impacts resulting from the proposed road would contribute to existing stressors on eelgrass and kelp habitat and macroinvertebrate prey within the Izembek Complex (see 4.4.3.3 and 4.5). We anticipate that the proposed conservation measures (e.g., the SWPPP and Culvert Design Guidelines for Ecological Function) will reduce the potential for sedimentation (only during road construction) and spills of hazardous materials; however, given the impacts that have already been documented from increased off-road vehicle use associated with the 17.2-mi (27.7-km) King Cove extension road (see section 5.2.4.1) and the anticipated ongoing use of the proposed road, we expect a reduction in the quantity and/or quality of marine invertebrates, marine benthic communities, and eelgrass or kelp habitats where degraded instream inputs enter the lagoon. We expect this effect would persist for the foreseeable future.

### 5.5.2 Accidental Spills and Other Environmental Contaminants

The use of heavy equipment during construction and the subsequent increased vessel and vehicle traffic (i.e., ATVs, snowmachines, cars) would increase the risk of accidental fuel and oil spills, with direct and indirect effects to northern sea otter critical habitat. Contaminants and petroleum hydrocarbons that enter the marine environment would impact prey resources, kelp, eelgrass, and other physical habitat features they contact. Oil can be toxic to invertebrates or impact them through smothering or by altering feeding rates or shell formation (USFWS 2004*b*). Invertebrates may accumulate high levels of contaminants that can be passed on to predators, such as sea otters. Marine algae and seaweed respond variably to oil, but spills may lead to die-offs for some species. Oil can prevent the germination and growth of marine plants, including kelp, but most vegetation appears to recover after cleanup (USFWS 2004*b*). Oil can remain in the environment long after a spill event, in the subsurface sediments under gravel shorelines and in soft substrates, affecting nearshore habitats longer than pelagic or offshore habitats.

There is a low risk the project would result in a large spill of petroleum hydrocarbons or other contaminants. The risk of small spills should be low during road construction; implementation of

a SWPPP will reduce the risk of contaminants entering the environment through stormwater runoff. The risk of small spills would be minimized by responsible parties (including ADOT&PF and their contractors and Aleutians East Borough) during road construction and maintenance, in part, through the development and use of best management practice and policies in hazardous material and spill plans (see conservation measure 14).

There is a high probability of small spills during road use and related off-road and on-water activities. Eelgrass and kelp that are exposed to spills would experience die-offs in localized habitat patches at a small scale. Oil spills would affect any macroinvertebrates (prey species for sea otters) directly encountered, through toxicity or physical effects, or indirectly through effects to the habitats and substrates on which macroinvertebrates rely. Oil can remain in the environment long after a spill event, in the subsurface sediments under gravel shorelines and in soft substrates, affecting nearshore habitats longer than pelagic or offshore habitats. Most vegetation affected by oil spills would recover after some amount of time, and most macroinvertebrate communities would subsequently also recover (although we would expect the permanent loss of some individuals). It is difficult to characterize small, accidental spills and the rates at which they would occur or to measure the likely magnitude of effect, given this effect would be patchy and would therefore depend on several unknown variables. However, the risk of small spills would persist for the duration of road maintenance and use into the foreseeable future and therefore we expect at least small, localized effects to eelgrass and kelp, including reduced growth and die-offs caused by small, discrete spill events. We expect most of these effects to be in the nearshore marine environments where freshwater inputs occur although spills from vessels could occur farther from shore, depending on their location when a spill occurs. The risk of small spills would persist for the foreseeable future.

### 5.5.3 Habitat Loss and Degradation

No direct loss of northern sea otter critical habitat is expected through placement of fill for construction of the road embankment. However, construction of the road embankment and its associated activities (e.g., pile driving for a stream crossing, material site development, use of local water sources for compaction) would alter the habitat through disruption to surface and subsurface flows (see section 5.2.4 for discussion on how roads alter landscapes). Ongoing maintenance and use of the road, and activities made possible by presence of the road (e.g., increased off-road ATV use) would result in permanent ecological change along the Izembek Isthmus, causing indirect effects to the connected lagoon system and changes to eelgrass beds, kelp, and benthic prey species. We expect a reduction in the quantity and/or quality of marine invertebrates, marine benthic communities, and eelgrass or kelp habitats as a consequence of habitat loss and degradation and that such effects would persist into the foreseeable future.

Changes are already occurring in Izembek Lagoon and have resulted in impacts to PCEs: an apparent reduction in the total biomass and size of certain macroinvertebrates which northern sea otters prey on (based on prey samples in 2019 compared to 1998; Maliguine et al. 2025). Construction, road use and maintenance, ATV-related impacts, and other activities that cause increased sediment loading or introduce contaminants to the lagoon and impact eelgrass, kelp, and macroinvertebrate would be additive to existing stressors that are not currently well understood.

## 5.6 Summary of Effects of the Action

We expect consequences to Alaska-breeding Steller's eiders, the southwest distinct population segment of northern sea otters, and their designated critical habitats from activities including construction, maintenance, and use (including activities conducted by private parties) of a new road along the Izembek Isthmus to connect the communities of King Cove and Cold Bay (see Section 1.4).

### 5.6.1 Summary of Effects of the Action on the Alaska-Breeding Steller's Eider

For Alaska-breeding Steller's eiders, the effects of the action are:

- Disturbance caused by road construction activities
  - We expect all individuals using the nearshore aquatic environments of the Izembek Complex would be exposed to noise-related disturbance caused by construction activities. We expect these effects to be in the form of infrequent and temporary disruption of normal behaviors.
- Disturbance caused by an increase in hunting activities
  - We expect all individuals using the Izembek Complex would be exposed to hunting related disturbance events. We estimate that disturbed eiders would spend 2.85 to 8.26 percent of their daytime hourly budget responding to hunting disturbance in the fall when disturbance is expected to be the highest. This is a 2.53- to 2.94-fold increase in time above current levels.
- Disturbance caused by increased vessel activity
  - We expect all individuals using the Izembek Complex wouldould be exposed toto vessel-caused disturbance events. We estimate disturbed eiders would spend 2.35 to 6.81 percent of their daytime hourly budget responding to boating disturbance in the fall when disturbance is expected to be the highest. This is a 2.53- to 2.94-fold increase in time above current levels.
- We estimate Steller's eiders that are exposed to both hunting and boating disturbance in Izembek Lagoon would spend a total of 5.19 to 15.08 percent of their daytime daily budget responding to hunting and boating disturbance.
- Disturbance caused by an increase in off-road vehicle use
  - We expect all individuals using the nearshore aquatic environments of the Izembek Complex wouldwould be exposed to disturbance caused by off-road vehicle use.
- Injury or death caused by an increase in hunting activities resulting in inadvertent harvest
  - We expect one Alaska-breeding Steller's eider to be killed every 10 to 11 years as a result of subsistence and sport hunting activities. This is approximately 5 eiders over the 50-year life of the road.
- Injury or death caused by strike
  - We expect one Alaska-breeding Steller's eider to be killed every 8.33 to 164 years as a result of vessel strike. This is an approximate maximum of 6 eiders over the 50-year life of the road.
  - We expect one Alaska-breeding Steller's eider to be killed due to collisions with vertical structures during the 3-year construction window.

- Contaminants
    - We expect most spills would be small, remain localized, and affect, at most, only a few Alaska-breeding Steller's eiders or a small area containing prey resources. We expect individuals exposed to contaminants to suffer reduced fitness that would result in decreased survival probability.
- Habitat loss and degradation
    - We expect construction of the road would result in permanent ecological change along the Izembek Isthmus, including changes in water quantity and quality into Izembek Lagoon. We expect this to reduce the quantity and/or quality of nearshore marine invertebrates, marine benthic communities, and eelgrass habitats through habitat loss and degradation. These reductions would cause adverse effects such as reduced body condition or increased energy expenditure on feeding in some Steller's eiders.

### 5.6.2 Summary of Effects of the Action on Designated Critical Habitat for the Alaska-Breeding Steller's Eider

For critical habitat designated for Alaska-breeding Steller's eiders, the effects of the action are:

- Turbidity and sedimentation
    - We expect a reduction in the quantity and/or quality of marine invertebrates, marine benthic communities, and eelgrass habitats where degraded instream inputs enter Izembek Lagoon. We expect this effect would be limited to a small proportion of designated critical habitat within Izembek Lagoon and would persist for the foreseeable future.
- Accidental spills and other environmental contaminants
    - We expect reduced growth and die-offs of eelgrass and macroinvertebrate species caused by small, discrete spill events. We expect this effect would be limited to a small proportion of designated critical habitat within Izembek Lagoon and would persist for the foreseeable future.
- Habitat loss and degradation
    - We expect construction of the road would result in permanent ecological change along the Izembek Isthmus, including changes in water quantity and quality into Izembek Lagoon. We expect this to reduce the quantity and/or quality of nearshore marine invertebrates, marine benthic communities, and eelgrass habitats through habitat loss and degradation. We expect this effect would be limited to a small proportion of designated critical habitat within Izembek Lagoon and would persist for the foreseeable future.

### 5.6.3 Summary of Effects of the Action on Southwest Alaska DPS of Northern Sea Otter

For the Southwest Alaska DPS of northern sea otters, the effects of the action are:

- Disturbance from increased vessel activity, hunting, and off-road vehicle use
    - While not all sea otters would be disturbed by each event, we expect that a high proportion of sea otters in the Izembek Complex would be exposed to disturbance at some point in time from increased activity.

- We expect a disruption of normal behaviors that would lead to increased stress and energy deficits and therefore reduced fitness for a small number of individuals, such as mothers with pups.
- Injury or death caused by vessel strike
  - We expect up to three northern sea otters would be injured or killed via vessel strike per year in Izembek Lagoon due to increased vessel activity after the construction of the road.
- Injury or death caused by exposure to contaminants
  - We conclude most spills would be small, remain localized, and affect, at most, only a few otters or a small area containing kelp or prey resources. We expect individuals exposed to contaminants to suffer reduced fitness that would result in decreased survival probability.
- Injury or death caused by harvest
  - We expect up to approximately an additional five sea otters above current baseline would be harvested for subsistence use from Izembek Lagoon in a year.
- Habitat loss and degradation
  - We expect construction of the road would result in permanent ecological change along the Izembek Isthmus, including changes in water quantity and quality into Izembek Lagoon and Kinzarof Lagoon. We expect this to reduce the quantity and/or quality of nearshore marine invertebrates, marine benthic communities, and kelp habitats through habitat loss and degradation. These reductions would cause adverse effects such as reduced body condition or increased energy expenditure on feeding in some northern sea otters.

#### 5.6.4 Summary of Effects of the Action on Designated Critical Habitat for the Southwest Alaska DPS of Northern Sea Otter

For critical habitat designated for southwest Alaska DPS of northern sea otter, the effects of the action are:

- Turbidity and sedimentation
  - We expect a reduction in the quantity and/or quality of marine invertebrates, marine benthic communities, and kelp habitats where degraded instream inputs enter Izembek or Kinzarof lagoons. We expect this effect would be limited to a small proportion of designated critical habitat within Izembek Lagoon and Kinzarof Lagoon and would persist for the foreseeable future.
- Accidental spills and other environmental contaminants
  - We expect reduced growth and die-offs of kelp and macroinvertebrate species caused by small, discrete spill events. We expect this effect would be limited to a small proportion of designated critical habitat within Izembek Lagoon and Kinzarof Lagoon and would persist for the foreseeable future.
- Habitat loss and degradation
  - We expect construction of the road would result in permanent ecological change along the Izembek Isthmus, including changes in water quantity and quality into the lagoons. We expect this to reduce the quantity and/or quality of nearshore marine invertebrates, marine benthic communities, and kelp habitats as a consequence of habitat loss and degradation. We expect this effect would be limited to a small

proportion of designated critical habitat within Izembek Lagoon and Kinzarof Lagoon and would persist for the foreseeable future.

# 6 CUMULATIVE EFFECTS

Under the ESA, cumulative effects are those "effects of future State or private activities, not involving Federal activities, that are reasonably certain to occur within the action area" considered in this biological opinion. Future Federal actions that are unrelated to the Project are not considered in this section because they require separate consultation pursuant to section 7 of the ESA.

It is expected the future State, Tribal, local, or private actions that are reasonably certain to occur within the action area will be similar to those described in the Environmental Baseline (Section 4 of this biological opinion). Those actions include but are not limited to marine vessel activity, fisheries, pollution, noise, and coastal zone development.

The MMPA permits Alaska Natives to harvest sea otters for subsistence purposes, or for the purposes of creating authentic Native handicrafts and clothing, provided this is accomplished in a non-wasteful manner. The best available scientific information indicates the subsistence harvest by Alaska Natives has not had a major impact on the southwest Alaska DPS of the northern sea otter (USFWS 2013). Continued and increased subsistence harvest (see section 5.4.5) of sea otters in the action area is reasonably certain to occur, pursuant to the MMPA, in the foreseeable future; sea otters harvested by subsistence users would be removed from the population and therefore unavailable for future breeding and reproduction. Meanwhile, households eligible to participate in subsistence fishing activities have increased but there has been a temporal decrease in the number of subsistence fishing permits. (see section 4.1.6).

Below mean high water, the State of Alaska manages Izembek Lagoon and other areas of overlap between the Izembek State Game Refuge and the Federally managed Izembek Refuge. Certain activities within the lagoon would not require Federal authorization. One of these is use of certain motorized vessels (e.g., skiffs, fishing vessels, and inflatable boats), allowable in Izembek Lagoon under a State general permit (Special Area Permit SA25-II-0079-GP). Use of vehicles, including ATVs, below mean high water is allowable by the State under individual Special Area Permits through the ADF&G. The use of motorized vessels can directly affect ESA-listed species through visual or noise disturbance. Indirect affects to species would occur through damage to seagrass, kelp, or other aquatic vegetation by vessel propellers.

The State of Alaska Division of Oil and Gas has identified oil and gas prospecting and development as an appropriate use of this area; although protections are granted to Izembek State Game Refuge, surface entry in Izembek State Game Refuge for seismic surveys is allowable on a case-by-case basis. Surface entry on non-Federal lands may not require a Federal action but would still have impacts to listed species and their critical habitat in this area. We have considered the potential for these activities; however, there are no historic or ongoing activities of this type, and no known plans to conduct such activities in the future. Therefore, we conclude

that oil and gas prospecting and development is not reasonably certain to occur within the action area.

In summary, we anticipate the scope and scale of industry development, marine traffic, and subsistence and recreational pursuits in the action area will at minimum continue at current levels and may experience small increases in the future. We expect the overall cumulative effects of future State or private activities to be consistent with the current state described in the Environmental Baseline.

# 7 CONCLUSION

Section 7(a)(2) of the ESA requires that federal agencies ensure that any action they authorize, fund, or carry out is not likely to jeopardize the continued existence of any endangered or threatened species or result in the destruction or adverse modification of designated critical habitat. The conclusion section presents the Service's opinion regarding whether the effects of the action and cumulative effects, when added to the environmental baseline and considered in light of the status of the species or critical habitat, are likely to jeopardize the continued existence of the species or result in destruction or adverse modification of critical habitat.

"Jeopardize the continued existence of" means to engage in an action that reasonably would be expected, directly or indirectly, to reduce appreciably the likelihood of both the survival and recovery of a listed species in the wild by reducing the reproduction, numbers, or distribution of that species. The following analysis relies on four components: (1) Status of the Species, (2) Environmental Baseline, (3) Effects of the Action, and (4) Cumulative Effects.

The destruction/adverse modification analysis relies on the same four components as the jeopardy analysis: (1) Status of Critical Habitat, (2) Environmental Baseline, (3) Effects of the Action, and (4) Cumulative Effects. For purposes of making the destruction or adverse modification determination, the effects of the proposed federal action, together with any cumulative effects, are evaluated to determine if the critical habitat would remain functional (or retain the current ability for the PCEs to be functionally re-established in areas of currently unsuitable but capable habitat) to serve its intended conservation/recovery role for the species.

The conclusions of this biological opinion are based on full implementation of the project as described in the Description of the Proposed Action section of this document, including any conservation measures that were incorporated into the project design.

## 7.1 Steller's Eider

The proposed action would construct a road through an ecologically important and sensitive wetland isthmus that is currently undeveloped. Listed Steller's eiders are present in the action area in high numbers to molt, overwinter, and stage in the lagoons adjacent to the isthmus. They are present because these lagoons support some of the largest eelgrass beds in the world, where Steller's eider prey species are abundant. The construction of a road across this isthmus would

permanently change the landscape of the area and adversely affect the ESA-listed Steller's eider over the lifespan of the road. Adverse effects are expected through increased disturbance, increased collision risk with vessels, inadvertent harvest during legal hunting activities, and degradation of the habitat upon which the eiders rely for feeding and resting. Additional effects, including increased noise disturbance and collision risk with vertical structures, are likely during the 3-year construction window.

An estimated 12 to 15 percent of the listed entity is present in the Izembek Complex during the fall molt and by February up to 52 percent of the listed entity is present for overwintering. Between 50 to 93 percent of the listed entity may use the Izembek Complex during spring migration staging. A small number of non-breeding individuals may remain in the Izembek Complex during the summer. Due to the high number of eiders present in the action area, any activities overlapping times of year when eiders are present have the potential to affect a substantial portion of the listed entity.

Numbers

We expect effects of the action to decrease listed eider numbers through direct sources of mortality and indirectly through disturbance. We estimate a total of 12 Alaska-breeding eiders could be killed due to increased inadvertent harvest and collisions with vessels and vertical structures over the 53-year project (3-year construction window, 50-year life of the road; see 5.2.7 Effects on Recovery). Therefore, direct sources of mortality would result in the loss of 0.23 birds per year from the listed population, which is currently estimated at 406 birds; this would represent a loss of only a fraction of 1 percent (i.e., less than 1 percent) of the population per year. While any loss of eiders from the listed entity is concerning due to the small population size, we do not expect the loss of 0.23 birds per year to cause population level effects to the ESA-listed Steller's eiders. Across the non-breeding range, the Service has previously exempted the take of 0.93 eiders per year (see 4.6 Past and Present Consultations). We do not expect direct mortality due to this project and previously exempted take in the non-breeding range to meaningfully reduce the number of eiders returning to the breeding grounds and thus do not expect appreciable effects to the population.

The proposed project may also indirectly reduce eider numbers through increased, chronic disturbance from hunting and boating activities in Izembek Lagoon. In total, we estimate that between 5.19 and 15.08 percent of an eider's daytime fall hourly budget would be spent responding to disturbance during the fall (Table 14), a 2.53 to 2.94 increase from the current baseline. We expect disturbance will be variable across eider habitat in Izembek Lagoon and that these numbers are representative of areas experiencing the highest disturbance intensity in the fall (Figure 19). This level of disturbance would occur when 12 to 15 percent of the listed population is present for their approximately 3-week molt in the lagoon; molt is a particularly energetically costly life stage, and we predict disturbance would have higher consequences on overall fitness during this period. In addition to molting eiders, some portion of the overall wintering eider population (counted in February) would return to Izembek Lagoon during the fall when disturbance is estimated at its highest, exposing up to 52 percent of the listed entity to these heightened disturbance levels. In areas where hunting and boating disturbance overlaps with the 3 years of construction noise disturbance, disturbance levels could be slightly higher.

**Table 14**. Upper and lower estimates of effects of increased hunting and boating disturbance on brant in Izembek Complex, at different time periods. Lower historic disturbance estimates are based on 1985-1987 data, and all other values represent increases calculated per the details of Appendix A and Appendix B. Source: Ward et al. 1994

| Hunting & Boating Disturbance | Flight Time Estimates (minutes/hour) | | Disturbance Time estimates (minutes/hour) | | Percent of Daytime Hourly Budget Responding to Disturbance (%) | |
|---|---|---|---|---|---|---|
| | Lower | Upper | Lower | Upper | Lower | Upper |
| Historic | 0.07 | 0.19 | 0.14 | 0.34 | 0.23 | 0.57 |
| Environmental Baseline | 0.67 | 1.68 | 1.24 | 3.08 | 2.07 | 5.13 |
| Condition After the Action | 1.70 | 4.93 | 3.12 | 9.05 | 5.19 | 15.08 |

Repeated disturbance or large disturbance events could affect eiders by limiting feeding time and increasing energy expenditure, thereby reducing body condition. Reduced eider body condition would result in reduced survival during migration, as well as lowered resiliency in the face of stochastic events (i.e., high ice years). Models of brant, the best available proxy, indicate increased human disturbance alone in Izembek Lagoon of up to five times the rates used in their model (a threefold increase from historic levels) would not affect survival and emigration of brant (Stillman et al. 2021). We estimate baseline fall disturbance in Izembek Lagoon has increased threefold since the time period used for the Stillman model and we estimate the proposed action would cause an additional 2.53- to 2.94-fold increase. This is an approximate 7.62- to 8.82-fold total increase above the rates used to model disturbance to brant. Therefore, we expect the proposed action to affect the survival and emigration of some brant (and eiders by proxy) and thereby lower the numbers of the listed entity.

Any eiders exposed to disturbance at the rates estimated would experience adverse effects and potentially reduced survival, and up to 52 percent of the listed entity could be present and potentially experience these rates of increased disturbance. However, Steller's eiders are distributed across the action area and experience disturbance at variable rates across Izembek Lagoon; it is unlikely all 52 percent of the listed entity would congregate in areas experiencing high hunting and boating rates. Given the ability of eiders to redistribute and move away from hunting activities and given that Steller's eiders are not a target of hunters, we expect fewer than 52 percent of the listed entity would experience disturbance levels as calculated (Table 14). Brant are the best available proxy but because they are favored hunting targets, flocks of brant likely experience hunting disturbance at higher rates than flocks of Steller's eiders, possibly resulting in an overestimate in disturbance to eiders. Some eiders likely experience disturbance at these rates if they are mixed with brant flocks; however, Steller's eiders most commonly form dense single-species flocks. While some birds may experience disturbance levels exceeding the values modeling suggests could reduce survival and emigration (of brant), not all eiders would experience that level of effect in the Izembek Complex. We expect disturbance due to hunting and boating would be lower at all other times of the year; however, this does not include the additional potential disturbance due to off-road vehicle use in the area facilitated by the road.

Eiders may be able to shift to other preferred prey sites beyond locations of high hunting disturbance, such as areas in Norma Bay and/or near Neumann Island which may be less disturbed. However, reduced eider access to preferred habitat within Izembek Lagoon would be additive to existing, ongoing concerns such as changes to both eelgrass beds and prey biomass. In a winter study of common eiders in Greenland, days with high disturbance were followed by observations of nocturnal feeding, suggesting eiders can shift feeding timing to potentially accommodate disturbance, though it remains unclear if eiders are able to fully compensate with nocturnal feeding (Merkel et al. 2009). Given that migratory bird hunting is permitted one-half hour before sunrise and until sunset, human caused disturbance outside this time should be at much lower levels.

In the project area, eiders wintering in Cold Bay spent approximately 12.2 percent more time feeding and commensurately less time in comfort activities than eiders in Izembek Lagoon (Laubhan and Metzner 1999). During this study, eiders offset energetic requirements when Izembek Lagoon was unavailable by foraging in Cold Bay rather than minimizing energy expenditure by seeking thermal cover (Laubhan and Metzner 1999). While eiders are generally thought to have low flexibility in their daily budget (Goudie and Ankney 1986), within this area Steller's eiders may have some flexibility to a) adjust their time budget per activity, b) move to alternate feeding grounds, and/or c) shift spatiotemporally; which is relevant should disturbance rise to the level that they temporarily flee their preferred habitat.

We expect a 2.53- to 2.94-fold increase in disturbance above current levels, likely increasing to reach these levels over the lifetime of the road. This results in an estimated 5.19 to 15.08 percent of an eiders daytime hourly budget spent responding to disturbance. We also expect disturbance to be variable year to year. If years with disturbance levels toward our upper estimates (representing a loosening of hunting regulations and high levels of commercial guiding) overlap with high ice years, we expect loss of eiders. In years with disturbance levels toward our lower estimates (representing tighter hunting regulations [the current norm] and average levels of commercial guiding), we expect the 5 percent change in daily budget to be tolerable to eiders and minimal to no impact on eider numbers. In summary, given that eiders can move away from disturbance, are not direct targets of hunting, tolerate high levels of disturbance at other sites (such as Unalaska and Women's Bay), may accommodate adjustments in their daily budget by site (Laubahn and Metzner 1999), and given that our disturbance estimates represent the highest level of disturbance expected only within a discrete area of Izembek Lagoon, we anticipate disturbance to have an adverse effect on eider numbers but we do not expect it to appreciably reduce survival or recovery of the listed entity.

Distribution

Most activities evaluated are already ongoing, as described in the Environmental Baseline; we anticipate increases in these activities, proportional to the level of increased access. Hunting (both subsistence and sport), fishing, and other vessel use have occurred through the Izembek Complex for decades. Despite these activities, Steller's eiders, including the Alaska-breeding population, continue to consistently use the action area for molting, wintering, and spring staging.

We anticipate an increase in both the intensity and distribution of boating and hunting disturbance within Izembek Lagoon over the lifetime of the road, as well as a smaller, temporary increase in noise disturbance during the 3 years of construction. This increase in disturbance would cause some Steller's eiders to temporarily shift their location within Izembek Lagoon or even flee the lagoon altogether. We expect the disturbance intensity to be highest during the fall hunt and less during the other times of year when eiders are present. If eiders flee their preferred habitat in Izembek Lagoon during the fall hunt, they could reoccupy this habitat during wintering and spring staging. While some eiders would likely temporarily choose to shift to other locations that may be lower quality when disturbed, these shifts are not expected to change the distribution of the population as a whole.

Reproduction

Steller's eiders do not nest in the action area; therefore, we expect no direct loss of reproductive success. We expect only a small number of individuals will be killed, injured, or suffer sufficient reduction in fitness to have decreased survival, resulting in minimal change to the breeding population. We do not expect the mortality of a small number of individuals to have appreciable effects on reproduction. Increased disturbance would adversely affect some individuals to the point of reduced fitness and therefore may potentially remove them from the reproductive population within a given year (i.e., the individual does not migrate to breeding grounds or does not breed successfully) or entirely (i.e., death). We expect effects of the action from disturbance to be lower (relative to the rates in Table 14) during the spring when courtship behaviors are occurring. Additional applicant-proposed project specific conservation measures to avoid construction related disturbance during the courtship period will further reduce the likelihood of reproductive impacts (see 1.5 Conservation Measures).

Overall, we anticipate activities associated with the proposed action will result in a minor reduction in reproduction and productivity, through the loss of a small number of individuals and a minimal disruption of courtship behaviors. Thus, we conclude the effects of the action will not result in an appreciable reduction in reproduction for the Alaska-breeding Steller's eider.

Recovery

The natural recovery rate of Steller's eiders is not known. Long-lived species with low annual fecundity have a relatively slow recovery rate compared to short-lived species with high annual fecundity. Given the Steller's eider's observed low fecundity (i.e., small clutch sizes, high variability in nesting attempts, and generally low nest success; Quakenbush et al. 1995), the recovery rate for this species is believed to be quite slow. We expect some number of Steller's eiders in Izembek Lagoon would experience adverse effects in most years. However, we anticipate only a small number of individuals would suffer injury or death; as discussed above, the anticipated losses would represent only a fraction of 1 percent (i.e., less than 1 percent) of the population per year. Furthermore, we expect only a small proportion would suffer a reduction in reproductive success. Based on the minimal extent of these expected effects, we conclude this would not appreciably reduce the likelihood of recovery of the species.

When considering effects from the proposed action in combination with cumulative effects, any future activities with the potential for significant effects are likely to have a Federal nexus and therefore will require a separate section 7 consultation. Other smaller scale activities, which may not have a Federal nexus, are likely to have minor impacts on Alaska-breeding Steller's eiders and therefore would not make a significant contribution to cumulative effects.

Steller's eiders in the action area would also continue to experience ongoing threats and emerging threats in addition to those caused by the proposed action. These threats include but are not limited to climate change, disease, stochastic events (such as extreme icing years along the isthmus), and changes to eelgrass and prey species (see 3.1 Status of the Species and 4.1, 4.2 Environmental Baseline). Together, the effects of the action and these other threats would produce synergistic effects to eiders that are likely to increase over time. We expect years with high levels of all threats, such as disease outbreak or extreme ice coverage, and high levels of disturbance to result in loss of eiders. Any eiders with lower body condition due to the effect of the action would be less tolerant to additional stressors (such as ice over of preferred prey sites). Further, any eiders arriving in Izembek Complex in poor body condition would be less able to tolerate existing stressors and the additional effects caused by the action. The population has low resiliency, as low numbers of Steller's eiders are annually present in Alaska and have highly variable vital rates, and low redundancy, as only one extant subpopulation remains with a wide but sparse distribution outside of Utqiaġvik. While the population has moderate representation indicated by their varied diet and habitat use, adequate genetic diversity, and wide non-breeding distribution, the population remains vulnerable to environmental stochasticity and catastrophic events. Additionally, the identified stressors to the population are likely to worsen over time in both the breeding and nonbreeding habitats (USFWS 2025b). However, we do not expect this loss to appreciably impact the numbers, reproduction, or distribution of Steller's eiders as we expect only a small proportion of the Alaska breeding Steller's eiders would be affected in most years.

<u>Jeopardy Conclusion</u>

Our jeopardy analysis relied on four components: (1) Status of the Species, (2) Environmental Baseline, (3) Effects of the Action, and (4) Cumulative Effects. After reviewing the current status of the species, the environmental baseline for the action area, the effects of the proposed action, and the cumulative effects, it is our biological opinion that the action, as proposed, is not likely to jeopardize the continued existence of the Alaska-breeding Steller's eider.

### 7.2 Steller's Eider Designated Critical Habitat

The proposed action, construction of a road, would alter some critical habitat in the action area. Disturbance to PCEs during construction, through sedimentation and turbidity, would be localized and mostly temporary. Construction of the road would also permanently alter local hydrology, modifying input into Izembek Lagoon and affecting the associated PCEs (eelgrass, marine waters and benthic substrates, and macroinvertebrate prey species). After road construction, we expect ongoing impacts to PCEs (eelgrass, the water column and benthic substrates, and macroinvertebrate prey species) for the foreseeable future. Contaminants are expected to be introduced to the system through accidental, small spills; the exact quantity and

location of these spills cannot be predicted. This increase in effects, combined with ongoing threats identified in the baseline, would increase the overall stress on PCEs in the Izembek Lagoon critical habitat unit, decreasing the quantity and quality of eelgrass and macroinvertebrate prey species in localized areas of Izembek Lagoon. These effects would be additive to existing stressors on PCEs in Izembek Lagoon, which have resulted in a measurable loss of eelgrass habitat and a measurable reduction in the overall biomass of certain invertebrate prey species on which eiders rely. However, the combined effects to PCEs would affect a relatively small portion of overall critical habitat within Izembek Lagoon and would not reduce the ability of Alaska-breeding Steller's eider critical habitat to provide for the recovery of Alaska-breeding Steller's eiders. Therefore, we conclude that the direct and indirect alteration of critical habitat in the action area would not appreciably diminish the value of critical habitat in the action area for conservation of the Alaska-breeding Steller's eider.

After reviewing the current status of the critical habitat of Alaska-breeding Steller's eiders, the environmental baseline of critical habitat for the action area, the effects of the proposed action on critical habitat, and the cumulative effects, it is the Service's biological opinion that proposed action is not likely to result in the destruction or adverse modification of critical habitat of the Alaska-breeding Steller's eider.

### 7.3 Southwest Alaska DPS of Northern Sea Otter

Construction of the proposed road and increased access of the area after construction would impact sea otters. We expect the primary effects to sea otters would be disturbance via behavioral changes caused by increased human and vessel activity after road construction, and harm via vessel strike due to increased vessel traffic after the road is built. We expect impacts to habitat would also affect sea otters.

<u>Numbers</u>

We expect few sea otters would be permanently removed from the population by the effects of the action and that the number of individuals permanently removed would be relatively small compared to the entire population. We estimate up to three sea otters a year from the Bristol Bay MU would experience injury or death via vessel strike after the road is constructed for the foreseeable future and up to five a year would be removed due to increased harvest in Izembek Lagoon. This would represent a loss of only a fraction of 1 percent (i.e., less than 1 percent) of the Bristol Bay MU population per year. We also estimate a small number of sea otters would experience disturbance from increased human activities after the road is constructed (see section 5.5.1), although this number is expected to be low relative to the number of sea otters in the action area. The number of sea otters that would experience disturbance is expected to decrease over time as individuals move away from high disturbance areas or acclimate to new levels of disturbance. Therefore, we do not expect any appreciable change in population numbers from the disturbance, injury, or mortality of listed sea otters caused by project activities.

Reproduction

We expect some mothers with pups would be affected by the effects of the action discussed above if they are unable to leave the area or acclimate to increased disturbance and therefore experience increased and repeated stress. We expect only a small number of mothers would be affected and that any impact to reproduction would not be measurable. Population level changes to sea otter reproduction are not expected because any impacts would be small enough they would be difficult to measure due to the relatively high number of sea otters in the action area. We do not expect an appreciable reduction in reproduction for the southwest DPS of northern sea otters.

Distribution

The effects of the action are unlikely to impact the distribution of the southwest DPS of northern sea otters because they are widely distributed across southwest Alaska. Any impacts to distribution would be localized, limited to Izembek Lagoon, Kinzarof Lagoon, and/or Cold Bay and attributable to sea otter avoidance of the action area due to increased disturbance.

Recovery

The relatively small number of listed sea otters disturbed, injured, or killed by the effects of the action is not expected to affect the recovery of the southwest Alaska DPS of northern sea otters due to their relatively high abundance and wide distribution across their range. We expect most, if not all, disturbance, injury, or death to sea otters would occur in Izembek Lagoon in the Bristol Bay MU, which has a moderate population size and thus has more resiliency to withstand impacts over time. We anticipate limited impact to the South Alaska Peninsula MU, which has a small population size and low resiliency, because most effects of the action would occur outside of this MU. Therefore, we do not expect effects of the proposed action to be large enough to appreciably detract from the recovery objectives and criteria for the entire southwest Alaska DPS of northern sea otter.

Northern sea otters in the action area would also continue to experience ongoing threats and emerging threats in addition to the effects of the action. These threats include but are not limited to climate change, disease, stochastic events (such as extreme icing years along the isthmus), and changes to prey species (see 3.3 Status of the Species and 4.1, 4.4 Environmental Baseline). Together, the effects of the action and these other threats would produce synergistic effects to sea otters that are likely to increase over time. However, the Bristol Bay MU is predicted to have overall moderate resiliency into the future, even with changing climate and increased stressors (USFWS 2020). Additionally, we have no data to indicate that ongoing threats are currently large enough to appreciably impact the numbers, reproduction, or distribution of the Bristol Bay MU.

Jeopardy Conclusion

Our jeopardy analysis relied on four components: (1) Status of the Species, (2) Environmental Baseline, (3) Effects of the Action, and (4) Cumulative Effects. After reviewing the current status of the species, the environmental baseline for the action area, the effects of the proposed

action and the cumulative effects, it is our biological opinion that the action, as proposed, is not likely to jeopardize the continued existence of the southwest DPS of northern sea otter.

### 7.4 Designated Critical Habitat for Northern Sea Otters

The proposed action, construction of a road, would alter some critical habitat in the action area. Disturbance to PCEs during construction, through sedimentation and turbidity, would be localized and mostly temporary. Construction of the road would also permanently alter local hydrology, modifying input into the lagoons and affecting the associated PCEs (kelp and macroinvertebrate prey species). After road construction, we expect ongoing impacts to PCEs from sedimentation and turbidity for the foreseeable future. This increase in effects combined with ongoing threats identified in the baseline (i.e., climate change, existing contaminated sites, ongoing human activities that contribute to sedimentation, etc.) would increase the overall stress on PCEs and decrease the quantity and quality of PCEs in the action area. Contaminants are expected to be introduced to the system through accidental, small spills; the exact quantity and location of these spills cannot be predicted. This increase in effects, combined with ongoing threats identified in the baseline, would increase the overall stress on PCEs in the action area, decreasing the quantity and quality of kelp and macroinvertebrate prey species in localized areas of Izembek Lagoon, Kinzarof Lagoon, and Cold Bay. These effects would be additive to existing stressors on PCEs, which have resulted in a measurable reduction in the overall biomass of certain invertebrate prey species on which sea otters rely. The combined effects to PCEs would affect a relatively small portion of overall critical habitat. We anticipate the combined effects to PCEs would not reduce the ability of critical habitat to provide for the recovery of northern sea otters as effects of the action would affect a relatively small portion of overall critical habitat limited to Izembek Lagoon, Kinzarof Lagoon, and Cold Bay (see Figure 11 and Figure 24). Therefore, we conclude that direct and indirect alteration of critical habitat would not appreciably diminish the value of critical habitat in the action area for the conservation of northern sea otters.

After reviewing the current status of the critical habitat of northern sea otter, the environmental baseline of critical habitat for the action area, the effects of the proposed action on critical habitat, and the cumulative effects, it is the Service's biological opinion that proposed action is not likely to result in the destruction or adverse modification of critical habitat of the southwest DPS of northern sea otter.

### 7.5 Jeopardy and Destruction/Adverse Modification Conclusions

It is the Service's biological opinion that the Proposed Action is not likely to jeopardize the continued existence of the Alaska-breeding Steller's eider or southwest Alaska DPS northern sea otter and is not likely to destroy or adversely modify designated critical habitat for the Alaska-breeding Steller's eider or southwest DPS northern sea otter.

# 8 INCIDENTAL TAKE STATEMENT

Section 9 of the ESA and federal regulation pursuant to section 4(d) of the ESA prohibit the take of endangered and threatened species, respectively, without special exemption. Take is defined as to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or attempt to engage in any such conduct. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species by annoying them to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding or sheltering. Incidental take refers to takings that result from, but are not the purpose of, carrying out an otherwise lawful activity conducted by the Federal agency or applicant (50 CFR 402.02). Under the terms of section 7(b)(4) and section 7(o)(2), taking that is incidental to and not intended as part of the agency action is not considered to be prohibited taking under the ESA provided that such taking is in compliance with the terms and conditions of this Incidental Take Statement (ITS).

The regulations implementing the incidental take provisions of section 7(a)(2) of the ESA specify that the Service formulates an Incidental Take Statement "…if such take is reasonably certain to occur." 50 CFR 402.14(g)(7). The Service continues to rely on the best available scientific and commercial data, as well as professional judgment, in reaching these determinations and resolving uncertainties or information gaps.

The USACE has a continuing duty to regulate the activity covered by this incidental take statement. In order to monitor the impact of incidental take, the USACE must report the progress of the action and its impact on the species to the Service as specified in the incidental take statement. [50 CFR 402.14(i)(4)].

This Incidental Take Statement is limited to otherwise lawful activities; therefore, take caused by oil spills, which are not lawful activities, are not included here and are not exempted from the prohibitions of section 9 of the ESA.

## 8.1 Amount of Take

### 8.1.1 *Steller's Eider*

**Construction (Years 1-3)**
The Service anticipates that one Alaska-breeding Steller's eider would be taken as a result of road construction. The incidental take is expected to be in the form of harm via injury or death as a result of collision with temporary vertical structures during construction. As explained in the Effects of the Action (section 5.2.3.2), we relied on calculations of collision risk in the area to estimate the anticipated number of impacted eiders. Due to the implementation of project specific conservation measures, we expect the likelihood of strike to be toward lower estimates, resulting in a total of one eider taken over the 3-year construction period. If more than one Steller's eider is taken because of collision during the 3 years of construction, reinitiation will be required pursuant to 50 CFR 402.16.

We do not expect any Steller's eiders would be disturbed by increased noise levels during road construction activities to the point where they would experience take in the form of harassment.

**Maintenance**
Beyond construction, the Service does not anticipate take of Alaska-breeding Steller's eiders in the form of harm to be caused by maintenance of the road during its 50-year lifetime. The Service also does not anticipate any Steller's eiders would be disturbed by increased noise levels during road maintenance activities to the point where they would experience take in the form of harassment.

**Road-Use (Years 4-53)**
We currently have no evidence to indicate that vehicles are a collision risk to Steller's eiders; thus, this was not analyzed as a likely source of injury or mortality in the project effects. We conclude there would be no incidental take caused by vehicle collision.

The Service anticipates take of Alaska-breeding Steller's eiders through the indirect effects of road-use over its 50-year lifetime. We anticipate incidental take in the form of harm through increased inadvertent harvest of eiders and harassment through disturbance caused by increased hunting and boating activities facilitated by the road. Harassment due to increased hunting and boating disturbance would rise to the level of harm for some eiders, resulting in reduced fitness, survival, and reproductive success. These activities occur later in time and are reasonably certain to occur.

We estimate a 2.53- to 2.94-fold increase in hunting and boating disturbance in Izembek Lagoon over 50-years due to the effects of the action. Using data on brant (the best available proxy), we further estimate that Steller's eiders exposed to both hunting and boating disturbance would spend a total of 5.19 to 15.08 percent of their daytime daily budget responding to hunting and boating disturbance after the action. Therefore, the effect of the action would cause a 3.12 to 9.95 percent increase in eider disturbance relative to baseline conditions (Table 14). We estimate collisions with vessels would occur as often as once every 8.33 years (upper estimate), or six eiders over the 50-year lifetime of the road. We also anticipate the rate of inadvertent harvest of Steller's eiders (including wound loss) would increase from one every 38.5 years to one every 10 years in the action area, or five eiders over the 50-year lifetime of the road. While we anticipate these indirect effects, these forms of take would not be reliably monitored or detected and so we use a surrogate to measure incidental take, as described below.

In accordance with 50 CFR 402.14(i)(1)(i), a surrogate may be used to express the amount or extent of anticipated incidental take if the biological opinion or Incidental Take Statement describes the causal link between the surrogate and anticipated take, explains why it is not practical to express the amount or extent of anticipated take or to monitor take-related impacts in terms of individuals, and sets a clear standard for determining when the level of anticipated take has been exceeded.

It is difficult to directly measure or monitor at the individual level the increase in inadvertent harvest and disturbance of Alaska-breeding Steller's eiders caused by the increased access to the lagoon facilitated by the road. The Service's analysis relies on brant as the best available proxy,

which is acknowledged as an imperfect proxy for various reasons, including brant being a species targeted for hunting while Steller's eiders are not. We lack information specific to Steller's eiders; for example, we do not have a direct causal relationship between what amount of individual disturbance would lead to a quantifiable amount of harassment (i.e., significantly disrupting normal behavioral patterns) and at what frequency and magnitude any such harassment will lead to harm via injury or death through reduced fitness. Therefore, while we anticipate incidental take in the form of harm and harassment from increased hunting activities in Izembek Lagoon, it is difficult to determine the number of individuals that could be injured or killed. Steller's eider presence can substantially vary on an annual basis and is spatially and temporally variable within Izembek Lagoon in relation to hunting activities.

A surrogate is used for incidental take associated with road-use because, as described throughout this biological opinion, it is difficult to accurately quantify and monitor the number of individual eiders that will be incidentally taken as a result of road use. Large fractions of the incidental take of Steller's eiders (such as inadvertent harvest through direct mortality and/or wound loss; vessel strike; or disturbance from hunting, boats, and off-road vehicles) are not readily detectable. For example, wound loss of birds by hunters cannot be readily detected during hunts and, if detected, some hunters may be reluctant to report (Rothe et al. 2015). Other relevant factors include variability associated with spatial and temporal timing of Steller's eider migration and molt, changes to molting location preference through time (i.e., shift in space beyond the project area), variability in population of the Alaska-breeding population and Russian-breeding populations of Steller's eiders influencing the ability to quantify the effect to the listed entity versus pacific-wintering population, and variability in how individual animals use habitat within the action area.

Therefore, we use human-use condition associated with take, measured in Client Use Days (CUDs), as the incidental take surrogate for Alaska-breeding Steller's eider. CUDs are the best available surrogate for incidental take associated with road-use because they directly reflect the effort of commercially guided waterfowl harvest, which comprises the majority of the anticipated increase in hunting and boating disturbance due to the effect of the action. Hunting effort in Izembek Lagoon can be monitored using CUDs, defined as the number of days a hunter was taken on the Refuge by a commercial guide. CUDs are used throughout this document to measure changes in hunting intensity through time. This annually reported data provides a consistent, repeatable, monitorable measure of changes in hunting effort, and therefore inadvertent harvest and disturbance of eiders, in Izembek Lagoon. Any increase or decrease in CUDs leads to an associated increase or decrease in hunting-caused harm and harassment. Therefore, we assess that the incidental take of Steller's eider will be exceeded if the total CUDs on Izembek Refuge exceed 1,735 days in any fall hunting season (the upper estimate of change estimated in this analysis, see Appendix A), because that indicates more hunting (and therefore more harm and harassment of listed Steller's eiders through inadvertent harvest and disturbance) is occurring than anticipated. If this surrogate threshold is exceeded, the amount or extent of the anticipated level of incidental take will be considered exceeded and reinitiation will be required pursuant to 50 CFR 402.16.

We recognize that there has been an increasing trend in hunting in the last two decades and it would be challenging to determine the level of increase attributable solely to the proposed action.

Additionally, not all CUDs may derive from hunting in Izembek Lagoon (e.g., could include hunting in freshwater ponds or upland habitats); however, because it is a premier waterfowl hunting destination, we expect the majority of hunting effort to occur in Izembek Lagoon. Acknowledging these factors, CUDs remain our best estimate to measure the increase in hunting activity that is anticipated due to the proposed action.

There is no annually reported data on subsistence harvest of waterfowl in the area to include as an additional surrogate. While CUDs may not directly account for changes in subsistence harvest in Izembek Lagoon, they do act as a reasonable proxy for overall hunting effort in the area because CUDs are responsive to fall hunting regulation changes. For example, CUDs decreased 29 percent in 2025 due to more restrictive hunting regulations (shortening the brant hunting season by 1 month) relative to the prior year. This is important because it demonstrates the CUDs detect annual variation and serves as a meaningful threshold for monitoring incidental take related to hunting. This responsiveness to regulation also captures changes in the fall general hunt which influence both resident and non-resident hunters. In the Aleutian Pribilof Islands region, all inadvertent Steller's eider harvest was reported in the fall-winter general hunt and none was reported during the spring subsistence hunt (Naves and Schamber 2024). Thus, the best available data on Steller's eider harvest indicates the fall hunt is the period where most take in the form of inadvertent harvest occurs and our surrogate is responsive to change during this period. Therefore, regulation-driven changes in subsistence harvest will likely mirror CUDs.

We considered numerous options for incidental take surrogates, and we determined CUDs to be the best available surrogate because it directly measures the intensity of the primary stressor (hunting activity) and is regularly reported (annual data) from which incidental take can be monitored and reinitiation can be triggered. Other options considered but not carried forward include the following:

- Reports of Steller's eider harvest
    - As described in sections 4.2.4.1 Harvest of Steller's Eiders and 5.2.2 Harvest of Steller's Eiders, inadvertent harvest of Steller's eiders frequently goes undetected and is underreported. Therefore, reports of inadvertent eider harvest would not be a reliable standard for measuring incidental take.
- Boat launch use data
    - The boat launch is not under the jurisdiction of the USACE or ADOT&PF and no existing monitoring of use occurs.
- Potential future studies of disturbance
    - There is no guarantee that disturbance studies similar to Ward et al. 1994 will be conducted by the Refuge at regular intervals. Therefore, using potential disturbance monitoring as a trigger would not be a regular, reliable standard for measuring incidental take.
- Pounds of ducks harvested in Cold Bay and King Cove
    - ADF&G subsistence reports quantify the pounds of ducks harvested by communities across Alaska. However, these reports are not regularly occurring. The most recent two reports were in 1992 and 2016. Therefore, it is not a regularly monitorable standard for tracking incidental take compared to the annually reported CUDs data.

### 8.1.2 Northern Sea Otter

**Construction & Maintenance**
The Service does not anticipate any incidental take of northern sea otters due to road construction and maintenance activities.

**Road-Use (Years 4-53)**
The Service anticipates take of northern sea otters through the indirect effects of road-use over its 50-year lifetime from vessel collisions, disturbances caused by vessels, and increased harvest. We estimate otter-vessel collisions would result in the injury or death of up to three otters per year in Izembek Lagoon (as estimated in section 5.4.2). We anticipate additional disturbance caused by increased hunting and boating activities facilitated by the road would lead to increased stress and energy deficits and therefore reduced fitness for a small number of individuals. This incidental take is expected to be in the form of harassment via significant disruptions to normal behaviors. These activities occur later in time and are reasonably certain to occur. While we anticipate these indirect effects, these forms of take would not be reliably monitored or detected and so we use a surrogate to measure incidental take, as described below.

As established for Steller's eiders above, it is appropriate to use surrogates for incidental take caused by vessel collisions and disturbances from vessels in Izembek Lagoon. Vessel disturbance of sea otters and vessel strike are difficult to detect and reliably monitor without consistent and frequent observation. In this document, we anticipate changes in hunting activities to be the primary driver of increased boat-based disturbance in Izembek Lagoon. Therefore, using waterfowl hunting CUDs as a surrogate for incidental take for sea otters would provide a proxy for this effect. Any increase or decrease in CUDs leads to an associated increase or decrease in hunting-derived harm and harassment. The incidental take of northern sea otter will be exceeded if the total CUDs on Izembek Refuge exceed 1,735 days in any fall hunting season (the upper estimate of this analysis, see Appendix A). If CUDs exceed 1,735 days, it indicates more hunting (and therefore more harm and harassment of otters through hunting-caused disturbance) is occurring than anticipated. If this surrogate threshold is exceeded, the amount or extent of the anticipated level of incidental take will be considered exceeded and reinitiation will be required pursuant to 50 CFR 402.16.

In addition, we anticipate take in the form of harm through increased harvest of sea otters in Izembek Lagoon. Because harvest of sea otters is reported and tracked by the Service's MTRP, we use these data to estimate take via harvest rather than the above surrogate. We anticipate up to five sea otters a year would be taken in Izembek Lagoon via harvest as an effect of the action.

However, take caused by subsistence harvest is directed and intentional take, rather than incidental take, because the purpose of the act is to harvest sea otters. This distinguishes harvest from acts encompassed by the definition of "incidental take" provided by Service regulations implementing section 7 of the ESA. *See* 50 CFR § 402.02. Treating harvest take as incidental take would also result in misapplications of the incidental take provisions of section 7(b)(4) of the ESA and the Service's implementing regulations at 50 CFR § 402.14(i). Where marine mammals such as sea otters are concerned, these provisions require the Service to provide an ITS only when the anticipated taking is authorized pursuant to Section 101(a)(5) of the Marine

Mammal Protection Act (MMPA). Those MMPA provisions address "incidental, and not intentional, taking" and, as the Service has long recognized, do not facilitate the authorization of take resulting from intentional acts (16 USC § 1371(a)(5)(A)(i) and (D)(i); *see also* 50 CFR § 18.34 and explanatory discussion at 75 Fed. Reg. 61631, 61633). Since intentional take cannot be authorized under Section 101(a)(5) of the MMPA, it falls outside the purview of section 7(b)(4) and 50 CFR § 402.14(i)(1) and does not support the inclusion of certain required ITS components, i.e., reasonable and prudent measures, terms and conditions, and measures to comply with Section 101(a)(5) of the MMPA. Treating harvest take as intentional take, and not incidental take, gives proper effect to the ESA and its implementing regulations and preserves consistency in the meaning of "incidental take" under the ESA and MMPA. Additionally, both the ESA (section 10(e)) and the MMPA (section 101(b)) provide exemptions to the taking of sea otters for subsistence purposes or the creation of native handicrafts.

#### *8.1.2.1 Authorization of Take*

This biological opinion and associated Incidental Take Statement are only valid when paired with an accompanying Incidental Harassment Authorization to allow harassment of northern sea otters pursuant to the Marine Mammal Protection Act of 1972 (16 U.S.C. 1361 et seq). The Service is not including an incidental take authorization for marine mammals at this time because the incidental take of marine mammals has not been authorized under section 101(a)(5) of the MMPA as amended. Following issuance of such regulations or authorizations, the Service may amend this biological opinion to include an incidental take statement for marine mammals, as appropriate.

The Service can authorize MMPA incidental take through two mechanisms provided within section 101(a)(5) of the MMPA. The first is through promulgation of incidental take regulations (ITRs) and associated Letters of Authorization (LOA). See 16 USC § 1371(a)(5)(A), 50 CFR § 18.27(f). The second is through issuance of Incidental Harassment Authorizations (IHA). See 16 USC § 1371(a)(5)(D). The MMPA prescribes a 5-year limit for ITRs (and, by extension, associated LOAs) and a 1-year limit for IHAs. See 16 USC 1371(a)(5)(A)(i)(I) and (D)(i), respectively. Thus, it is not possible for the Service to issue an MMPA incidental take authorization applicable to the entirety of this 53-year proposed action. When the Service updated its ESA section 7 consultation regulations to implement amendments to the MMPA, which provided a mechanism for allowing certain taking of ESA-listed species, it offered "options on how to handle the timing discrepancies between the two Acts." 54 FR 40,346. The Ninth Circuit Court of Appeals has summarized these options as follows:

> First, the action agency may consider initiating the MMPA process in advance of the ESA section 7 process. The MMPA requirements can then be incorporated into the ESA incidental take statement when the biological opinion is issued and subsequent revisions would not be necessary. Second, FWS and the Action Agency may together agree to extend the section 7 consultation under the ESA to accommodate completion of the MMPA regulations. Or, third, the Action Agency may begin early consultation with the ESA, and request a preliminary biological opinion. Once the MMPA process is completed, the opinion would be reviewed and the ... incidental take statement amended

or added, as appropriate. *Center for Biological Diversity v. Bernhardt*, 982 F.3d 723, footnote 8 (9th Cir. 2020) (internal quotations and citations omitted).

Since MMPA incidental take authorization does not yet exist for this proposed action, the Service will address MMPA incidental take authorizations issued for the proposed project using an approach consistent with Option 3. More specifically, the Service will review this Biological Opinion and amend its contents, as appropriate, in light of the findings made and requirements imposed by each subsequent MMPA incidental take authorization process concerning this proposed project.

**Effect of the Take**

In this Biological Opinion, we determined that the level of anticipated take is not likely to result in jeopardy to the species. Although we anticipate some incidental take to occur, the implementation of the conservation measures proposed would result in avoidance and minimization of adverse effects.

## 8.2 Reasonable and Prudent Measures

The measures described below are non-discretionary and must be undertaken by the USACE or made binding conditions of any permit issued to the ADOT&PF or other applicants, permittees, or contractors, as appropriate, for the exemption in section 7(o)(2) to apply. The USACE has a continuing duty to regulate the activity covered by this Incidental Take Statement. If the USACE (1) fails to assume and implement the terms and conditions or (2) fails to require the applicant or other contractors to adhere to the terms and conditions of the ITS through enforceable terms that are added to permit or agreements, the protective coverage of section 7(o)(2) may lapse. To monitor the impact of incidental take, the USACE must report the progress of the action and its impact on the species to the Service as specified in the ITS [50 CFR 402.14(i)(3)].

The Service considers the following reasonable and prudent measures (RPMs) to be necessary and appropriate to minimize the impacts of the incidental take of Steller's eiders and northern sea otters.

**RPM 1**: Ensure take is commensurate with the effects analysis of this Biological Opinion.

## 8.3 Terms and Conditions

In order to be exempt from the prohibitions of section 9 of the ESA, the USACE must comply with the following terms and conditions (T&C), which implement the RPM described above. These terms and conditions are non-discretionary.

**T&C 1**: To ensure take resulting from the proposed action is consistent with the analysis contained in this biological opinion, the USACE must complete mandatory incidental take monitoring over the lifetime of the road (details provided in section 8.4, below). The USACE may delegate authority to the project applicant or permittee. If entering into or amending any agreements for the maintenance of the road or if acquiring or conveying any

right-of-way or other interest in the road, USACE and/or the applicant/permittee must include incidental take monitoring as a binding commitment within any such agreement. The USACE must notify the Service in the event the permit is transferred to another entity.

**T&C 2**: The USACE and applicant/permittee will work with the Service to develop and install appropriate signage along the road regarding the presence of listed species in the area and means to avoid and minimize impacts to listed species. Signage will inform the public of the sensitivity and importance of the surrounding habitats to disturbance (including boat and ATV-use) and measures to maintain ecological integrity of the area.

### 8.4 Monitoring and Reporting Requirements

Pursuant to 50 CFR 402.14(i)(4), the USACE must report the progress of the action and its impact on the species to the Service as specified in this Incidental Take Statement.

The USACE (and/or the project applicant/permittee per T&C 1, above) will submit an annual report to the Southern Alaska Fish and Wildlife Field Office via email at *ak_fisheries@fws*.gov by February 1 of the following year, for the duration of the project. The reports shall include (1) observations or interactions with Steller's eiders or northern sea otters within the road corridor, (2) any take of Steller's eiders or northern sea otters associated with the project, and (3) annual reports of CUDs (received through requests to Izembek National Wildlife Refuge). These monitoring requirements will ensure take is commensurate with anticipated levels from both direct (construction) and indirect (road-use and increased activity associated with road-use; using CUDs as a surrogate in the broader action area) effects of the action.

The USACE or applicant/permittee will also submit a draft report by email to the Southern Alaska Fish and Wildlife Field Office general delivery mailbox at *ak_fisheries@fws*.gov no later than 90 days following the end of construction activities. The USACE or applicant/permittee will provide a final report within 30 days following resolution of the Service's comments on the draft report. If no comments are received from the Service within 30 days, the draft report will be considered the final report. The report will summarize all construction activities associated with the proposed action, and any observations, interactions, or take of Steller's eiders or northern sea otters.

The USACE or the applicant/permittee must submit a written report, such as by email, within 24 hours for any notable event including injury or mortality of a listed species, biologically important observations associated with a listed species, etc.

Reports submitted to the Southern Alaska Fish and Wildlife Field Office general delivery mailbox at *ak_fisheries@fws*.gov. Please include the consultation number (2026-0057356) in the subject line of the correspondence. Notable events include, but are not limited to:

- Any injury or mortality to a listed species (including ANY Steller's eider collisions with vertical structures, vessels, or vehicles).
- Observation of large rafts (40 individuals or more) of northern sea otters in proximity to project activities.

- Occurrence of any spill of a size greater than 50 barrels that occurs during construction or maintenance activities.

In particular, the applicant/permittee must report any sea otter or Steller's eider collisions with vertical structures or vehicles within the road corridor or with vessels in the action area to the USACE, which will then provide these encounter reports to the Southern Alaska Fish and Wildlife Field Office within 24 hours. Minimum information for collision encounter reporting will include species, date/time, location, weather, identification of the structure, vessel, or vehicle involved and its operational status when the encounter occurred, and one or more photographs (or a statement explaining why obtaining a photograph of any particular sea otter or Steller's eider was not possible). The Southern Alaska Fish and Wildlife Field Office should be contacted regarding the recovery or transport of dead northern sea otters or Steller's eiders.

The reporting of CUDs is consistent with our use of that metric as a surrogate measure of human activities that may cause disturbance events to eiders and otters throughout the Action Area, as detailed in the Incidental Take Statement. The CUDs data are collected annually by Izembek NWR; all commercial operators (guides, air/water taxis, outfitters) are required to log their CUDs and submit a report to the Izembek NWR Refuge Manager no later than December 31 each year. The USACE or the applicant/permittee should obtain a copy of the CUD report from Izembek NWR (via phone at 907-532-2445 or email at *Izembek@fws.gov*) during January of each year.

8.4.1 Disposition Of Dead or Injured Specimens

The Service is to be notified within 3 working days upon locating a dead, injured, or sick Steller's eider, northern sea otter, or other endangered or threatened species specimen within the Action Area (50 CFR 402.14(i)(1)(v)). The finding of dead specimens does not imply enforcement proceedings pursuant to the ESA. The reporting of dead specimens is required to enable the Service to determine if take is reached or exceeded and to ensure that the terms and conditions are appropriate and effective. Initial notification must be made to the nearest Service Law Enforcement Office at 907-786-3992 and by telephone and in writing to the Southern Alaska Fish and Wildlife Field Office (907-743-9173; *ak_fisheries@fws.gov*). The report must include the date, time, precise location of the injured animal or carcass, a photograph, cause of death or injury, if known, and any other pertinent information. Care should be taken in handling sick or injured specimens to preserve biological materials in the best possible state for later analysis of cause of death, if that occurs. In conjunction with the care of sick or injured endangered or threatened species or preservation of biological materials from a dead animal, the finder has the responsibility to ensure that evidence associated with the specimen is not unnecessarily disturbed. If the carcass is reasonably fresh (not in an advanced state of decay), a reasonable effort should be made to recover it and keep in cold storage (refrigerated or frozen, wrapped in paper and not plastic) until the Southern Alaska Fish and Wildlife Field Office can be contacted.

If an injured or sick northern sea otter or Steller's eider is observed, call the Alaska Sea Life Center stranded animal hotline at 1-888-774-7325. Then inform the Service's Anchorage Law Enforcement Office at 907-786-3992. The USACE, or the applicant must take care in handling

injured animals to ensure effective treatment and care, and in handling dead specimens to preserve biological material in the best possible state. The USACE, or the applicant, must transport injured animals to a qualified veterinarian. Should any treated sea otter survive, the USACE or the applicant must contact the Service regarding the final disposition of the animal(s).

# 9 CONSERVATION RECOMMENDATIONS

Section 7(a)(1) of the ESA directs federal agencies to utilize their authorities to further the purposes of the ESA by carrying out conservation programs for the benefit of endangered and threatened species. Conservation recommendations are discretionary agency activities to minimize or avoid adverse effects of a proposed action on listed species or critical habitat, to help implement recovery plans, or to develop information.

1. We recommend the USACE and project applicant/permittee coordinate with the Service to implement programs and monitoring to reduce the risk of inadvertent harvest of Steller's eiders. These measures may include: 1) a commitment to continued education, outreach, and communication in rural communities – including communities near the action area – regarding conservation of Steller's eiders, monitoring for dead and injured Steller's eiders, documentation of lead shot available for sale, and continued outreach with subsistence hunters through distribution of educational materials and contact through virtual and public meetings; and 2) continued support of biological monitoring for Steller's eiders via aerial and ground surveys of their molting and wintering habitat in the Izembek Complex.
2. We recommend the USACE and project applicant/permittee coordinate with the Service to monitor sea otter abundance and use of the action area during and after road construction to assist in understanding sea otter movement and habitat use in response to project activities and effects of the action.
3. We recommend the USACE and project applicant/permittee coordinate with the Service to monitor Steller's eider abundance and habitat use in the action area and disturbance in Izembek Lagoon during and after road construction to assist in understanding eider response to project activities and effects of the action.
4. We recommend the USACE and project applicant/permittee coordinate with the Service to monitor and evaluate collision risk to Steller's eiders from vehicles after construction of the road.
5. We recommend the USACE and project applicant/permittee coordinate with the Service to complete long-term monitoring of changes in OHV/ATV use in Izembek Wilderness following construction of the road. When developing the Fish and Wildlife Protection Plan and the Marine Mammal Protection Plan, the ADOT&PF should include further mitigation measures and monitoring for deterring and managing OHV/ATV use.

We request notification of the implementation of any conservation recommendations for the Service to be kept informed of actions minimizing or avoiding adverse effects or benefitting listed species or their habitats. Notification should be submitted to the general delivery mailbox at *ak_fisheries@fws.gov*. Please include the consultation number (2026-0057356) in the subject line of the correspondence.

# 10 REINITIATION NOTICE

This concludes formal consultation for the King Cove to Cold Bay Road project. As provided in 50 CFR 402.16, reinitiation of consultation is required and shall be requested by the Federal agency or by the Service, where discretionary federal agency involvement or control over the action has been retained (or is authorized by law) and if: (1) the amount or extent of incidental take is exceeded; (2) new information reveals effects of the agency action that may affect listed species or critical habitat in a manner or to an extent not considered in this opinion; (3) the agency action is subsequently modified in a manner that causes an effect to the listed species or critical habitat not considered in this biological opinion or written concurrence; or (4) a new species is listed or critical habitat designated that may be affected by the action. In instances where the amount or extent of incidental take is exceeded, any operations causing such take must cease pending reinitiation.

# LITERATURE CITED

Aars, J., and R.A. Ims. 2002. Intrinsic and climatic determinants of population demography: the winter dynamics of tundra voles. Ecology 83:3449–3456.

AASHTO. 2018. A Policy on Geometric Design of Highways and Streets, 7th Edition, 2018. Washington D.C.

AASHTO. 2019. Guidelines for Geometric Design of Low-Volume Roads, 2nd Edition, 2019. Washington D.C.

ADEC, [Alaska Department of Environmental Conservation]. 2020a. Alaska Department of Environmental Conservation 2020 Integrated Report Fact Sheet.

ADEC. 2020b. Cold Bay, Alaska Final Category 4b Demonstration: Petroleum Hydrocarbons, Oils, and Grease Demonstration. Waterbody Determination Final Report.

ADEC. 2025. Alaska DEC Contaminated Sites Mapper. State of Alaska Geoportal. <https://www.arcgis.com/home/item.html?id=315240bfbaf84aa0b8272ad1cef3cad3>. Accessed 26 Jun 2025.

ADEC. 2026. Contaminated Sites Search. Contaminated Stites Database.

Adell, A.D., G. McBride, S. Wuertz, P.A. Conrad, and W.A. Smith. 2016. Comparison of human and southern sea otter (Enhydra lutris nereis) health risks for infection with protozoa in nearshore waters. Water Research 104:220–230.

ADF&G. 2010. Izembek State Game Refuge Management Plan. Alaska Department of Fish and Game, Anchorage, Alaska.

ADF&G. 2024. Alaska Department of Fish and Game Anadromous Waters Catalog. Online Database. <https://www.adfg.alaska.gov/sf/SARR/AWC/index.cfm?ADFG=main.home>.

ADF&G. 2025. Division of Subsistence - CSIS Data Downloader. <https://adfg-ak-subsistence.shinyapps.io/CSIS-Data-Downloader/>. Accessed 16 Aug 2025.

ADF&G. 2026. Izembek State Game Refuge Visitor Information. <https://www.adfg.alaska.gov/index.cfm?adfg=izembek.access>. Accessed 2 Apr 2026.

ADF&G and ADOT&PF. 2025. Memorandom of Agreement between Alaska Department of Fish and Game and Alaska Department of Transportation and Public Facilities for the Design, Permitting, and Construction of Culverts for Fish Passage. Juneau, Alaska.

ADOT&PF. 2020. SF 299 Application submitted under Alaska National Interests Lands Act (ANILCA) Section 1110(b) for Access to Inholdings at King Cove, Alaska. Juneau, Alaska.

ADOT&PF. 2025. Alaska Highway Preconstruction Manual.

ADOT&PF. 2026a. Biological Assessment - King Cove to Cold Bay Road Project: Appendix B - PIH / PS&E Review Plan Set. Juneau, Alaska.

ADOT&PF. 2026b. Biological Assessment - King Cove to Cold Bay Road Project. Juneau, Alaska.

ADOT&PF. 2026c. Compensatory Mitigation Plan: King Cove to Cold Bay Road Project.

ADOT&PF. 2026d. Biological Assessment - Addendum. Juneau, Alaska.

Alaska Science Center. 2026. Harmful Algal Bloom Toxins in Alaska Seabirds. Science. Government. <https://www.usgs.gov/centers/alaska-science-center/science/harmful-algal-bloom-toxins-alaska-seabirds>.

Anderson, D., E. Fachon, K. Hubbard, K. Lefebvre, P. Lin, R. Pickart, M. Richlen, G. Sheffield, and C. Van Hemert. 2022. Harmful Algal Blooms in the Alaskan Arctic: An Emerging Threat as the Ocean Warms. Oceanography 35:130–139.

Avery-Gomm, S., T. Barychka, M. English, R.A. Ronconi, S.I. Wilhelm, J. Rail, T. Cormier, M. Beaumont, C. Bowser, T.V. Burt, S.M. Collins, S. Duffy, J.A. Giacinti, S. Gilliland, J. Giroux, C. Gjerdrum, M. Guillemette, K.E. Hargan, M. Jones, A. Kennedy, L. Kusalik, S. Lair, A. Lang, R.A. Lavoie, C. Lepage, G. McPhail, W.A. Montevecchi, G.J. Parsons, J.F. Provencher, I. Rahman, G.J. Robertson, Y. Seyer, C. Soos, C.R.E. Ward, R. Wells, and J. Wight. 2024. Wild bird mass mortalities in eastern Canada associated with the Highly Pathogenic Avian Influenza A (H5N1) virus, 2022. Coastal and Marine Ecology 15:e4980.

Ballachey, B.E., J.L. Bodkin, and A.R. DeGange. 1994. An overview of sea otter studies. Page 13 in T. R. Loughlin, editor. Marine mammals and the Exxon Valdez. Academic Press, San Diego, CA.

Barbier, E.B., S.D. Hacker, C. Kennedy, E.W. Koch, A.C. Stier, and B.R. Silliman. 2011. The value of estuarine and coastal ecosystem services. Ecological Monographs 81:169–193.

Barrett, H.E., M. Tim Tinker, G. Bentall, and B.I. McDonald. 2025. Energetic cost of human disturbance on the southern sea otter (Enhydra lutris nereis). The Journal of Wildlife Management 89:e70012.

Beatty, W.S., M. St. Martin, and R.R. Wilson. 2021. Evaluating the current condition of a threatened marine mammal population: Estimating northern sea otter (Enhydra lutris kenyoni) abundance in southwest Alaska. Marine Mammal Science 37:1245–1260.

Bélanger, L., and J. Bédard. 1989. Response of staging greater snow geese to human disturbance. The Journal of Wildlife Management 53:713–719.

Bernton, H., and N. Herz. 2025. How a risky state investment in seafood cost Alaskans millions and left a fishing town in crisis. Pro Publica20 February 2025.

von Biela, V.R., V.A. Gill, J.L. Bodkin, and J.M. Burns. 2009. Phenotypic Plasticity in Age at First Reproduction of Female Northern Sea Otters (Enhydra lutris kenyoni). Journal of Mammalogy 90:1224–1231.

BoatInfoWorld. 2017. Alaska Boat, Yacht & Ship Owners by City. <https://www.boatinfoworld.com/boat/registrations/alaska-boat-owners-cities.asp>. Accessed 16 Aug 2025.

Bodkin, J.L. 2015. Historic and contemporary status of sea otters in the North Pacific. Pages 43–61 in S. E. Larson, J. L. Bodkin, and G. R. VanBlaricom, editors. Sea Otter Conservation. Academic Press, San Diego, CA.

Bodkin, J.L., B.E. Ballachey, H.A. Coletti, G.G. Esslinger, K.A. Kloecker, S.D. Rice, J.A. Reed, and D.H. Monson. 2012. Long-term effects of the 'Exxon Valdez' oil spill: sea otter foraging in the intertidal as a pathway of exposure to lingering oil. Marine Ecology Progress Series 447:273–287.

Bodkin, J.L., B.E. Ballachey, T.A. Dean, A.K. Fukuyama, S.C. Jewett, L. McDonald, D.H. Monson, C.E. O1Clair, and G.R. VanBlaricom. 2002. Sea otter population status and the process of recovery from the 1989 "Exxon Valdez" oil spill. Marine Ecology Progress Series 241:237–253.

Bodkin, J.L., G.G. Esslinger, and D.H. Monson. 2004. Foraging depths of sea otters and implications to coastal marine communities. Marine Mammal Science 20:305–321.

Borner, L., O. Duriez, A. Besnard, A. Robert, V. Carrere, and F. Jiguet. 2017. Bird collision with power lines: estimating carcass persistence and detection associated with ground search surveys. Ecosphere 8:e01966.
Boudouresque, C.F., G. Bernard, G. Pergent, A. Shili, and M. Verlaque. 2009. Regression of Mediterranean seagrasses caused by natural processes and anthropogenic disturbances and stress: a critical review. 52:395–418.
Braund, S.R., D.C. Burnham, L. Morehead, and L. Hale. 1986. Effects of Renewable Resource Harvest Disruptions on Community Socioeconomic and Sociocultural Systems: King Cove. Social and Economic Studies Program, Technical Report, U.S. Department of Interior, Minerals Management Service, Anchorage, Alaska.
Brueggeman, J.J., G. Green, R. Grotefendt, and D. Chapman. 1988. Aerial surveys of sea otters in the northwestern Gulf of Alaska and southeastern Bering Sea. Department of the Interior.
Burdon, F.J., A.R. McIntosh, and J.S. Harding. 2013. Habitat loss drives threshold response of benthic invertebrate communities to deposited sediment in agricultural streams. Ecological Applications 23:1036–1047.
Burn, D.M., and A.M. Doroff. 2005. Decline in sea otter (Enhydra lutris) populations along the Alaska Peninsula, 1986–2001. Fishery Bulletin 103:270–279.
Bylak, A., and K. Kukuła. 2022. Impact of fine-grained sediment on mountain stream macroinvertebrate communities: Forestry activities and beaver-induced sediment management. The Science of the Total Environment 832:155079.
Byrd, G.V., and L. Daniel. 2008. Bird Species Found Oiled, December 2004 - January 2005, at Unalaska Island Following the M/V Selendang Ayu Oil Spill. Preassessment Data Report: Final Report, U.S. Fish and Wildlife Service, Alaska Maritime National Wildlife Refuge, Homer, Alaska.
CAFF. 1997. Circumpolar Eider Conservation Strategy and Action Plan. Prepared by the Circumpolar Seabird Working Group, Program for the Conservation of Arctic Flora and Fauna.
Chambers, J.S., and H.W. Magnuson. 1950. Seasonal Variations in Toxicity of Butter Clams from Selected Alaska Beaches. Special Scientific Report - Fisheries, U.S. Fish and Wildlife Service, Washington, D.C.
ChemTrack Alaska, Inc. 2025a. Phase I environmental site assessment – Izembek National Wildlife Refuge KCC Parcels AA-6675-B, Township 57, Range 88 West of Seward Meridian, Cold Bay, Alaska. Prepared for U.S. Fish and Wildlife Service, Division of Realty, Anchorage, Alaska. 115 pp.
ChemTrack Alaska, Inc. 2025b. Phase I environmental site assessment – Izembek National Wildlife Refuge Road Corridor. Prepared for U.S. Fish and Wildlife Service, Division of Realty, Anchorage, Alaska. 115 pp.
City of King Cove Resolution 94-26. 1994. King Cove, Alaska.
City of King Cove. 2025. King Cove, Alaska. City of King Cove Alaska. <cityofkingcove.com>. Accessed 25 Aug 2025.
City of Sand Point. 2014. Sand Point, Alaska - City of Sand Point. <https://www.sandpointak.com/>.
CMS FAO Co-convened Scientific Task Force on Avian Influenza in Wild Birds. 2023. Scientific Task Force on Avian Influenza and Wild Birds Statement on: H5N1 high

pathogenicity avian influenza in wild birds - Unprecedented conservation impacts and urgent needs. Food and Agriculture Organization of the United Nations.
Coelho, S.M., J.W. Rijstenbil, and M.T. Brown. 2000. Impacts of anthropogenic stresses on the early development stages of seaweeds. Journal of Aquatic Ecosystem Stress and Recovery 7:317–333.
Cold Bay Outfitters. 2017. Cold Bay Adventures Lodge: Alaska's Premier Waterfowl Hunting & Fishing Lodge. <http://coldbayoutfitters.com/izembek/>. Accessed 2 Apr 2026.
Connell, S., B. Russell, D. Turner, S. Shepherd, T. Kildea, D. Miller, L. Airoldi, and A. Cheshire. 2008. Recovering a lost baseline: missing kelp forests from a metropolitan coast. Marine Ecology Progress Series 360:63–72.
Contreras-Porcia, L., A. Meynard, C. Bulboa, P. Vargas, J. Rivas, N. Latorre-Padilla, S.A. Navarrete, F.V. Search, C. Oyarzo-Miranda, and F. Toro-Mellado. 2023. Expansion of marine pollution along the coast: Negative effects on kelps and contamination transference to benthic herbivores? Marine Environmental Research 192:106229.
Cornell Lab of Ornithology. 2025. Brant Life History, All About Birds, Cornell Lab of Ornithology. All About Birds. Cornell Lab of Ornithology. <https://www.allaboutbirds.org/guide/Brant/lifehistory>. Accessed 26 Aug 2025.
Culp, J.M., F.J. Wrona, and R.W. Davies. 1986. Response of stream benthos and drift to fine sediment deposition versus transport. Canadian Journal of Zoology 64:1345–1351.
Dagys, M., and R. Žydelis. 2002. Bird bycatch in fishing nets in Lithuanian coastal waters in wintering season 2001-2002. Acta Zoologica Lituanica 12:276–282.
Daniels, B.L., E.E. Osnas, M.L. Boldenow, R.F. Gerlach, C.A. Ahlstrom, S.M. Coburn, M.J. Brook, M. Brubaker, J.B. Fischer, D.N. Koons, A.C. Matz, M.A. Murphy, D.J. Rizzolo, L.C. Scott, D.R. Sinnett, J.M. Thompson, J.B. Lenoch, M.K. Torchetti, D.E. Stallknecht, R.L. Poulson, and A.M. Ramey. 2025. Observational, Virologic, and Serologic Data Provide Insights into an Outbreak of Highly Pathogenic Avian Influenza among Wild Birds on the Yukon-Kuskokwim Delta, Alaska, USA, in 2022. Journal of Wildlife Diseases 61:1010–1027.
Danielson, S.L., T.D. Hennon, D.H. Monson, R.M. Suryan, R.W. Campbell, S.J. Baird, K. Holderied, and T.J. Weingartner. 2022. Temperature variations in the northern Gulf of Alaska across snyoptic to century-long time scales. Deep-Sea Research Part II 203:105155.
Dau, C.P. 1987. Birds in nearshore waters of the Yukon-Kuskokwim Delta, Alaska. Murrelet 68:12–23.
Dau, C.P., P.L. Flint, and M.R. Petersen. 2000. Distribution of Recoveries of Steller's Eiders Banded on the Lower Alaska Peninsula, Alaska. Journal of Field Ornithology 71:541–548.
Davis, R.W., F.W. Awbrey, and T.M. Williams. 1987. Using sounds to control the movements of sea otters. Miami, Florida, USA.
Davis, R.W., T.M. Williams, and F.W. Awbrey. 1988. Sea otter oil spill avoidance study. U.S. Department of Interior, Minerals Management Service, San Diego, California.
Day, R.H., J.R. Rose, A.K. Prichard, R.J. Blaha, and B.A. Cooper. 2004. Environmental effects on the fall migration of eiders at Barrow, Alaska. Marine Ornithology 32:13–24.
Day, R.H., A.K. Prichard, J.R. Rose, and A.A. Stickney. 2005. Migration and Collision Avoidance of Eiders and Other Birds at Northstar Island, Alaska, 2001-2004.

Unpublished Report, ABR, Inc.- Environmental Research and Services, Fairbanks, Alaska.
Dayton, P.K., V. Currie, T. Gerrodette, B.D. Keller, R. Rosenthal, and D.V. Tresca. 1984. Patch Dynamics and Stability of Some California Kelp Communities. Ecological Monographs 54:254–289.
Dean, T.A., J.L. Bodkin, A.K. Fukuyama, S.C. Jewett, D.H. Monson, C.E. O1Clair, and G.R. VanBlaricom. 2002. Food limitation and the recovery of sea otters following the "Exxon Valdez" oil spill. Marine Ecology Progress Series 241:255–270.
Dietrich, K.S., K.J. Kuletz, and M.A. Moon. 2025. Marine Bird Bycatch in Alaska Salmon Gillnet Fisheries. Fisheries Management and Ecology 22.
Doeg, T., and G. Milledge. 1991. Effect of experimentally increasing concentration of suspended sediment on macroinvertebrate drift. Marine and Freshwater Research 42:519.
DOI/USFWS. 2013a. Izembek National Wildlife Refuge Land Exchange/Road Corridor Final Environmental Impact Statement. Environmental Impact Statement, U.S. Department of Interior, U.S. Fish and Wildlife Service.
DOI/USFWS. 2013b. Izembek National Wildlife Refuge Land Exchange/Road Corridor Final Environmental Impact Statement Record of Decision. Record of Decision, United States Department of the Interior, U.S. Fish and Wildlife Service.
Dorn, M.W., C.J. Cunningham, M. Dalton, B.S. Fadely, B.L. Gerke, A.B. Hollowed, K.K. Holsman, J.H.H. Moss, O.A. Ormseth, W.A. Palsson, P.H. Ressler, L.A. Rogers, M.F. Sigler, P.J. Stabeno, and M. Szymkowiak. 2017. A climate science: regional action plan for the Gulf of Alaska. NOAA technical memorandum, NOAA Alaska Fisheries Science Center.
Doroff, A.M., and M. Roy. 1999. Sea otter surveys of Izembek Lagoon, Alaska: a pilot study. U.S. Fish and Wildlife Service, Marine Mammals Management, Anchorage, Alaska.
Douglas, D.C., M.D. Fleming, V.P. Patil, and D.H. Ward. 2025. Mapping Eelgrass (Zostera marina) Cover and Biomass at Izembek Lagoon, Alaska, Using In-situ Field Data and Sentinel-2 Satellite Imagery. U.S. Geological Survey Open-File Report 2025-1007, 30 p.
Duarte, C.M. 1995. Submerged aquatic vegetation in relation to different nutrient regimes. Ophelia.
Dudley, J.P., E.P. Hoberg, E.J. Jenkins, and A.J. Parkinson. 2015. Climate change in the North American Arctic: a one health perspective. EcoHealth 12:713–725.
Duffy, T., G. Kilpatrick, K. Krotki, T. Lewis, J. McMichael, D. Palmer, J. Ridenhour, A. Ryder-Burge, I. Thomas, S. Willis, E. Mahoney, and T. Herbowicz. 2020. National Recreational Boating Safety Exposure Survey Final Report. RTI International DHS, U.S. Coast Guard, and Michigan State University.
Dunham, K., and J.B. Grand. 2016. Viability of the Alaskan breeding population of Steller's eiders: U.S. Geological Survey Open-File Report 2016–1084, 8 pp.
Dunham, K., and J.B. Grand. 2017. Evaluating models of population process in a threatened population of Steller's eiders: a retrospective approach. Ecosphere 8:e01720.
Environmental Science and Engineering Inc. 1989. Physical oceanography. Pages 40–98 in. Outer Continental Shelf Environmental Assessment Program. Volume 60. U.S. Department of Interior, National Oceanic and Atmospheric Association, Anchorage, Alaska.

Erbe, C., S.A. Marley, R.P. Schoeman, J.N. Smith, L.E. Trigg, and C.B. Embling. 2019. The Effects of Ship Noise on Marine Mammals—A Review. Frontiers in Marine Science 6:606.

Esslinger, G. 1999. Aerial survey of sea otters stranded by Bristol Bay ice near Port Heiden, Alaska in March 1999. U.S. Geological Survey.

Esslinger, G.G., J.L. Bodkin, A.R. Breton, J.M. Burns, and D.H. Monson. 2014. Temporal patterns in the foraging behavior of sea otters in Alaska. The Journal of Wildlife Management 78:689–700.

Estes, J. a., D. f. Doak, A. m. Springer, and T. m. Williams. 2009. Causes and consequences of marine mammal population declines in southwest Alaska: a food-web perspective. Philosophical Transactions of the Royal Society B: Biological Sciences 364:1647–1658.

Estes, J.A. 1980. Enhydra lutris. Mammalian Species 15:1–8.

Fall, J.A., R. Mason, T. Haynes, V. Vanek, L. Brown, G. Jennings, C. Mishler, and C. Utermohle. 1993. Noncommercial Harvests and Uses of Wild Resources in King Cove, Alaska, 1992. Technical Paper, Alaska Department of Fish and Game, Juneau, Alaska.

Feder, H.M., and S.C. Jewett. 1987. The subtidal benthos. D. W. Hood and S. T. Zimmerman, editors. The Gulf of Alaska physical environment and biological resources. Bureau of Land Management, National Oceanic and Atmospheric Association, Minerals Management Service Office, Anchorage, Alaska.

Filbee-Dexter, K., and T. Wernberg. 2018. Rise of Turfs: A New Battlefront for Globally Declining Kelp Forests.

Flint, P.L. 2015. Population dynamics of sea ducks. Ecology and conservation of North American sea ducks. CRC Press, New York, New York, USA 63–96.

Flint, P.L., and M.P. Herzog. 1999. Breeding of Steller's Eiders, Polysticta stelleri, on the Yukon-Kuskokwim Delta, Alaska. Canadian Field-Naturalist 113:306–308.

Flint, P.L., and J.L. Schamber. 2010. Long-term persistence of spent lead shot in tundra wetlands. The Journal of wildlife management 74:148–151.

Flint, P.L., J.L. Schamber, K.A. Trust, A.K. Miles, J.D. Henderson, and B.W. Wilson. 2012. Chronic hydrocarbon exposure of harlequin ducks in areas affected by the Selendang Ayu oil spill at Unalaska Island, Alaska. Environmental Toxicology and Chemistry 31:2828–2831.

Flint, P.L., M.R. Petersen, C.P. Dau, J.E. Hines, and J.D. Nichols. 2000. Annual Survival and Site Fidelity of Steller's Eiders Molting along the Alaska Peninsula. The Journal of Wildlife Management 64:261–268.

Franson, J.C. 2015. Contaminants in sea ducks: Metals, trace elements, petroleum, organic pollutants, and radiation. Pages 169–240 in J.-P. L. Savard, D. V. Derksen, and D. Esler, editors. Ecology and Conservation of North American Sea Ducks. Studies in Avian Biology 46.

Franson, J.C., M.R. Petersen, C.U. Meteyer, and M.R. Smith. 1995. Lead Poisoning of Spectacled Eiders (Somateria fischeri) and of a Common Eider (Somateria mollissima) in Alaska. Journal of Wildlife Diseases 31:268–271.

Fredrickson, L.H. 2001. Steller's Eider (Polysticta stelleri). A. F. Poole and F. B. Gill, editors. Birds of North America. Version 2.0. Cornell Lab of Ornithology, Ithaca, NY, USA.

Frost, C.J., T.E. Hollmen, and J.H. Reynolds. 2013. Trends in Annual Survival of Steller's Eiders Molting at Izembek Lagoon on the Alaska Peninsula, 1993 – 2006. Arctic 66:173–178.

Funk, F. 2003. Overview of State-Managed Marine Fisheries in Southwestern Alaska with reference to the southwest stock of sea otters. Alaska Department of Fish and Game, Division of Commercial Fisheries, Juneau, Alaska.

Garshelis, D.L., and J.A. Garshelis. 1984. Movements and Management of Sea Otters in Alaska. The Journal of Wildlife Management 48:665–678.

George, T.L., D. Otis, and P. Doherty. 2015. Review of Subsistence Harvest Survey. Colorado State University, Department of Fish, Wildlife, and Conservation Biology, Fort Collins, Colorado.

Gibble, C.M., R.M. Kudela, S. Knowles, B. Bodenstein, and K.A. Lefebvre. 2021. Domoic acid and saxitoxin in seabirds in the United States between 2007 and 2018. Harmful Algae 103:101981.

Gilg, O., B. Sittler, and I. Hanski. 2009. Climate change and cyclic predator-prey population dynamics in the high Arctic. Global Change Biology 15:2634–2652.

Gill, J.A. 2007. Approaches to measuring the effects of human disturbance on birds. Ibis 149:9–14.

Gjessing, E., E. Lygren, L. Berglind, T. Gulbrandsen, and R. Skanne. 1984. Effect of highway runoff on lake water quality. Science of the Total Environment 33:245–257.

Goldfarb, B. 2023. Crossings: How Road Ecology is Shaping the Future of Our Planet. W.W. Norton & Company.

Gorgula, S.K., and S.D. Connell. 2004. Expansive covers of turf-forming algae on human-dominated coast: the relative effects of increasing nutrient and sediment loads. Marine Biology 145:613–619.

Goudie, R.I., and C.D. Ankney. 1986. Body Size, Activity Budgets, and Diets of Sea Ducks Wintering in Newfoundland. Ecology 67:1475–1482.

Graziosi, G., C. Lupini, E. Catelli, and S. Carnaccini. 2024. Highly Pathogenic Avian Influenza (HPAI) H5 Clade 2.3.4.4b Virus Infection in Birds and Mammals. Animals 14:1372.

Grebmeier, J.M., L.W. Cooper, H.M. Feder, and B.I. Sirenko. 2006. Ecosystem dynamics of the Pacific-influenced northern Bering and Chukchi seas in the Amerasian Arctic. Progress in Oceanography 71:331–361.

Greenly, T. 2023. Military responds to munition found in Izembek National Wildlife Refuge. KUCB8 November 2023; section Regional.

Hauxwell, J., J. Cebrian, and I. Valiela. 2003. Eelgrass Zostera marina loss in temperate estuaries: relationship to land-derived nitrogen loads and effect of light limitation imposed by algae. Marine Ecology Progress Series 247:59–73.

Himes-Cornell, A., K. Hoelting, C. Maguire, L. Munger-Little, J. Lee, J. Fisk, R. Felthoven, C. Geller, and P. Little. 2013. Community Profiles for North Pacific Fisheries - Alaska. Volume 6, Technical Memorandum, U.S. Department of Commerce, National Oceanic and Atmospheric Administration, National Marine Fisheries Service.

Hodges, J.I., and W.D. Eldridge. 2001. Aerial surveys of eiders and other waterbirds on the eastern Arctic coast of Russia. Wildfowl 52:127–142.

Hoffman, D.J. 1990. Embyrotoxicity and teratogenicity of environmental contaminants to bird eggs. Archives of Environmental Contamination and Toxicology 115:39–89.

Hogrefe, K.R., D.H. Ward, T.F. Donnelly, and N. Dau. 2014. Establishing a Baseline for Regional Scale Monitoring of Eelgrass (Zostera marina) Habitat on the Lower Alaska Peninsula. Remote Sensing 6:12447–12477.

Hohman, W.L., C.D. Ankney, and D.H. Gordon. 1992. Ecology and management of postbreeding waterfowl. Page Chapter 5, 128-189 in B. D. J. Batt, A. D. Afton, M. G. Anderson, C. D. Ankney, D. H. Johnson, J. A. Kadlec, and G. L. Krapu, editors. Ecology and management of breeding waterfowl. University of Minnesota Press, Minneapolis, Minnesota.

Hollmén, T.E., P.L. Flint, S.E.G. Ulman, and A.M. Maliguine. 2022. Are changes in suitability of essential lagoon habitats driving declines of Steller's eiders in the eastern Aleutians? Final Report, North Pacific Research Board, Fairbanks, Alaska.

Howell, M.D., J.B. Grand, and P.L. Flint. 2003. Body molt of male long-tailed ducks in the near-shore waters of the North Slope, Alaska. Wilson Bulletin 115:170–175.

Huntington, H.P. 2009. Appendix 1: Documentation of Subsistence Harvest of Spectacled Eiders and Steller's Eiders in Western and Northern Alaska: A Literature Review.

Ibisch, P.L., M.T. Hoffmann, S. Kreft, G. Pe'er, V. Kati, L. Biber-Freudenberger, D.A. DellaSala, M.M. Vale, P.R. Hobson, and N. Selva. 2016. A global map of roadless areas and their conservation status. Science 354:1423–1427.

IPCC. 2019. Special report on the ocean and cryosphere in a changing climate. Cambridge University Press, Cambridge, UK and New York, USA.

Jessup, D.A., M. Chechowitz, J. Ames, M. Harris, K. Worcester, D. Paradies, and J.A. Mazet. 2000. The Decline of the Southern Sea Otter (Enhydra lutris nereis): Is It an Indicator of Contaminant and Pathogen Pollution, Anthropogenic Interference, and Declining Marine Ecosystem Health?

Jessup, D.A., C.K. Johnson, J. Estes, D. Carlson-Bremer, W.M. Jarman, S. Reese, E. Dodd, M.T. Tinker, and M.H. Ziccardi. 2010. Persistent organic pollutants in the blood of free-ranging sea otters (Enhydra lutris ssp.) in Alaska and California. Journal of Wildlife Diseases 46:1214–1233.

Jewett, S.C., T.A. Dean, R.O. Smith, and A. Blanchard. 1999. "Exxon Valdez" oil spill: impacts and recovery in the soft-bottom benthic community in and adjacent to eelgrass beds. Marine Ecology Progress Series 185:59–83.

Johnson, C.B., and D.L. Garshelis. 1995. Sea Otter Abundance, Distribution, and Pup Production in Prince William Sound Following the Exxon Valdez Oil Spill.

Jones, J.I., J.F. Murphy, A.L. Collins, D.A. Sear, P.S. Naden, and P.D. Armitage. 2012. The Impact of Fine Sediment on Macro-Invertebrates. River Research and Applications 28:1055–1071.

Jones, R.D.J. 1965. Returns from Steller's Eiders Banded in Izembek Bay, Alaska. Wildfowl 16:83–85.

Kapsar, K., B.K. Sullender, and K.J. Kuletz. 2026. A multiscale seasonal examination of the risk of harm to seabirds from vessels based on co-occurrence in Alaskan waters. Conservation Biology e70115.

Kausrud, K.L., A. Mysterud, H. Steen, J.O. Vik, E. Ostbye, B. Caselles, E. Framstad, A.M. Eikeset, I. Msyerud, T. Solhoy, and N.C. Stenseth. 2008. Linking climate change to lemming cycles. Nature 456:93–97.

Kenyon, K.W. 1969. The Sea Otter in the Eastern Pacific Ocean. North American Fauna 68, U.S. Department of the Interior, Washington, D.C.

Kenyon, K.W., and J.G. King. 1965. Aerial survey of sea otters, other marine mammals and birds, Alaska Peninsula and Aleutian Islands, 19 April to 9 May, 1965. Unpublished Report, U.S. Fish and Wildlife Service.

Kertell, K. 1991. Disappearance of the Steller's eider from the Yukon-Kuskokwim Delta, Alaska. Arctic 44:177–187.
Keser, M., J.T. Swenarton, J.M. Vozarik, and J.F. Foertch. 2003. Decline in eelgrass (Zostera marina L.) in Long Island Sound near Millstone Point, Connecticut (USA) unrelated to thermal input. Journal of Sea Research 49:11–26.
Keyse, M., G. Spalinger, and A. Brewster. 2024. 2023 South Alaska Peninsula Salmon Annual Management Report and 2022 Subsistence Fisheries in the Alaska Peninsula, Aleutian Islands, and Atka-Amlia Islands Management Area. Alaska Department of Fish and Game, Divisions of Sport Fish and Commercial Fisheries, Anchorage, Alaska.
King, J.G., and C.P. Dau. 1981a. Waterfowl and Their Habits in the Eastern Bering Sea. Pages 739–753 in. The Eastern Bering Sea Shelf: Oceanography and Resources. Volume 2. United States Department of Commerce, National Oceanic and Atmospheric Administration, Office of Marine Pollution Assessment, Seattle, Washington.
Knapton, R.W., S.A. Petrie, and G. Herring. 2000. Human Disturbance of Diving Ducks on Long Point Bay, Lake Erie. Wildlife Society Bulletin 28:923–930.
Korschgen, C.E., and R.B. Dahlgren. 1992. Human Disturbances of Waterfowl: Causes, Effects, and Management (13.2.15). Waterfowl Management Handbook. U.S. Fish and Wildlife Service, Lincoln, Nebraska.
Kreuder, C., M.A. Miller, D.A. Jessup, L.J. Lowenstine, M.D. Harris, J.A. Ames, T.E. Carpenter, P.A. Conrad, and J.A. Mazet. 2003. Patterns of Mortality in Southern Sea Otters (Enhydra lutris nereis) from 1998-2001. Journal of Wildlife Diseases 39.
Labunski, E., S. Fitzgerald, and A. Kingham. 2022. A Review of Seabird Vessel Strikes in Alaska Groundfish Fisheries 2010-2021. Poster Presentation, Virtual.
Langdon, S.J. 1982. Alaska Peninsula Socioeconomic and Sociocultural Systems Analysis. Alaska OCS Socioeconomic Studies Program, Technical Report, U.S. Bureau of Land Management, Alaska Outer Continental Shelf Office, Springfield, Virginia.
Langer, M., T. Schneider von Deimling, S. Westermann, R. Rolph, R. Rutte, S. Antonova, V. Rachold, M. Schultz, A. Oehme, and G. Grosse. 2023. Thawing permafrost poses environmental threats to thousands of sites with legacy industrial contamination. nature communications 14.
Laubhan, M.K., and K.A. Metzner. 1999. Distribution and Diurnal Behavior of Steller's Eiders Wintering on the Alaska Peninsula. The Condor 101:694–698.
Laverty, L. 2020. Analysis: Should There Be a Road Through Izembek National Wildlife Refuge? Living Bird.
Leach, A.G., D.H. Ward, J.S. Sedinger, M.S. Lindberg, W.S. Boyd, J.W. Hupp, and R.J. Ritchie. 2017. Declining survival of black brant from subarctic and arctic breeding areas. The Journal of Wildlife Management 81:1210–1218.
Leach, A.G., D.H. Ward, J.S. Sedinger, T.V. Riecke, J.W. Hupp, and R.J. Ritchie. 2019. Spatial Distribution of Band Recoveries of Black Brant. The Journal of Wildlife Management 83:304–311.
Lefebvre, K.A., L. Quakenbush, E. Frame, K.B. Huntington, G. Sheffield, R. Stimmelmayr, A. Bryan, P. Kendrick, H. Ziel, T. Goldstein, J.A. Snyder, T. Gelatt, F. Gulland, B. Dickerson, and V. Gill. 2016. Prevalence of algal toxins in Alaskan marine mammals foraging in a changing arctic and subarctic environment. Harmful Algae 55:13–24.

Limpinsel, D., S. McDermott, C. Felkley, E. Ammann, S. Coxe, G.A. Harrington, S. Kelly, J.L. Pirtle, L. Shaw, and M. Zaleski. 2023. Impacts to Essential Fish Habitat from Non-Fishing Activities in Alaska: EFH 5-year review from 2018-2023.

Lipscomb, T.P., R.K. Harris, A.H. Rebar, B.E. Ballachey, and R.J. Haebler. 1994. Pathology of sea otters. Pages 265–280 in T. R. Loughlin, editor. Marine mammals and the Exxon Valdez. Academic Press, San Diego, CA.

Liu, K., H. Lin, X. He, Y. Huang, Z. Li, J. Lin, J. Mou, S. Zhang, L. Lin, J. Wang, and J. Sun. 2019. Functional trait composition and diversity patterns of marine macrobenthos across the Arctic Bering Sea. Ecological Indicators 102:673–685.

Longstaff, B.J., and W.C. Dennison. 1999. Seagrass survival during pulsed turbidity events: the effects of light deprivation on the seagrasses Halodule pinifolia and Halophila ovalis. Aquatic Botany 65:105–121.

Lotze, H.K., H.S. Lenihan, B.J. Bourque, R.H. Bradbury, R.G. Cooke, M.C. Kay, S.M. Kidwell, M.X. Kirby, C.H. Peterson, and J.B.C. Jackson. 2006. Depletion, Degradation, and Recovery Potential of Estuaries and Coastal Seas. Science 312:1806–1809.

Lovvorn, J.R., M.F. Raisbeck, L.W. Cooper, G.A. Cutter, M.W. Miller, M.L. Brooks, J.M. Grebmeier, A.C. Matz, and C.M. Schaefer. 2013. Wintering eiders acquire exceptional Se and Cd burdens in the Bering Sea: Physiological and oceanographic factors. Marine Ecology Progress Series 489:254–261.

Maliguine, A.M. 2024. Changes in benthic prey availability and quality suggest less favorable foraging conditions for threatened Steller's eiders (Polysticta stelleri) molting at Izembek Lagoon, Alaska. Master's Thesis, University of Alaska Fairbanks, Fairbanks, Alaska.

Maliguine, A.M., T.E. Hollmen, C.L. Amundson, and B.H. Konar. 2025. Changes in benthic prey availability and quality suggest less favorable foraging conditions for Threatened Steller's eiders (Polysticta stelleri) molting at Izembek Lagoon, Alaska. Polar Biology 48.

Manville, A.M. 2005. Bird Strikes and Electrocutions at Power Lines, Communication Towers, and Wind Turbines: State of the Art and State of the Science – Next Steps Toward Mitigation. General Technical Report, United States Forest Service.

Marine Mammal Commission. 2024. High Path Avian Influenza (HPAI) in Marine Mammals. Fact Sheet.

Martin, P.D., D.C. Douglas, T. Obritschkewitsch, and S. Torrence. 2015. Distribution and movements of Alaska-breeding Steller's Eiders in the nonbreeding period. The Condor 117:341–353.

McConnaughey, T. 1978. Ecosystems naturally labeled with Carbon-13: application to the study of consumer foodwebs. University of Alaska Fairbanks, Fairbanks, Alaska.

McKinney, F. 1965. The Spring Behavior of Wild Steller Eiders. The Condor 67:273–290.

McRoy, C.P. 1966. The standing stock and ecology of eelgrass (Zostera marina) in Izembek Lagoon, Alaska. M.Sc., University of Washington, Seattle, Washington.

McShane, L.J., J.A. Estes, M.L. Riedman, and M.M. Staedler. 1995. Repertoire, Structure, and Individual Variation of Vocalizations in the Sea Otter. Journal of Mammalogy 76:414–427.

Merkel, F.R., and K.L. Johansen. 2011. Light-induced bird strikes on vessels in Southwest Greenland. Marine Pollution Bulletin 62:2330–2336.

Merkel, F.R., A. Mosbech, and F. Riget. 2009. Common Eider Somateria mollissima feeding activity and the influence of human disturbances. Ardea 97:99–107.

Metzner, K.A. 1993. Ecological strategies of wintering Steller's eiders on Izembek Lagoon and Cold Bay, Alaska. University of Missouri-Columbia.
Miles, A.K., P.L. Flint, K.A. Trust, M.A. Ricca, S.E. Spring, D.E. Arrieta, T. Hollmén, and B.W. Wilson. 2007. Polycyclic aromatic hydrocarbon exposure in Steller's eiders (Polysticta stelleri) and Harlequin ducks (Histronicus histronicus) in the eastern Aleutian Islands, Alaska, USA. Environmental Toxicology and Chemistry 26:2694–2703.
Miller, M.W. 2023. Wetland habitat use, protein sources for reproduction, and nest habitat selection by sea ducks facing rapid change in the Alaskan Arctic. PhD Dissertation, Southern Illinois University, Carbondale, Illinois.
Miller, M.W., J.R. Lovvorn, A.C. Matz, R.J. Taylor, and M.L. Brooks. 2019. Interspecific patterns of trace elements in sea ducks: Can surrogate species be used in contaminants monitoring? Ecological Indicators 98:830–839.
Miller, M.W., J.R. Lovvorn, A.C. Matz, R.J. Taylor, C.J. Latty, and D.E. Safine. 2016. Wintering eiders acquire exceptional Se and Cd burdens in the Bering Sea: Physiological and oceanographic factors. Archives of Environmental Contaminants and Toxicology 71:297–312.
Monson, D.H., J.A. Estes, J.L. Bodkin, and D.B. Siniff. 2000. Life history plasticity and population regulation in sea otters. Oikos 90:457–468.
Moore, K.A., R.L. Wetzel, and R.J. Orth. 1997. Seasonal pulses of turbidity and their relations to eelgrass (Zostera marina L.) survival in an estuary. Journal of Experimental Marine Biology and Ecology 215:115–134.
Moriarty, M.E., M.T. Tinker, M.A. Miller, J.A. Tomoleoni, M.M. Staedler, J.A. Fujii, F.I. Batac, E.M. Dodd, R.M. Kudela, V. Zubkousky-White, and C.K. Johnson. 2021. Exposure to domoic acid is an ecological driver of cardiac disease in southern sea otters. Harmful Algae 101:101973.
Moy, F.E., and H. Christie. 2012. Large-scale shift from sugar kelp (Saccharina latissima) to ephemeral algae along the south and west coast of Norway. Marine Biology Research.
Murphy, G.E.P., J.C. Dunic, E.M. Adamczyk, S.J. Bittick, I.M. Côté, J. Cristiani, E.A. Geissinger, R.S. Gregory, H.K. Lotze, M.I. O'Connor, C.A.S. Araújo, E.M. Rubidge, N.D. Templeman, and M.C. Wong. 2021. From coast to coast to coast: ecology and management of seagrass ecosystems across Canada. FACETS.
Murphy, M., S. Johnson, and D. Csepp. 2000. A comparison of fish assemblages in eelgrass and adjacent subtidal habitats near Craig, Alaska. Alaska Fishery Research 7:11–21.
Naves, L.C. 2010. Alaska migratory bird subsistence harvest estimates, 2004–2007, Alaska Migratory Bird Co-Management Council.
Naves, L., and J.L. Schamber. 2024. Harvest of waterfowl and sandhill Crane in rural Alaska-. PLoS ONE 19:e0307135.
Nicholson, T.E., K.A. Mayer, M.M. Staedler, J.A. Fujii, M.J. Murray, A.B. Johnson, M.T. Tinker, and K.S. Van Houtan. 2018. Gaps in kelp cover may threaten the recovery of California sea otters. Ecography 41:1751–1762.
NMFS. 1991. 1990 Salmon Gillnet Fisheries Observer Programs in Prince William Sound and South Unimak Alaska | NOAA Fisheries. NOAA. <https://www.fisheries.noaa.gov/resource/document/1990-salmon-gillnet-fisheries-observer-programs-prince-william-sound-and-south>. Accessed 22 Aug 2025.

NMFS. 2020. IB 20-32: NMFS Reports a Vessel-strike Mortality of an Alaska-breeding Population Steller's eider in the BSAI. Bulletin, National Oceanic and Atmospheric Administration Fisheries, Alaska Regional Office, Anchorage, Alaska.

NOAA, [National Oceanic and Atmospheric Administration]. 2025. Alaska ShoreZone Mapping website. ShoreZone. Web-posted database in ArcGiS. <https://alaskafisheries.noaa.gov/mapping/sz/>. Accessed 23 Jul 2025.

NOAA, USFWS, Alaska Department of Law, Alaska Department of Natural Resources, Alaska Department of Environmental Conservation, and Alaska Department of Fish and Game. 2016. Natural Resource Damage Assessment Plan for the M/V Selendang Ayu Oil Spill. Final Report.

Øien, I.J., and T. Aarvak. 2007. The Steller's Eider – globally threatened and forgotten responsibility species. Vår fuglefauna 30:160–166.

Omelak, J. 2009. Draft: Subsistence uses of yellow-billed loons on St. Lawrence Island. Prepared For U.S. Fish and Wildlife Service Region 7, Kawerak Natural Resources, Subsistence Program, Nome, Alaska.

Orth, R.J., T.J.B. Carruthers, W.C. Dennison, C.M. Duarte, J.W. Fourqurean, K.L. Heck, A.R. Hughes, G.A. Kendrick, W.J. Kenworthy, S. Olyarnik, F.T. Short, M. Waycott, and S.L. Williams. 2006. A Global Crisis for Seagrass Ecosystems.

Ouellet, J.-F., C. Vanpé, and M. Guillemette. 2013. The Body Size-Dependent Diet Composition of North American Sea Ducks in Winter. PLOS ONE 8:e65667.

Overland, J., S. Rodionov, S. Minobe, and N. Bond. 2008. North Pacific regime shift: Definitions, issues, and recent transitions. Progress in Oceanography 77:92–102.

Pacific Rim Reporting. 2024. Public Meeting - ANICLA Section 10 Subsistence Hearing - King Cove, Alaska. Anchorage, Alaska.

Pearce, J.M., S.L. Talbot, M.R. Petersen, and J.R. Rearick. 2005. Limited genetic differentiation among breeding, molting, and wintering groups of the threatened Steller's Eider: the role of historic and contemporary factors. Conservation Genetics 6:743–757.

Petersen, M.R. 1980. Observations of wing-feather moult and summer feeding ecology of Steller's Eeiders at Nelson Lagoon, Alaska. Wildfowl 31:99–106.

Petersen, M.R. 1981. Populations, Feeding Ecology and Molt of Steller's Eiders. The Condor 83:256–262.

Petersen, M.R., J.B. Grand, and C.P. Dau. 2000. Spectacled Eider (Somateria fischeri). The Birds of North America. Cornell Lab of Ornithology, Ithaca, NY, USA.

Petersen, M.R., and M.J. Sigman. 1977. Field studies at Cape Pierce, Alaska 1976. Environmental assessment of the Alaskan continental shelf, Annual reports of principal investigators 4:633–693.

Peterson, C.H., S.D. Rice, J.W. Short, D. Esler, J.L. Bodkin, B.E. Ballachey, and D.B. Irons. 2003. Long-term ecosystem response to the Exxon Valdez oil spill. Science 302:2082–2086.

Petrich, C., A. Tivy, and D. Ward. 2014. Reconstruction of historic sea ice conditions in a sub-Arctic lagoon. Cold Regions Science and Technology 98:5562.

Phillips, R.C. 1984. Ecology of eelgrass meadows in the Pacific Northwest: a community profile. Federal Government Series Technical Report, USGS Publications Warehouse, United States.

Phillips, R.C., C. McMillan, and K.W. Bridges. 1983. Phenology of eelgrass, Zostera marina L., along latitudinal gradients in North America. Aquatic Botany 15:145–156.

Picard, M.M.M., L.E. Johnson, and I.M. Côté. 2022. Effects of sediment on spore performance as a potential constraint on kelp distribution. Marine Pollution Bulletin 185:114336.
Pihl, L., S. Baden, N. Kautsky, P. Rönnbäck, T. Söderqvist, M. Troell, and H. Wennhage. 2006. Shift in fish assemblage structure due to loss of seagrass Zostera marina habitats in Sweden. Estuarine, Coastal and Shelf Science 67.
Povoroznyuk, O., W.F. Vincent, P. Schweitzer, R. Laptander, M. Bennett, F. Calmels, D. Sergeev, C. Arp, B.C. Forbes, and P. Roy-Léveillée. 2022. Arctic roads and railways: social and environmental consequences of transport infrastructure in the circumpolar North. Arctic Science 9:297–330.
van Proosdij, D., T. Milligan, G. Bugden, and K. Butler. 2009. A Tale of Two Macro Tidal Estuaries: Differential Morphodynamic Response of the Intertidal Zone to Causeway Construction. Journal of Coastal Research 772–776.
Quakenbush, L., R. Suydam, T. Obritschkewitsch, and M. Deering. 2004. Breeding biology of Steller's eiders (Polysticta stelleri) near Barrow, Alaska, 1991-99. Arctic 166–182.
Quakenbush, L.T., R.H. Day, B.A. Anderson, F.A. Pitelka, and B.J. Mccaffery. 2002. Historical and present breeding season distribution of Steller's eiders in Alaska. Western Birds 33:2.
Rabie, P., M. Welsch, N. Stone, and C. Derby. 2024. Novel approach to estimating avian mortality from vehicle–bird collisions on U.S. roads. Journal of Field Ornithology 95:art1.
Ramus, J. 1992. Productivity of Seaweeds. Pages 239–255 in P. G. Falkowski, A. D. Woodhead, and K. Vivirito, editors. Primary Productivity and Biogeochemical Cycles in the Sea. Springer US, Boston, MA.
Rechsteiner, E.U., S.B. Wickham, and J.C. Watson. 2018. Predator effects link ecological communities: kelp created by sea otters provides an unexpected subsidy to bald eagles. Ecosphere 9.
Reed, B.J., and K.A. Hovel. 2006. Seagrass habitat disturbance: how loss and fragmentation of eelgrass Zostera marina influences epifaunal abundance and diversity. Marine Ecology Progress Series 326:133–143.
Reed, J.A., and P.L. Flint. 2007. Movements and foraging effort of Steller's eiders and harlequin ducks wintering near Dutch Harbor, Alaska. Journal of Field Ornithology 78:124–132.
Reed, J.R., J.L. Sincock, and J.P. Hailman. 1985. Light Attraction in Endangered Procellariiform Birds: Reduction by Shielding Upward Radiation. The Auk 102:377–383.
Rice, W.A., and E.V. Hogan. 1995. Overview of environmental and hydrogeologic conditions at Cold Bay, Alaska. US Geological Survey; US Geological Survey, Open-File Section [distributor].
Riedman, M.L., and J.A. Estes. 1990. The sea otter (Enhydra lutris): behavior, ecology, and natural history. ISSN 0895-1926, Biological Report, USFWS.
Ronconi, R.A., K.A. Allard, and P.D. Taylor. 2015. Bird interactions with offshore oil and gas platforms: Review of impacts and monitoring techniques. Journal of Environmental Management 147:34–45.
Rosenberg, D.H., M.J. Petrula, J.L. Schamber, D. Zwiefelhofer, T.E. Hollmén, and D.D. Hill. 2014. Seasonal Movements and Distribution of Steller's Eiders ("Polysticta stelleri") Wintering at Kodiak Island, Alaska. Arctic 67:347–359.
Rothe, T.C., P.I. Padding, L.C. Naves, and G.J. Robertson. 2015. Harvest of sea ducks in North America: A contemporary summary. Pages 417–476 in J.-P. L. Savard, D. V. Derksen, D.

Esler, and Eadie, editors. Ecology and conservation of North American sea ducks. Studies in Avian Biology 46, CRC Press, Boca Raton, Florida.
Safine, D., M.S. Lindberg, K. Martin, S.L. Talbot, T. Swem, J.M. Pearce, N. Stellrecht, K. Sage, A.E. Riddle, K. Fales, and T.E. Hollmen. 2020. Use of genetic mark-recapture to estimate breeding site fidelity and philopatry in a threatened sea duck population, Alaska-breeding Steller's eiders. Endangered Species Research 41:349–360.
Savard, J.-P.L., and M.R. Petersen. 2015. Remigial molt of sea ducks. Pages 305–336 in D. V. Derksen, D. Esler, and J. M. Eadie, editors. Ecology and conservation of North American sea ducks. CRC Press.
Schiel, D.R., J.R. Steinbeck, and M.S. Foster. 2004. Ten Years of Induced Ocean Warming Causes Comprehensive Changes in Marine Benthic Communities. Ecology 85:1833–1839.
Schindler, D.W., and J.P. Smol. 2006. Cumulative effects of climate warming and other human activities on freshwaters of Arctic and Subarctic North America. AMBIO: A Journal of the Human Environment 35:160–168.
Schneider, K. 1976. Distribution and abundance of sea otters in southwestern Bristol Bay. Unpublished Report, Alaska Department of Fish and Game.
Schneider, K., and B. Ballachey. 2008. Alaska Wildlife Notebook Series; Sea otter. Alaska Department of Fish and Game.
Schneider, K.B., and J.B. Faro. 1975. Effects of Sea Ice on Sea Otters (Enhydra lutris). Journal of Mammalogy 56:91–101.
Scholin, C.A., F. Gulland, G.J. Doucette, S. Benson, M. Busman, F.P. Chavez, J. Cordaro, R. DeLong, A. De Vogelaere, J. Harvey, M. Haulena, K. Lefebvre, T. Lipscomb, S. Loscutoff, L.J. Lowenstine, R. Marin 3rd, P.E. Miller, W.A. McLellan, P.D. Moeller, C.L. Powell, T. Rowles, P. Silvagni, M. Silver, T. Spraker, V. Trainer, and F.M. Van Dolah. 2000. Mortality of sea lions along the central California coast linked to a toxic diatom bloom. Nature 6;403:80–4.
Shumway, S.E., S.M. Allen, and P. Dee Boersma. 2003. Marine birds and harmful algal blooms: sporadic victims or under-reported events? Harmful Algae 2:1–17.
Silber, G., D. Weller, R. Reeves, J. Adams, and T. Moore. 2021. Co-occurrence of gray whales and vessel traffic in the North Pacific Ocean. Endangered Species Research 44:177–201.
Siniff, D.B., T.D. Williams, A.M. Johnson, and D.L. Garshelis. 1982. Experiments on the response of sea otters Enhydra lutris to oil contamination. Biological Conservation 23:261–272.
Smith, M.A., B.K. Sullender, W.C. Koeppen, K.J. Kuletz, H.M. Renner, and A.J. Poe. 2019. An assessment of climate change vulnerability for Important Bird Areas in the Bering Sea and Aleutian Archipelago. PLoS ONE.
Smol, J.P., A.P. Wolfe, H.J.B. Birks, M.S.V. Douglas, V.J. Jones, A. Korhola, R. Pienitz, K. Rühland, S. Sorvari, D. Antoniades, S.J. Brooks, M.-A. Fallu, M. Hughes, B.E. Keatley, T.E. Laing, N. Michelutti, L. Nazarova, M. Nyman, A.M. Paterson, B. Perren, R. Quinlan, M. Rautio, É. Saulnier-Talbot, S. Siitonen, N. Solovieva, and J. Weckström. 2005. Climate-driven regime shifts in the biological communities of arctic lakes. Proceedings of the National Academy of Sciences 102:4397–4402.
Sowl, K., D. Granfors, K. DuBour, K. Howell, and M. Winfree. 2021. Izembek National Wildlife Refuge Priority Resources of Concern.

SRB&A. 2024. Nuiqsut Caribou Subsistence Monitoring Project: 2022 (Year 15) Report. Final Report Submitted to Conocophillips Alaska, Inc. And North Slope Borough Department of Wildlife Management, Braund, Stephen R. & Associates, Anchorage, Alaska.

Stabeno, P.J., N.B. Kachel, S.E. Moore, J.M. Napp, M. Sigler, A. Yamaguchi, and A.N. Zerbini. 2012. Comparison of warm and cold years on the southeastern Bering Sea shelf and some implications for the ecosystem. Deep Sea Research Part II: Topical Studies in Oceanography 65–70:31–45.

Starr, M., S. Lair, S. Michaud, M. Scarratt, M. Quilliam, D. Lefaivre, M. Robert, A. Wotherspoon, R. Michaud, N. Ménard, G. Sauvé, S. Lessard, P. Béland, and L. Measures. 2017. Multispecies mass mortality of marine fauna linked to a toxic dinoflagellate bloom. H. G. Dam, editor. PLOS ONE 12:e0176299.

State of Alaska. 2026. Community database online – Alaska Department of Commerce, Community, and Economic Development certified population. Alaska Department of Commerce, Community, and Economic Development, Division of Community and Regional Affairs. .Accessed online at: https://dcra-cdo-dcced.opendata.arcgis.com/

Stehn, R.A., R.M. Platte, D.K. Marks, J.G. King, and D.J. Groves. 2008. Aerial surveys of birds near the grounded M/V Selendang Ayu on the northwest coast of Unalaska Island, Alaska, January 2005. Pre-Assessment Data Report: Final Report, U.S. Fish and Wildlife Service, Migratory Bird Management, Alaska Region, Anchorage, Alaska.

Stewart, B.C., K.E. Kunkel, L.E. Stevens, L. Sun, and J.E. Walsh. 2013. Regional Climate Trends and Scenarios for the U.S. National Climate Assessment : Part 7. Climate of Alaska. NOAA technical report NESDIS, U.S. National Climatic Data Center.

Stillman, R.A., E.M. Rivers, W. Gilkerson, K.A. Wood, B.A. Nolet, P. Clausen, H.M. Wilson, and D.H. Ward. 2021. Predicting impacts of food competition, climate, and disturbance on a long-distance migratory herbivore. Ecosphere 12:e03405.

Terrados, J., C.M. Duarte, L. Kamp-Nielsen, N.S.R. Agawin, E. Gacia, D. Lacap, M.D. Fortes, J. Borum, M. Lubanski, and T. Greve. 1999. Are seagrass growth and survival constrained by the reducing conditions of the sediment? Aquatic Botany 65:175–197.

Tinker, M.T., J.L. Bodkin, L. Bowen, B. Ballachey, G. Bentall, A. Burdin, H. Coletti, G. Esslinger, B.B. Hatfield, M.C. Kenner, K. Kloecker, B. Konar, A.K. Miles, D.H. Monson, M.J. Murray, B.P. Weitzman, and J.A. Estes. 2021. Sea otter population collapse in southwest Alaska: assessing ecological covariates, consequences, and causal factors. Ecological Monographs 91:e01472.

Tippery, A.C. 2013. A temporal comparison of the eelgrass (Zostera marina L.) food web and community structure at Izembek Lagoon, Alaska from the mid-1970's to 2008. Master's Thesis, University of Alaska Fairbanks, Fairbanks, Alaska.

Thometz, N.M., M.T. Tinker, M.M. Staedler, K.A. Mayer, and T.M. Williams. 2014. Energetic demands of immature sea otters from birth to weaning: implications for maternal costs, reproductive behavior and population-level trends. Journal of Experimental Biology 217:2053–2061.

Trombulak, S.C., and C.A. Frissell. 2000. Review of ecological effects of roads on terrestrial and aquatic communities. Conservation biology 14:18–30.

Troy, D.M., and S.R. Johnson. 1989. Marine birds. Outer continental shelf environmental assessment program: final reports of principal investigators, U.S. Department of Commerce, U.S. Department of the Interior.

UC Davis Veterinary Medicine. 2026. H5 Influenza A Outbreak in Marine Mammals. Institute for Pandemic Insights. University, Davis, California. <https://pandemicinsights.ucdavis.edu/h5-marine-outbreak?_gl=1*1kbbmgk*_gcl_au*MTkwOTk0ODQ5Ny4xNzc0MDI0Njg0*_ga*MTc5NTA2MDM1MC4xNzc0MDI0Njgz*_ga_2N9JP0W2PC*czE3NzQwMzAxMTIkbzIkZzEkdDE3NzQwMzAxMTkkajUzJGwwJGgw>. Accessed 20 Mar 2026.
Udevitz, M.S., J.L. Bodkin, and D.P. Costa. 1995. Detection of Sea Otters in Boat-Based Surveys of Prince William Sound, Alaska. Marine Mammal Science 11:59–71.
U.S. National Office for Harmful Algal Blooms. 2019. Impacts of HABs on Marine Mammals. Harmful Algae. Woods Hole Oceanographic Institution. <https://hab.whoi.edu/impacts/impacts-wildlife/marine-mammals/>.
USACE. 2003. King Cove access project Environmental Impact Statement. Record of Decision January 22, 2004, Alaska District, Anchorage, Alaska.
USCB. 2020a. 2020 Decennial Census, King Cove City, Alaska Profile. United States Census Bureau. <https://data.census.gov/profile/King_Cove_city,_Alaska?g=160XX00US0239410>. Accessed 21 Aug 2025.
USCB. 2020b. 2020 Decennial Census, Cold Bay City, Alaska Profile. United States Census Bureau. <https://data.census.gov/profile/Cold_Bay_city,_Alaska?g=160XX00US0216530>.>. Accessed 21 Aug 2025.
USCB. 2020c. 2020 Decennial Census Data. United States Census Bureau. <https://data.census.gov/>. Accessed 8 Apr 2026.
USCB. 2020d. 2020 Decennial Census, Sand Point City, Alaska Profike. United States Census Bureau. <https://data.census.gov/all?q=Sand+Point+city,+Alaska>. Accessed 7 Apr 2026.
USDA Animal and Plant Health Inspection Service. 2026. Detections of Highly Pathogenic Avian Influenza in Wild Birds. Online Database. <https://www.aphis.usda.gov/livestock-poultry-disease/avian/avian-influenza/hpai-detections/wild-birds?page=1>.
USFWS. 1969. Izembek National Wildlife Range, Alaska, master plan.
USFWS. 1986. Proposal for the Designation of Izembek Lagoon as a Wetland of International Importance under the RAMSAR Convention. Unpublished Report Prepared By J. Andrew, Division of Realty, Anchorage, Alaska.
USFWS. 2002a. Breeding biology of Steller's eiders nesting near Barrow, Alaska, 2002. Unpublished Report Prepared by T. Obritschkewitsch and P. Martin, Northern Alaska Fish and Wildlife Field Office, Fairbanks, Alaska.
USFWS. 2002b. Steller's eider recovery plan. Northern Alaska Fish and Wildlife Field Office, Fairbanks, Alaska.
USFWS. 2003. Historical Review of the Use of Motorized Vehicles on Lands Administered by Izembek Refuge. Unpublished Report prepared by B. Glaspell and H. Clough, U.S. Fish and Wildlife Service.
USFWS. 2004a. Izembek National Wildlife Refuge 2004 biological program review. Unpublished Report Prepared by K. Sowl, Izembek National Wildlife Refuge, Cold Bay, Alaska.
USFWS. 2004b. Effects of oil spills on wildlife and habitat. USFWS Alaska Region, Anchorage, AK.

USFWS. 2010. Intra-agency Biological Assessment for Proposed 2010 Alaska Migratory Bird Spring / Summer Subsistence Hunt for Threatened species: Spectacled eider (Somateria fischeri) and Steller's eider (Polysticta stelleri). Division of Migratory Bird Management, Anchorage, Alaska.

USFWS. 2013. Southwest Alaska distinct population segment of the northern sea otter (Enhydra lutris kenyoni) recovery plan. Marine Mammals Management Office, Anchorage, Alaska.

USFWS. 2017. Biological Opinion for the Oil and Gas Activities associated with Lease Sale 244. Biological Opinion Prepared by Anchorage Fish and Wildlife Conservation Office., U.S. Fish and Wildlife Service, Anchorage Field Office.

USFWS. 2019. Status assessment of the Alaska breeding population of Steller's eiders. Northern Alaska Fish and Wildlife Field Office, Fairbanks, Alaska.

USFWS. 2020. Species status assessment report for the Southwest Distinct Population Segment of the Northern Sea Otter (Enhydra lutris kenyoni), Version 2.0. U.S. Fish and Wildlife Service, Anchorage, Alaska.

USFWS. 2021a. Revised Recovery Plan for the Alaska-breeding Population of Steller's Eider (Polysticta stelleri). Northern Alaska Fish and Wildlife Field Office, Fairbanks, Alaska.

USFWS. 2021b. Southwest Distinct Population Segment of the Northern Sea Otter (Enhydra lutris kenyoni) 5-Year Review: Summary and Evaluation. U.S. Fish and Wildlife Service, Marine Mammals Management, Anchorage, Alaska.

USFWS. 2023a. Northern sea otter stock assessment report: southcentral Alaska stock. Marine Mammals Management Office, Anchorage, Alaska.

USFWS. 2023b. Proposed Incidental Harassment Authorization for southcentral Alaska stock of northern sea otters in Cordova, Alaska. U.S. Fish and Wildlife Service, Anchorage, Alaska.

USFWS. 2024a. Izembek National Wildlife Refuge Land Exchange/Road Corridor Draft Supplemental Environmental Impact Statement. U.S. Fish and Wildlife Service, National Wildlife Refuge System.

USFWS. 2025a. Biological Assessment for the Proposed Action for the 2025 Izembek Land Exchange and Road Corridor, Izembek National Wildlife Refuge, Alaska. Prepared by AECOM, U.S. Fish and Wildlife Service, Alaska Region Headquarters.

USFWS. 2025b. Species Status Assessment for the Alaska-breeding Population of Steller's Eiders (Polysticta stelleri). Northern Alaska Fish and Wildlife Field Office, Fairbanks, Alaska.

USFWS. 2025c. Biological Opinion for Migratory Bird Subsistence Hunting in Alaska: Regulations for the 2025 Spring/Summer Harvest. Biological Opinion, U.S. Fish and Wildlife Service, Northern Alaska Field Office.

USFWS. 2025d. Alaska-breeding population of Steller's eiders (Polysticta stelleri) 5-year review: summary and evaluation. Northern Alaska Fish and Wildlife Field Office, Fairbanks, Alaska.

USFWS. 2025e. ANILCA Section 810 Analysis of Subsistence Impacts for the Proposed 2025 Land Exchange in Izembek National Wildlife Refuge, Alaska. Anchorage, Alaska.

USFWS. 2026. Biological Opinion for the Migratory Bird Subsistence Hunting in Alaska: Regulations for the 2026 Spring/Summer Harvest. Biological Opinion, U.S. Fish and Wildlife Service, Northern Alaska Field Office.

USFWS/Dau. 1999. Aerial survey of emperor geese and other waterbirds in southwestern Alaska, Spring 1998. Unpublished Report Prepared by C. Dau, U.S. Fish and Wildlife Service, Migratory Bird Management.

USFWS/Dick and Dick. 1971. The natural history of Cape Pierce and Nanvak Bay, Cape Newenham National Wildlife Refuge, Alaska. Unpublished Report Prepared by M.H. Dick and L.S. Dick, Bethel, Alaska.

USFWS/Lance et al. 2007. Survival of Wintering Steller's Eiders (Polysticta stelleri) within the Izembek Critical Habitat Unit. Science Support Partnership, Unpublished Report prepared by Ellen W. Lance, Tyler Lewis, and Paul Flint, U.S. Fish and Wildlife Service and U.S. Geological Survey, Anchorage, Alaska.

USFWS/Larned. 1998. Steller's eider spring migration survey, southwest Alaska, 1998. Unpublished Report Prepared by W.W. Larned, Northern Alaska Fish and Wildlife Field Office, Fairbanks, Alaska.

USFWS/Larned. 2000. Aerial Surveys of Steller's eiders (Polysticta stelleri) and other waterbirds and marine mammals in Southwest Alaska areas proposed for navigation improvements by the U. S. Army Corps of Engineers, Alaska. Unpublished Report Prepared by W.W. Larned, Migratory Bird Management, Anchorage, Alaska.

USFWS/Larned. 2006. Winter distribution and abundance of Steller's eiders (Polysticta stelleri) in Cook Inlet, Alaska, 2004-2005. Unpublished Report Prepared by W.W. Larned, Migratory Bird Management, Anchorage, Alaska.

USFWS/Larned. 2012a. Steller's eider spring migration surveys southwest Alaska 2012. Unpublished Report Prepared by W.W. Larned, U.S. Fish and Wildlife Service, Migratory Bird Management, Anchorage, Alaska.

USFWS/Larned. 2012b. Steller's eider spring migration surveys, southwest Alaska 2011. Unpublished Report Prepared by W.W. Larned, Migratory Bird Management, Anchorage, Alaska.

USFWS/Larned et al. 1993. Steller's Eider Spring Migration Surveys Southwest Alaska 1992-193. Unpublished Report Prepared by W.W. Larned, W.I. Butler, and G.R. Balogh, Migratory Bird Management, Anchorage, Alaska.

USFWS/Obritschkewitsch and Martin. 2001. Breeding biology of Steller's eiders nesting near Barrow, Alaska, 1999-2000. Unpublished Report Prepared by T. Obritschkewitsch and P. Martin, Northern Alaska Fish and Wildlife Field Office, Fairbanks, Alaska.

USFWS/Obritschkewitsch and Martin. 2002. Breeding biology of Steller's eiders nesting near Barrow, Alaska, 2001. Unpublished Report Prepared by T. Obritschkewitsch and P. Martin, Northern Alaska Fish and Wildlife Field Office, Fairbanks, Alaska.

USFWS/Rojek. 2006. Breeding biology of Steller's eiders nesting near Barrow, Alaska, 2005. Unpublished Report Prepared by N.A. Rojek, Northern Alaska Fish and Wildlife Field Office, Fairbanks, Alaska.

USFWS/Russell. 2004. Richard Russell's Alaska Steller's Eiders Notes, 1969 to Present. U.S. Fish and Wildlife Service, Anchorage, Alaska.

USFWS/Safine. 2011. Breeding ecology of Steller's and spectacled eiders nesting near Barrow, Alaska, 2008–2010. Unpublished Report Prepared by D. Safine, Northern Alaska Fish and Wildlife Field Office, Fairbanks, Alaska.

USFWS/Safine. 2012. Breeding ecology of Steller's and spectacled eiders nesting near Barrow, Alaska, 2011. Unpublished Report Prepared by D. Safine, Northern Alaska Fish and Wildlife Field Office, Fairbanks, Alaska.

USFWS/Trust et al. 1997. Environmental contaminants in three eider species from Alaska and Arctic Russia. Unpublished Report Prepared by K.A. Trust, J.F. Cochrane, and J.H. Stout, Alaska Region Ecological Services, Anchorage, Alaska.
USFWS/Wilk et al. 1986. Abundance, age composition, and observations of emperor geese in Cinder lagoon, Alaska Peninsula, 17 September - 10 October 1986. Unpublished Report Prepared by R.J. Wilk, K.I. Wilk, and R.C. Kuntz, King Salmon, Alaska.
USFWS/Williams. 2023. Izembek Wilderness Aerial Imagery Projects, 2004-2022. Unpublished Report Prepared by A.R. Williams, U.S. Fish and Wildlife Service, Izembek National Wildlife Refuge.
USFWS/Williams et al. 2016. Molting Pacific Steller's Eider surveys in southwest Alaska 2016. Unpublished Report. Unpublished Report Prepared by A.R. Williams, T.D. Bowman, and B.S. Shults., U.S. Fish and Wildlife Service, Migratory Bird Management, Anchorage, Alaska.
USFWS/Wilson. 2019*a*. Fall Izembek Brant Aerial Survey, Alaska 2018. Unpublished Report by H.M. Wilson, Migratory Bird Management, Anchorage, Alaska.
USFWS/Wilson. 2019*b*. Alaska Winter brant aerial survey, Izembek Lagoon Complex and Sanak Islands, Alaska, 2019. Unpublished Report Prepared by H. Wilson, U.S. Fish and Wildlife Service, Migratory Bird Management, Anchorage, Alaska.
USFWS/Wilson and Larned. 2020. Alaska Winter Brant Surveys 2020. Unpublished Report prepared by H. Wilson and W. Larned, U.S. Fish and Wildlife Service, Migratory Bird Management, Anchorage, Alaska.
USFWS/Wilson and Larned. 2021. Alaska Winter Brant Surveys 2021. Unpublished Report prepared by H. Wilson and W. Larned, U.S. Fish and Wildlife Service, Migratory Bird Management, Anchorage, Alaska.
USFWS/Wilson and Larned. 2022. Alaska Winter Brant Surveys 2022. Unpublished Report prepared by H. Wilson and W. Larned, U.S. Fish and Wildlife Service, Migratory Bird Management, Anchorage, Alaska.
USFWS/Wilson and Larned. 2023. Alaska Winter Brant Surveys 2023. Unpublished Report prepared by H. Wilson and W. Larned, U.S. Fish and Wildlife Service, Migratory Bird Management, Anchorage, Alaska.
USFWS/Wilson and Larned. 2024. Alaska Winter Brant Surveys 2024. Unpublished Report prepared by H. Wilson and W. Larned, U.S. Fish and Wildlife Service, Migratory Bird Management, Anchorage, Alaska.
USFWS/Wilson et al. 2025. Population indices, trends, and distribution of breeding waterbirds on the Arctic Coastal Plain, Alaska, 2007-2024. U.S. Fish and Wildlife Service, Migratory Bird Management.
USGS. 2019. Monitoring annual trends in the abundance of eelgrass (Zostera marina) at Izembek National Wildlife Refuge in 2018. Open-File Report 2019–1042 Prepared by D.H. Ward and C.L. Amundson, U.S. Geological Survey, Reston, VA.
Van Hemert, C., J.R. Harley, G. Baluss, M.M. Smith, R.J. Dusek, J.S. Lankton, D.R. Hardison, S.K. Schoen, and R.S.A. Kaler. 2022. Paralytic shellfish toxins associated with Arctic Tern mortalities in Alaska. Harmful Algae 117:102270.
VanBlaricom, G.R., and J.A. Estes. 1988. The Community Ecology of Sea Otters. Ecological Studies, Springer.
Vanderlaan, A.S.M., and C.T. Taggart. 2007. Vessel Collisions with Whales: The Probability of Lethal Injury Based on Vessel Speed. Marine Mammal Science 23:144–156.

Ward, D.H., K.R. Hogrefe, T.F. Donnelly, L.L. Fairchild, K.M. Sowl, and S.C. Lindstrom. 2022. Abundance and distribution of eelgrass (Zostera marina) and seaweeds at Izembek National Wildlife Refuge, Alaska, 2007–10. Open-File Report. Open-File Report, U.S. Geological Survey.

Ward, D.H., C.J. Markon, and D.C. Douglas. 1997. Distribution and stability of eelgrass beds at Izembek Lagoon, Alaska. Aquatic Botany 58:229–240.

Ward, D.H., R.A. Stehn, and D.V. Derksen. 1994. Response of Staging Brant to Disturbance at the Izembek Lagoon, Alaska. Wildlife Society Bulletin 22:220–228.

Watanabe, H., M. Ito, A. Matsumoto, and H. Arakawa. 2016. Effects of sediment influx on the settlement and survival of canopy-forming macrophytes. Scientific Reports 6:18677.

Watts, D.E., L.G. Butler, B.W. Dale, and R.D. Cox. 2010. The Ilnik wolf Canis lupus pack: use of marine mammals and offshore sea ice. Wildlife Biology 16:144–149. <https://nsojournals.onlinelibrary.wiley.com/doi/10.2981/09-040>. Accessed 1 May 2026.

Waycott, M., C.M. Duarte, T.J.B. Carruthers, R.J. Orth, W.C. Dennison, S. Olyarnik, A. Calladine, J.W. Fourqurean, K.L. Heck, A.R. Hughes, G.A. Kendrick, W.J. Kenworthy, F.T. Short, and S.L. Williams. 2009. Accelerating loss of seagrasses across the globe threatens coastal ecosystems. Proceedings of the National Academy of Sciences 106:12377–12381.

Xie, Z., J. Yang, W. Jiao, X. Li, M. Iqbal, M. Liao, and M. Dai. 2025. Clade 2.3.4.4b highly pathogenic avian influenza H5N1 viruses: knowns, unknowns, and challenges. Journal of Virology 99:e00424-25.

Yeates, L.C., T.M. Williams, and T.L. Fink. 2007. Diving and foraging energetics of the smallest marine mammal, the sea otter (Enhydra lutris). Journal of Experimental Biology 210:1960–1970.

Zabarte-Maeztu, I., F.E. Matheson, M. Manley-Harris, R.J. Davies-Colley, M. Oliver, and I. Hawes. 2020. Effects of Fine Sediment on Seagrass Meadows: A Case Study of Zostera muelleri in Pāuatahanui Inlet, New Zealand. Journal of Marine Science and Engineering 8:645.

Zhu, L., R. Anello, K. Rühland, M.F.J. Pisaric, S.V. Kokelj, T. Prince, and J.P. Smol. 2019. Impacts of Road Dust on Small Subarctic Lake Systems. ARCTIC 72:434–457.

Žydelis, R., Svein-Hakon Lorentsten, Anthony D. Fox, Andres Kuresoo, Yuri Krasnov, Yuri Goryaev, Jan Ove Bustnes, Martii Hario, Leif Nilsson, and Antra Stipniece. 2006. Recent changes in the status of Steller's Eider Polysticta stelleri wintering in Europe: a decline or redistribution? Bird Conservation International 16:217–236.

# APPENDIX A

## Quantifying Increased Hunting Rates in Izembek Lagoon Due to the Proposed Action

Construction of a new road connecting King Cove and Cold Bay would likely result in increased access for hunting activities in Izembek Lagoon. The construction of the road improves overland motorized access and shortens walking distances to Izembek Lagoon, lowering logistical constraints on hunting activity. In order to assess effects of increase access to the lagoon, we needed to calculate current hunting use (environmental baseline) and to project future hunting use. Quantification of these increases is necessary to determine effects to the listed Steller's eider and northern sea otter. Sea otters are not the target of this hunting activity but would also experience increased levels of disturbance in Izembek Lagoon as a result.

### A.1 Sport Hunting

We use Client Use Days (CUDs), defined as the number of days a hunter was taken on the Refuge by a commercial guide, to measure changes in sport hunting intensity through time (USFWS/Izembek Refuge, unpublished data). The CUDs provide a measure of hunting effort, compared to the other data available on commercial hunter numbers. One hunter could hunt for multiple intensive days and this is captured in CUDs but not in 'hunter number' data. These data include upland gamebird hunting efforts, although those efforts are usually combined with waterfowl hunting

#### A.1.1 Establishing Baseline Client Use Days

Using CUDs as a measure of sport hunting, we needed to establish a baseline hunting level (prior to the proposed action). In the most recent 5 years, four commercial guide services have been available with high variability in the number of CUDs reported.

In 2021, 813 CUDs were reported; this is the highest number ever reported. This increase was likely caused by several factors: 1) a new guide service began operation in 2021, increasing the total number of guides from three to four (USFWS, Izembek Refuge, unpublished data); 2) guide services continued to shift to use of vessel-based hunting rather than shoreline-based hunting, improving logistics and access (M. Fosado, USFWS, pers. comm. 2025); and 3) there was likely an increased interest in hunting and improvement in logistics following a reduction in travel restrictions as the country adjusted to the global pandemic experienced in 2020 – national data demonstrate a substantial increase and participation in outdoor recreation from 2020 to 2021 (BEA 2023). This pandemic-caused increase is also likely reflected in the fall 2020 CUDs.

From 2022 to 2024, the annual CUDs with four guides appeared to level off with CUDs ranging from 648 to 691 (Table A-1 and Figure 13). In 2025, the brant harvest season was shortened from September 1 through December 16 in previous years to October 1 to November 20. With the regulatory change in number of harvest days open for hunters, the reported CUDs in 2025 dropped to 460 CUDs or a 29 percent change from the prior year.

With three typical years (2022 to 2024), one high year (2021), and one low year (2025), we consider the average CUDs of the past 5 years to be our baseline level from which to compare future activity. The average from 2021 to 2025 was 652.2 CUDs. Similar variability occurred in the most recent 5 years with three guides (2016 to 2020); in 2016 there were regulation changes increasing brant bag limits (from two to three), and in 2020 the pandemic may have led to the increase in CUDs.

**TABLE A-1.** Annual reported client use days, total guide operations, and total birds harvested during commercially guided hunting on Izembek Refuge. These data include upland gamebird hunting efforts, although those efforts are usually combined with waterfowl hunting. Birds per client use day is a calculated estimate. Source: USFWS/Izembek Refuge, unpublished data.

| Year | Total Client Use Days | Total Guide Operations | Birds Harvested | Birds per Client Use Day |
|---|---|---|---|---|
| 2009 | 72 | 2 | 317 | 4.40 |
| 2010 | 160 | 3 | 971 | 6.07 |
| 2011 | 154 | 3 | 905 | 5.88 |
| 2012 | 196 | 3 | 1,054 | 5.38 |
| 2013 | 232 | 3 | 1,211 | 5.22 |
| 2014 | 192 | 3 | 405 | 2.11 |
| 2015 | 185 | 3 | 646 | 3.49 |
| 2016 | 288 | 3 | 406 | 1.41 |
| 2017 | 315 | 3 | 1,127 | 3.58 |
| 2018 | 249 | 3 | 331 | 1.33 |
| 2019 | 282 | 3 | 1,098 | 3.89 |
| 2020 | 396 | 3 | 254 | 0.64 |
| 2021 | 813 | 4 | 1,765 | 2.17 |
| 2022 | 691 | 4 | 1,517 | 2.20 |
| 2023 | 648 | 4 | 1,443 | 2.23 |
| 2024 | 649 | 4 | 2,280 | 3.51 |
| 2025 | 460 | 4 | Not available | Not available |

A.1.2. Estimating the Effect of the Action on Client Use Days in Izembek Lagoon

We predict construction of a road would result in increased sport hunting (guided and non-guided) at Izembek Refuge and in the Izembek Lagoon. The construction of a road would lower logistical constraints to participate in sport hunting activities. The existence of a road would increase opportunities for visiting non-residents to access the lagoon from locations along the road. It would also increase recreational interest (including by hunters) in visiting the area given the larger road system and increased access provided by it. To establish a reasonable proxy for the effect of increasing access and lowering logistical constraints, we compared commercial use data from when there were three guide services in Cold Bay (2009 to 2020) to when there were four guide services in Cold Bay (2021 to 2025). We assume that the change from three to four guide services (removal of a logistical constraint on sport hunting) would mimic the effect of the proposed action (also removing a logistical constraint by providing easier access via the road). We are not saying the road will necessarily cause a new guide service to open (though it is possible); we are saying that the overall effect of the road would generate increased interest and access to Izembek lagoon for hunting over the 50-year lifetime of the road and that our best way to quantify it is through the observed change in recent years from three to four guide services.

We calculated a lower and upper estimate of CUDs due to the effect of the action:

► *Lower Estimate*

The increase in average CUDs from the 5 years with four guide services compared to the most recent 5 years with three guide services. We used the 5-year average with four guides as a lower estimate because it encompasses variability in hunting effort due to unknowable events – pandemics, regulation changes. We did not use the 2025 low data because we have no guarantee the changes in regulations lowering harvest will continue into the future and we err conservatively for the species.

$$\frac{(813 + 691 + 648 + 649 + 460)}{5} \div \frac{(288 + 315 + 249 + 282 + 396)}{5} = 2.13$$

Given our baseline of 652.2 CUDs, this results in a lower estimate of 1,389 CUDs due to the effect of the action.

$$652.2 \text{ CUDs } \times 2.13 \text{ rate of increase} = 1{,}389.19 \text{ CUDs}$$

► *Upper estimate*

The increase in CUDs from the peak year with four guide services in 2021 relative to the most recent 5 years with three guide services. We use the peak as our upper estimate because over the 50-year lifetime of the road there is considerable uncertainty and high years of harvest are anticipated.

$$813 \div \frac{(288 + 315 + 249 + 282 + 396)}{5} = 2.66$$

Given our baseline of 652.2 CUDs, this results in an upper estimate of 1,735 CUDs due to the effect of the action.

$$652.2 \text{ CUDs } \times 2.66 \text{ rate of increase} = 1{,}734.85 \text{ CUDs}$$

A.1.3 Assumptions

- We assume the increase in CUDs resulting from increased access following road construction will mirror the increase in CUDs observed during the shift from three guides to four guide services.
- We assume Cold Bay or King Cove has the infrastructure capacity to support an increase in sport hunting guide services and/or increased visitation by non-guided hunters. While Cold Bay is a small geographically restricted community and there may not currently be the capacity or infrastructure to support additional guide services, in the next 50 years such increases are anticipated. Alternatively, King Cove could add a guide service that uses the road to access Izembek Lagoon (either from hiking off the road or via the boat launch). This could be uneconomical due to the length of the drive or economical because of the aesthetic and recreational value of the drive to one of the premier waterfowl destinations in the world. If there is no expansion in guide service, we have likely overestimated the relative increase in sport hunting activity anticipated following construction of a road.
- We assume averaging the 5 years of CUDs with four guides is a reasonable approximation of the baseline for current use.
- We assume the shift from three to four guide services adequately accounts for both increased guided sport hunter effort and increased non-guided sport hunter effort due to access provided by the road.

**A.2 Subsistence Harvest**

We lack current data on the level of activity/effort currently made by subsistence harvesters in Cold Bay and King Cove. This makes it difficult to directly compare subsistence harvest activity to sport hunting activity and know what the relative changes will be for each; we do not have a quantification of these two activities in the same units of measure.

The Alaska Department of Fish and Game collected data on the weight of game harvested by subsistence users in 2016 (Table A-2). With this as our best available data, we determined a method to calculate a subsistence use equivalent to the CUDs reported for sport hunters. Using the reported weight of subsistence harvest by resource category (e.g., Ducks) (ADF&G 2025) and dividing that by the average weight of that resource category (USFWS/Wentworth 2007), we can determine the number of individual birds harvested. If we assume the effort to harvest a bird is similar for sport hunters and subsistence users, we can then use the reported birds per CUD for sport hunters and apply the same division factor to calculate the final CUD-equivalent for subsistence uses.

To calculate the number of birds harvested, we used the estimated pounds harvested from three categories of the 2016 ADF&G subsistence harvest data: Ducks (general category including all species of ducks), Black Brant, and Canada geese. When combined, these species made up 93 percent and 96 percent of the total migratory bird harvest in King Cove and Cold Bay, respectively (ADF&G 2016). Using data from Alaska, the average weight of an ‘unidentified duck’ is 2.00 pounds, the average weight of a black brant is 3.04 pounds, and the average weight

of a Taverner's goose is 5.30 pounds (USFWS/Wentworth 2007). Using these numbers, we can estimate the total birds harvested in each community, per Table A-2.

**TABLE A-2.** Reported subsistence harvest activity in Cold Bay and King Cove in 2016 by three bird types – ducks, brant, and Canada goose. These bird types made up 93 percent and 96 percent of the total migratory bird harvest in King Cove and Cold Bay, respectively. Source: ADF&G 2025: Community Subsistence Information System.

| Community | Bird Type | Pounds Harvested | Average Weight of Bird Type | Estimated Birds (pounds harvest/average weight of bird) | Total Birds (sum of 3 bird types) |
|---|---|---|---|---|---|
| Cold Bay | Ducks | 197.1 | 2.00 | 98.55 | 332.68 |
| | Brant | 546.9 | 3.04 | 179.90 | |
| | Canada Goose | 287.4 | 5.30 | 54.23 | |
| King Cove | Ducks | 842.5 | 2.00 | 421.25 | 1,079.63 |
| | Brant | 1,268.2 | 3.04 | 417.17 | |
| | Canada Goose | 1,278.4 | 5.30 | 241.21 | |

Next, we can use the populations of each community to estimate the number of birds harvested per person (total birds harvested ÷ populations size), a rate of approximately 5.28 birds per person in Cold Bay and 2.05 birds per person in King Cove. Using the sport hunting data from 2016 (Table A-1), we can calculate the number of birds harvested per CUD (406 birds harvested ÷ 288 client use days in 2016), a rate of approximately 1.41 birds per CUD. Using these numbers, we can compare the effort it takes to harvest a bird for a subsistence hunter relative to the effort to harvest a bird on a client use day. Thus, we calculate a CUD equivalent of 3.74 for Cold Bay and 1.45 for King Cove (birds per person in each community ÷ birds per client use day in 2016). Assuming the harvest effort is similar now to 2016, multiplying the current population estimate by the CUD equivalent for that community yields an estimation of CUD equivalents for each community (Table A-3).

### A.2.1 Establishing Baseline Client Use Day Equivalents

Currently, the community of Cold Bay has simple, direct access to Izembek Lagoon to hunt waterfowl. Izembek Lagoon has the highest estimates of Steller's eider numbers in the action area, including between 12 to 93 percent of the listed Alaska-breeding population depending on the season (Table 5). Izembek Lagoon has an abundance of numerous types of waterfowl making it an ideal hunting location. If we assume all of Cold Bay's subsistence waterfowl hunting occurs in Izembek Lagoon, then the baseline amount of subsistence hunting is 187 CUD equivalents (Table A-3).

**Table A-3.** Summary table of data used to estimate client use day equivalents for subsistence harvest and all calculated estimates. The client use day equivalents for subsistence harvest were derived from the most recent available data in 2016 and extrapolated based on current population estimates from 2020 U.S. Census. Source: ADF&G 2025: Community Subsistence Information System.

| 2016 DATA & ESTIMATES | | | | | | CURRENT ESTIMATES | |
|---|---|---|---|---|---|---|---|
| **Community** | **Total Birds** | **Community Population (2016 ADF&G)** | **Birds Per Person** | **Sport Hunt Birds Per Client Use Day** | **Subsistence Hunt Client Use Day Per Person** | **Community Population (2020 U.S. Census)** | **Subsistence Hunt Client Use Days Equivalents** |
| Cold Bay | 332.68 | 63 | 5.28 | 1.41 | 3.74 | 50 | 187.00 |
| King Cove | 1,079.63 | 527 | 2.05 | 1.41 | 1.45 | 757 | 1,097.65 |

A.2.2 Estimating the Effect of the Action on Subsistence Harvest in Izembek Lagoon

The proposed road would facilitate access to Izembek Lagoon for the community of King Cove by creating an easily navigable land route. We estimate that 50 percent of King Cove waterfowl harvest could shift to Izembek Lagoon and/or access to the Lagoon could increase the overall amount of waterfowl harvest by the King Cove Community (which currently harvests less birds per person than Cold Bay). Therefore, we estimate hunting in Izembek Lagoon would increase by approximately 548.83 CUD equivalents (1,097.65 King Cove CUD equivalents x 0.50 portion of harvest shifting to Izembek Lagoon) due to increased subsistence harvest from the community of King Cove.

A.2.3. Assumptions

- Pounds per bird is appropriate to approximate number of birds harvested.
- We only used ducks, Pacific brant, and Canada geese. We assume this adequately captures relative subsistence harvest effort, based on these three waterfowl categories accounting for more than 90 percent of total migratory bird harvest by each community.
- We assume subsistence harvest levels by the community of Cold Bay will remain unchanged following road construction.
- We assume CUDs for sport hunting are comparable to CUD equivalents for subsistence hunting.

- We assume the 2016 subsistence harvest levels were representative of a normal year and that the effort per person in 2016 is similar to effort per person now.
- We are making general assumptions of how King Cove subsistence harvest may change due to the construction of a road (i.e., a hunting amount of 50 percent of current effort would occur in Izembek Lagoon – either through shifting of existing harvest or additional harvest because of new access). We acknowledge this may be an overestimate in the near term; we think it is a reasonable assumption to accommodate for community change over the 50-year lifetime of the road.

### A.3 Effect of the Action on Combined Harvest

Now that we have calculated the effect of the action on sport hunting and subsistence hunting, and the effect is in the same units (client use day equivalents), we are able to estimate the total change to hunting activity due to the proposed action. See Table A-4 for the combined effect of the action on subsistence and commercial harvest and formulas for the calculations. By combining the baseline sport (652.2 CUDs) and subsistence (187 CUD equivalents) harvest, we estimate current harvest effort at 839.20 client use day equivalents in the Izembek Lagoon. And, if we combine the estimated effect of the action on sport and subsistence harvest, we estimate harvest effort would increase to between 2,125.02 and 2,470.68 client use day equivalents. Refer to Table A-4 for the inputs and the description of these calculations. This is an approximate 2.53 to 2.94 proportional increase in total hunting activity in Izembek Lagoon due to the effect of the action (Table A-4).

At baseline, 22.2 percent of total harvest in Izembek Lagoon occurs from subsistence users in Cold Bay and 77.8 percent is from commercial use (calculated by dividing baseline sport hunting CUDs by total baseline CUDs). Given these numbers, we estimate 30 to 35 percent of the harvest in Izembek Lagoon occurs from subsistence use and 65 to 70 percent from commercial use (calculated from dividing the upper and lower estimates of sport hunting CUDs by upper and lower estimate total CUD equivalents).

**Table A-4.** Summary of inputs used to calculate upper and lower estimates for proportional change in harvest in Izembek Lagoon from the baseline and due to the effect of the action.

| Estimate | Environmental Baseline | | | Condition After the Action | | | | |
|---|---|---|---|---|---|---|---|---|
| | Sport Hunting (CUDs) | Cold Bay Subsistence Hunting (CUD Equivalents) | Total CUDs in Izembek[1] | Sport Hunting (CUDs) | King Cove Subsistence Hunting (CUD Equivalents) | Expected Portion of King Cove Harvest in Izembek | Total CUDs in Izembek[2] | Proportional Change in CUDs in Izembek[3] |
| **Lower Estimate** | 652.2 | 187.00 | 839.20 | 1,389.19 | 1,097.65 | 0.5 | 2,125.02 | 2.53 |
| **Upper Estimate** | 652.2 | 187.00 | 839.20 | 1,734.85 | 1,097.65 | 0.5 | 2,470.68 | 2.94 |

[1]Environmental Baseline Total CUDs in Izembek =

Baseline Sport Hunting + Baseline Cold Bay Subsistence

[2]Condition After the Action Total CUDs in Izembek =

Effects Sport Hunting + Baseline Cold Bay Subsistence + (Effects King Cove Subsistence * Expect Portion of King Cove Harvest in Izembek)

[3]Proportional Change in CUDs in Izembek =

Total CUDS in Izembek from Condition After the Action ÷ Total CUDs in Izembek from Environmental Baseline

## A.4 Literature Cited and Data Sources

ADF&G. 2025. Division of Subsistence - CSIS Data Downloader. <https://adfg-ak-subsistence.shinyapps.io/CSIS-Data-Downloader/>. Accessed 16 Aug 2025.

Ward, D.H., R.A. Stehn, and D.V. Derksen. 1994. Response of Staging Brant to Disturbance at the Izembek Lagoon, Alaska. Wildlife Society Bulletin 22:220–228.

USCB. 2020a. 2020 Decennial Census, King Cove City, Alaska Profile. United States Census Bureau. <https://data.census.gov/profile/King_Cove_city,_Alaska?g=160XX00US0239410>. Accessed 21 Aug 2025.

USCB. 2020b. 2020 Decennial Census, Cold Bay City, Alaska Profile. United States Census Bureau. <https://data.census.gov/profile/Cold_Bay_city,_Alaska?g=160XX00US0216530>.>. Accessed 21 Aug 2025.

USFWS/Wentworth. 2007. Subsistence Migratory Bird Harvest Survey: Bristol Bay 2001-2005. Migratory Birds and State Programs, Anchorage, Alaska.

# APPENDIX B

# Quantifying Increased Disturbance Rates in Izembek Lagoon due to the Proposed Action

## B.1 Hunting Disturbance in Izembek Lagoon

Hunting disturbance in Izembek Lagoon is reasonably certain to increase due to the effect of the action. Here, we outline our calculations quantifying the increase in hunting disturbance from historic levels, to baseline (current) levels, and projected future levels due to the effects of the action.

### B.1.1 Historic Estimates of Hunting Disturbance

A disturbance study of Pacific brant from 1985 to 1987 found hunting caused an average of 0.06 +/- 0.01 disturbance events per hour within Izembek Lagoon (Ward et al. 1994). When exposed to hunters and hunting activity, many flocks exhibited a behavioral response, ranging from increased vigilance (64.4 percent) to flight (39.2 percent). When disturbed by hunting in the lagoon, an average of 90.0 +/- 2.9 percent of individuals in disturbed brant flocks had a flight response, with an average flight duration of 96.0 +/- 18.3 seconds. While hunting, as well as boating, did not contribute greatly to the overall interruption time of the study, these activities elicited a consistent and prolonged response from brant, with 75 percent of the flocks leaving the study area in response to hunting.




**Figure B-1.** Location of 8 study sites for investigating Pacific brant disturbance in Izembek Lagoon in fall 1985 to 1987. Data presented in Appendix B represents averages across these 8 study areas. The IFR (instrument flight rules) flight path marks the main instrument flight path during the study. Source: Ward et al. 1994

The study period of 1985 to 1987 occurred during a low period of human activity at Izembek Lagoon, when hunting was closed for emperor geese and bag limits were lowered from four to two brant. It is estimated that these restrictions resulted in an approximately 60 percent decline in waterfowl hunting activity at Izembek Lagoon during the study period (Ward et al. 1994).

Pacific brant (*Branta bernicla nigricans;* hereafter brant) is our best available proxy species for the Steller's eider in terms of their time and energy budgets during staging and migration. They are both relatively small species in their respective taxonomic groups, Steller's eiders being a small sea duck and brant a small goose. Both are arctic species that rely on energy reserves to survive molt/winter and migrate in spring to reproduce the following year. Both species breed in lowland tundra wetlands and molt in Izembek Lagoon (Maliguine 2024), as indicated in aerial surveys (USFWS 2019). Like eiders, brant migrate to staging sites to molt in coastal waters and

lagoon systems, where the barrier islands provide predator refugia and where eelgrass, sedges, and algae are plentiful (Cornell Lab of Ornithology 2025). However, brant are a targeted species for both sport and subsistence hunting while Steller's eiders are closed to hunting

Using this data and accounting for 1985 to 1987 having an approximately 60 percent decrease in typical hunting activity, we calculated the following upper and lower estimates of historic disturbance rates during the fall:

► *Disturbance events per hour*
Historic lower estimate: 0.06 disturbance events per hour
Historic upper estimate:

$$(0.06\ disturbance\ per\ hour) \div (40\ percent\ hunting\ volume) = (X\ disturbance\ per\ hour) \div (100\ percent\ hunting\ volume)$$

$$X = (0.06 \div 40) \times 100 = 0.15\ disturbance\ events\ per\ hour$$

Using these rates and reported data on 1) the percent of events that elicited a certain response, 2) length of the response, and 3) percent of the flock taking flight, we can calculate an upper and lower estimate of the mean interruption time per hour (both flight and all responses) of brant due to hunting disturbances in Izembek Lagoon (Table B-1).

► *Seconds of flight per hour*

$$Disturbance\ events\ per\ hour \times Percent\ yielding\ flight\ response \times Average\ length\ of\ flight \times Percent\ of\ flock\ responding = Seconds\ of\ flight\ response\ per\ hour$$

Historic lower estimate: 2.03 seconds of flight response per hour
Historic upper estimate: 5.08 seconds of flight response per hour

► *Seconds of all disturbance per hour*

$$Disturbance\ events\ per\ hour \times Percent\ yielding\ any\ response \times Average\ length\ of\ responses \times Percent\ of\ flock\ responding = Seconds\ of\ response\ per\ hour$$

Historic lower estimate: 4.50 seconds of response per hour
Historic upper estimate: 11.24 seconds of response per hour

**Table B-1**. The effect of hunting-caused disturbance on brant in Izembek Lagoon from 1985 to 1987. Lower estimates are the levels observed during the three-year study and upper estimates are calculated based on the study occurring in a year where hunting occurred at 60 percent of typical levels. Source: Ward et al. 1994

| **Hunting Disturbance** | | **Historic** | | | | |
|---|---|---|---|---|---|---|
| Response Type | Estimate | Disturbance Events Per Hour | Portion of Events Eliciting Flock Response | Average Length of Flock Response (seconds) | Portion of Flock Responding | Seconds of Response Per Individual Per Hour |
| Flight Response | Lower | 0.06 | 0.392 | 96 | 0.9 | 2.03 |
| | Upper | 0.15 | 0.392 | 96 | 0.9 | 5.08 |
| Any Response | Lower | 0.06 | 0.654 | 139.1 | 0.824 | 4.50 |
| | Upper | 0.15 | 0.654 | 139.1 | 0.824 | 11.24 |

B.1.2 Establishing Baseline Hunting Disturbance Rates

We estimate waterfowl hunting has increased within the Izembek Lagoon ninefold in the four decades since the Ward et al. 1994 study occurred. Pacific brant banding data indicates a threefold increase in recovery rates through the 1990s to the 2010s (Leach et al. 2017, Leach et al. 2019, Stillman et al. 2021). From the 2010s to 2025, there has been an additional threefold increase in hunting. We calculate this additional threefold increase from the average CUDs for the 2010s relative to the average CUDs from the 2020s (Table A-1), rounding up to the whole number.

Our baseline assumption for the last 10 years is that fall hunting has increased threefold based on CUD data. We do not have data to quantify subsistence harvest rates. However, we assume the majority of the change in harvest intensity in Izembek is driven by sport hunting. The reported CUDs represent guided hunts only and are assumed to underestimate total commercially supported hunting effort: commercial operators without refuge-issued special use permits rent trucks and hunting equipment to “independent” sport hunters to enable their use of the existing but limited road network to access hunting areas on State and Federal lands (Cold Bay Outfitters 2017). However, these data on CUDs also include hunting activity outside of Steller’s eider usage areas and even some entirely outside the Izembek Lagoon, which may somewhat mute this discrepancy.

We expect the increase in waterfowl hunting to result in increased hunting-caused disturbance. We assume that disturbance rates will increase at a rate proportional to the increase in hunting rates (a ninefold increase). We establish the baseline disturbance rates in Izembek Lagoon by multiplying the disturbance events and the seconds of disturbance per hour by the expected increase in hunting (Table B-2).

**Table B-2.** Historic brant disturbance rates and response time due to hunting disturbance in Izembek Lagoon and the calculated environmental baseline values based on a ninefold increase in hunting from 1985 to 1987. Source: Ward et al. 1994.

| **Hunting Disturbance** | | **Historic (1985-1987)** | | **Environmental Baseline** | | |
|---|---|---|---|---|---|---|
| Response Type | Estimate | Disturbance Events Per Hour | Seconds of Response Per Individual Per Hour | Rate of Increase | Events Per Hour | Seconds of Response Per Individual Per Hour |
| Flight Response | Lower | 0.06 | 2.03 | 9 | 0.54 | 18.27 |
| | Upper | 0.15 | 5.08 | 9 | 1.35 | 45.72 |
| Any Response | Lower | 0.06 | 4.50 | 9 | 0.54 | 40.5 |
| | Upper | 0.15 | 11.24 | 9 | 1.35 | 101.16 |

### B.1.3 Estimating the Effect of the Action on Hunting Disturbance in Izembek Lagoon

We expect the proposed road would cause an increase in hunting-caused disturbance. We estimate that the road will lead to a 2.53 to 2.94 increase in the rate of hunting in Izembek Lagoon (see Appendix A). We expect the increase in waterfowl hunting will result in increased waterfowl disturbance and we assume this will occur at a rate proportional to the estimated increase in hunting levels (Table B-3).



Case 3:26-cv-00272-ACP Document 40-5 Filed 08/21/26 Page 235 of 250

**Table B-3.** Environmental baseline brant disturbance rates and response time due to hunting disturbance in Izembek Lagoon and the condition after the action based on an upper and lower estimate of hunting increases due to the effects of the proposed action. Source: Ward et al. 1994

| Hunting Disturbance | | Environmental Baseline | | Condition After the Action | | |
|---|---|---|---|---|---|---|
| Response Type | Estimate | Events Per Hour | Seconds of Response Per Individual Per Hour | Rate of Increase | Events Per Hour | Seconds of Response Per Individual Per Hour |
| Flight Response | Lower | 0.54 | 18.27 | 2.53 | 1.37 | 46.22 |
| | Upper | 1.35 | 45.72 | 2.94 | 3.97 | 134.42 |
| Any Response | Lower | 0.54 | 40.50 | 2.53 | 1.37 | 102.47 |
| | Upper | 1.35 | 101.20 | 2.94 | 3.97 | 297.53 |

B.1.4 Assumptions and limitations

The values represent calculations using the best available data for estimating changes in disturbance for Steller's eiders due to hunting. The reliability of these estimates is limited by several factors:

- We are using data from a 3-year study period in fall 1985 to 1987 (Ward et al. 1994) and we do not know if bird responses to hunting has changed in the following decades.
- We are assuming that bird response is proportional to the activity level at the rates observed from 1985 to 1987, when it may not be. For example, birds may grow habituated to disturbance stimuli and reduce the distance at which they react or otherwise alter the observed disturbance responses. Alternatively, hunting methods may have changed to be more disruptive causing increased bird response.
- We do not know if and how hunting practices may have changed (methodology, intensity, distribution, etc.) to yield a different response from birds since the study occurred.
- We are using Pacific brant as a proxy for Steller's eiders and eider response to disturbance stimuli may differ from brant.
- These data are derived from fall hunting periods and are likely not representative of year-round disturbance events, which we do not have data to calculate.
- When estimating baseline disturbance levels, we estimate an additional threefold increase in harvest based on CUDs data from the past ten years (on top of the threefold increase from band recaptures observed by Leach et al. 2019). This most recent threefold increase does not take into account potential changes in subsistence harvest.

### B.2 Boating Disturbance in Izembek Lagoon

The same approach for calculating hunting disturbances, detailed in 2.1 above, can be used for calculating boating disturbances.

#### B.2.1 Historic Estimates of Boating Disturbance

A disturbance study of Pacific brant from 1985 to 1987 found boats caused an average of 0.02 +/- 0.00 disturbance events per hour within Izembek Lagoon (Ward et al. 1994). When disturbed by boats in the lagoon, an average of 94.4 +/- 2.0 percent of the brant flock had a flight response, with an average flight duration of 172.5 +/- 24.6 seconds. While boating, as well as hunting, did not contribute greatly to the overall interruption time of the study, these activities elicited a consistent and prolonged response from brant, with 77 percent of the flocks leaving the study area in response to boating.

Ward et al. (1994) measured brant disturbance from boating activity separately from disturbance from hunting, even though a portion boating activity was likely related to hunting and providing access. We have no way of knowing what percentage of boating activity was to facilitate hunting; however, we believe it is likely that the majority of boating activity was due to hunting during the fall harvest study period. To provide a conservative, historic estimate, we assume that all boating activity derived from hunting. The study period of 1985 to 1987 occurred during a low period of hunting activity at Izembek Lagoon because hunting was closed for emperor geese and bag limits were lowered from four to two brant. It is estimated that these restrictions resulted in an approximately 60 percent decline in waterfowl hunting activity at Izembek Lagoon during the study period.

Using this data and accounting for 1985 to 1987 having an approximately 60 percent decrease in typical hunting activity, we calculated the following upper and lower estimates of historic disturbance rates from boating during the fall:

► *Disturbance events per hour*
Historic lower estimate: 0.02 disturbance events per hour
Historic upper estimate:

$$(0.02\ disturbance\ per\ hour) \div (40\ percent\ hunting\ volume) = (X\ disturbance\ per\ hour) \div (100\ percent\ hunting\ volume)$$

$$X = (0.02 \div 40) \times 100 = 0.05\ disturbance\ events\ per\ hour$$

Using these rates and reported data on 1) the percent of events that elicited a certain response, 2) length of the response, and 3) percent of the flock taking flight, we can calculate an upper and lower estimate of the mean interruption time per hour (both flight and all responses) of brant due to boating disturbances in Izembek Lagoon (Table B-1).

► *Seconds of flight per hour*

$$Disturbance\ events\ per\ hour \times Percent\ yielding\ flight\ response \times Average\ length\ of\ flight \times Percent\ of\ flock\ responding = Seconds\ of\ flight\ response\ per\ hour$$

Historic lower estimate: 2.44 seconds of flight response per hour
Historic upper estimate: 6.11 seconds of flight response per hour

► *Seconds of all disturbance per hour*

$$Disturbance\ events\ per\ hour \times Percent\ yielding\ any\ response \times Average\ length\ of\ responses \times Percent\ of\ flock\ responding = Seconds\ of\ response\ per\ hour$$

Historic lower estimate: 3.71 seconds of response per hour
Historic upper estimate: 9.27 seconds of response per hour

**Table B-4.** The effect of boating disturbance on brant in Izembek Lagoon from 1985 to 1987. Lower estimates are the levels observed during the 3-year study and upper estimates are calculated based on the study occurring in a year where hunting occurred at 60 percent of typical levels. Source: Ward et al. 1994

| Boating Disturbance | | Historic | | | | |
|---|---|---|---|---|---|---|
| Response Type | Estimate | Disturbance Events Per Hour | Portion of Events Eliciting Flock Response | Average Length of Flock Response (seconds) | Portion of Flock Responding | Seconds of Response Per Individual Per Hour |
| Flight Response | Lower | 0.02 | 0.75 | 172.50 | 0.94 | 2.44 |
| | Upper | 0.05 | 0.75 | 172.50 | 0.94 | 6.11 |
| Any Response | Lower | 0.02 | 0.89 | 223.50 | 0.93 | 3.71 |
| | Upper | 0.05 | 0.89 | 223.50 | 0.93 | 9.27 |

### B.2.2 Establishing Baseline Boating Disturbance Rates

We do not have a direct way to calculate the potential changes in boat disturbance from all activities that may use boats in Izembek Lagoon. However, it is likely the majority of boating activity during the fall is from hunting. We estimate that hunting has increased ninefold in the decades since the 1985 to 1987 study period. Hunters may gain hunting access to the lagoon on foot or by boat, therefore we estimate half of the hunts were occurring by boat. However, any increase in hunting activity would equally increase the level of use relative to both land-based

and boat-based hunting. If there is a ninefold increase in hunting, we anticipate a ninefold increase in boating.

We expect a ninefold increase in boating to result in increased boating-caused disturbance. We assume the disturbance rates will increase at a rate proportional to the increase in boating rate (a ninefold increase). We establish the baseline disturbance rates in Izembek Lagoon by multiplying the disturbance events and the seconds of disturbance per hour by the expected increase in boating (Table B-5).

**Table B-5.** Historic brant disturbance rates and response time due to boating disturbance in Izembek Lagoon and the calculated environmental baseline values based on a ninefold increase in boating from 1985 to 1987. Source: Ward et al. 1994

| Boating Disturbance | | Historic | | Environmental Baseline | | |
|---|---|---|---|---|---|---|
| Response Type | Estimate | Disturbance Events Per Hour | Seconds of Response Per Individual Per Hour | Rate of Increase | Events Per Hour | Seconds of Response Per Individual Per Hour |
| Flight Response | Lower | 0.02 | 2.44 | 9 | 0.18 | 21.96 |
| | Upper | 0.05 | 6.11 | 9 | 0.45 | 54.99 |
| Any Response | Lower | 0.02 | 3.71 | 9 | 0.18 | 33.39 |
| | Upper | 0.05 | 9.27 | 9 | 0.45 | 83.43 |

### B.2.3 Estimating the Effect of the Action on Boating Disturbance in Izembek Lagoon

We expect the proposed road to increase boating-caused disturbance with reasonable certainty. We estimate that the road will lead to a 2.53 to 2.94 increase in hunting activity in Izembek Lagoon (see Appendix A). We expect the increase in boat-based waterfowl hunting will result in increased waterfowl disturbance and, consistent with our approach for the baseline, we assume this will occur at a rate proportional to the estimated increase in hunting levels (Table B-6).

**Table B-6.** Environmental baseline brant disturbance rates and response time due to boating disturbance in Izembek Lagoon and the calculated condition after the action based on an upper and lower estimate of anticipated increases in hunting activity. Source: Ward et al. 1994

| Boating Disturbance | | Environmental Baseline | | Condition After the Action | | |
|---|---|---|---|---|---|---|
| Response Type | Estimate | Events Per Hour | Seconds of Response Per Individual Per Hour | Rate of Increase | Events Per Hour | Seconds of Response Per Individual Per Hour |
| Flight Response | Lower | 0.18 | 21.96 | 2.53 | 0.46 | 55.56 |
| | Upper | 0.45 | 54.99 | 2.94 | 1.32 | 161.67 |
| Any Response | Lower | 0.18 | 33.39 | 2.53 | 0.46 | 84.48 |
| | Upper | 0.45 | 83.43 | 2.94 | 1.32 | 245.28 |

B.2.4 Assumptions and limitations

The values represent calculations using the best available data for estimating changes in disturbance for Steller's eiders due to boating activities. The reliability of these estimates is limited by several factors:

- We are using data from a 3-year study period in fall 1985 to 1987 (Ward et al. 1994) and we do know if bird response to boating has changed in the following decades.
- We do not know if and how boating practices may have changed to yield a different response from birds since the study occurred.
- We are using Pacific brant as a proxy for Steller's eiders and eider response may differ.
- These data are derived from the fall disturbance surveys and are likely not representative of year-round disturbance events, which we do not have data to calculate.
- We are assuming that bird response is proportional to the activity level at the rates observed from 1985 to 1987, when it may not be. For example, birds may grow habituated to disturbance stimuli and reduce distance at which they react or otherwise alter the observed disturbance responses. Alternatively, boating methods may have changed to be more disruptive, causing increased bird response.
- Underpinning our increased harvest estimate (from which we expect a proportional increase in boat disturbance) is the assumption that 50 percent of current King Cove harvest effort will shift to Izembek Lagoon. It may not be practicable for King Cove hunters to trailer a boat to Izembek Lagoon.
- We assume the existing infrastructure (i.e., boat ramp, trailer storage, etc.) at Grant Point can support the estimated increase in boats use/disturbance.

- We do not have data to measure changes in all types of boating activity in the lagoon since historical levels, so we are using hunting levels as a reasonable proxy. There may be additional changes in boat activity due to other human activities.

### B.4 Literature Cited and Data Sources


Cold Bay Outfitters. 2017. Cold Bay Adventures Lodge: Alaska's Premier Waterfowl Hunting & Fishing Lodge. <http://coldbayoutfitters.com/izembek/>. Accessed 2 Apr 2026.

Cornell Lab of Ornithology. 2025. Brant Life History, All About Birds, Cornell Lab of Ornithology. All About Birds. Cornell Lab of Ornithology. <https://www.allaboutbirds.org/guide/Brant/lifehistory>. Accessed 26 Aug 2025.

Leach, A.G., D.H. Ward, J.S. Sedinger, M.S. Lindberg, W.S. Boyd, J.W. Hupp, and R.J. Ritchie. 2017. Declining survival of black brant from subarctic and arctic breeding areas. The Journal of Wildlife Management 81:1210–1218.

Leach, A.G., D.H. Ward, J.S. Sedinger, T.V. Riecke, J.W. Hupp, and R.J. Ritchie. 2019. Spatial Distribution of Band Recoveries of Black Brant. The Journal of Wildlife Management 83:304–311.

Maliguine, A.M. 2024. Changes in benthic prey availability and quality suggest less favorable foraging conditions for threatened Steller's eiders (Polysticta stelleri) molting at Izembek Lagoon, Alaska. Master's Thesis, University of Alaska Fairbanks, Fairbanks, Alaska.

Stillman, R.A., E.M. Rivers, W. Gilkerson, K.A. Wood, B.A. Nolet, P. Clausen, H.M. Wilson, and D.H. Ward. 2021. Predicting impacts of food competition, climate, and disturbance on a long-distance migratory herbivore. Ecosphere 12:e03405.

USFWS. 2019. Status assessment of the Alaska breeding population of Steller's eiders. Northern Alaska Fish and Wildlife Field Office, Fairbanks, Alaska.

Ward, D.H., R.A. Stehn, and D.V. Derksen. 1994. Response of Staging Brant to Disturbance at the Izembek Lagoon, Alaska. Wildlife Society Bulletin 22:220–228.

# APPENDIX C

## 2026 Biological Opinion Change Log

The U.S. Fish and Wildlife Service (Service) issued the Biological Opinion for the Izembek National Wildlife Refuge Land Exchange for a Proposed Road Corridor (Consultation Number 2024-0125485) on October 14, 2025. Subsequent to that date, we observed errors that were not captured during the final editing of the document, and these oversights are addressed in an errata to the biological opinion, dated March 30, 2026. The errors affected how we calculated the amount of current and future disturbance that may occur in Izembek Lagoon, portions of the associated text, and the detailed explanation of calculations found in Appendix A and Appendix B; however, they did not affect our final determinations on whether the proposed action (the Land Exchange between the Service and King Cove Corporation) will result in jeopardy to listed Steller's eiders or northern sea otters and whether it will result in destruction or adverse modification of designated critical habitat.

On March 9, 2026, the Service received the Biological Assessment for the King Cove to Cold Bay Road Project from the U.S. Army Corps of Engineers (USACE) and a request to initiate formal consultation for their proposed issuance of a permit pursuant to section 404 of the Clean Water Act. The Biological Opinion for the USACE King Cove to Cold Bay Project (Consultation Number 2026-0057456) relies on new information available subsequent to the October 14, 2025 consultation with the Service's National Wildlife Refuge System. Changes made from the land exchange biological opinion to the road construction biological opinion reflect these changes and updated analysis in response to the best available information.

Here, we document major changes that have occurred from the Service's Biological Opinion for the Izembek National Wildlife Refuge Land Exchange. Henceforth, the land exchange biological opinion will be referred to as the "2025 BiOp" and the new biological opinion for the road construction as the "2026 BiOp". Changes are documented by the section number in which they occur in the 2026 BiOp.

**Document-wide Changes**

The following change is reflected throughout the 2026 BiOp:

*Population estimates for King Cove and Cold Bay*

In the 2025 BiOp, we used the 2024 population estimates for King Cove (866 people) and Cold Bay (56 people) downloaded from the State of Alaska (State of Alaska 2025). However, use of these data was inconsistent with the ANILCA Section 810 Analysis of Subsistence Impacts (USFWS 2025e), the 2025 Land Exchange Agreement, and data presented by USACE and ADOTP&F in their biological assessment (ADOT&PF 2026b). The State published new certified population counts for these communities in January 2026 (State of Alaska 2026a and 2026b). In these updates, the 2025 populations for King Cove and Cold Bay were revised to 383 and 47 people, respectively, with the population reduction coinciding with the closure of the fish

processing facility in King Cove. However, construction of a road is anticipated to increase economic, subsistence, and health benefits. We acknowledge that the current population (i.e., environmental baseline condition) of King Cove is currently at a historic low for the past 15 years. However, in this 2026 BiOp we used the 2020 U.S. Census data (King Cove population of 757; Cold Bay population of 50) to calculate human use of the Izembek Complex to be consistent with the data used in the ANILCA Section 810 Analysis of Subsistence Impacts (USFWS 2025e), the 2025 Land Exchange Agreement, and data presented by USACE and ADOTP&F in their biological assessment.

**Introduction**

Updated with project-specific information.

**Analytical Framework**

On March 30, 2026, in Center for Biological Diversity v. Burgum, No. 24-cv-04651 (N.D. Cal.), the U.S. District Court for the Northern District of California vacated aspects of four provisions from the 50 CFR part 402 regulations governing interagency consultation under section 7 of the Endangered Species Act and reinstated the provisions that were previously in effect. Consistent with the Court's order, this biological opinion utilizes regulatory provisions set forth by the Court pertaining to: Definition of "Destruction or Adverse Modification" [50 C.F.R. § 402.02], Definition of "Effects of the Action" [50 C.F.R. § 402.02], Mitigation Measures – [50 C.F.R. 402.14(g)(8)], and the Services' Duty to Request Reinitiation of Consultation [50 C.F.R. § 402.16(a)].

**Status of the Species & Critical Habitat**

*3.1.4 Threats*
*3.1.4.4 Harvest*

Minor updates were made to language and descriptions for clarity. We added language to increase alignment with the Biological Opinion for Migratory Bird Subsistence Hunting in Alaska (consultation number 2026-0046815) related to reliability of the Alaska-wide Steller's eider harvest estimates, particularly on the North Slope. We moved Izembek-specific language to environmental baseline.

**Environmental Baseline**

*4.2.1 Fall Molting Period*

We added a summary paragraph and table to more clearly convey the number of eiders present in the action area during the fall molt.

*4.2.2 Wintering*

We added a dataset from 2019 which expanded the time period of our baseline dataset from 5 years to 6 years. This change resulted in a minor change to the average eiders counted in February in Izembek Complex. We also clarified the source of certain data throughout the section.

We added new information from winter 2025/2026 pertaining to the recent, heavy, persistent ice cover in the region and associated bird die offs.

*4.2.3 Spring Staging*

We added an assumption about how many Alaska-breeding Steller's eiders could be in the action area in spring. The spring survey method is a broad count across Southwest Alaska which allows us to calculate that approximately 50 percent of eiders stage in Izembek relative to the entire Southwest area. This same survey averages 81,543 Steller's eiders from 1992 to 2011 in Southwest Alaska. This presents a logical problem because using the 1 percent rule, we would expect there to be over 800 birds in the Alaska-breeding population. We know the average Alaska-breeding eider population is 406 (average from 2007-2024; SSA). Given that we know 50 percent of birds use Izembek and we have no evidence that Alaska-breeding birds preferentially select Izembek, an alternative logical assumption is that 50 percent of Alaska-breeding birds can use Izembek for staging. While we acknowledge the discrepancy with the 1 percent rule, we lack modern data on the quantity of Russian-breeding Steller's eiders to provide an update. Thus, we still use the 1 percent estimate as an upper estimate of Steller's eider use in Izembek for spring staging.

Note: we considered if this approach was also appropriate to take during the fall molt. We can estimate 9.5 percent of Steller's eiders molting on the Alaska Peninsula use Izembek and therefore considered if assuming 9.5 percent of the Alaska-breeding population uses Izembek is appropriate. We decided it is not appropriate in this case because 1) the survey area of the Alaska Peninsula was smaller than the Southwest Alaska survey area used in the spring survey, 2) Steller's eiders also molt in Kuskokwim Shoals which was excluded from the Alaska Peninsula survey area ,and 3) the small satellite telemetry sample set we have indicates Kuskokwim Shoals may be disproportionately used by Alaska-breeding Steller's eiders.

*4.2.4.1 Harvest of Eiders:*

In the 2025 BiOp, inadvertent Steller's eider harvest during the subsistence hunt was calculated using data from Naves and Schamber 2024 and pulling annual numbers collected from the Aleutian Pribilof Islands and Bristol Bay Regions. After further review, we are not including the Bristol Bay Region in our 2026 BiOp estimate because it is not part of the project area (see maps below). This results in a decrease in baseline eider harvest in the region due to inadvertent subsistence harvest.







We added extrapolated baseline estimates of inadvertent subsistence and commercial harvest of Steller's eiders within Izembek Lagoon. We did this using the assumption that any inadvertent harvest in Izembek Lagoon occurs in proportion with the Cold Bay community, which has direct access to Izembek Lagoon. See 2026 BiOp text for assumptions. We also added more robust description of why we assume this Izembek specific harvest number is biased low.

*4.2.4.2 Sport and Subsistence Hunting of Other Waterfowl Species*

We added text pertaining to the spatial reliability of historic disturbance data from Ward et al. 1994. We aimed to improve our conveyance of where these estimates are more and less reliable. To further explain this nuance, we added a figure visualizing the model parameters of Stillman et al. 2021, which builds on Ward et al. 1994 disturbance estimates. We also updated the section to reflect changes in calculations done in Appendix A and Appendix B.

*4.2.4.3 Marine Vessel Activity and Fisheries*

As in the above section, we added text pertaining to the spatial reliability of historic vessel disturbance data from Ward et al. 1994. We also updated the section to reflect changes in calculations done in Appendix A and Appendix B.

*4.2.4.4 Collisions with Vessels*

We updated the analysis in this section to clarify our upper and lower estimated collision rate for eiders in the area. We corrected rates that were previously presented as annual rates in the 2025 BiOp to reflect a rate of every three years. We included the atypical year when 150 eiders collided with a marine vessel in our upper estimate because atypical events where numerous birds collide with vessels are known occurrences. This is an improvement in our estimates because bird collisions with vessels have low detectability and when they do occur events often are unreported. By including the atypical year, we have greater confidence we are capturing the full effects of the action. While the analysis changes, ultimately the eider collision risk to ESA-listed eiders remains low.

*4.2.4.5 Collisions with Vertical Structures*

This is a new section, split out from the 2025 BiOp vessel collision section for added clarity. While the assumptions in the 2025 BiOp remain true (no vertical structures will be added as a result of the installation of a road) we anticipate a small amount of collision risk with construction equipment and lighting due to the low lying, high bird abundance in the region.

We updated our methodology here to match the approach with vessels, including the outlier, large strike events in our upper estimate. The eider collision risk with structures remains very low.

*4.4.3.2 Harvest*

We updated sea otter harvest numbers from the Service's Marking, Tagging, and Reporting Program (MTRP) to include 2025. Further edits were made in this section and throughout because the MTRP data includes where a sea otter was harvested, not which community the harvester was from.

**Effects of the Action**

***Steller's Eider***

Throughout this section, we updated eider presence in the action area to match the summary table added in the environmental baseline.

*5.2.1.1 Construction and Road Use*

The 2026 BiOp includes a more robust analysis of disturbance from construction due to the additional project details provided. Text and figures were added to support this analysis.

*5.2.1.2 Sport and Subsistence Hunting of Waterfowl*

We updated the section to reflect changes to calculations in Appendix A and B. We included more robust discussion of where and when these estimates are likely representative.

*5.2.1.3 Vessel-based disturbance*

We updated the section to reflect changes to calculations in Appendix A and B. We included more robust discussion of where and when these estimates are likely representative.

*5.2.1.3 Off-road vehicles*

A more robust discussion of expected changes to off-road vehicle use due to the effect of the action was added. This information was added in response to the Addendum to the Biological Assessment received from the applicant May 11, 2026, pertaining to offroad vehicles.

*5.2.2 Harvest of Steller's Eiders*

Given the changes to Steller's eider harvest in the environmental baseline, we updated calculations for eider harvest as a consequence of the proposed action. Per Appendix A, we estimate that after the road is constructed approximately 50 percent of King Cove may choose to use Izembek Lagoon for hunting activity. Extrapolating from this assumption, we calculate an increase in inadvertent harvest of Steller's eiders. And, assuming inadvertent harvest occurs at equal rates in resident and non-resident hunters, we estimate a total rate of inadvertent eider harvest in Izembek as a result of the proposed action.

*5.2.3 Collision Risk*

Changes in this section reflect the changes made in the environmental baseline and new conservation measures agreed to by the applicant.

5.2.7 Effects on Recovery

Due to the changes in harvest and collision risk, the estimated mortality due to the effect of the action has increased relative to the 2025 BiOp and errata. It is still below levels that we would expect to have a population level effect.

***Northern Sea Otter***

*5.3.1.1 Construction and Road Use*

Updated text to include more analysis on noise for sea otters, based on some additional project information.

*5.3.1.2 Vessel-based disturbance*

Same as in the above sections, we added text pertaining to the spatial reliability of historic vessel disturbance data from Ward et al. 1994. We also updated the section to reflect changes in calculations done in Appendix A and Appendix B.

*5.3.1.3 Hunting-based disturbance and other human Disturbance*

We updated the section to reflect changes to calculations in Appendix A and B.

*5.3.2 Vessel Strike and Collision Risk*

We updated the section to reflect changes to calculations in Appendix A and B.

**Cumulative Effects**

No major changes.

**Conclusion**

The 2026 BiOp is a new consultation on a different project for which new information was provided; thus, we draw new conclusions and this section differs substantially from the 2025 BiOp.

**Incidental Take Statement**

The 2025 incidental take statement was limited to addressing take from the proposed land exchange conveyances and did not address take from the proposed road. Thus, the 2026 BiOp is specific to the proposed action and it addresses take from the proposed road.

**Conservation Recommendations**

This section was updated because additional project commitments were made by the applicant in response to the 2025 BiOp recommendations and continued coordination with the Service. Due to the scope of the project, in the 2026 BiOp we continue to provide recommendations to improve project outcomes for wildlife.

**Appendix A: Quantifying Increased Hunting Rates in Izembek Lagoon Due to the Proposed Action**

*A.1 Sport Hunting*

- We updated the way we calculated changes in sport hunting client use days from the 2025 BiOp/errata. In 2025 we used the CUDs from 2020 as our 3 guide baseline and the CUDS from 2024 as 4 guide and current baseline. Now, we have 2025 CUD data available. In 2025, regulations shortened the hunting season for brant which resulted in a decline in CUDs. Thus, we changed our 4 guide/current baseline to the average of the 5 years with 4 guides – further rationale for why this is an appropriate baseline is supplied in the Appendix. We also changed to use the average of the most recent 5 years with 3 guides.
- The commercially guided sport hunting birds harvested data was not accurately reported in the 2025 BiOp due to an unknown data management error by the Service. These numbers were fixed in Table A-1 and resulted in a slightly lower birds per client use day number for 2016.

*A.2 Subsistence harvest*

- See the document-wide change regarding community population data. The King Cove and Cold Bay population data used to estimate subsistence harvest were changed to use U.S. Census Bureau data, resulting in a change in calculated numbers.
- We changed the expected portion of King Cove harvest to occur in Izembek Complex to 50 percent in both the upper and lower estimates of changes in harvest. In the 2025 BiOp and errata we used 100 percent of the current community harvest shifting to Izembek

Complex as our upper estimate. The 100 percent upper estimate was always acknowledged as a high estimate and after further assessment in 2026 we deemed it an unlikely upper estimate. For at least the last 30 years, the community of King Cove has harvested approximately 5 pounds of migratory birds per person (ADF&G 1992 and 2016 data). King Cove hunters have existing hunting locations and while some future use of Izembek Lagoon is likely, it is unlikely that 100 percent of harvest would shift to this location given historic hunting success. Our rationale that 100 percent of harvest would not shift to Izembek Lagoon is further supported by communication with the city administrator of King Cove (Gary Hennigh, pers. comm. 2026). However, given the unique, dense aggregation of waterfowl in Izembek Lagoon and testimony during the 2024 ANILCA Section 810 Hearing with King Cove indicating increased subsistence access afforded by the road it is reasonably certain some portion of the community of King Cove could shift to Izembek Lagoon as a result of increased access via the road.

**Appendix B: Calculating Increase in Disturbance Due to the Proposed Action**

- We found an error in our use of Ward et al. historical data. We incorrectly interpreted that data in Table 4 in Ward considered a disturbance event to be any time the activity (i.e., boating) happened and a bird was disturbed. In actuality, a disturbance event was defined by Ward et al. as any time they observed an activity with a possibility of causing disturbance. Thus, we had considered all disturbance type events to have a 100 percent likelihood of occurring when in actuality they should be lowered by their rate of occurrence in Table 3 of Ward et al. 1994. This brings our calculations in line with Table 5 in Ward et al 1994. We further determined there was value in making these calculations ourselves to get the specific numbers versus using the rounded numbers that Ward et al. presented in their Table 5, which could introduce compounding rounding errors as we extrapolate data into future time periods.
- We maintained the ninefold increase in disturbance expected from historic to present, per the errata to the 2025 BiOp. We provide additional rationale for how we estimate a ninefold increase in disturbance from historic to baseline.
- We changed the rates of expected hunting increase in response to all the changes detailed for Appendix A.
- To establish the environmental baseline for hunting and boating, we used a ninefold increase in disturbance for both disturbance types (in the 2025 BiOP and in the 2026 errata). In the 2026 BiOp, we continue to use this ninefold increase for both boating and hunting with the same assumption that the majority of the vessel-based disturbance during the study period comes from vessel-based hunting. This assumption was also made by Stillman et al. 2021, where they referred to the boating and hunting disturbance as 'vessel-based hunting' and 'land-based hunting' respectively. In 2025, we took two different approaches to calculating disturbance effects of the road on hunting and boating. After additional consideration, this approach was overly complex and it failed to account for potential increases in vessel traffic due to increased sport hunting, including commercially guided services. Given the baseline approach of assuming the increase in boating will mirror the increase in hunting, in the 2026 BiOp we are changing to using this same approach in the effects of the action section. In other words, we are no longer

attempting to quantify the increase in vessels directly (something we had poor data to achieve) and are instead considering the increase in boating activity to be proportional to the increase in hunting activity. Therefore, we apply the projected 2.53 to 2.94 increase in hunting to our projected changes in boat use in Izembek Lagoon.