Marlee Goska (Alaska Bar No. 2305043)
Rebecca Noblin (Alaska Bar No. 0611080)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 1178
Homer, AK 99603
(907) 931-4775
(907) 350-4822
mgoska@biologicaldiversity.org
rnoblin@biologicaldiversity.org

*Attorneys for Plaintiffs Native Village of Hooper Bay, et al.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>*Defendants*,<br><br>KING COVE CORPORATION, CITY OF KING COVE, and the STATE OF ALASKA,<br><br>*Defendant-Intervenors*. | Case No. 3:26-cv-00272-ACP<br><br>**LEAD CASE** |
| NATIVE VILLAGE OF HOOPER BAY, et al.,<br><br>*Plaintiffs*,<br><br>v. | Case No. 3:26-cv-00274-ACP<br><br>**CONSOLIDATED** |

U.S. ARMY CORPS OF ENGINEERS, et al.,

*Defendants*,

KING COVE CORPORATION, CITY OF KING COVE, and the STATE OF ALASKA,

*Defendant-Intervenors*.

**MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

(Local Civil Rule 7.3(a))

Pursuant to Local Civil Rule 7.3(a), Plaintiffs Native Village of Hooper Bay, et al., (Plaintiffs) move this Court to expedite consideration of their Motion for a Temporary Restraining Order and Preliminary Injunction (Motion), filed concurrently. Plaintiffs respectfully request a ruling on the Motion by August 31, 2026.

On August 18, this Court held that the Department of the Interior did not comply with Title XI of the Alaska National Interest Lands Conservation Act when it exchanged lands with King Cove Corporation (KCC) for the Izembek Road. *See Native Village of Hooper Bay v. Burgum*, 3-25-cv-00316-SLG (D. Alaska August 18, 2026), Dkt. No. 44. The Court vacated the land exchange between Interior and KCC, returning the corridor of land to the Izembek Refuge. *See id.* at 89. Notwithstanding the return of the corridor to refuge and wilderness status, the State of Alaska has represented that it anticipates beginning construction on the Izembek Road on September 1, 2026. *See, e.g.*, State of

Alaska's Reply to the Plaintiffs' Response to Alaska's Motion to Intervene, 3:26-cv-374 (August 14, 2026), Dkt. No. 19; State of Alaska's Status Report 3:26-cv-372 (August 20, 2026), Dkt. No. 30 (stating that Court's decision does not affect construction on the initial 2.8 miles of the road). Plaintiffs request a decision on the Motion by August 31 to ensure that ground disturbing activities do not begin before the Court has an opportunity to rule on the Motion.

Plaintiffs also request an expedited briefing schedule because the default timelines provided under Local Civil Rule 7.2 will not allow sufficient time for briefing the Motion. Plaintiffs conferred with counsel for Federal Defendants and Defendant Intervenors but were unable to reach an agreement. Plaintiffs request that any opposition to the Motion be due no later than August 25, with Plaintiffs reply due August 26. Counsel for Federal Defendants and the State of Alaska have stated that they oppose the motion to expedite.

Dated: August 21, 2026

Respectfully submitted,

s/ *Marlee Goska*
Marlee Goska (Alaska Bar No. 2305043)
Rebecca Noblin (Alaska Bar No. 0611080)
CENTER FOR BIOLOGICAL DIVERSITY

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 21, 2026, a copy of Plaintiffs' foregoing Motion for Expedited Consideration of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, with attachments, was served electronically through the CM/ECF system on all counsel of record.

s/ *Marlee Goska*
Marlee Goska (Alaska Bar No. 2305043)
CENTER FOR BIOLOGICAL DIVERSITY