CORI MILLS
ACTING ATTORNEY GENERAL

Sean P. Lynch
Chief Assistant Attorney General
sean.lynch@alaska.gov
Alaska Bar No. 0710065

Sarah E. Angell
Assistant Attorney General
sarah.angell@alaska.gov
Alaska Bar No. 2411152

State of Alaska Department of Law
P.O. Box 110300
Juneau, Alaska 99811-0300
907-465-3600 phone
907-465-2417 fax

*Attorneys for the State of Alaska*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, et al.,<br>Plaintiffs,<br>v.<br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br>Defendants,<br>KING COVE CORPORATION, CITY OF KING COVE, and the STATE OF ALASKA,<br>Defendant-Intervenors. | 3:26-cv-00272-ACP<br>**LEAD CASE** |
| NATIVE VILLAGE OF HOOPER BAY, et al.,<br>Plaintiffs,<br>v.<br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br>Defendants,<br>KING COVE CORPORATION, CITY OF KING COVE, and the STATE OF ALASKA,<br>Defendant-Intervenors. | 3:26-cv-000274-ACP<br>**CONSOLIDATED** |

**STATE OF ALASKA'S OPPOSITION TO PLAINTIFFS' MOTION TO EXPEDITE MOTION TO SUPPLEMENT MOTION FOR TRO AND PI**

At the Docket at 41 is Plaintiff Center for Biological Diversity's Motion to Expedite its Motion for Temporary Restraining Order and Preliminary Injunction (TRO/PI). This Court should deny the Plaintiffs' Motion to Expedite on the basis of their unexcused delay in filing their motion for TRO/PI.

Plaintiffs filed their complaint on July 23, Plaintiffs had full knowledge of the State's current construction plans at that time; Plaintiffs could have moved for TRO/PI at that time and accommodated the Parties and Court with a full briefing schedule. Rather, Plaintiffs bring this motion at the last possible moment before slated construction in an attempt to prejudice the State. Plaintiffs' only Merits claim in the Motion for TRO/PI relates to Title XI Alaska National Interest Lands Conservation Act (ANILCA).[1] This is an argument Plaintiffs are well acquainted with, as they have been making it for years in the various cases that have the related to this road and Plaintiffs could have argued their ANILCA Title XI argument at the time of filing their complaint.

Plaintiffs did include an ANILCA Title XI argument in their complaint,[2] and the claims as summarized in the Motion for TRO/PI's section on the Plaintiffs' likelihood of success on the merits of their claims does not vary significantly in substance from the

---

[1] Case no 3:26-cv-00272-ACP, *Motion for TRO/PI,* ECF 40 at 12.

[2] Case no 3:26-cv-00274-ACP, *Complaint,* ECF 1 at 64.

Plaintiffs' claims at the time of filing their complaint. This Court has also already solicited briefing in this matter from the Parties regarding the impacts of Judge Gleason's Land Exchange Decision on Title XI applicability in the Lead Case.[3] Plaintiffs' delay in filing a Motion for TRO/PI on the basis of their Title XI claim was unnecessary and underscores a lack of urgency in obtaining the preliminary relief sought.

The State does not dispute Plaintiffs Center for Biological Diversity's ability to move for TRO/PI but asserts that the Motion should not be heard on an expedited basis. Plaintiffs unnecessarily delayed in an attempt to prejudice the State, when a full briefing schedule could have been accommodated as occurred in the Lead Case. To the extent Plaintiffs' only argued claim with a likelihood of success on the merits actually has merit, it will be determined in briefing this Court has already ordered and scheduled. This Court should deny Plaintiffs' Motion to Expedite Motion for TRO/PI.

[3] Case no 3:26-cv-00272-ACP, *Text Order,* ECF 42.

Respectfully submitted,
August 24, 2026.

CORI MILLS
ACTING ATTORNEY GENERAL

By: *Sarah E. Angell*
Sarah E. Angell
Alaska Bar No. 2411152

Sean P. Lynch
Alaska Bar No. 0710065

State of Alaska Department of Law
P.O. Box 110300
Juneau, Alaska 99811-0300
907-465-3600 phone
907-465-2417 fax

*Attorneys for the State of Alaska*

## CERTIFICATES OF COMPLIANCE AND SERVICE

I hereby certify that I filed this document on the Court's docket via the Court's CM/ECF system, which will cause a copy to be filed on all parties.

I hereby certify that this document complies with Local Civil Rule 7.4 because it contains 685 words; as calculated by Microsoft Word.

Respectfully submitted this 24th day of August 2026.

CORI MILLS
ACTING ATTORNEY GENERAL

By: *<u>/s/ Sarah E. Angell</u>*
Sarah E. Angell
Assistant Attorney General
Alaska Bar No. 2411152