Marlee Goska (Alaska Bar No. 2305043)
Rebecca Noblin (Alaska Bar No. 0611080)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 1178
Homer, AK 99603
(907) 931-4775
(907) 350-4822
mgoska@biologicaldiversity.org
rnoblin@biologicaldiversity.org

*Attorneys for Plaintiffs Native Village of Hooper Bay, et al.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>*Defendants*,<br><br>KING COVE CORPORATION, CITY OF KING COVE, and the STATE OF ALASKA,<br><br>*Defendant-Intervenors*. | Case No. 3:26-cv-00272-ACP<br><br>**LEAD CASE** |
| NATIVE VILLAGE OF HOOPER BAY, et al.,<br><br>*Plaintiffs*,<br><br>v. | Case No. 3:26-cv-00274-ACP<br><br>**CONSOLIDATED** |

U.S. ARMY CORPS OF ENGINEERS, et al.,

*Defendants*,

KING COVE CORPORATION, CITY OF KING COVE, and the STATE OF ALASKA,

*Defendant-Intervenors*.

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

On August 21, 2026, Plaintiffs Native Village of Hooper Bay, *et al.*, filed a Motion for Temporary Restraining Order and Preliminary Injunction, Docket No. 40 (Motion). The Corps' suspension of the Permit provides the relief sought in the Motion. *See* Dkt. No 48-1. Plaintiffs therefore file this Notice of Withdrawal to inform the Court that they are withdrawing their Motion.

Plaintiffs reserve the right to seek preliminary injunctive relief in the future.

Dated: August 28, 2026

Respectfully submitted,

s/ *Marlee Goska*

Marlee Goska (Alaska Bar No. 2305043)
Rebecca Noblin (Alaska Bar No. 0611080)
CENTER FOR BIOLOGICAL DIVERSITY

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 28, 2026, a copy of Plaintiffs' foregoing Notice of Withdrawal of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction was served electronically through the CM/ECF system on all counsel of record.

s/ *Marlee Goska*
Marlee Goska (Alaska Bar No. 2305043)
CENTER FOR BIOLOGICAL DIVERSITY