**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>Defendants,<br><br>KING COVE CORPORATION, CITY OF KING COVE, and the STATE OF ALASKA,<br><br>Defendant-Intervenors. | 3:26-cv-00272-ACP<br><br>**LEAD CASE** |
| NATIVE VILLAGE OF HOOPER BAY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>Defendants,<br><br>KING COVE CORPORATION, CITY OF KING COVE, and the STATE OF ALASKA,<br><br>Defendant-Intervenors. | 3:26-cv-000274-ACP<br><br>**CONSOLIDATED** |

**ORDER ON THE PRELIMINARY INJUNCTION MOTIONS AND MOTION TO EXPEDITE**

On Wednesday, August 26, 2026, the Corps understandably suspended Permit POA-2010-00286 following the Honorable Judge Gleason's decision vacating the underlying land exchange. (Dkt. 48-1); *See Native Village of Hooper Bay v. Burgum*, No. 3:25-cv-00316-SLG; *Friends of Alaska National Wildlife Refuges v. Burgum*, No. 3:25-cv-00318-SLG; *Defenders of Wildlife v. Burgum*, No. 3:25-cv-00319-SLG. Alaska and the Federal Defendants brought this to the Court's attention on Thursday, August 27. (Dkt. 48; Dkt. 49) At the time, the Court was considering two motions for a preliminary injunction about the permit in this consolidated matter, and an expedited motion for a preliminary injunction in a related case. (Dkts. 8, 40); *Defenders of Wildlife v. Burgum, et al.,* No. 3:26-cv-00298-ACP (Dkt. 8)

After the permit was suspended, Friends withdrew its motion for a preliminary injunction on Friday, August 28. (Dkt. 51) When Friends initially filed its motion, it moved for expedited consideration and requested a decision by August 31. (Dkt. 9) The motion for a preliminary injunction was fully briefed, and the Court was prepared to rule on August 31. Therefore, the Motion to Expedite at Docket 9 is **GRANTED**, but the notice of withdrawal at Docket 51 is **ACCEPTED**. The motion for a preliminary injunction at Docket 8 is considered withdrawn and no longer under advisement.

Hooper Bay also withdrew its motion for a preliminary injunction on Friday, August 28. (Dkt. 52) The notice of withdrawal at Docket 52 is **ACCEPTED**. The motion for a

preliminary injunction at Docket 40 is considered withdrawn and no longer under advisement.

IT IS SO ORDERED.

DATED August 31, 2026, at Anchorage, Alaska.

/s/ *Aaron Christian Peterson*
Aaron Christian Peterson
United States District Judge